NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
KATHLEEN C. HIPPS  (SBN 283718)
kathleeen.hipps@gmlaw.com
GREENSPOON MARDER LLP
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone:  323.880.4523
Facsimile:  954.771.9264
ATTORNEY(S) FOR: Defedants Stephan Nourmand & The Sunset Landmark Investment LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELEVANT GROUP, LLC, et al.<br><br>Plaintiff(s),<br>v.<br><br>STEPHAN "SAEED" NOURMAND, et al.<br><br>Defendant(s) | CASE NUMBER:<br>2:19-cv-05019<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:  THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Stephan Nourmand & The Sunset Landmark Investment LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Stephan Nourmand | Defendant |
| The Sunset Landmark Investment LLC | Defendant |
| Michael Nourmand | Defendant |
| Nourmand & Associates | Defendant |
| Relevant Group, LLC | Plaintiff |
| 1541 Wilcox Hotel LLC | Plaintiff |
| 6516 Tommie Hotel LLC | Plaintiff |
| 6421 Selma Wilcox Hotel LLC | Plaintiff |

| | |
|---|---|
| August 12, 2019<br>Date | /s/ Kathleen C. Hipps<br>Signature<br>KATHLEEN C. HIPPS<br><br>Attorney of record for (or name of party appearing in pro per):<br><br>Stephan Nourmand & The Sunset Landmark Investment LLC |

