JAYESH PATEL(SBN 132939)
jayesh.patel@gmlaw.com
KATHLEEN C. HIPPS (SBN 268019)
kathleen.hipps@gmlaw.com
GEORGIANA NIKIAS (SBN 283718)
georgiana.nikias@gmlaw.com
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone:  323.880.4520
Facsimile:  954.771.9264

Attorneys for Defendants STEPHAN "SAEED" NOURMAND, and THE SUNSET LANDMARK INVESTMENT LLC

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELEVANT GROUP, LLC, a Delaware limited liability company; 1541 WILCOX HOTEL LLC, a Delaware limited liability company; 6516 TOMMIE HOTEL LLC, a Delaware limited liability company; and 6421 SELMA WILCOX HOTEL LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHAN "SAEED" NOURMAND, an individual; MICHAEL B. NOURMAND, an individual; THE SUNSET LANDMARK INVESTMENT LLC, a California limited liability company; NOURMAND & ASSOCIATES, a California corporation; and DOES 1-10,<br><br>Defendants. | **Case No. 2:19-cv-05019-ODW (KSx)**<br><br>[Hon. Judge Otis D. Wright, II]<br><br>**DECLARATION OF STEPHAN "SAEED" NOURMAND IN SUPPORT OF DEFENDANTS STEPHAN NOURMAND AND THE SUNSET LANDMARK INVESTMENT LLC'S MOTION FOR SANCTIONS AGAINST PLAINTIFFS AND THEIR COUNSEL OF RECORD**<br><br>*[Notice of Motion, Motion, Memorandum of Points & Authorities, Declarations of Jayesh Patel, Kathleen C. Hipps, Myra Nourmand, and Request for Judicial Notice Filed Concurrently Herewith; [Proposed] Order Submitted Concurrently Herewith]*<br><br>**Hearing**<br>Date:          November 25, 2019<br>Time:         1:30 p.m.<br>Crtrm:        5D<br><br>Complaint Filed:  June 10, 2019 |

# DECLARATION OF STEPHAN "SAEED" NOURMAND

I, Stephan "Saeed" Nourmand, declare as follows:

1. I am the managing member of THE SUNSET LANDMARK INVESTMENT LLC ("Sunset"). I am familiar with the finances of Sunset and, if called upon as a witness, I could and would competently testify thereto.

2. Attached hereto as Exhibit "A" is a true and correct copy of a bank statement showing the dates and amounts of wire transfers that Sunset received from 1541 WILCOX HOTEL LLC ("Wilcox") in 2018 (with account numbers redacted for privacy).

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed this 30th day of August, 2019, at Los Angeles, California.

DocuSigned by:

