Patrick M. Maloney – CSBN 197844
Gregory M. Smith – CSBN 259971
**THE MALONEY FIRM, APC**
2381 Rosecrans Avenue, Suite 405
El Segundo, California 90245
T: 310-540-1505 | F: 310-540-1507
E: pmaloney@maloneyfirm.com
E: gsmith@maloneyfirm.com

Attorneys for Nourmand & Associates and Michael Nourmand

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELEVANT GROUP, LLC, a Delaware limited liability company; 1541 WILCOX HOTEL LLC, a Delaware limited liability company; 6516 TOMMIE HOTEL LLC, a Delaware limited liability company; and 6421 SELMA WILCOX HOTEL LLC, a California limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> STEPHAN "SAEED" NOURMAND, an individual; THE SUNSET LANDMARK INVESTMENT LLC, a California limited liability company; and DOES 1-10, <br><br> Defendants. | Case No.:    2:19-cv-05019-ODW (KSx) <br> Judge:       Hon. Otis D. Wright II <br> Department:  Courtroom 5D, 5th Floor <br> Action Filed: June 10, 2019 <br><br> **STIPULATION DISMISSING MICHAEL NOURMAND AND NOURMAND & ASSOCIATES** |

**WHEREAS,** on June 10, 2019, Plaintiffs filed their Complaint, alleging violations of the Racketeer Influences and Corrupt Organizations Act ("RICO") against Michael B. Nourmand, Nourmand & Associates, and other defendants;

**WHEREAS**, on August 9, 2019, Michael B. Nourmand and Nourmand & Associates filed a Motion to Dismiss under Federal Rule 12(b)6;

{00171084}

1

1 **WHEREAS**, on August 30, 2019, Plaintiffs filed a First Amended Complaint, alleging RICO violations against Nourmand & Associates, and other defendants, but terminating Michael Nourmand as a defendant;

**WHEREAS**, on September 12, 2019, Nourmand & Associates filed a Motion to Dismiss under Federal Rule 12(b)6;

**WHEREAS**, on May 18, 2020, the Court granted Nourmand & Associates' Motion to Dismiss, with leave to amend;

**WHEREAS**, on June 3, 2020, Plaintiffs filed their Second Amended Complaint, alleging RICO violations against other defendants, but terminating Nourmand & Associates as a defendant;

THEREFORE, IT IS STIPULATED by and between the Plaintiffs, on one hand, and Michael B. Nourmand and Nourmand & Associates, on the other, that Michael B. Nourmand and Nourmand & Associates be dismissed without prejudice from this action.

Dated: June 30, 2020              **THE MALONEY FIRM, APC**

By: _____/s/Gregory M. Smith_____
Patrick M. Maloney
Gregory M. Smith
Attorneys for Michael Nourmand and
Nourmand & Associates

Dated: June 30, 2020              **AKIN GUMP STRAUSS HAUER & FELD LLP**

By: _____/s/ Joshua A. Rubin_____
Susan K. Leader, Esq.
Joshua A. Rubin, Esq.
Attorneys for Plaintiffs,
Relevant Group, LLC;
1541 Wilcox Hotel LLC,
6516 Tommie Hotel LLC, and 6421
Selma Wilcox Hotel LLC

# CERTIFICATE OF SERVICE
Relevant Group, LLC v. Stephan "Saeed" Nourmand, et al.
USDC Case No.: 2:19-cv-05019-ODW (KSx)

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2381 Rosecrans Avenue, Suite 405, El Segundo, CA 90245.

I served true copies of the following document on the date listed below, described as
**STIPULATION DISMISSING MICHAEL NOURMAND AND NOURMAND & ASSOCIATES**
on the interested parties in this action as follows:

### SEE MAILING LIST

☐ For Collection. By placing a true copy(ies) thereof enclosed in a sealed envelope(s), to the address(es) listed above and by placing said sealed envelope(s) for collection and mailing on that date following ordinary business practices. I am "readily familiar" with the business practice for collection and processing of correspondence for mailing the U.S. Postal Service. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.

☐ Overnight Delivery. By placing a true copy(ies) thereof enclosed in a sealed envelope(s) or package(s) to the address(es) listed above and placing said envelope(s) or package(s) for collection with delivery fees provided for.

☒ Electronic Service [CM/ECF]. Via electronic service to the email address(es)/registered participants with the CM/ECF System.

☐ Via Facsimile. By transmitting a true copy(ies) thereof to each of the designated counsel on the service list to the facsimile numbers listed above.

☐ Personal Delivery. I caused to be served by messenger for personal delivery that same day the foregoing documents in a sealed envelope to the persons at the address(es) listed above.

☒ State. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **July 2, 2020**, at Los Angeles, California.

/s/ Marilyn Vigil
Marilyn Vigil

{00171084}00171084.DOCX

i

**PROOF OF SERVICE**

## MAILING LIST
Relevant Group, LLC v.
Stephan "Saeed" Nourmand, et al.
USDC Case No.: 2:19-cv-05019-ODW (KSx)

| | |
|---|---|
| Susan K. Leader, Esq.<br>Joshua A. Rubin, Esq.<br>Akin Gump Strauss Hauer & Feld, LLP<br>1999 Avenue of the Stars, Suite 600<br>Los Angeles, CA 90067-6022<br>T: 310.229.1000 │ F: 310.229.1001<br>E: sleader@akingump.com<br>E: rubinj@akingump.com | Attorneys for Plaintiffs,<br>Relevant Group, LLC;<br>1541 Wilcox Hotel LLC,<br>6516 Tommie Hotel LLC, and 6421<br>Selma Wilcox Hotel LLC |
| Kathleen C. Hipps, Esq.<br>Greenspoon Marder<br>1875 Century Park E, Ste 1900<br>Los Angeles, CA 90067-2559<br>T: (323) 880-4520 │ F: (954) 771-9264<br>E: kathleen.hipps@gmlaw.com | Attorneys for Defendant,<br>The Sunset Landmark Investment LLC |

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 │ F: (310) 540-1507

{00171084}00171084.DOCX

ii

**PROOF OF SERVICE**