# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Relevant Group, LLC et al., | CASE NUMBER: |
|---|---|
| Plaintiff<br>v.<br>Nourmand et al.,<br>Defendant. | CV 19-05019-ODW(KSx)<br><br>**ORDER/REFERRAL TO ADR** |

The Court, having considered the parties' Request: ADR Procedure Selection, the Notice to Parties of Court-Directed ADR Program, or the report submitted by the parties pursuant to Fed. R. Civ. P. 26(f) and Civil L.R. 26-1, hereby:

**ORDERS** this case referred to:

**X   ADR PROCEDURE NO. 3**: (Private mediation).

For ADR Procedure Nos. 1 and 3, counsel are responsible for contacting the judge or private mediator at the appropriate time to arrange for further proceedings.

Dated: July 24, 2020

_____
United States District Judge