# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Relevant Group, LLC, | | CASE NUMBER: |
|---|---|---|
| | Plaintiff(s) | 2:19-cv-05019-ODW-KS |
| v. | | |
| Nourmand et al, | | MOTION RE: INFORMAL DISCOVERY DISPUTE |
| | Defendant(s) | |

The parties have requested an informal discovery conference with Magistrate Judge Karen L. Stevenson

Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

The telephonic discovery conference is scheduled for May 27, 2021 at 11:00 a.m. The call-in information has been provided to the participating parties by email.

Dated: May 20, 2021

By: G. Roberson
Deputy Clerk