# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Relevant Group, LLC et al , | CASE NUMBER: |
|---|---|
| Plaintiff(s) | 2:19-cv-05019-ODW-KS |
| v. | |
| Nourmand et al, | MOTION RE: INFORMAL DISCOVERY DISPUTE |
| Defendant(s) | |

The parties have requested an informal discovery conference with Magistrate Judge  Karen L. Stevenson

Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

The telephonic discovery conference is scheduled for June 30, 2021 at 10:00 a.m. The call-in information has been provided to the participating parties by email.

Dated:    June 30, 2021                                 By:         G. Roberson
                                                                                   Deputy Clerk