Patrick M. Maloney – CSBN 197844
Gregory M. Smith – CSBN 259971
**THE MALONEY FIRM, APC**
2381 Rosecrans Avenue, Suite 405
El Segundo, California 90245
T: 310-540-1505 | F: 310-540-1507
E: pmaloney@maloneyfirm.com
E: gsmith@maloneyfirm.com

Attorneys for Defendants,
Nourmand & Associates

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELEVANT GROUP, LLC, a Delaware limited liability company; 1541 WILCOX HOTEL LLC, a Delaware limited liability company; 6516 TOMMIE HOTEL LLC, a Delaware limited liability company; and 6421 SELMA WILCOX HOTEL LLC, a California limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> STEPHAN "SAEED" NOURMAND, an individual; THE SUNSET LANDMARK INVESTMENT LLC, a California limited liability company; NOURMAND & ASSOCIATES, a California corporation; and DOES 1-10, <br><br> Defendants. | Case No.:   2:19-cv-05019-ODW (KSx) <br> Judge:      Hon. Otis D. Wright II <br> Department: Courtroom 5D, 5th Floor <br> Action Filed: June 10, 2019 <br><br> **NOURMAND & ASSOCIATES' NOTICE OF MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT [Fed. R. Civ. P. 12(b)(6)]** <br><br> [Points and Authorities; Declaration of Gregory M. Smith; Request for Judicial Notice;[Proposed] Order Filed Concurrently Herewith] <br><br> **Date:   November 15, 2019** <br> **Time:   1:30 p.m.** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

PLEASE TAKE NOTICE THAT on November 15, 2021 at 1:30 p.m., in

00185977                                        1
NOTICE OF MOTION TO DISMISS

Courtroom 5D of the First Street Courthouse, at 350 W. 1st Street, Los Angeles, CA. 90012, Defendant Nourmand & Associates ("N&A") will and hereby does move for an Order granting its Motion to Dismiss Plaintiffs' Third Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted (the "Motion").

As set forth more fully in N&A's Memorandum of Points and Authorities, Plaintiffs' claims fail because: 1) they are time-barred by the relevant statute of limitations, 2) they allege only that N&A has participated in petitioning activity protected by the First Amendment and the *Noerr-Pennington* doctrine, and 3) they do not state each of the required elements of a RICO cause of action.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place telephonically on September 23, 2021, and included Gregory M. Smith for N&A, Dale Bish, Charles Talpas, and Karen Kwok for Plaintiffs, and Neil Thakor for Co-Defendants.  See, Decl. of Gregory M. Smith.

This Motion is based on this Notice of Motion and Motion, the pleadings on file in this matter, the Memorandum of Points and Authorities filed concurrently herewith, the Declaration of Gregory M. Smith, the Request for Judicial Notice and its attendant Exhibits filed concurrently herewith, and any further argument the Court might allow.

Dated: October 12, 2021                    **THE MALONEY FIRM, APC**

By:  **/s/Gregory M. Smith**
Patrick M. Maloney
Gregory M. Smith
Attorneys for Defendants
Nourmand & Associates

# CERTIFICATE OF SERVICE

I hereby certify that on _____, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

☒ I, Gregory M. Smith, declare that I am employed by The Maloney Firm, APC, a citizen of the United States of America, a resident of the state of California, over the age of eighteen (18) years, not a party to the above-entitled action, and competent to be a witness herein.

On October 12, 2021, I **caused** a true and correct copy of the foregoing document to be served on the person(s) listed below in the manner indicated:

Susan Kay Leader, Esq.
Wilson Sonsini Goodrich & Rosati, P.C.
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071-2027
sleader@wsgr.com

Attorneys for Plaintiffs,
Relevant Group, LLC;
1541 Wilcox Hotel LLC,
6516 Tommie Hotel LLC, and
6421 Selma Wilcox Hotel LLC

James Turken, Esq.
Norton Rose Fulbright US LLP
555 South Flower Street
Forty-First Floor
Los Angeles, ,CA 90071
james.turken@nortonrosefulbright.com

Attorneys for Defendant,
The Sunset Landmark Investment LLC

☐ Via Hand Delivery
☐ Via First Class Mail
☐ Via Facsimile
☒ Via Electronic Mail

Dated: October 12, 2021

**THE MALONEY FIRM, APC**

By: /s/ *Gregory M. Smith*
GREGORY M. SMITH
Attorneys for Defendants
Nourmand & Associates

00185977

i

**PROOF OF SERVICE**