**NORTON ROSE FULBRIGHT US LLP**
JAMES H. TURKEN (BAR NO. 89618)
NEIL P. THAKOR (BAR NO. 308743)
PHILLIP DI TULLIO (BAR NO. 324267)
555 South Flower Street
Forty-First Floor
Los Angeles, CA 90071
Telephone:   (213) 892-9200
Facsimile:   (213) 892-9494
james.turken@nortonrosefulbright.com
neil.thakor@nortonrosefulbright.com

Attorneys for Defendants

(Additional counsel on signature page)

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELEVANT GROUP, LLC, a Delaware limited liability company; 1541 WILCOX HOTEL LLC, a Delaware limited liability company; 6516 TOMMIE HOTEL LLC, a Delaware limited liability company; and 6421 SELMA WILCOX HOTEL LLC, a California limited liability company,<br><br>            Plaintiffs,<br><br>      v.<br><br>STEPHEN "SAEED" NOURMAND, an individual; THE SUNSET LANDMARK INVESTMENT LLC, a California limited liability company; and DOES 1-10,<br><br>            Defendants. | Case No. 2:19-cv-05019-ODW-KSx<br><br>**JOINT STIPULATION TO MODIFY THE SCHEDULE AND CASE MANAGEMENT ORDER UNDER RULE 16(B)(4)**<br><br>Discovery Cut-off: 3/28/2022<br>Pretrial Conference: 07/11/2021<br>Trial: 08/02/2021 |

## **STIPULATION**

This stipulation is entered by and between plaintiffs Relevant Group, LLC, 1541 Wilcox Hotel LLC, 6516 Tommie Hotel LLC and 6421 Selma Wilcox Hotel LLC (collectively, "Plaintiffs") and defendants Stephan "Saeed" Nourmand, The Sunset Landmark Investment LLC ("S Defendants") and Nourmand & Associates, Inc. ("N&A") (collectively, the "Parties"), by and through their undersigned counsel of record.

WHEREAS, on October 1, 2021, the Court issued a Scheduling Order in the above-captioned case setting the discovery cut-off for March 28, 2022; expert cut-off for April 18, 2022; and motion cut-off for May 16, 2022.

WHEREAS, the Parties are still diligently completing discovery, including supplementing written discovery responses and completing document productions.

WHEREAS, the Parties intend to take several party and non-party depositions in March;

WHEREAS, Plaintiffs and S Defendants are also currently engaged in good faith meet and confer efforts to resolve outstanding discovery disputes without the need for motion practice;

WHEREAS, on October 12, 2021, N&A filed a Motion to Dismiss which is currently pending before the Court.  N&A has not yet answered Plaintiffs' Third Amended Complaint.

WHEREAS, the Parties desire to modify to the Scheduling Order to extend the discovery cut-off, expert cut-off and motion cut-off by 30 days.  Plaintiffs have agreed to the proposed extension on condition that the trial date, which is currently set for August 2, 2022, will not be impacted;

WHEREAS, the Parties agree that good cause exists for a 30-day continuance of the discovery-cut off, expert cut off, and motion cut off.  The continuance would allow for the orderly completion of written discovery, depositions, and expert disclosures; allow time for the parties to resolve any disputes to reduce the amount

DOCUMENT PREPARED
ON RECYCLED PAPER

of unnecessary discovery motions; and would not impact the Pretrial Conference or Trial dates previously set by the Court.

WHEREAS, while N&A has agreed to sign this Stipulation, N&A intends to file a separate motion to the modify the scheduling order to continue the trial date given that its motion to dismiss remains pending.  Plaintiffs have indicated they will oppose the motion.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel of record, that the Scheduling Order be modified as set forth below:

| Event | Current Date | Proposed Date |
|---|---|---|
| Percipient / Fact Discovery Cutoff | March 28, 2022 | April 28, 2022 |
| Expert Discovery Cutoff | April 18, 2022 | May 18, 2022 |
| Deadline to complete private mediation session | May 9, 2022 | May 9, 2022 (*no change*) |
| Deadline for Hearing Motions | May 16, 2022 | June 16, 2022 |
| Deadline to File Pre-Trial Documents | June 27, 2022 | June 27, 2022 (*no change*) |
| Final Pretrial Conference at 1:30 p.m. Deadline to file Motions in Limine | July 11, 2022 | July 11, 2022 (*no change*) |
| Deadline to file Oppositions to Motions in Limine | July 18, 2022 | July 18, 2022 (*no change*) |
| Hearing on Motions in Limine | July 25, 2022 | July 25, 2022 (*no change*) |
| Deadline to file Final Trial Exhibit Stipulation | July 28, 2022 | July 28, 2022 (*no change*) |
| **Trial Date.** | Aug. 2, 2022 | Aug. 2, 2022 (*no change*) |

1
2
3
4
5

Dated:  February 28, 2022         WILSON SONSINI GOODRICH & ROSATI
                                   Professional Corporation

6
7

                                   By: */s/ Susan Kay Leader*
                                         Susan Kay Leader

8
9
10

                                   *Attorneys for Plaintiffs Relevant Group, LLC,*
                                   *1541 Wilcox Hotel LLC, 6516 Tommie Hotel*
                                   *LLC and 6421 Selma Wilcox Hotel*

11
12

Dated:  February 28, 2022         NORTON ROSE FULBRIGHT US LLP

13
14

                                   By: */s/ James H. Turken*
                                         James H. Turken

15
16
17

                                   *Attorneys for Defendants Stephan "Saeed"*
                                   *Nourmand and The Sunset Landmark*
                                   *Investment LLC*

18
19

Dated:  February 28, 2022         THE MALONEY LAW FIRM, APC

20
21

                                   By: */s/ Gregory M. Smith*
                                         Gregory M. Smith

22
23

                                   *Attorneys for Defendant Nourmand & Associates*

24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **ATTESTATION**

The e-filing attorney hereby attests that the signatories indicated by a conformed signature (/s/) in the foregoing e-filed document have concurred to the contents of the foregoing document and have authorized the filing of the foregoing document.

Dated:  February 28, 2022                    By: */s/ James H. Turken*
                                                        James H. Turken