Patrick M. Maloney – CSBN 197844
Gregory M. Smith – CSBN 259971
**THE MALONEY FIRM, APC**
2381 Rosecrans Avenue, Suite 405
El Segundo, California 90245
T: 310-540-1505 | F: 310-540-1507
E: pmaloney@maloneyfirm.com
E: gsmith@maloneyfirm.com

Attorneys for Defendant,
Nourmand & Associates

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELEVANT GROUP, LLC, a Delaware limited liability company; 1541 WILCOX HOTEL LLC, a Delaware limited liability company; 6516 TOMMIE HOTEL LLC, a Delaware limited liability company; and 6421 SELMA WILCOX HOTEL LLC, a California limited liability company,<br><br>        Plaintiffs,<br><br>    v.<br><br>STEPHAN "SAEED" NOURMAND, an individual; THE SUNSET LANDMARK INVESTMENT LLC, a California limited liability company; and DOES 1-10,<br><br>        Defendants. | Case No.:    2:19-cv-05019-ODW (KSx)<br>Judge:      Hon. Otis D. Wright II<br>Department:  Courtroom 5D, 5th Floor<br>Action Filed: June 10, 2019<br><br>**DEFENDANT, NOURMAND & ASSOCIATES' ANSWER TO THIRD AMENDED COMPLAINT** |

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

00191343

1

**DEFENDANT, NOURMAND & ASSOCIATES' ANSWER TO THIRD AMENDED COMPLAINT**

Defendant, Nourmand & Associates ("N&A"), by and through its undersigned counsel of record, and pursuant to the Federal Rules of Civil Procedure, hereby responds to, answers and generally denies Plaintiffs, Relevant Group, LLC ("Relevant"), 1541 Wilcox Hotel LLC ("Wilcox"), 6516 Tommie Hotel LLC ("Tommie"), and 6421 Selma Wilcox Hotel LLC's ("Selma") (collectively "Plaintiffs") Third Amended Complaint ("TAC"). As to any part of the TAC not specifically admitted, denied, or discussed with respect to N&A, N&A hereby denies said allegations, including, but not limited to, any allegation contained in the TAC's preamble, headings, subheadings, and wherefore clause. Further, any averments in the TAC to which no responsive pleadings are capable or required shall be deemed denied. N&A further denies Plaintiffs' characterization and repeated use of the term "Nourmand Enterprise" in every paragraph that it appears in the TAC as no such enterprise exists, it is misleading, and it is a legal conclusion designed to presume a necessary element that Plaintiffs must prove in their case in chief. Further, any admission in this response is limited to the expressed language used herein and shall not be deemed an admission of additional facts. N&A hereby responds as follows:

## SUMMARY OF THE ACTION

1.    Responding to Paragraph 1 of the Complaint, N&A **denies** each and every allegation therein.

2.    Responding to Paragraph 2 of the Complaint, N&A **denies** each and every allegation therein.

3.    Responding to Paragraph 3 of the Complaint, N&A **denies** each and every allegation therein.

4.    Responding to Paragraph 4 of the Complaint, N&A **denies** each and every allegation therein.

5.    Responding to Paragraph 5 of the Complaint, N&A **denies** each and every allegation therein.

6.    Responding to Paragraph 6 of the Complaint, N&A **admits** that it is a

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

real estate brokerage, admits that it is operated by Michael Nourmand, and admits that Saeed Nourmand has not has a role in it for years, but **denies** each and every other allegation in Paragraph 6.

7.     Responding to Paragraph 7 of the Complaint, N&A **denies** each and every allegation therein.

8.     Responding to Paragraph 8 of the Complaint, N&A lacks sufficient knowledge to form a belief as to the truth of the allegations regarding Relevant' s business or projects, N&A **denies** each and every allegation therein.

9.     Responding to Paragraph 9 of the Complaint, N&A **denies** each and every allegation therein.

10.     Responding to Paragraph 10 of the Complaint, N&A **admits** that has an office in the Hollywood Athletic Club, but **denies** each and every other allegation in Paragraph 10.

11.     Responding to Paragraph 11 of the Complaint, N&A **denies** each and every allegation therein.

12.     Responding to Paragraph 12 of the Complaint, N&A **denies** each and every allegation therein.

13.     Responding to Paragraph 13 of the Complaint, N&A **denies** each and every allegation therein.

14.     Responding to Paragraph 14 of the Complaint, N&A lacks sufficient knowledge to form a belief as to the truth of the allegations and thus N&A **denies** each and every allegation therein.

