| | |
|---|---|
| 1 | **WILSON SONSINI GOODRICH & ROSATI**<br>**Professional Corporation** |
| 2 | SUSAN K. LEADER, State Bar No. 216743 |
| 3 | sleader@wsgr.com<br>ALI R. RABBANI, State Bar No. 253730 |
| 4 | arabbani@wsgr.com<br>CONOR TUCKER, State Bar No. 318075 |
| 5 | ctucker@wsgr.com<br>633 West Fifth Avenue, Suite 1550 |
| 6 | Los Angeles, CA 90071-2027<br>Telephone:  (323) 210-2900 |
| 7 | Facsimile:   (866) 974.7329 |
| 8 | **WILSON SONSINI GOODRICH & ROSATI**<br>**Professional Corporation** |
| 9 | DALE R. BISH, State Bar No. 235390 |
| 10 | dbish@wsgr.com<br>CHARLES A. TALPAS, State Bar No. 308505 |
| 11 | ctalpas@wsgr.com<br>650 Page Mill Road |
| 12 | Palo Alto, CA 94304-1050<br>Telephone:  (650) 493-9300<br>Facsimile:   (650) 565-5100 |
| 13 | |
| 14 | Attorneys for Plaintiffs<br>Relevant Group, LLC, 1541 Wilcox Hotel |
| 15 | LLC, 6516 Tommie Hotel LLC, and 6421<br>Selma Wilcox Hotel LLC |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELEVANT GROUP, LLC, a Delaware limited liability company; 1541 WILCOX HOTEL LLC, a Delaware limited liability company; 6516 TOMMIE HOTEL LLC; a Delaware limited liability company; and 6421 SELMA WILCOX HOTEL LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHAN "SAEED" NOURMAND, an individual; THE SUNSET LANDMARK INVESTMENT LLC, a California limited liability company; NOURMAND & ASSOCIATES, a California corporation; and DOES 1-10,<br><br>Defendants. | Case No.: 2:19-cv-05019-ODW (KSx)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:    June 13, 2022<br>Time:    1:30 p.m.<br>Place:   Courtroom 5D<br>Judge:   Hon. Otis D. Wright II |

PLEASE TAKE NOTICE that on June 13, 2022, at 1:30p.m., or as soon thereafter as counsel may be heard in Courtroom 5D of this Court located at 350 W. First Street, Los Angeles, California, 90012, or in such other location or manner as the Court may provide, Plaintiffs Relevant Group, LLC, 1541 Wilcox Hotel LLC, 6516 Tommie Hotel LLC, and 6421 Selma Wilcox Hotel LLC (collectively "Plaintiffs") will and hereby do move for partial summary judgment pursuant to Federal Rule of Civil Procedure 56 against Defendants Stephan "Saeed" Nourmand, The Sunset Landmark Investment LLC, and Nourmand & Associates (collectively "Defendants") on the grounds that any releases in settlement agreements purporting to release Defendants from their wrongful acts are inapplicable or unenforceable in this action and thus may not be relied upon by Defendants as defenses in this matter, including granting judgment at least against Defendants' Eighteenth and Twentieth Affirmative Defenses.

This motion is based upon this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, Statement of Uncontroverted Facts and Conclusions of Law, Declaration of Charles Talpas and attachments thereto, Request for Judicial Notice, and any other documents or arguments that this Court may consider in deciding on this Motion.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on April 26, 2022.

Dated:  May 9, 2022

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Susan K. Leader*
       Susan K. Leader

Attorneys for Plaintiffs
Relevant Group, LLC, 1541 Wilcox Hotel LLC, 6516 Tommie Hotel LLC and 6421 Selma Wilcox Hotel LLC