| | |
|---|---|
| 1 | **WILSON SONSINI GOODRICH & ROSATI**<br>**Professional Corporation** |
| 2 | SUSAN K. LEADER, State Bar No. 216743<br>sleader@wsgr.com |
| 3 | ALI R. RABBANI, State Bar No. 253730<br>arabbani@wsgr.com |
| 4 | CONOR TUCKER, State Bar No. 318075<br>ctucker@wsgr.com |
| 5 | 633 West Fifth Avenue, Suite 1550<br>Los Angeles, CA 90071-2027 |
| 6 | Telephone: (323) 210-2900<br>Facsimile: (866) 974.7329 |
| 7 | |
| 8 | **WILSON SONSINI GOODRICH & ROSATI**<br>**Professional Corporation** |
| 9 | DALE R. BISH, State Bar No. 235390<br>dbish@wsgr.com |
| 10 | CHARLES A. TALPAS, State Bar No. 308505<br>ctalpas@wsgr.com |
| 11 | 650 Page Mill Road<br>Palo Alto, CA 94304-1050 |
| 12 | Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100 |
| 13 | Attorneys for Plaintiffs |
| 14 | Relevant Group, LLC, 1541 Wilcox Hotel LLC, 6516 Tommie Hotel LLC, and 6421 Selma Wilcox Hotel LLC |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RELEVANT GROUP, LLC, a Delaware limited liability company; 1541 WILCOX HOTEL LLC, a Delaware limited liability company; 6516 TOMMIE HOTEL LLC, a Delaware limited liability company; and 6421 SELMA WILCOX HOTEL LLC, a California limited liability company,<br><br>       Plaintiffs,<br><br>     v.<br><br>STEPHAN "SAEED" NOURMAND, an individual; THE SUNSET LANDMARK INVESTMENT LLC, a California limited liability company; NOURMAND & ASSOCIATES, a California corporation; and DOES 1-10,<br><br>       Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 2:19-cv-05019-ODW (KSx)<br><br>**DECLARATION OF CHARLES TALPAS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:   June 13, 2022<br>Time:   1:30 p.m.<br>Place:  Courtroom 5D<br>Judge:  Hon. Otis D. Wright II |

DECLARATION OF CHARLES TALPAS  CASE NO.: 2:19-CV-05019-ODW (KSX)

## DECLARATION OF CHARLES TALPAS

I, Charles Talpas, declare as follows:

1. I am an attorney at law licensed in the State of California, and I am an associate in the law firm of Wilson Sonsini Goodrich & Rosati P.C. ("Wilson Sonsini"). I am counsel of record for plaintiffs Relevant Group, LLC ("Relevant"), 1541 Wilcox Hotel LLC ("Wilcox"), 6516 Tommie Hotel LLC ("Tommie"), and 6421 Selma Wilcox Hotel LLC ("Selma") in the above-captioned matter. I have personal knowledge of the matters stated herein and, if called upon to do so, I could and would testify competently as to such matters.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Exhibit 4 to the April 20, 2022 deposition of Robert Silverstein, which is the March 3, 2016 Verified Petition for Writ of Mandamus and Complaint for Declaratory Relief filed by Sunset against the City naming Wilcox as the real party in interest. *See* Exhibit 5 at 144 (tr. 52:9-12). Exhibit 1 is also subject to Plaintiffs' Request for Judicial Notice in Support of Plaintiffs' Motion for Partial Summary Judgment ("RJN").

3. Attached hereto as **Exhibit 2** is a true and correct copy of Exhibit 7 to the April 20, 2022 deposition of Robert Silverstein, which is the June 9, 2017 Verified Petition for Writ of Mandamus filed by Sunset against the City of Los Angeles ("the City") naming Tommie as the real party in interest. *See* Exhibit 5 at 149 (tr. 72:8-13). Exhibit 2 is also subject to Plaintiffs' RJN.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Exhibit 5 to the April 20, 2022 deposition of Robert Silverstein, which is a letter dated January 25, 2017 from Daniel Wright to the Los Angeles Department of City Planning, City Planning Commission and bears the Bates numbers AR002469 through AR002486. *See* Exhibit 5 at 146 (tr. 62:7-23).

5. Attached hereto as **Exhibit 4** is a true and correct copy of Exhibit 6 to the April 20, 2022 deposition of Robert Silverstein, which is a letter dated April 25, 2017 from Daniel Wright to Hon. Jose Huizar and the Planning and Land Use

Management Committee and bears the Bates numbers REL115530 through REL115563.  *See* Exhibit 5 at 147-48 (tr. 65:19-66:1).

6.  Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the transcript of the April 20, 2022 deposition of Robert Silverstein.

7.  Attached hereto as **Exhibit 6** is a true and correct copy of Exhibit 8 to the April 20, 2022 deposition of Robert Silverstein, which is a letter dated April 21, 2017 from Robert P. Silverstein to Matthew D. Hinks.  *See* Exhibit 5 at 150 (tr. 81:14-21).

8.  Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from the transcript of the April 1, 2022 deposition of Matthew Hinks.

9.  Attached hereto as **Exhibit 8** is a true and correct copy of an August 25, 2017 email from Guy M. Maisnik to Jayesh Patel, which was produced by Plaintiffs in this action and bears Bates numbers REL001474 through REL001478.  At his May 2, 2022 deposition, Jayesh Patel was examined on the document bearing these Bates numbers, wherein foundation for the underlying emails was laid.  *See* Exhibit 13 at 258-59 (tr. 153:16-154:6).  As of the date of this declaration, only the rough deposition transcript was available to Plaintiffs and the stamped exhibit was not available.

10.  Attached hereto as **Exhibit 9** is a true and correct copy of Exhibit 17 to the March 8, 2022 deposition of Grant King, which is the January 8, 2018 Settlement Agreement and Release between Wilcox and Sunset.  *See* Exhibit 14 at 263 (tr. 306:8-22).

11.  Attached hereto as **Exhibit 10** is a true and correct copy of Exhibit 18 to the March 8, 2022 deposition of Grant King, which is the January 8, 2018 Settlement Agreement and Release between Tommie and The Sunset Landmark Investment, LLC ("Sunset").  *See* Exhibit 14 at 264 (tr. 314:1-6).

12.  Attached hereto as **Exhibit 11** is a true and correct copy of the April 2, 2019 Verified Petition Writ of Mandamus filed by Sunset against the City naming

Selma as the real party in interest, which was produced by Plaintiffs in this action and bears the Bates numbers REL000025 through REL000033. Exhibit 11 is also subject to Plaintiffs' RJN.

13. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts of the May 9, 2022 Expert Report of Tina Thomas.

14. Attached hereto as **Exhibit 13** is a true and correct copy of excerpts from the rough transcript of the May 2, 2022 deposition of Jayesh Patel. As of the date of this declaration, Plaintiffs only have access to the rough transcript of Mr. Patel's deposition.

15. Attached hereto as **Exhibit 14** is a true and correct copy of excerpts from the transcript of the March 8, 2022 deposition of Grant King.

16. Plaintiffs' motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on April 26, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Palo Alto, California this 9th day of May, 2022.

*/s/ Charles Talpas*
Charles Talpas