| | |
|---|---|
| 1 | **WILSON SONSINI GOODRICH & ROSATI**<br>**Professional Corporation** |
| 2 | SUSAN K. LEADER, State Bar No. 216743<br>sleader@wsgr.com |
| 3 | ALI R. RABBANI, State Bar No. 253730<br>arabbani@wsgr.com |
| 4 | CONOR TUCKER, State Bar No. 318075<br>ctucker@wsgr.com |
| 5 | 633 West Fifth Avenue, Suite 1550<br>Los Angeles, CA 90071-2027 |
| 6 | Telephone: (323) 210-2900<br>Facsimile: (866) 974.7329 |
| 7 | |
| 8 | **WILSON SONSINI GOODRICH & ROSATI**<br>**Professional Corporation**<br>DALE R. BISH, State Bar No. 235390 |
| 9 | dbish@wsgr.com<br>CHARLES A. TALPAS, State Bar No. 308505 |
| 10 | ctalpas@wsgr.com<br>650 Page Mill Road |
| 11 | Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300 |
| 12 | Facsimile: (650) 565-5100 |
| 13 | Attorneys for Plaintiffs<br>Relevant Group, LLC, 1541 Wilcox Hotel |
| 14 | LLC, 6516 Tommie Hotel LLC, and 6421<br>Selma Wilcox Hotel LLC |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RELEVANT GROUP, LLC, a Delaware limited liability company; 1541 WILCOX HOTEL LLC, a Delaware limited liability company; 6516 TOMMIE HOTEL LLC; a Delaware limited liability company; and 6421 SELMA WILCOX HOTEL LLC, a California limited liability company,<br><br>         Plaintiffs,<br><br>   v.<br><br>STEPHAN "SAEED" NOURMAND, an individual; THE SUNSET LANDMARK INVESTMENT LLC, a California limited liability company; NOURMAND & ASSOCIATES, a California corporation; and DOES 1-10,<br><br>         Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 2:19-cv-05019-ODW (KSx)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: June 13, 2022<br>Time: 1:30 p.m.<br>Place: Courtroom 5D<br>Judge: Hon. Otis D. Wright II |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Evidence 201, Plaintiffs Relevant Group, LLC ("Relevant"), 1541 Wilcox Hotel LLC ("Wilcox"), 6516 Tommie Hotel LLC ("Tommie"), and 6421 Selma Wilcox Hotel LLC ("Selma") (collectively "Plaintiffs") respectfully request that the Court take judicial notice of the following documents in support of Plaintiffs' Motion for Partial Summary Judgment:

1. The March 3, 2016 Verified Petition for Writ of Mandamus and Complaint for Declaratory Relief filed by Sunset against the City naming Wilcox as the real party in interest, which is attached as Exhibit 1 to the concurrently-filed Declaration of Charles Talpas ("Talpas Declaration");

2. The June 9, 2017 Verified Petition for Writ of Mandamus filed by The Sunset Landmark Investment LLC ("Sunset") against the City of Los Angeles ("City") naming Tommie as the real party in interest, which is attached as Exhibit 2 to the Talpas Declaration; and

3. The April 2, 2019 Verified Petition Writ of Mandamus filed by Sunset against the City naming Selma as the real party in interest, which is attached as Exhibit 11 to the Talpas Declaration.

A court may take judicial notice of "a fact that is not subject to reasonable dispute because it . . . can be accurately and readily determine from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2); *see also Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001) ("[U]nder Fed. R. Evid. 201, a court may take judicial notice of 'matters of public record.'") (citation omitted). Such judicially noticeable public records include court filings. *See, e.g., Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) (taking judicial notice of court filings and other matters of public record).

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: May 9, 2022 | WILSON SONSINI GOODRICH & ROSATI Professional Corporation |
| 5 | | By: */s/ Susan K. Leader* <br>     Susan K. Leader |
| 6–8 | | Attorneys for Plaintiffs Relevant Group, LLC, 1541 Wilcox Hotel LLC, 6516 Tommie Hotel LLC and 6421 Selma Wilcox Hotel LLC |