Patrick M. Maloney – CSBN 197844
Gregory M. Smith – CSBN 259971
**THE MALONEY FIRM, APC**
2381 Rosecrans Avenue, Suite 405
El Segundo, California 90245
T: 310-540-1505 | F: 310-540-1507
E: pmaloney@maloneyfirm.com
E: gsmith@maloneyfirm.com

Attorneys for Defendants,
Nourmand & Associates

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELEVANT GROUP, LLC, a Delaware limited liability company; 1541 WILCOX HOTEL LLC, a Delaware limited liability company; 6516 TOMMIE HOTEL LLC, a Delaware limited liability company; and 6421 SELMA WILCOX HOTEL LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHAN "SAEED" NOURMAND, an individual; THE SUNSET LANDMARK INVESTMENT LLC, a California limited liability company; NOURMAND & ASSOCIATES, a California corporation; and DOES 1-10,<br><br>Defendants. | Case No.:   2:19-cv-05019-ODW (KSx)<br>Judge:      Hon. Otis D. Wright II<br>Department: Courtroom 5D, 5th Floor<br>Action Filed: June 10, 2019<br>Trial Date:  August 2, 2022<br><br>**NOURMAND & ASSOCIATES' NOTICE OF MOTION AND MOTION FOR SUMMARY JDUGMENT**<br>**[Fed. R. Civ. P. 12(b)(6)]**<br><br>**Date:   June 13, 2022**<br>**Time:   1:30 p.m.**<br>**Dept.:  Courtroom 5D** |

00194284

NOTICE OF MOTION FOR SUMMARY JUDGMENT

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT ON June 13, 2022, at 1:30 p.m., or as soon thereafter as counsel may be heard, in Courtroom 5D of the First Street Courthouse, at 350 W. 1st Street, Los Angeles, CA. 90012, Defendant Nourmand & Associates ("N&A") will and hereby do move for an order granting summary judgment on each of the claims asserted against it in the Third Amended Complaint (the "Motion").

As set forth more fully in N&A's Memorandum of Points and Authorities, Plaintiffs' claims fail because, as a matter of law, Plaintiff cannot establish a pattern of predicate acts necessary to establish N&A is liable under the Racketeering Influenced and Corrupt Organizations Act ("RICO") and, to the extent that Plaintiffs can establish the requisite pattern of racketeering activity, N&A did not manage or operate the asserted enterprise.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place via Zoom on the afternoon of September 6, 2019 and included counsel for each of the parties to this suit.

This Motion is based on this Notice of Motion and Motion, the pleadings on file in this matter, the Memorandum of Points and Authorities filed concurrently herewith, the Separate Statement of Undisputed Material Facts filed concurrently herewith, the concurrently filed Declarations of Michael Nourmand, Mohamad Mohajer Iravani, Stephan "Saeed" Nourmand, Sarah Gould, Carolyn Rae Cole, Rachelle DeCastro, Howard Lorey, Elizabeth Shapiro, Karen Lewis, Elizabeth Schaus, and any further evidence or argument the Court might allow.

Dated: May 9, 2022               **THE MALONEY FIRM, APC**

                                By:    /s/Patrick M. Maloney
                                       Patrick M. Maloney
                                       Attorneys for Defendants,
                                       Nourmand & Associates

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2381 Rosecrans Avenue, Suite 405, El Segundo, CA 90245.

I served the foregoing document(s) described as:
**NOURMAND & ASSOCIATES' NOTICE OF MOTION AND MOTION FOR SUMMARY JDUGMENT [Fed. R. Civ. P. 12(b)(6)]**

on the interested party(ies) below, using the following means:

SEE ATTACHED SERVICE LIST

☐ BY PERSONAL SERVICE I delivered such envelope(s) by hand to the offices of the addressee(s).

☐ BY UNITED STATES MAIL I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at El Segundo, California.

☐ BY OVERNIGHT DELIVERY I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the respective address(es) of the party(ies) stated above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ BY MESSENGER SERVICE I served the documents by placing them in an envelope or package addressed to the respective address(es) of the party(ies) stated above and providing them to a professional messenger service for service.

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 9, 2022, at El Selgundo, California.

                                                            /s/ Marilyn Vigil
                                                          Marilyn Vigil

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

# MAILING LIST

| | |
|---|---|
| WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>Susan K. Leader, Esq.<br>Granville C. Kaufman, Esq.<br>633 West Fifth Avenue, Suite 1550<br>Los Angeles, CA 90071-2027<br>T: (323) 210-2900 \| F: (866) 974.7329<br>E: sleader@wsgr.com<br>E: gkaufman@wsgr.com | Attorneys for Plaintiffs,<br>Relevant Group, LLC<br>1541 Wilcox Hotel LLC,<br>6516 Tommie Hotel LLC,<br>and 6421 Selma Wilcox<br>Hotel LLC |
| WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>Dale R. Bish, Esq.<br>Charles A. Talpa, Esq.<br>Karen Kwok, Esq.<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>T: (650) 493-9300 \| F: (650) 565-5100<br>E: dbish@wsgr.com<br>E: Sctalpas@wsgr.com<br>E: kkwok@wsgr.com | |
| WILSON SONSINI GOODRICH &ROSATI<br>Conor Tucker, Esq.<br>633 West Fifth Street, Suite 1550<br>Los Angeles, CA 90071-2048<br>T: (323) 210-2900 \| F: (866) 974-7329<br>E: ctucker@wsgr.com | Attorneys for Plaintiffs<br>Relevant Group, LLC; 1541<br>Wilcox Hotel, LLC; 6516<br>Tommie Hotel, LLC: 6421<br>Selma Wilcox Hotel, LLC |
| NORTON ROSE FULBRIGHT US LLP<br>James H. Turken, Esq.<br>Neil P. Thakor, Esq.<br>Phillip R. Di Tullio, Esq.<br>Christopher Pelham, Esq.<br>555 South Flower Street, Forty-First Floor<br>Los Angeles, CA 90071<br>T: (213) 892-9200 \| (323) 892-9200<br>F: (213) 892-9494 \| (323) 892-9400<br>E: james.turken@nortonrosefulbright.com<br>E: neil.thakor@nortonrosefulbright.com<br>E: christopher.pelham@nortonrosefulbright.com | Attorneys for Defendants<br>STEPHEN "SAEED"<br>NOURMAND and<br>THE SUNSET<br>LANDMARK<br>INVESTMENT, LLC |