Patrick M. Maloney – CSBN 197844
Gregory M. Smith – CSBN 259971
**THE MALONEY FIRM, APC**
2381 Rosecrans Avenue, Suite 405f
El Segundo, California 90245
T: 310-540-1505 | F: 310-540-1507
E: pmaloney@maloneyfirm.com
E: gsmith@maloneyfirm.com

Attorneys for Defendant Nourmand & Associates

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELEVANT GROUP, LLC, a Delaware limited liability company; 1541 WILCOX HOTEL LLC, a Delaware limited liability company; 6516 TOMMIE HOTEL LLC, a Delaware limited liability company; and 6421 SELMA WILCOX HOTEL LLC, a California limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> STEPHAN "SAEED" NOURMAND, an individual; THE SUNSET LANDMARK INVESTMENT LLC, a California limited liability company; and DOES 1-10, <br><br> Defendants. | Case No.: 2:19-cv-05019-ODW (KSx) <br> Judge: Hon. Otis D. Wright II <br> Department: Courtroom 5D, 5th Floor <br> Action Filed: June 10, 2019 <br><br> **COMPENDIUM OF EVIDENCE IN SUPPORT OF DEFENDANT NOURMAND & ASSOCIATES' MOTION FOR SUMMARY JUDGMENT** <br><br> **Date: June 13, 2022** <br> **Time: 1:30 p.m.** <br> **Dept.: Courtroom 5D** |

Defendant Nourmand & Associates ("Defendant") hereby submit the following Compendium of Exhibits in support of their Motion for Summary Judgment as to Plaintiffs Relevant Group, LLC, 1541 Wilcox Hotel LLC, 6516 Tommie Hotel LLC, and 6421 Selma Wilcox Hotel LLC's Third Amended Complaint ("TAC") filed in this matter.

## TABLE OF CONTENTS

| Exhibits | Description |
|---|---|
| 1. | Declaration of Michael Nourmand and Attached Exhibits |
| 2. | Declaration of Stephen "Saeed" Nourmand and Attached Exhibits |
| 3. | Declaration of Maria Rachelle DeCastro |
| 4. | Declaration of Sarah Gould and Attached Exhibits |
| 5. | Declaration of Mohamad Mohajer Iravani and Attached Exhibits |
| 6. | Declaration of Carolyn Rae Cole and Attached Exhibits |
| 7. | Declaration of Karen Lewis and Attached Exhibits |
| 8. | Declaration of Elizabeth Shapiro and Attached Exhibits |
| 9. | Declaration of Howard Lorey and Attached Exhibits |
| 10. | Declaration of Elizabeth Schaus and Attached Exhibits |

Dated: May 9, 2022

**THE MALONEY FIRM, APC**

By: /s/ Patrick M. Maloney
PATRICK M. MALONEY, ESQ.
Attorneys for Defendant,
NOURMAND & ASSOCIATES

00194010

1

COMPENDIUM OF EVIDENCE IN SUPPORT OF DEFENDANT NOURMAND & ASSOCIATES' MOTION FOR SUMMARY JUDGMENT

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2381 Rosecrans Avenue, Suite 405, El Segundo, CA 90245.

I served the foregoing document(s) described as:
**COMPENDIUM OF EXHIBITS IN SUPPORT OF DEFENDANT NOURMAND & ASSOCIATES'S MOTION FOR SUMMARY JUDGMENT** on the interested party(ies) below, using the following means:

SEE ATTACHED SERVICE LIST

☐ BY PERSONAL SERVICE I delivered such envelope(s) by hand to the offices of the addressee(s).

☐ BY UNITED STATES MAIL I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at El Segundo, California.

☐ BY OVERNIGHT DELIVERY I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the respective address(es) of the party(ies) stated above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ BY MESSENGER SERVICE I served the documents by placing them in an envelope or package addressed to the respective address(es) of the party(ies) stated above and providing them to a professional messenger service for service.

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 9, 2022, at El Selgundo, California.

          /s/ Marilyn Vigil
          Marilyn Vigil

00194010

i

**PROOF OF SERVICE**

# MAILING LIST

| | |
|---|---|
| WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>Susan K. Leader, Esq.<br>Granville C. Kaufman, Esq.<br>633 West Fifth Avenue, Suite 1550<br>Los Angeles, CA 90071-2027<br>T: (323) 210-2900 \| F: (866) 974.7329<br>E: sleader@wsgr.com<br>E: gkaufman@wsgr.com | Attorneys for Plaintiffs, Relevant Group, LLC 1541 Wilcox Hotel LLC, 6516 Tommie Hotel LLC, and 6421 Selma Wilcox Hotel LLC |
| WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>Dale R. Bish, Esq.<br>Charles A. Talpa, Esq.<br>Karen Kwok, Esq.<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>T: (650) 493-9300 \| F: (650) 565-5100<br>E: dbish@wsgr.com<br>E: Sctalpas@wsgr.com<br>E: kkwok@wsgr.com | |
| WILSON SONSINI GOODRICH &ROSATI<br>Conor Tucker, Esq.<br>633 West Fifth Street, Suite 1550<br>Los Angeles, CA 90071-2048<br>T: (323) 210-2900 \| F: (866) 974-7329<br>E: ctucker@wsgr.com | Attorneys for Plaintiffs Relevant Group, LLC; 1541 Wilcox Hotel, LLC; 6516 Tommie Hotel, LLC: 6421 Selma Wilcox Hotel, LLC |
| NORTON ROSE FULBRIGHT US LLP<br>James H. Turken, Esq.<br>Neil P. Thakor, Esq.<br>Phillip R. Di Tullio, Esq.<br>Christopher Pelham, Esq.<br>555 South Flower Street, Forty-First Floor<br>Los Angeles, CA 90071<br>T: (213) 892-9200 \| (323) 892-9200<br>F: (213) 892-9494 \| (323) 892-9400<br>E: james.turken@nortonrosefulbright.com<br>E: neil.thakor@nortonrosefulbright.com<br>E: christopher.pelham@nortonrosefulbright.com | Attorneys for Defendants STEPHEN "SAEED" NOURMAND and THE SUNSET LANDMARK INVESTMENT, LLC |

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 \| F: (310) 540-1507

00194010

ii

**PROOF OF SERVICE**