| | |
|---|---|
| 1 | **NORTON ROSE FULBRIGHT US LLP**<br>JAMES H. TURKEN (BAR NO. 89618) |
| 2 | CHRISTOPHER K. PELHAM (BAR NO. 241068)<br>NEIL P. THAKOR (BAR NO. 308743) |
| 3 | 555 South Flower Street<br>Forty-First Floor |
| 4 | Los Angeles, CA 90071<br>Telephone:  (213) 892-9200 |
| 5 | Facsimile:   (213) 892-9494<br>james.turken@nortonrosefulbright.com |
| 6 | neil.thakor@nortonrosefulbright.com<br>christopher.pelham@nortonrosefulbright.com |
| 7 | |
| 8 | Attorneys for Defendants,<br>STEPHAN "SAEED" NOURMAND, |
| 9 | and THE SUNSET LANDMARK<br>INVESTMENT LLC |

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELEVANT GROUP, LLC, a Delaware limited liability company; 1541 WILCOX HOTEL LLC, a Delaware limited liability company; 6516 TOMMIE HOTEL LLC, a Delaware limited liability company; and 6421 SELMA WILCOX HOTEL LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN "SAEED" NOURMAND, an individual; THE SUNSET LANDMARK INVESTMENT LLC, a California limited liability company; and DOES 1-10,<br><br>Defendants. | Case No. 2:19-cv-05019-ODW-KSx<br>*[Assigned to the Hon. Otis D. Wright II]*<br><br>**DEFENDANTS STEPHAN "SAEED" NOURMAND AND THE SUNSET LANDMARK INVESTMENT LLC'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, FOR PARTIAL SUMMARY JUDGMENT**<br><br>*[Memorandum of Points and Authorities; Request for Judicial Notice; Separate Statement of Undisputed Material Fact and Conclusions of Law; and Declarations of Stephan Saeed Nourmand and Neil P. Thakor Filed Concurrently Herewith; [Proposed] Order and [Proposed] Judgment Submitted Concurrently Herewith]*<br><br>**Date:  June 13, 2022**<br>**Time:  1:30 p.m.**<br>**Place: Courtroom 5D**<br><br>Complaint Filed: June 10, 2019<br>TAC Filed:  September 14, 2021<br>Trial Date:  August 2, 2022 |

107220435.1

DOCUMENT PREPARED ON RECYCLED PAPER

DEFENDANTS STEPHAN "SAEED" NOURMAND AND THE SUNSET LANDMARK INVESTMENT LLC'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY FOR PARTIAL SUMMARY JUDGMENT

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, on June 13, 2022, at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 5D of the United States District Court for the Central District of California, First Street Courthouse, located at 350 W. 1st Street, Los Angeles, California 90012, Chief District Judge Otis D. Wright II presiding, Defendants Stephan "Saeed" Nourmand and The Sunset Landmark Investment LLC (collectively "Sunset") will and hereby do move the Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an order granting summary judgment in favor of Sunset and against Plaintiffs Relevant Group, LLC ("Relevant"); 1541 Wilcox Hotel LLC ("Wilcox"); 6516 Tommie Hotel LLC ("Tommie"); and 6421 Selma Wilcox Hotel LLC ("Selma"), (collectively, "Plaintiffs").

This Motion is made on the grounds that there are no genuine issues of material fact to support Plaintiffs' claims, thereby entitling Sunset to judgment in its favor and against Plaintiffs on each of the claims alleged in the Third Amended Complaint ("TAC") as a matter of law. Specifically, Sunset is entitled to summary judgment on each of Plaintiffs' claims for violation of the Racketeer Influenced and Corrupt Organizations Act ("RICO"), codified at 18 U.S.C. § 1962, on the grounds that civil RICO liability cannot be based on litigation activities, that Sunset is immune to Plaintiffs' claims under the *Noerr-Pennington* doctrine, and that Plaintiffs cannot establish that any threat posed by Sunset's CEQA lawsuits was "wrongful."

Alternatively, if for any reason, summary judgment cannot be had, Sunset will and hereby does move the Court for an order granting partial summary judgment in its favor, as follows

For partial summary judgment on Plaintiffs' first through third causes of action for violation of RICO on the grounds that Plaintiffs fail to establish any triable issue

of fact to show that Sunset extorted or attempted to extort the owners of the Schrader Hotel;

    For partial summary judgment on Plaintiffs' first through third causes of action for violation of RICO on the grounds that Plaintiffs fail to establish any conspiracy between Sunset and Casey Maddren;

    For partial summary judgment on Plaintiffs' first through third causes of action for violation of RICO on the grounds that the releases in the settlement agreements regarding the Thompson and Tommie lawsuits preclude Plaintiffs from raising any claims related to those developments including civil RICO claims; and

    For partial summary judgment on Plaintiffs' first through third causes of action for violation of RICO on the grounds that Relevant lacks standing to bring these claims because it has not suffered any harm that is distinct from the other Plaintiffs (its subsidiaries).

    This Motion is and will be based upon this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities annexed hereto, the concurrently filed Separate Statement of Undisputed Material Facts and Conclusions of Law; Request for Judicial Notice, supporting declarations of Neil P. Thakor, and Stephan "Saeed" Nourmand, all pleadings and papers on file in this action, and such other information, materials and argument as may be presented to the Court at or before the time of the hearing on this Motion.

Dated:  May 9, 2022        **NORTON ROSE FULBRIGHT US LLP**

By  */s/ Christopher K. Pelham*
    CHRISTOPHER K. PELHAM
    Attorneys for Defendants
    THE SUNSET LANDMARK
    INVESTMENT, LLC, and STEPHEN
    "SAEED" NOURMAND

102695218.3    - 2 -

DEFENDANTS STEPHAN "SAEED" NOURMAND AND THE SUNSET LANDMARK INVESTMENT LLC'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY FOR PARTIAL SUMMARY JUDGMENT

Document Prepared on Recycled Paper