1    **NORTON ROSE FULBRIGHT US LLP**
     JAMES H. TURKEN (BAR NO. 89618)
2    CHRISTOPHER K. PELHAM (BAR NO. 241068)
     NEIL P. THAKOR (BAR NO. 308743)
3    555 South Flower Street
     Forty-First Floor
4    Los Angeles, CA 90071
     Telephone:   (213) 892-9200
5    Facsimile:   (213) 892-9494
     james.turken@nortonrosefulbright.com
6    neil.thakor@nortonrosefulbright.com
     christopher.pelham@nortonrosefulbright.com
7
     Attorneys for Defendants,
8    STEPHAN "SAEED" NOURMAND,
     and THE SUNSET LANDMARK
9    INVESTMENT LLC

10                  IN THE UNITED STATES DISTRICT COURT
                  FOR THE CENTRAL DISTRICT OF CALIFORNIA
11

12   RELEVANT GROUP, LLC, a              Case No. 2:19-cv-05019-ODW-KSx
     Delaware limited liability company; *[Assigned to the Hon. Otis D. Wright*
13   1541 WILCOX HOTEL LLC, a            *II]*
     Delaware limited liability company;
14   6516 TOMMIE HOTEL LLC, a            **[PROPOSED] ORDER**
     Delaware limited liability company; **GRANTING DEFENDANTS**
15   and 6421 SELMA WILCOX HOTEL         **STEPHAN "SAEED"**
     LLC, a California limited liability  **NOURMAND AND THE SUNSET**
16   company,                            **LANDMARK INVESTMENT**
                                         **LLC'S  MOTION FOR**
17           Plaintiffs,                 **SUMMARY JUDGMENT OR,**
                                         **ALTERNATIVELY, FOR**
18      v.                               **PARTIAL SUMMARY**
                                         **JUDGMENT**
19   STEPHEN "SAEED" NOURMAND,
     an individual; THE SUNSET           *[Notice of Motion; Memorandum of*
20   LANDMARK INVESTMENT LLC, a          *Points and Authorities; Separate*
     California limited liability company; *Statement of Undisputed Material*
21   and DOES 1-10,                      *Fact and Conclusions of Law;*
                                         *Request for Judicial Notice; and*
22           Defendants.                 *Declarations of Saeed Nourmand and*
                                         *Neil P. Thakor Filed Concurrently*
23                                       *Herewith; and [Proposed] Judgment*
                                         *Submitted Concurrently Herewith]*
24
                                         **Date:  June 13, 2022**
25                                       **Time:  1:30 p.m.**
                                         **Place: Courtroom 5D**
26
                                         Complaint Filed: June 10, 2019
27                                       TAC Filed:  September 14, 2021
                                         Trial Date:  August 2, 2022
28

106584968.1

DOCUMENT PREPARED
ON RECYCLED PAPER

[PROPOSED] ORDER GRANTING DEFENDANTS STEPHAN "SAEED" NOURMAND AND THE SUNSET LANDMARK
INVESTMENT LLC'S  MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, FOR PARTIAL SUMMARY JUDGMENT

1      Defendants Stephan "Saeed" Nourmand and The Sunset Landmark Investment

2   LLC ("Sunset") (collectively "S Defendants") Motion for Summary Judgement, or

3   Alternatively, For Partial Summary Judgment, having come  on for hearing on

4   _____ at ____ a.m., the Court having considered all relevant documents and

5   evidence and having considered the arguments of cause, and good cause appearing

6   therefore:

7      IT IS HEREBY ORDERED that S Defendants' Motion for Summary

8   Judgement, or Alternatively, For Partial Summary Judgment is GRANTED in its

9   entirety and that judgment shall be entered forthwith in favor of S Defendants and

10   against Plaintiffs Relevant Group, LLC ("Relevant"); 1541 Wilcox Hotel LLC

11   ("Wilcox"); 6516 Tommie Hotel LLC ("Tommie"); and 6421 Selma Wilcox Hotel

12   LLC ("Selma"), (collectively, "Plaintiffs"), on their Third Amended Complaint

13   ("TAC") for claims for violation of the Racketeer Influenced and Corrupt

14   Organizations Act ("RICO"), codified at 18 U.S.C. § 1962, on the grounds that there

15   are no genuine issues of material fact to support Plaintiffs' claims, thereby entitling

16   Sunset to judgment in its favor and against Plaintiffs on each of the claims alleged in

17   the TAC as a matter of law.  Specifically, Sunset is entitled to summary judgment on

18   each of Plaintiffs' claims for violation of the RICO claims on the grounds that civil

19   RICO liability cannot be based on litigation activities, that Sunset is immune to

20   Plaintiffs' claims under the *Noerr-Pennington* doctrine, and that Plaintiffs cannot

21   establish that any threat posed by Sunset's CEQA lawsuits was "wrongful."

22      IN THE ALTERNATIVE, IT IS HEREBY ORDERED that S Defendants

23   Motion for Summary Judgement, or Alternatively, For Partial Summary Judgment is

24   GRANTED as follows:

25      1.      For partial summary judgment on the portion of Plaintiffs' first through

26   third causes of action for violation of RICO on the grounds that Plaintiffs fail to

27   establish any triable issue of fact to show that Sunset extorted or attempted to extort

28   the owners of the Schrader Hotel;

- 1 -

DOCUMENT PREPARED
ON RECYCLED PAPER

[PROPOSED] ORDER GRANTING DEFENDANTS STEPHAN "SAEED" NOURMAND AND THE SUNSET LANDMARK
INVESTMENT LLC'S  MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, FOR PARTIAL SUMMARY JUDGMENT

2.      For partial summary judgment on the portion of Plaintiffs' first through third causes of action for violation of RICO on the grounds that Plaintiffs fail to establish any conspiracy between Sunset and Casey Maddren;

3.      For partial summary judgment on the portion of Plaintiffs' first through third causes of action for violation of RICO on the grounds that the releases in the settlement agreements regarding the Thompson and Tommie lawsuits preclude Plaintiffs from raising any claims related to those developments including civil RICO claims; and

4.      For partial summary judgment on the portion of Plaintiffs' first through third causes of action for violation of RICO on the grounds that Relevant lacks standing to bring these claims because it has not suffered any harm that is distinct from the other Plaintiffs (its subsidiaries).

IT IS SO ORDERED

Dated: _____               _____
                                   Honorable Otis D. Wright II
                                   U.S.D.C., Central District of California

DOCUMENT PREPARED
ON RECYCLED PAPER

[PROPOSED] ORDER GRANTING DEFENDANTS STEPHAN "SAEED" NOURMAND AND THE SUNSET LANDMARK INVESTMENT LLC'S  MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, FOR PARTIAL SUMMARY JUDGMENT