**NORTON ROSE FULBRIGHT US LLP**
JAMES H. TURKEN (BAR NO. 89618)
CHRISTOPHER K. PELHAM (BAR NO. 241068)
NEIL P. THAKOR (BAR NO. 308743)
555 South Flower Street
Forty-First Floor
Los Angeles, CA 90071
Telephone:  (213) 892-9200
Facsimile:   (213) 892-9494
james.turken@nortonrosefulbright.com
neil.thakor@nortonrosefulbright.com
christopher.pelham@nortonrosefulbright.com

Attorneys for Defendants,
STEPHAN "SAEED" NOURMAND,
and THE SUNSET LANDMARK
INVESTMENT LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELEVANT GROUP, LLC, a Delaware limited liability company; 1541 WILCOX HOTEL LLC, a Delaware limited liability company; 6516 TOMMIE HOTEL LLC, a Delaware limited liability company; and 6421 SELMA WILCOX HOTEL LLC, a California limited liability company,<br><br>    Plaintiffs,<br><br>    v.<br><br>STEPHEN "SAEED" NOURMAND, an individual; THE SUNSET LANDMARK INVESTMENT LLC, a California limited liability company; and DOES 1-10,<br><br>    Defendants. | Case No. 2:19-cv-05019-ODW-KSx<br>*[Hon. Otis D. Wright II]*<br><br>**[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANTS STEPHAN "SAEED" NOURMAND AND THE SUNSET LANDMARK INVESTMENT LLC'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, FOR PARTIAL SUMMARY JUDGMENT**<br><br>*[Notice of Motion; Memorandum of Points and Authorities; Separate Statement of Undisputed Material Fact and Conclusions of Law; Request for Judicial Notice and Declarations of Saeed Nourmand and Neil P. Thakor Filed Concurrently Herewith; and [Proposed] Judgment Submitted Concurrently Herewith]*<br><br>**Date:  June 13, 2022**<br>**Time:  1:30 p.m.**<br>**Place: Courtroom 5D**<br><br>Complaint Filed: June 10, 2019<br>TAC Filed:  September 14, 2021<br>Trial Date:  August 2, 2022 |

106585273.1

DOCUMENT PREPARED ON RECYCLED PAPER

[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANTS STEPHAN "SAEED" NOURMAND AND THE SUNSET LANDMARK INVESTMENT LLC'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, FOR PARTIAL SUMMARY JUDGMENT

1 On May 9, 2022, Defendants Stephan "Saeed" Nourmand and The Sunset Landmark Investment LLC ("S Defendants") moved this Court for Summary Judgment in its favor on Plaintiffs Relevant Group, LLC ("Relevant"); 1541 Wilcox Hotel LLC ("Wilcox"); 6516 Tommie Hotel LLC ("Tommie"); and 6421 Selma Wilcox Hotel LLC ("Selma"), (collectively, "Plaintiffs") Third Amended Complaint (the "Motion"). Upon consideration of the papers and evidence submitted by the parties on the Motion, as well as the argument of counsel at the June 13, 2022, hearing on this matter, the Court granted S Defendants' Motion for Summary Judgment in its entirety for the reasons set forth in the Court's Order, dated _____, 2022.

The Court having ordered entry of judgment as requested in the Motion, and good cause appearing therefor, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Plaintiffs shall take nothing by way of their Third Amended Complaint in this action, that JUDGMENT is entered on the merits in favor of S Defendants, and this action is DISMISSED in its entirety, including as to all named Defendants and Doe Defendants. S Defendants shall recover its costs of suit from Plaintiffs.

IT IS SO ORDERED, ADJUDGED AND DECREED.

Dated: _____   _____
Honorable Otis D. Wright II
U.S.D.C., Central District of California

[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANTS STEPHAN "SAEED" NOURMAND AND THE SUNSET LANDMARK INVESTMENT LLC'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, FOR PARTIAL SUMMARY JUDGMENT

DOCUMENT PREPARED ON RECYCLED PAPER