1 | **NORTON ROSE FULBRIGHT US LLP**
JAMES H. TURKEN (BAR NO. 89618)
2 | CHRISTOPHER K. PELHAM (BAR NO. 241068)
NEIL P. THAKOR (BAR NO. 308743)
3 | 555 South Flower Street
Forty-First Floor
4 | Los Angeles, CA 90071
Telephone:  (213) 892-9200
5 | Facsimile:   (213) 892-9494
james.turken@nortonrosefulbright.com
6 | neil.thakor@nortonrosefulbright.com
christopher.pelham@nortonrosefulbright.com
7 |
8 | Attorneys for Defendants,
STEPHAN "SAEED" NOURMAND,
9 | and THE SUNSET LANDMARK
INVESTMENT LLC
10 |
11 | IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
12 |

| | |
|---|---|
| RELEVANT GROUP, LLC, a Delaware limited liability company; 1541 WILCOX HOTEL LLC, a Delaware limited liability company; 6516 TOMMIE HOTEL LLC, a Delaware limited liability company; and 6421 SELMA WILCOX HOTEL LLC, a California limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> STEPHEN "SAEED" NOURMAND, an individual; THE SUNSET LANDMARK INVESTMENT LLC, a California limited liability company; and DOES 1-10, <br><br> Defendants. | Case No. 2:19-cv-05019-ODW-KSx <br> *[Hon. Otis D. Wright II]* <br><br> **DECLARATION OF NEIL P. THAKOR IN SUPPORT OF DEFENDANTS STEPHAN "SAEED" NOURMAND AND THE SUNSET LANDMARK INVESTMENT LLC'S NOTICE OF *EX PARTE* APPLICATION AND APPLICATION FOR RELIEF UNDER RULE 6(B)(1)(B) DUE TO EXCUSABLE NEGLECT** <br><br> **Date:  May 16, 2022** <br> **Time: 1:30 p.m.** <br> **Place: Courtroom 5D** <br><br> Complaint Filed: June 10, 2019 <br> TAC Filed:  September 21, 2021 <br> Trial Date:  August 2, 2022 |

107392356.1

DOCUMENT PREPARED
ON RECYCLED PAPER

I Neil P. Thakor, declare as follows:

1.     I am an attorney at law duly admitted to practice before this Court.  I am an Associate with the law firm of Norton Rose Fulbright US LLP ("NRF"), counsel of record for defendants Stephan "Saeed" Nourmand and The Sunset Landmark Investment LLC ("Sunset") (collectively, "S-Defendants").   I have personal knowledge of the matters stated herein and if called upon to testify as a witness, I could and would competently testify thereto.

2.     After extensive (and ongoing) discovery in this case, S-Defendants prepared the Motion against each of the claims alleged by Plaintiffs Relevant Investment, LLC, 1541 Wilcox Hotel LLC, 6516 Tommie Hotel LLC, and 6421 Selma Wilcox Hotel LLC (collectively "Plaintiffs").  The deadline to file that Motion was May 9, 2022, and accordingly, S-Defendants did file the motion that day.

3.     Although the motion and supporting papers—including the notice of motion, memorandum of points and authorities, declarations in support, proposed order, proposed judgment, and request for judicial notice—were timely filed, counsel for S-Defendants was unable to properly organize the voluminous supporting exhibits attached to my declaration before the midnight deadline.  This inability stemmed in part from an absence of finalized deposition transcripts, a large amount of uncertified public records and unauthenticated exhibits, and counsel's own mistake in appreciating the technological difficulties posed by marshalling such voluminous documentary evidence.  Moreover, I later learned that a second copy of the memorandum of points and authorities in support of the Motion was inadvertently filed twice instead of my declaration attaching the exhibits.

4.     The following morning, I informed Plaintiffs' counsel that we had issues filing these ancillary documents in support of the Motion, which resulted in the exhibits not being timely-filed.  I also offered to provide a copy of the exhibits while

DOCUMENT PREPARED ON RECYCLED PAPER

they worked on filing those exhibits with the Court.  A true and correct copy of my email to Plaintiffs' counsel is attached as **Exhibit A.**

5.      Those exhibits were then shared with Plaintiffs' counsel that day at 3:16 p.m., and will be filed with the Court the same day.  A true and correct copy of my email to Plaintiffs' counsel attaching the exhibits is attached as **Exhibit B**.

