**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
SUSAN K. LEADER, State Bar No. 216743
sleader@wsgr.com
ALI R. RABBANI, State Bar No. 253730
arabbani@wsgr.com
CONOR TUCKER, State Bar No. 318075
ctucker@wsgr.com
633 West Fifth Avenue, Suite 1550
Los Angeles, CA 90071-2027
Telephone: (323) 210-2900
Facsimile: (866) 974.7329

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
DALE R. BISH, State Bar No. 235390
dbish@wsgr.com
CHARLES A. TALPAS, State Bar No. 308505
ctalpas@wsgr.com
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Plaintiffs
Relevant Group, LLC, 1541 Wilcox Hotel
LLC, 6516 Tommie Hotel LLC, and 6421
Selma Wilcox Hotel LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELEVANT GROUP, LLC, a Delaware limited liability company; 1541 WILCOX HOTEL LLC, a Delaware limited liability company; 6516 TOMMIE HOTEL LLC; a Delaware limited liability company; and 6421 SELMA WILCOX HOTEL LLC, a California limited liability company,<br><br>   Plaintiffs,<br><br>   v.<br><br>STEPHAN "SAEED" NOURMAND, an individual; THE SUNSET LANDMARK INVESTMENT LLC, a California limited liability company; NOURMAND & ASSOCIATES, a California corporation; and DOES 1-10,<br><br>   Defendants. | Case No.: 2:19-cv-05019-ODW (KSx)<br><br>**DECLARATION OF GRANT KING** |

DECLARATION OF G. KING                    CASE NO.: 2:19-CV-05019-ODW (KSX)

# DECLARATION OF GRANT KING

I, Grant King, declare as follows:

1. I am the Managing Partner of the Relevant Group, LLC ("Relevant Group"), a title I have held at all time periods relevant to this declaration. Except as otherwise stated, I have personal knowledge of the facts set forth in this declaration, and, if called upon as a witness, could and would testify competently regarding these facts under oath.

2. The first hotel developed by Relevant Group was called the Dream Hotel, which we began working on in 2007. Following the economic collapse in 2008, we lost the Dream Hotel project to foreclosure and could not obtain financing in the United States.

3. The following year, I moved to China and began raising money through the EB-5 investment program to buy the Dream Hotel out of foreclosure. The EB-5 program allows foreign individuals to obtain a United States visa if they invest in projects that generate local jobs in a defined time period.

4. When I returned to the United States, Relevant Group repurchased the Dream Hotel and resumed the development work. Dream opened in 2017 and has been an outstanding success both in terms of creating business opportunities and helping to revitalize the area.

5.      Our next project was called The 1541 Wilcox Hotel, which is about a block south of the Dream.  Because 1541 Wilcox is associated with the Thompson brand of high-end boutique hotels, it is known as the Thompson Hollywood.

6.      As part of my commitment to the Hollywood community, I serve on several neighborhood organizations, such as the Central Hollywood Neighborhood Council and Friends of the Hollywood Central Park.

7.      To the best of my knowledge I had never seen or met Saeed Nourmand (or anyone affiliated with Sunset Landmark) at any of the community meetings or otherwise.  The first time I met Saeed Nourmand, to my knowledge, was in 2015 in connection with to The 1541 Wilcox Hotel/Thompson project.

8.      In May 2015, I met with Saeed Nourmand and others to discuss the Thompson project.  I understood that my partner, Richard Heyman, met with Mr. Nourmand a couple of months earlier to discuss the plans for the project.  Following that initial meeting, I understood Mr. Nourmand wanted us to make substantial changes to the proposed hotel, including reducing the overall height.  Although we had already agreed to make some of his proposed changes, Mr. Nourmand nonetheless challenged the Thompson project at the City.  My hope at the meeting was to try and understand what Mr. Nourmand's real concern was so that we could try and address with him.

9.      I do not recall that Mr. Nourmand articulated any environmental concerns or real issues with the project design.  Instead, the conversation focused on

his demands to change the appearance, layout, and operations of our hotel for the benefit of his neighboring property.  I most clearly remember that Mr. Nourmand wanted us to reduce the height of the building by half.

10.   My partner Richard Heyman had to leave about halfway through the meeting. After he left, Mr. Nourmand asked me a number of questions about our financing structure, including EB-5 and our personal equity positions.  I answered his questions and confirmed that given our reliance on EB-5 funds, it was important for us to move forward with construction so that we could create the necessary jobs. I found it odd that he was interested in our financing structure but I answered his questions candidly in the hopes of fostering a good relationship.

11.   We have now completed construction of the Thompson Hotel and our third hotel, the Tommie Hotel, both of which are located next to the Sunset Landmark property.

12.   The Thompson and Tommie hotels both offer event and conference space and market the properties for weddings, business conferences and meetings, and other similar events.  For example, the Thompson can host such events on its 10,000-square-foot rooftop or its 4,500-square foot restaurant.  Similarly, the Tommie markets itself for business meetings, conferences and summits, lectures and roundtables, galas, weddings, launches, and fashion presentations with its 15,000 square feet of flexible space.  As proposed, the Selma Wilcox Hotel would provide event space similar to the Thompson and the Tommie hotels.  Relevant Group also

offers 15,000 square feet of flexible space in the historic Citizen News Building, which is adjacent to the Thompson and near the Tommie, for weddings, conferences, banquets, and other similar events.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and was executed in Los Angeles, California this 23rd day of May, 2022.

_____
Grant King