_____
810FBC4E0DFB455...
Stephan "Saeed" Nourmand, declarant

# EXHIBIT A

```
DATE: 01/12/18                          MONEYNET DAILY TRANSACTION LOG.  REPORT 120                TIME: 20:27
SEQUENCE NUMBER:  180112004729      ASSOC. SEQ. NUM.:              MATCH SEQ. NUM.:           MESSAGE SOURCE:
     OWNING RBU:  CALIF                        * ROUTING INFORMATION *
                  ABA            NAME                                         ABA           NAME
    SOURCE BANK: 122234149    ABA NUMBER:122234149        TARGET BANK: 121137522     ABA NUMBER:121137522
       WIRE-KEY: FWIF000241                  COMMLOG KEY: FWIF   1801121445501000    TESTCODE STATUS: 00
      TRAN TYPE:    INCOMING WIRE TRANSFER   INTERNAL TRAN CODE: 0671000000          TRAN CODE:
    TRAN STATUS: DRCR HOST
 DR AFFILIATE CODE: 048    CR AFFILIATE CODE: 048
    REPEAT CODE:                           CALLER NAME:
         NOTIFY:
     WAIVE FEES: N
       PROBLEMS:                          RESOLUTIONS:       EXCEPTION REASON: NONE
                                       * FINANCIAL INFORMATION *
     CREDIT ACCT:               014   SUNSET LANDMARK INVESTMENT LLC              CREDIT INTEREST ACCT:
      DEBIT ACCT:               )5    FEDERAL RESERVE BANK OF SF                  DEBIT INTEREST ACCT:
     AMOUNT SENT: $        .00 AMOUNT RECEIVED: $   3,750,000.00 PRINCIPAL: $  3,750,000.00 INTEREST: $       .00
            RATE:       /     RATE FLAG:     LOAN TERM:    DAYS: 000   AVAILABLE: SAME   COLLATERAL:    VALUE DATE: 01/12/18
                                       * FEDWIRE MESSAGE FORMAT *
                              BUSINESS FUNCTION CODE: CTR
                                         ORIGINATOR: AC-       16
                                                     1541 WILCOX HOTEL LLC
                                                     1605 N CAHUENGA BLVD
                                                     LOS ANGELES CA  90028
                               SENDING BANK REFERENCE: 20180120182600
                                         BENEFICIARY: AC-      14
                                                     SUNSET LANDMARK INVESTMENT, LLC
                                                     6525 W. SUNSET BLVD,
                                                     LOS ANGELES, CA 90028
MONEYNET FLAGS:E R T P I V N U C Z F D * * * X
   EVENT INIT: 0 0 0 0 0 0 0 0 0 1 0 0 0 0 0 0                           DNYMC FLGS: B0000000000000000
   EVENT COND: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0                        INPUT OPTIONS: B0000000000100000
TRANSACTION HISTORY INFO:        TIMESTAMP              OPER ID         INITIALS       TERM ID
      RECEIVE:                01/12/18 14:45
               ENTRY:         01/12/18 14:45         AUTOPOST            *AP           ***
            INCOMING:         01/12/18 14:45         AUTOPOST            *AP           ***
 TRANSMIT TIMESTAMP:                                 RETURN TIMESTAMP:
      180112004730
```

```
DATE: 02/22/18                          MONEYNET DAILY TRANSACTION LOG.  REPORT 120                      TIME: 20:27
SEQUENCE NUMBER:   180222005068      ASSOC. SEQ. NUM.:                    MATCH SEQ. NUM. :           MESSAGE SOURCE:
    OWNING RBU:    CALIF                        * ROUTING INFORMATION *
                    ABA          NAME                                           ABA          NAME
    SOURCE BANK: 122234149    ABA NUMBER:122234149          TARGET BANK: 121137522    ABA NUMBER:121137522
        WIRE-KEY: FWIF000404                COMMLOG KEY: FWIF   1802221612102100     TESTCODE STATUS: 00
        TRAN TYPE:   INCOMING WIRE TRANSFER    INTERNAL TRAN CODE: 0671000000         TRAN CODE:
    TRAN STATUS: DRCR  HOST
    DR AFFILIATE CODE: 048     CR AFFILIATE CODE: 048
    REPEAT CODE:                             CALLER NAME:
        NOTIFY:
    WAIVE FEES: N
        PROBLEMS:                         RESOLUTIONS:        EXCEPTION REASON: NONE
                                        * FINANCIAL INFORMATION *
    CREDIT ACCT:           ***4   SUNSET LANDMARK INVESTMENT LLC          CREDIT INTEREST ACCT:
    DEBIT ACCT: ._____  *05    FEDERAL RESERVE BANK OF SF              DEBIT INTEREST ACCT:
    AMOUNT SENT: $           .00 AMOUNT RECEIVED: $    17,500.00 PRINCIPAL: $   17,500.00 INTEREST: $       .00
            RATE:     /      RATE FLAG:     LOAN TERM:    DAYS: 000   AVAILABLE: SAME   COLLATERAL:     VALUE DATE: 02/22/18
                                        * FEDWIRE MESSAGE FORMAT *
                            BUSINESS FUNCTION CODE: CTR
                                    ORIGINATOR: AC-*         S
                                                1541 WILCOX HOTEL LLC