15.     Responding to Paragraph 15 of the Complaint, N&A lacks sufficient knowledge to form a belief as to the truth of the allegations and thus N&A **denies** each and every allegation therein.

16.     N&A **denies** the allegations contained in paragraph 16 of the TAC.

17.     N&A **denies** the allegations contained in paragraph 17 of the TAC.

18.     N&A **denies** the allegations contained in paragraph 18 of the TAC.

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

## THE PARTIES

19.     Responding to Paragraph 19 of the Complaint, N&A lacks sufficient knowledge to form a belief as to the truth of the allegations and thus N&A **denies** each and every allegation therein.

20.     Responding to Paragraph 20 of the Complaint, N&A lacks sufficient knowledge to form a belief as to the truth of the allegations and thus N&A **denies** each and every allegation therein.

21.     Responding to Paragraph 21 of the Complaint, N&A lacks sufficient knowledge to form a belief as to the truth of the allegations and thus N&A **denies** each and every allegation therein.

22.     Responding to Paragraph 22 of the Complaint, N&A lacks sufficient knowledge to form a belief as to the truth of the allegations and thus N&A **denies** each and every allegation therein.

23.     Responding to Paragraph 23 of the Complaint, N&A lacks sufficient knowledge to form a belief as to the truth of the allegations and thus N&A **denies** each and every allegation therein.

24.     Responding to Paragraph 24 of the Complaint, N&A **admits** on information and belief that Sunset Landmark is a California limited liability company, which operates in Los Angeles, California, but **deny** each and every other allegation in Paragraph 24.

25.     Responding to Paragraph 25 of the Complaint, N&A **admits** on information and belief that Saeed Nourmand is an individual who resides in Beverly Hills, California, does business in Los Angeles, California, and that he is a member of Sunset Landmark, but **deny** each and every other allegation in Paragraph 25.

26.     Responding to Paragraph 26 of the Complaint, N&A **denies** each and every allegation therein.

27.     Responding to Paragraph 27 of the Complaint, N&A **denies** each and every allegation therein.

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

28.     Responding to Paragraph 28 of the Complaint, N&A lacks sufficient knowledge to form a belief as to the truth of the allegations and thus N&A **denies** each and every allegation therein.

29.     Responding to Paragraph 29 of the Complaint, N&A lacks sufficient knowledge to form a belief as to the truth of the allegations and thus N&A **denies** each and every allegation therein.

30.     Responding to Paragraph 30 of the Complaint, N&A lacks sufficient knowledge to form a belief as to the truth of the allegations and thus N&A **denies** each and every allegation therein.

## **JURISDICTION AND VENUE**

31.     Responding to Paragraph 31 of the Complaint, N&A **admits** on information and belief that this Court has subject matter jurisdiction, but **denies** each and every other allegation in Paragraph 31.

32.     Responding to Paragraph 32 of the Complaint, N&A lacks sufficient knowledge to form a belief as to the truth of the allegations and thus N&A **denies** each and every allegation therein.

33.     Responding to Paragraph 33 of the Complaint, N&A **admits** on information and belief that this Court has personal jurisdiction, but **denies** each and every other allegation in Paragraph 33.

## **THE ENTERPRISE**

34.     Responding to Paragraph 34 of the Complaint, N&A **denies** each and every allegation therein.

35.     Responding to Paragraph 35 of the Complaint, N&A **denies** each and every allegation therein.

36.     Responding to Paragraph 36 of the Complaint, N&A lacks sufficient knowledge to form a belief as to the truth of the allegations and thus N&A **denies** each and every allegation therein.

37.     Responding to Paragraph 37 of the Complaint, N&A **denies** each and

1 every allegation therein.

2    38.    Responding to Paragraph 38 of the Complaint, N&A **denies** each and

3 every allegation therein.

4    39.    Responding to Paragraph 39 of the Complaint, N&A **denies** each and

5 every allegation therein.

6    40.    Responding to Paragraph 40 of the Complaint, N&A **denies** each and

7 every allegation therein.

8    41.    Responding to Paragraph 41 of the Complaint, N&A lacks sufficient

9 knowledge to form a belief as to the truth of the allegations and thus N&A **denies**

10 each and every allegation therein.