6.      Given that there is not any prejudice to Plaintiffs—as the exhibits were provided to Plaintiffs' counsel and filed with the Court less than one day after the deadline, the Motion sets forth the factual and legal basis for the motion and makes clear which evidence is being offered in support of the Motion, and all of the evidence is already part of the record in this case—I asked that Plaintiffs not oppose this Application.

7.      While counsel for Plaintiffs said they would respond later that day, I have yet to receive any indication of whether or not Plaintiffs would oppose this Application.  A true and correct copy of my email chain with opposing counsel is attached as **Exhibit C.**

I declare under penalty of perjury under the laws of the United States of America and the State of California that foregoing is true and correct and that this Declaration is executed on this 10th day of May, 2022, at Los Angeles, California.

_____
*Neil P. Thakor*
Neil P. Thakor

DOCUMENT PREPARED
ON RECYCLED PAPER

DECLARATION OF NEIL P. THAKOR IN SUPPORT OF DEFENDANTS STEPHAN "SAEED" NOURMAND AND THE SUNSET LANDMARK INVESTMENT LLC'S NOTICE OF *EX PARTE* APPLICATION AND APPLICATION FOR RELIEF UNDER RULE 6(B)(1)(B) DUE TO EXCUSABLE NEGLECT

# Exhibit A

**From:**             Thakor, Neil
**Sent:**             Tuesday, May 10, 2022 11:55 AM
**To:**               Leader, Susan; Bish, Dale; Talpas, Charles; Tucker, Conor; Greg Smith; Elizabeth Schaus
**Cc:**               Pelham, Christopher; Turken, James; Di Tullio, Phillip; Cerna, Silvia
**Subject:**       Relevant/Sunset - Leave to File Corrected MSJ documents

Counsel:

As you may have seen, we had issues filing our ancillary documents in support of our MSJ which resulted in, among other things, our exhibits in support of our motion not being filed.  As a result, we are planning to file for leave under FRCP 60(b) to file corrected ancillary documents in support of our motion by today.  We do not believe there is any prejudice because our memorandum of points and authorities, which sets out the factual and legal basis for our motion, was filed and will remain unchanged. In addition, all of our exhibits are of either documents produced in discovery or public records. That being said, to eliminate any further prejudice we are also willing to send an FTP link with all exhibits in support of the motion while we put together our request for leave.

Please let me know if you oppose our request for leave to file the corrected MSJ documents.

Thanks,

Neil


**Neil Thakor** | Senior Associate
Norton Rose Fulbright US LLP
555 South Flower Street, Forty-First Floor, Los Angeles, California  90071, United States
Tel +1 213 892 9359 | Fax +1 213 892 9494
neil.thakor@nortonrosefulbright.com

## NORTON ROSE FULBRIGHT

*Law around the world*
nortonrosefulbright.com

# Exhibit B

**From:** "Thakor, Neil" <neil.thakor@nortonrosefulbright.com>
**Date:** May 10, 2022 at 15:16:03 GMT-7
**To:** "Turken, James" <james.turken@nortonrosefulbright.com>, "Pelham, Christopher" <christopher.pelham@nortonrosefulbright.com>, "Cerna, Silvia" <silvia.cerna@nortonrosefulbright.com>, ctucker@wsgr.com, sleader@wsgr.com, dbish@wsgr.com, ctalpas@wsgr.com, gsmith@maloneyfirm.com, eschaus@maloneyfirm.com
**Subject:** Thakor, Neil shared "2022-05-10 Defendants MSJ Exhibits (Relevant Group v. Stephen Saeed Nourmand)" with you.



# Thakor, Neil shared a file with you

Counsel -- as indicated prior, please find included here a link of exhibits we intended to submit in connection with our motion for summary judgment. Please let me know if you have any questions.

Thanks,

Neil



# Exhibit C

**From:** Tucker, Conor <ctucker@wsgr.com>
**Sent:** Tuesday, May 10, 2022 7:19 PM
**To:** Thakor, Neil; Leader, Susan; Bish, Dale; Talpas, Charles; Greg Smith; Elizabeth Schaus
**Cc:** Pelham, Christopher; Turken, James; Di Tullio, Phillip; Cerna, Silvia
**Subject:** RE: Relevant/Sunset - Leave to File Corrected MSJ documents

Neil –

File your motion and we'll reserve our rights to make arguments regarding these changes in due course, without the pressure of an artificial deadline.