                                                1605 N CAHUENGA BLVD
                                                LOS ANGELES CA  90028
                            SENDING BANK REFERENCE: 20180530257800
                                    BENEFICIARY: AC-**       **44
                                                SUNSET LANDMARK INVESTMENT, LLC
                                                6525 W. SUNSET BLVD SUITE 100
                                                LOS ANGELES, CA 90028
                            ORIG. TO BENE. INFO: INTEREST PAYMENT
    MONEYNET FLAGS:E R T P I V N U C Z F D * * * X
    EVENT INIT: 0 0 0 0 0 0 0 0 1 0 0 0 0 0 0                        DNYMC FLGS: B0000000000000000
    EVENT COND: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0                        INPUT OPTIONS: B0000000000100000
    TRANSACTION HISTORY INFO:         TIMESTAMP             OPER ID        INITIALS       TERM ID
            RECEIVE:                 02/22/18 16:12
                    ENTRY:           02/22/18 16:12         AUTOPOST         *AP            ***
                    INCOMING:        02/22/18 16:12         AUTOPOST         *AP            ***
        TRANSMIT TIMESTAMP:                                 RETURN TIMESTAMP:
            180222005069
```

```
DATE: 03/13/18                          MONEYNET DAILY TRANSACTION LOG.  REPORT 120                      TIME: 20:26
SEQUENCE NUMBER:  180313005609      ASSOC. SEQ. NUM.:                  MATCH SEQ. NUM. :              MESSAGE SOURCE:
     OWNING RBU:  CALIF                        * ROUTING INFORMATION *
                      ABA              NAME                                         ABA            NAME
    SOURCE BANK: 122234149     ABA NUMBER:122234149         TARGET BANK: 121137522    ABA NUMBER:121137522
       WIRE-KEY: FWIF000486                 COMMLOG KEY: FWIF   1803131721490500     TESTCODE STATUS: 00
      TRAN TYPE:    INCOMING WIRE TRANSFER     INTERNAL TRAN CODE: 0671000000        TRAN CODE:
    TRAN STATUS:  DRCR  HOST
DR AFFILIATE CODE: 048      CR AFFILIATE CODE: 048
    REPEAT CODE:                                   CALLER NAME:
         NOTIFY:
      WAIVE FEES: N
       PROBLEMS:                        RESOLUTIONS:        EXCEPTION REASON: NONE
                                          * FINANCIAL INFORMATION *
    CREDIT ACCT: /        /4   SUNSET LANDMARK INVESTMENT LLC            CREDIT INTEREST ACCT:
     DEBIT ACCT: 4        '5   FEDERAL RESERVE BANK OF SF                DEBIT INTEREST ACCT:
    AMOUNT SENT: $          .00 AMOUNT RECEIVED: $    1,772,808.00 PRINCIPAL: $   1,772,808.00 INTEREST: $           .00
           RATE:     /       RATE FLAG:    LOAN TERM:     DAYS: 000    AVAILABLE: SAME   COLLATERAL:      VALUE DATE: 03/13/18
                                          * FEDWIRE MESSAGE FORMAT *
                           BUSINESS FUNCTION CODE: CTR
                                    ORIGINATOR: AC-4.     /38
                                                1541 WILCOX HOTEL LLC
                                                1605 N CAHUENGA BLVD
                                                LOS ANGELES, CA 90028
                             ORIGINATOR'S BANK: FW-122234149
                                                CITIZENS BUSINESS BANK
                                                3833 EAST EBONY ST
                                                ONTARIO, CA 91761
                       SENDING BANK REFERENCE: 20180720292800
                             BENEFICIARY BANK: FW-121137522
                                                COMERICA BANK
                                                P.O. BOX 75000
                                                DETROIT, MI 48275
                                    BENEFICIARY: AC-3       44
                                                SUNSET LANDMARK INVESTMENT, LLC
                                                6525 W. SUNSET BLVD, SUITE 100
                                                LOS ANGELES, CA 90028
MONEYNET FLAGS:E R T P I V N U C Z F D * * * X
   EVENT INIT: 0 0 0 0 0 0 0 0 1 0 0 0 0 0 0                               DNYMC FLGS: B0000000000000000
   EVENT COND: 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0                            INPUT OPTIONS: B0000000000100000
TRANSACTION HISTORY INFO:            TIMESTAMP               OPER ID           INITIALS       TERM ID
      RECEIVE:                   03/13/18 17:21
                     ENTRY:      03/13/18 17:21           AUTOPOST              *AP            ***
                  INCOMING:      03/13/18 17:21           AUTOPOST              *AP            ***
    TRANSMIT TIMESTAMP:                                  RETURN TIMESTAMP:
       180313005610
```