11   42.    Responding to Paragraph 42 of the Complaint, N&A lacks sufficient

12 knowledge to form a belief as to the truth of the allegations and thus N&A **denies**

13 each and every allegation therein.

14   43.    Responding to Paragraph 43 of the Complaint, N&A **denies** each and

15 every allegation therein.

16   44.    Responding to Paragraph 44 of the Complaint, N&A **denies** each and

17 every allegation therein.

18   45.    Responding to Paragraph 45 of the Complaint, N&A **denies** each and

19 every allegation therein.

20   46.    Responding to Paragraph 46 of the Complaint, N&A **denies** each and

21 every allegation therein.

22   47.    Responding to Paragraph 47 of the Complaint, N&A **denies** each and

23 every allegation therein.

24   48.    Responding to Paragraph 48 of the Complaint, N&A **denies** each and

25 every allegation therein.

26   49.    Responding to Paragraph 49 of the Complaint, N&A **denies** each and

27 every allegation therein.

28   50.    Responding to Paragraph 50 of the Complaint, N&A **admits** that it is

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

**DEFENDANT, NOURMAND & ASSOCIATES' ANSWER TO**
**THIRD AMENDED COMPLAINT**

separate from Saeed Nourmand and Sunset Landmark, but **denies** each and every other allegation in Paragraph 50.

51.     Responding to Paragraph 51 of the Complaint, N&A admits that it is a real estate brokerage operated by Michael Nourmand, but **denies** each and every other allegation in Paragraph 51.

52.     Responding to Paragraph 52 of the Complaint, N&A **denies** each and every allegation therein.

53.     Responding to Paragraph 53 of the Complaint, N&A **denies** each and every allegation therein.

54.     Responding to Paragraph 54 of the Complaint, N&A **denies** each and every allegation therein.

55.     Responding to Paragraph 55 of the Complaint, N&A denies each and every allegation therein.

56.     Responding to Paragraph 56 of the Complaint, N&A **denies** each and every allegation therein.

57.     Responding to Paragraph 57 of the Complaint, N&A lacks sufficient knowledge to form a belief as to the truth of the allegations and thus N&A **denies** each and every allegation therein.

58.     Responding to Paragraph 58 of the Complaint, N&A lacks sufficient knowledge to form a belief as to the truth of the allegations and thus N&A **denies** each and every allegation therein.

59.     Responding to Paragraph 59 of the Complaint, N&A lacks sufficient knowledge to form a belief as to the truth of the allegations and thus N&A **denies** each and every allegation therein.

60.     Responding to Paragraph 60 of the Complaint, N&A lacks sufficient knowledge to form a belief as to the truth of the allegations and thus N&A **denies** each and every allegation therein.

61.     Responding to Paragraph 61 of the Complaint, N&A lacks sufficient

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

knowledge to form a belief as to the truth of the allegations and thus N&A **denies** each and every allegation therein.

62.     Responding to Paragraph 62 of the Complaint, N&A lacks sufficient knowledge to form a belief as to the truth of the allegations and thus N&A **denies** each and every allegation therein.

63.     Responding to Paragraph 63 of the Complaint, N&A lacks sufficient knowledge to form a belief as to the truth of the allegations and thus N&A **denies** each and every allegation therein.

64.     Responding to Paragraph 64 of the Complaint, N&A lacks sufficient knowledge to form a belief as to the truth of the allegations and thus N&A **denies** each and every allegation therein.

## **DEFENDANTS' UNLAWFUL CONDUCT**

65.     Responding to Paragraph 65 of the Complaint, N&A lacks sufficient knowledge to form a belief as to the truth of the allegations and thus N&A **denies** each and every allegation therein.

66.     Responding to Paragraph 66 of the Complaint, N&A lacks sufficient knowledge to form a belief as to the truth of the allegations and thus N&A **denies** each and every allegation therein.

67.     Responding to Paragraph 67 of the Complaint, N&A lacks sufficient knowledge to form a belief as to the truth of the allegations and thus N&A **denies** each and every allegation therein.

68.     Responding to Paragraph 68 of the Complaint, N&A lacks sufficient knowledge to form a belief as to the truth of the allegations and thus N&A **denies** each and every allegation therein.

69.     Responding to Paragraph 69 of the Complaint, N&A lacks sufficient knowledge to form a belief as to the truth of the allegations and thus N&A **denies** each and every allegation therein.