Sincerely,

Conor Tucker



**Conor Tucker (he/him) | Wilson Sonsini Goodrich & Rosati**
633 West Fifth Street, Suite 1550 | Los Angeles, CA 90071-2027 | direct: 323-210-2921 | ctucker@wsgr.com


**From:** Thakor, Neil <neil.thakor@nortonrosefulbright.com>
**Sent:** Tuesday, May 10, 2022 6:53 PM
**To:** Tucker, Conor <ctucker@wsgr.com>; Leader, Susan <sleader@wsgr.com>; Bish, Dale <DBish@wsgr.com>; Talpas, Charles <ctalpas@wsgr.com>; Greg Smith <gsmith@maloneyfirm.com>; Elizabeth Schaus <eschaus@maloneyfirm.com>
**Cc:** Pelham, Christopher <christopher.pelham@nortonrosefulbright.com>; Turken, James <james.turken@nortonrosefulbright.com>; Di Tullio, Phillip <phillip.ditullio@nortonrosefulbright.com>; Cerna, Silvia <silvia.cerna@nortonrosefulbright.com>
**Subject:** RE: Relevant/Sunset - Leave to File Corrected MSJ documents

EXT - neil.thakor@nortonrosefulbright.com

Hi Conor – thank you for your reply and agreement with respect to the declaration.

However, there were issues beyond the inadvertent filing of our brief for my declaration.  We also had issues exhibits in general that led to issues to our citations in the SUF as well as exhibits being left off our RJN. I have attached a redline of both the SUF and RJN so you can see the changes. As you will see, on the SUF, the changes are only to citations to evidence, not to the uncontroverted fact itself (except a few minor non-substantive corrections).  Similarly, there are a few minor changes to the RJN that do not affect the substance or change the exhibits being submitted.   There will be no changes at all to the motion or notice of motion.

We are planning to file our application around 8pm so if you could give us your position on these two documents (and the corresponding exhibits to the RJN), we would greatly appreciate it.

Thanks,

Neil

---

**From:** Tucker, Conor <ctucker@wsgr.com>
**Sent:** Tuesday, May 10, 2022 5:47 PM
**To:** Thakor, Neil <neil.thakor@nortonrosefulbright.com>; Leader, Susan <sleader@wsgr.com>; Bish, Dale <DBish@wsgr.com>; Talpas, Charles <ctalpas@wsgr.com>; Greg Smith <gsmith@maloneyfirm.com>; Elizabeth Schaus <eschaus@maloneyfirm.com>
**Cc:** Pelham, Christopher <christopher.pelham@nortonrosefulbright.com>; Turken, James <james.turken@nortonrosefulbright.com>; Di Tullio, Phillip <phillip.ditullio@nortonrosefulbright.com>; Cerna, Silvia <silvia.cerna@nortonrosefulbright.com>
**Subject:** RE: Relevant/Sunset - Leave to File Corrected MSJ documents

Neil –

The issue appears to be that you filed the incorrect document Dkt. 124-3 (which purports to be your declaration but reflects a copy of Sunset's brief in support of its motion). We do not oppose you correcting that mistake by filing your declaration and exhibits attached thereto. If other documents need to be corrected, please send a redline so we can determine whether we oppose the correction.

Sincerely,

Conor Tucker



**Conor Tucker (he/him) | Wilson Sonsini Goodrich & Rosati**
633 West Fifth Street, Suite 1550 | Los Angeles, CA 90071-2027 | direct: 323-210-2921 | ctucker@wsgr.com



---

**From:** Thakor, Neil <neil.thakor@nortonrosefulbright.com>
**Sent:** Tuesday, May 10, 2022 2:06 PM
**To:** Tucker, Conor <ctucker@wsgr.com>; Leader, Susan <sleader@wsgr.com>; Bish, Dale <DBish@wsgr.com>; Talpas, Charles <ctalpas@wsgr.com>; Greg Smith <gsmith@maloneyfirm.com>; Elizabeth Schaus <eschaus@maloneyfirm.com>
**Cc:** Pelham, Christopher <christopher.pelham@nortonrosefulbright.com>; Turken, James <james.turken@nortonrosefulbright.com>; Di Tullio, Phillip <phillip.ditullio@nortonrosefulbright.com>; Cerna, Silvia <silvia.cerna@nortonrosefulbright.com>
**Subject:** RE: Relevant/Sunset - Leave to File Corrected MSJ documents

EXT - neil.thakor@nortonrosefulbright.com

---

Thanks Conor – we will send a link to our exhibits shortly. In addition, we have spoken to all Defendants and none of the Defendants will oppose a combined opposition brief of fifty pages.