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

70.     Responding to Paragraph 70 of the Complaint, N&A lacks sufficient knowledge to form a belief as to the truth of the allegations and thus N&A **denies** each and every allegation therein.

71.     N&A **admits** on information and belief that on or about March 3, 2016 Sunset Landmark filed a lawsuit against the City of Los Angeles, naming Wilcox as a real party in interest, but **denies** each and every other allegation in Paragraph 71.

72.     Responding to Paragraph 72 of the Complaint, N&A **denies** each and every allegation therein.

73.     Responding to Paragraph 73 of the Complaint, N&A **denies** each and every allegation therein..

74.     Responding to Paragraph 74 of the Complaint, N&A **denies** each and every allegation therein.

75.     Responding to Paragraph 75 of the Complaint, N&A **denies** each and every allegation therein.

76.     Responding to Paragraph 76 of the Complaint, N&A **denies** each and every allegation therein.

77.     Responding to Paragraph 77 of the Complaint, N&A **denies** each and every allegation therein.

78.     Responding to Paragraph 78 of the Complaint, N&A **denies** each and every allegation therein.

79.     Responding to Paragraph 79 of the Complaint, N&A **denies** each and every allegation therein.

80.     Responding to Paragraph 80 of the Complaint, N&A **denies** each and every allegation therein.

81.     Responding to Paragraph 81 of the Complaint, N&A **denies** each and every allegation therein.

82.     Responding to Paragraph 82 of the Complaint, N&A **denies** each and every allegation therein.

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

**DEFENDANT, NOURMAND & ASSOCIATES' ANSWER TO
THIRD AMENDED COMPLAINT**

83.     Responding to Paragraph 83 of the Complaint, N&A **denies** each and every allegation therein.

84.     Responding to Paragraph 84 of the Complaint, N&A **denies** each and every allegation therein.

85.     Responding to Paragraph 85 of the Complaint, N&A **denies** each and every allegation therein.

86.     Responding to Paragraph 86 of the Complaint, N&A **denies** each and every allegation therein.

87.     Responding to Paragraph 87 of the Complaint, N&A **denies** each and every allegation therein.

88.     Responding to Paragraph 88 of the Complaint, N&A **denies** each and every allegation therein.

89.     Responding to Paragraph 89 of the Complaint, N&A **denies** each and every allegation therein.

90.     Responding to Paragraph 90 of the Complaint, N&A lacks sufficient knowledge to form a belief as to the truth of the allegations and thus N&A **denies** each and every allegation therein.

91.     Responding to Paragraph 91 of the Complaint, N&A lacks sufficient knowledge to form a belief as to the truth of the allegations and thus N&A **denies** each and every allegation therein.

92.     Responding to Paragraph 92 of the Complaint, N&A lacks sufficient knowledge to form a belief as to the truth of the allegations and thus N&A **denies** each and every allegation therein.

93.     Responding to Paragraph 93 of the Complaint, N&A **denies** each and every allegation therein.

94.     N&A **admits** on information and belief that on or about June 9, 2017 Sunset Landmark filed a lawsuit against the City of Los Angeles, naming Tommie as a real party in interest, but **denies** each and every other allegation in Paragraph 94.

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

95.     Responding to Paragraph 95 of the Complaint, N&A **denies** each and every allegation therein.

96.     Responding to Paragraph 96 of the Complaint, N&A **denies** each and every allegation therein.

97.     Responding to Paragraph 97 of the Complaint, N&A **denies** each and every allegation therein..

98.     Responding to Paragraph 98 of the Complaint, N&A **denies** each and every allegation therein..

99.     Responding to Paragraph 99 of the Complaint, N&A **denies** each and every allegation therein..

100.    Responding to Paragraph 100 of the Complaint, N&A **denies** each and every allegation therein..

101.    Responding to Paragraph 101 of the Complaint, N&A **denies** each and every allegation therein..

102.    Responding to Paragraph 102 of the Complaint, N&A **denies** each and every allegation therein..

103.    Responding to Paragraph 103 of the Complaint, N&A **denies** each and every allegation therein.

104.    Responding to Paragraph 104 of the Complaint, N&A **denies** each and every allegation therein.

105.    Responding to Paragraph 105 of the Complaint, N&A **denies** each and every allegation therein.

106.    Responding to Paragraph 106 of the Complaint, N&A lacks sufficient knowledge to form a belief as to the truth of the allegations and thus N&A **denies** each and every allegation therein.