---

**From:** Tucker, Conor <ctucker@wsgr.com>
**Sent:** Tuesday, May 10, 2022 12:14 PM
**To:** Thakor, Neil <neil.thakor@nortonrosefulbright.com>; Leader, Susan <sleader@wsgr.com>; Bish, Dale

<DBish@wsgr.com>; Talpas, Charles <ctalpas@wsgr.com>; Greg Smith <gsmith@maloneyfirm.com>; Elizabeth Schaus <eschaus@maloneyfirm.com>
**Cc:** Pelham, Christopher <christopher.pelham@nortonrosefulbright.com>; Turken, James <james.turken@nortonrosefulbright.com>; Di Tullio, Phillip <phillip.ditullio@nortonrosefulbright.com>; Cerna, Silvia <silvia.cerna@nortonrosefulbright.com>
**Subject:** RE: Relevant/Sunset - Leave to File Corrected MSJ documents

Neil –

Yes, we noticed that and will get back to you today.  In any event, an FTP would help.

On another note, we're reviewing Defendants' motions filed last night.  Given what appears to be significant overlap in Defendants' arguments, we think the Court would benefit from a single a combined opposition brief of fifty pages.  We intend to ask the court for permission to file such a brief, and are open to Defendants suggestions regarding how best to structure the replies.  Could counsel for Defendants please let me know today whether you would agree to, or at least not oppose, our request for a combined opposition brief of fifty pages?

Sincerely,

Conor Tucker



**Conor Tucker (he/him) | Wilson Sonsini Goodrich & Rosati**
633 West Fifth Street, Suite 1550 | Los Angeles, CA 90071-2027 | direct: 323-210-2921 | ctucker@wsgr.com



---

**From:** Thakor, Neil <neil.thakor@nortonrosefulbright.com>
**Sent:** Tuesday, May 10, 2022 11:55 AM
**To:** Leader, Susan <sleader@wsgr.com>; Bish, Dale <DBish@wsgr.com>; Talpas, Charles <ctalpas@wsgr.com>; Tucker, Conor <ctucker@wsgr.com>; Greg Smith <gsmith@maloneyfirm.com>; Elizabeth Schaus <eschaus@maloneyfirm.com>
**Cc:** Pelham, Christopher <christopher.pelham@nortonrosefulbright.com>; Turken, James <james.turken@nortonrosefulbright.com>; Di Tullio, Phillip <phillip.ditullio@nortonrosefulbright.com>; Cerna, Silvia <silvia.cerna@nortonrosefulbright.com>
**Subject:** Relevant/Sunset - Leave to File Corrected MSJ documents

EXT - neil.thakor@nortonrosefulbright.com

---

Counsel:

As you may have seen, we had issues filing our ancillary documents in support of our MSJ which resulted in, among other things, our exhibits in support of our motion not being filed.  As a result, we are planning to file for leave under FRCP 60(b) to file corrected ancillary documents in support of our motion by today.  We do not believe there is any prejudice because our memorandum of points and authorities, which sets out the factual and legal basis for our motion, was filed and will remain unchanged. In addition, all of our exhibits are of either documents produced in discovery or public records. That being said, to eliminate any further prejudice we are also willing to send an FTP link with all exhibits in support of the motion while we put together our request for leave.

Please let me know if you oppose our request for leave to file the corrected MSJ documents.

Thanks,

Neil

**Neil Thakor** | Senior Associate
Norton Rose Fulbright US LLP
555 South Flower Street, Forty-First Floor, Los Angeles, California  90071, United States
Tel +1 213 892 9359 | Fax +1 213 892 9494
neil.thakor@nortonrosefulbright.com

# NORTON ROSE FULBRIGHT

*Law around the world*
nortonrosefulbright.com

**CONFIDENTIALITY NOTICE:** This email, including any attachments, is confidential and may be privileged. If you are not the intended recipient please notify the sender immediately, and please delete it; you should not copy it or use it for any purpose or disclose its contents to any other person. Norton Rose Fulbright entities reserve the right to monitor all email communications through their networks.

Norton Rose Fulbright Australia, Norton Rose Fulbright LLP, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa Inc and Norton Rose Fulbright US LLP are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.