107.    Responding to Paragraph 107 of the Complaint, N&A lacks sufficient knowledge to form a belief as to the truth of the allegations and thus N&A **denies** each and every allegation therein.

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

00191343

11

**DEFENDANT, NOURMAND & ASSOCIATES' ANSWER TO THIRD AMENDED COMPLAINT**

108.   Responding to Paragraph 108 of the Complaint, N&A **denies** each and every allegation therein.

109.   Responding to Paragraph 109 of the Complaint, N&A **denies** each and every allegation therein.

110.   Responding to Paragraph 110 of the Complaint, N&A **denies** each and every allegation therein.

111.   Responding to Paragraph 111 of the Complaint, N&A **denies** each and every allegation therein.

112.   Responding to Paragraph 112 of the Complaint, N&A **denies** each and every allegation therein.

113.   Responding to Paragraph 113 of the Complaint, N&A **denies** each and every allegation therein.

114.   Responding to Paragraph 114 of the Complaint, N&A **denies** each and every allegation therein.

115.   Responding to Paragraph 115 of the Complaint, N&A **denies** each and every allegation therein.

116.   Responding to Paragraph 116 of the Complaint, N&A **denies** each and every allegation therein.

117.   Responding to Paragraph 117 of the Complaint, N&A **denies** each and every allegation therein.

118.   Responding to Paragraph 118 of the Complaint, N&A **denies** each and every allegation therein.

119.   Responding to Paragraph 119 of the Complaint, N&A lacks sufficient knowledge to form a belief as to the truth of the allegations and thus N&A **denies** each and every allegation therein.

120.   Responding to Paragraph 120 of the Complaint, N&A lacks sufficient knowledge to form a belief as to the truth of the allegations and thus N&A **denies** each and every allegation therein.

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

**DEFENDANT, NOURMAND & ASSOCIATES' ANSWER TO**
**THIRD AMENDED COMPLAINT**

121.    Responding to Paragraph 121 of the Complaint, N&A lacks sufficient knowledge to form a belief as to the truth of the allegations and thus N&A **denies** each and every allegation therein.

122.    Responding to Paragraph 122 of the Complaint, N&A **denies** each and every allegation therein.

123.    Responding to Paragraph 123 of the Complaint, N&A **denies** each and every allegation therein.

## **FIRST CLAIM FOR RELIEF**

124.    N&A incorporates its responses to paragraphs 1 through 123 of the TAC as if fully set forth herein.

125.    Responding to Paragraph 125 of the Complaint, N&A lacks sufficient knowledge to form a belief as to the truth of the legal conclusions asserted and thus N&A **denies** each and every allegation therein.

126.    Responding to Paragraph 126 of the Complaint, N&A lacks sufficient knowledge to form a belief as to the truth of the legal conclusions asserted and thus N&A **denies** each and every allegation therein.

127.    Responding to Paragraph 127 of the Complaint, N&A **denies** each and every allegation therein.

128.    Responding to Paragraph 128 of the Complaint, N&A **denies** each and every allegation therein.

129.    Responding to Paragraph 129 of the Complaint, N&A **denies** each and every allegation therein.

130.    Responding to Paragraph 130 of the Complaint, N&A **denies** each and every allegation therein.

131.    Responding to Paragraph 131 of the Complaint, N&A **denies** each and every allegation therein.

132.    Responding to Paragraph 132 of the Complaint, N&A **denies** each and every allegation therein.

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

**DEFENDANT, NOURMAND & ASSOCIATES' ANSWER TO**
**THIRD AMENDED COMPLAINT**

133.   Responding to Paragraph 133 of the Complaint, N&A **denies** each and every allegation therein.

134.   Responding to Paragraph 134 of the Complaint, N&A **denies** each and every allegation therein.

135.   Responding to Paragraph 135 of the Complaint, N&A **denies** each and every allegation therein.

136.   Responding to Paragraph 136 of the Complaint, N&A **denies** each and every allegation therein.

137.   Responding to Paragraph 137 of the Complaint, N&A **denies** each and every allegation therein.

138.   Responding to Paragraph 138 of the Complaint, N&A **denies** each and every allegation therein.

139.   Responding to Paragraph 139 of the Complaint, N&A **denies** each and every allegation therein.

140.   Responding to Paragraph 140 of the Complaint, N&A **denies** each and every allegation therein.

141.   Responding to Paragraph 141 of the Complaint, N&A **denies** each and every allegation therein.

142.   Responding to Paragraph 142 of the Complaint, N&A **denies** each and every allegation therein.

143.   Responding to Paragraph 143 of the Complaint, N&A **denies** each and every allegation therein.

## SECOND CLAIM FOR RELIEF

144.   N&A incorporates its responses to paragraphs 1 through 131 of the TAC as if fully set forth herein.

145.   Responding to Paragraph 145 of the Complaint, N&A lacks sufficient knowledge to form a belief as to the truth of the legal conclusions asserted and thus N&A **denies** each and every allegation therein.

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

146.   Responding to Paragraph 146 of the Complaint, N&A lacks sufficient knowledge to form a belief as to the truth of the legal conclusions asserted and thus N&A **denies** each and every allegation therein.

147.   Responding to Paragraph 147 of the Complaint, N&A **denies** each and every allegation therein..

148.   Responding to Paragraph 148 of the Complaint, N&A **denies** each and every allegation therein.

149.   Responding to Paragraph 149 of the Complaint, N&A **denies** each and every allegation therein.

150.   Responding to Paragraph 150 of the Complaint, N&A **denies** each and every allegation therein.

151.   Responding to Paragraph 151 of the Complaint, N&A **denies** each and every allegation therein.

152.   Responding to Paragraph 152 of the Complaint, N&A **denies** each and every allegation therein.

153.   Responding to Paragraph 153 of the Complaint, N&A **denies** each and every allegation therein.

154.   Responding to Paragraph 154 of the Complaint, N&A **denies** each and every allegation therein.

155.   Responding to Paragraph 155 of the Complaint, N&A **denies** each and every allegation therein.

156.   Responding to Paragraph 156 of the Complaint, N&A **denies** each and every allegation therein.

157.   Responding to Paragraph 157 of the Complaint, N&A **denies** each and every allegation therein.

158.   Responding to Paragraph 158 of the Complaint, N&A **denies** each and every allegation therein.

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

159.   Responding to Paragraph 159 of the Complaint, N&A **denies** each and every allegation therein.

160.   Responding to Paragraph 160 of the Complaint, N&A **denies** each and every allegation therein.

161.   Responding to Paragraph 161 of the Complaint, N&A **denies** each and every allegation therein.

### THIRD CLAIM FOR RELIEF

162.   N&A incorporates its responses to paragraphs 1 through 149 of the TAC as if fully set forth herein.

163.   Responding to Paragraph 163 of the Complaint, N&A lacks sufficient knowledge to form a belief as to the truth of the legal conclusions asserted and thus N&A **denies** each and every allegation therein.

164.   Responding to Paragraph 164 of the Complaint, N&A lacks sufficient knowledge to form a belief as to the truth of the legal conclusions asserted and thus N&A **denies** each and every allegation therein.

165.   Responding to Paragraph 165 of the Complaint, N&A **denies** each and every allegation therein.

166.   Responding to Paragraph 166 of the Complaint, N&A **denies** each and every allegation therein.

167.   Responding to Paragraph 167 of the Complaint, N&A **denies** each and every allegation therein.

168.   Responding to Paragraph 168 of the Complaint, N&A **denies** each and every allegation therein.

169.   Responding to Paragraph 169 of the Complaint, N&A **denies** each and every allegation therein.

170.   Responding to Paragraph 170 of the Complaint, N&A **denies** each and every allegation therein.

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

171.   Responding to Paragraph 171 of the Complaint, N&A **denies** each and every allegation therein.

172.   Responding to Paragraph 172 of the Complaint, N&A **denies** each and every allegation therein.

173.   Responding to Paragraph 173 of the Complaint, N&A **denies** each and every allegation therein.

174.   Responding to Paragraph 174 of the Complaint, N&A **denies** each and every allegation therein.

175.   Responding to Paragraph 175 of the Complaint, N&A **denies** each and every allegation therein.

176.   Responding to Paragraph 176 of the Complaint, N&A **denies** each and every allegation therein.

177.   Responding to Paragraph 177 of the Complaint, N&A **denies** each and every allegation therein.

178.   Responding to Paragraph 178 of the Complaint, N&A **denies** each and every allegation therein.

## PRAYER FOR RELIEF

N&A denies that Plaintiffs are entitled to any relief whatsoever, and instead, N&A respectfully requests that the Court deny the relief requested, dismiss the TAC, and award N&A its attorneys' fees and costs from Plaintiffs for the defense of this action to the greatest extent permitted by applicable law.

## DEMAND FOR JURY

N&A demands a trial by jury for all issues so triable.

## AFFIRMATIVE DEFENSES

Without assuming the burden of proof where it otherwise rests with Plaintiffs, N&A pleads the following affirmative defenses to the TAC. N&A reserves the right to plead additional defenses at such time and to such extent as warranted by discovery and the factual development in this case.

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

00191343

17

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Cause of Action)

Plaintiffs fail to state a cause of action in the TAC upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

### (Standing)

Plaintiffs lack standing to pursue their claims in the TAC as they have not suffered any concrete or particularized injury.

## THIRD AFFIRMATIVE DEFENSE

### (Noerr-Pennington Doctrine)

Plaintiffs' claims fail because the Noerr-Pennington doctrine, which provides immunity from antitrust liability for engaging in conduct (including litigation) aimed at influencing decision making by the government, applies to any conduct by N&A.

## FOURTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

Plaintiffs' claims fail or otherwise are barred, in whole or in part, by the applicable statutes of limitation.

## FIFTH AFFIRMATIVE DEFENSE

### (Laches)

Plaintiffs' claims are barred, in whole or in part, by the doctrine of laches.

## SIXTH AFFIRMATIVE DEFENSE

### (Waiver)

Plaintiffs' claims are barred, in whole or in part, by the doctrine of waiver.

## SEVENTH AFFIRMATIVE DEFENSE

### (Estoppel)

Plaintiffs' claims are barred, in whole or in part, by the doctrine of estoppel.

///

///

**DEFENDANT, NOURMAND & ASSOCIATES' ANSWER TO
THIRD AMENDED COMPLAINT**

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

## EIGHTH AFFIRMATIVE DEFENSE

### (Res Judicata and/or Collateral Estoppel)

Plaintiffs' claims fail or otherwise are barred, in whole or in part, through the preclusive effect of res judicata and/or collateral estoppel.

## NINTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

If Plaintiffs have suffered damages by virtue of any conduct, acts or omissions of N&A, which is denied, Plaintiffs have failed to mitigate those damages.

## TENTH AFFIRMATIVE DEFENSE

### (No Proximate Cause)

The damages Plaintiffs seek to hold N&A liable for resulted in whole or in part from the negligent, deliberate, intentional, reckless, or unlawful acts or omissions of third parties, and N&A is in no way responsible for or liable to Plaintiffs for any of such acts or omissions on the part of any such third parties.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Lack of Willful or Knowing Conduct)

N&A did not willfully or knowingly violate RICO, which is expressly denied.

## TWELFTH AFFIRMATIVE DEFENSE

### (Lack of Damages)

Plaintiffs did not sustain any damages. To the extent Plaintiffs sustained any damages, such damages are de minimis and non-actionable, which deprives the Court of subject matter jurisdiction in this action.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Fault of Plaintiffs)

Plaintiffs are not entitled to recover any losses they could have reasonably avoided.

///

///

00191343

**DEFENDANT, NOURMAND & ASSOCIATES' ANSWER TO THIRD AMENDED COMPLAINT**

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

## FOURTEENTH AFFIRMATIVE DEFENSE

### (In Pari Delicto)

Plaintiffs' claims fail and Plaintiffs may not recover because Plaintiffs are equally responsible for any harmful conduct.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Doctrine of Unclean Hands)

Plaintiffs' claims fail or otherwise are barred, in whole or in part, or limited by the doctrine of unclean hands.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Ordinary Course of Conduct)

N&A is a neighbor of the developments of Plaintiffs, and therefore any actions or conduct by N&A cannot constitute an inference of an agreement to conspire to violate RICO as such actions and communications are done in the normal course of conduct.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Consent/Acquiescence)

Plaintiffs' claims fail or otherwise are barred, in whole or in part, or limited by Plaintiffs' consent/acquiescence to N&A's actions, if any.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Settlement/Payment)

Plaintiffs' claims fail or otherwise are barred, in whole or in part, by the settlement agreements reached among certain parties to this litigation and the corresponding payments made to settle such claims.

## NINETEENTH AFFIRMATIVE DEFENSE

### (Assumption of Risk)

Plaintiffs' claims fail or otherwise are barred, in whole or in part, by the assumption of risk doctrine for developing the properties and having to comply with various federal, state, and local laws.

## TWENTIETH AFFIRMATIVE DEFENSE

### (Ratification)

Plaintiffs ratified the contractual relationship and settlements at issue. Plaintiffs ratified the settlements by accepting the benefits of and, with full knowledge of the terms of the settlement and the circumstances complained of in the TAC, otherwise performed in accordance with its terms. Plaintiffs now seek damages based upon the exact settlement transaction that they agreed to and expressly authorized. Any harm allegedly suffered resulted from Plaintiffs' own action/inaction.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Set-Off)

N&A is entitled to a set-off against any damage awarded to Plaintiffs for any and all payments made by any collateral source.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### (Preemption)

Federal and/or state law preempts some or all of Plaintiffs' claims.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### (Reservation of Rights)

N&A expressly reserves the right to raise additional affirmative defenses at trial as facts supporting any such affirmative defenses may become known to it during the pendency of this action.

///
///
///
///
///
///
///
///

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

WHEREFORE, N&A prays for judgment as follows:

1.      That Plaintiffs take nothing by reason of their TAC;

2.      That judgment be entered in favor of N&A;

3.      That N&A be awarded all of its costs and recoverable attorneys' fees incurred in defending against the TAC; and

4.      That N&A be granted such other and further relief as this Court deems just and proper.

Dated: March 18, 2022

THE MALONEY FIRM, APC

By:      /s/ Gregory M. Smith
PATRICK M. MALONEY, ESQ.
GREGORY M. SMITH, ESQ.
Attorneys for Defendant,
NOURMAND & ASSOCIATES

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

## CERTIFICATE OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2381 Rosecrans Avenue, Suite 405, El Segundo, CA 90245.

On <u>March 18, 2022,</u> I served the foregoing document(s) described as: **DEFENDANT, NOURMAND & ASSOCIATES' ANSWER TO THIRD AMENDED COMPLAINT** on the interested party(ies) below, using the following means:

### SEE ATTACHED SERVICE LIST

☐ BY PERSONAL SERVICE I delivered such envelope(s) by hand to the offices of the addressee(s).

☐ BY UNITED STATES MAIL I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at El Segundo, California.

☐ BY OVERNIGHT DELIVERY I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the respective address(es) of the party(ies) stated above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ BY MESSENGER SERVICE I served the documents by placing them in an envelope or package addressed to the respective address(es) of the party(ies) stated above and providing them to a professional messenger service for service.

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on <u>March 18, 2022,</u> at Los Angeles, California.

_____
Marilyn Vigil

00191343

SERVICE LIST

| | |
|---|---|
| Susan K. Leader, Esq.<br>Granville C. Kaufman, Esq.<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>633 West Fifth Avenue, Suite 1550<br>Los Angeles, CA 90071-2027<br>T: (323) 210-2900 │ F: (866) 974.7329<br>E: sleader@wsgr.com<br>E: gkaufman@wsgr.com | Attorneys for Plaintiffs,<br>Relevant Group, LLC<br>1541 Wilcox Hotel LLC,<br>6516 Tommie Hotel LLC, and<br>6421 Selma Wilcox Hotel LLC |
| Dale R. Bish, Esq.<br>Charles A. Talpas, Esq.<br>Karen Kwok, Esq.<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, California 94304-1050<br>T: (650) 493-9300 │ F: (650) 565-5100<br>E: dbish@wsgr.com<br>E: ctalpas@wsgr.com<br>E: kkwok@wsgr.com | |
| James H. Turken, Esq.<br>Neil P. Thakor, Esq.<br>Phillip R. Di Tullio, Esq.<br>Christopher Pelham, Esq.<br>NORTON ROSE FULBRIGHT US LLP<br>555 South Flower Street, Forty-First Floor<br>Los Angeles, California 90071<br>T: (213) 892-9200 │ F: (213) 892-9494<br>E: James.turken@nortonrosefulbright.com<br>E: neil.thakor@nortonrosefulbright.com<br>E: christopher.pelham@nortonrosefulbright.com | Attorneys for Defendants<br>STEPHEN "SAEED"<br>NOURMAND and<br>THE SUNSET LANDMARK<br>INVESTMENT, LLC |

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 │ F: (310) 540-1507

00191343