**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
SUSAN K. LEADER, State Bar No. 216743
sleader@wsgr.com
ALI R. RABBANI, State Bar No. 253730
arabbani@wsgr.com
CONOR TUCKER, State Bar No. 318075
ctucker@wsgr.com
633 West Fifth Avenue, Suite 1550
Los Angeles, California 90071-2027
Telephone: (323) 210-2900
Facsimile: (323) 974-7329

**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
DALE R. BISH, State Bar No. 235390
dbish@wsgr.com
CHARLES A. TALPAS, State Bar No. 308505
ctalpas@wsgr.com
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Plaintiffs Relevant Group, LLC; 1541 Wilcox Hotel LLC; 6516 Tommie Hotel LLC; and 6421 Selma Wilcox Hotel LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELEVANT GROUP LLC, a Delaware limited liability company; 6516 TOMMIE HOTEL LLC, a Delaware limited liability company; and 6421 SELMA WILCOX HOTEL LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHAN "SAEED" NOURMAND, an individual; THE SUNSET LANDMARK INVESTMENT LLC, a California limited liability company; NOURMAND & ASSOCIATES, a California corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-05019-ODW-KS<br><br>**DECLARATION OF GRANVILLE C. KAUFMAN IN SUPPORT OF PLAINTIFFS' REPONSE TO DEFENDANTS SAEED NOURMAND'S AND THE SUNSET LANDMARK INVESTMENT, LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: June 13, 2022<br>Time: 1:30 p.m.<br>Dept: Courtroom 5D, Fifth Floor<br>Before: Hon. Otis D. Wright II |

# DECLARATION OF GRANVILLE C. KAUFMAN

I, Granville C. Kaufman, declare as follows:

1. I am an attorney at law licensed in the State of California, and I am an associate in the law firm of Wilson Sonsini Goodrich & Rosati P.C. ("Wilson Sonsini"). I am counsel of record for plaintiffs Relevant Group, LLC ("Relevant"), 1541 Wilcox Hotel LLC ("Wilcox"), 6516 Tommie Hotel LLC ("Tommie"), and 6421 Selma Wilcox Hotel LLC ("Selma") in the above-captioned matter. I have personal knowledge of the matters stated herein and, if called upon to do so, I could and would testify competently as to such matters.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Exhibit 4 to the April 27, 2022 deposition of Daniel Wright, which is an August 12, 2016 Request for Modification of Building Ordinances signed by Daniel Wright. *See* **Exhibit 37** at 58:10-19.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Exhibit 13 to the April 27, 2022 deposition of Daniel Wright, which is a July 13, 2018 letter from Daniel Wright to Mindy Nguyen, Jason Hernandez, and the Los Angeles Advisory Agency in the Los Angeles Department of City Planning and bears bates numbers REL114205 through REL114228. *See* **Exhibit 37** at 117:16-21.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Exhibit 14 to the April 27, 2022 deposition of Daniel Wright, which is an August 10, 2018 letter from Daniel Wright to the Planning Commission of the Los Angeles Department of City Planning. *See* **Exhibit 37** at 124:11-18.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the April 20, 2021 deposition of Bruce Rothman.

6. Attached hereto as **Exhibit 5** is a true and correct copy of aMarch 11, 2015 email from Michael Nourmand to Sarah Gould, Karen Lewis, Howard Lorey, Carolyn Rae Cole, Charlene Laraneta and others bearing bates numbers N&A_000416 through N&A_000417. At his April 28, 2022 deposition, Michael

-1-

KAUFMAN DECLARATION IN SUPP. OF PLS.' RESPONSE TO SUNSET DEFS.' MOTION FOR SUMMARY JUDGMENT
CASE NO.: 2:19-cv-05019-ODW-KS

Nourmand examined this document, wherein the foundation for this document was laid. *See* **Exhibit 57** at 49:12-50:4. As of the date of this declaration, the stamped exhibit was not available.

7. Attached hereto as **Exhibit 6** is a true and correct copy of Exhibit 8 to the April 22, 2022 deposition of Saeed Nourmand, which is a March 11, 2015 email from Karen Lewis bearing bates numbers N&A_000377 through N&A_000378. *See* 140:17-142:2.

8. Attached hereto as **Exhibit 7** is a true and correct copy of a March 3, 2015 email from Sarah Gould to Carolyn Rae Cole bearing bates numbers N&A_000425 through N&A_000426. This document was produced by defendants.

9. Attached hereto as **Exhibit 8** is a true and correct copy of a March 17, 2015 email from Howard Nourmand to Sarah Gould bearing bates numbers SUNSET_00002129 through SUNSET_00002130. This document was produced by defendants.

10. Attached hereto as **Exhibit 9** is a true and correct copy of a March 11, 2015 email from Sarah Gould to Libby Lacsha, Karen Lewis, Howard Lorey, Carolyn Rae Cole, Charlene Laraneta, and Michael Nourmand bearing bates number SUNSET_00000150. This document was produced by defendants.

11. Attached hereto as **Exhibit 10** is a true and correct copy of a September 8, 2015 email from Mohamad Iravani to Saeed Nourmand bearing bates number SUNSET_00000305. This document was produced by defendants.

12. Attached hereto as **Exhibit 11** is a true and correct copy of an October 29, 2015 email from Rachelle DeCastro to Saeed Nourmand bearing bates numbers SUNSET_00004365 through SUNSET_00004368. This document was produced by defendants.

13. Attached hereto as **Exhibit 12** is a true and correct copy of Exhibit 27 to the April 22, 2022 deposition of Saeed Nourmand, which is an email dated

-2-

Kaufman Declaration in Supp. of Pls.' Response to Sunset Defs.' Motion for Summary Judgment
Case No.: 2:19-cv-05019-ODW-KS

January 13, 2017 from Mohamad Iravani to jpatel@zuberlaw.com bearing bates number SUNSET_00000349.  See **Exhibit 29** at 261:10-16.

14. Attached hereto as **Exhibit 13** is a true and correct copy of Exhibit 2 to the April 25, 2022 deposition of Allen Shamooilian, which is an email from Allen Shamooilian to Oliver Netburn bearing bates numbers SUNSET_00001540 through SUNSET_00001542.  See **Exhibit 34** at 24:20-25:16.

15. Attached hereto as **Exhibit 14** is a true and correct copy of Exhibit 7 of the April 22, 2022 deposition of Saeed Nourmand, which is a March 11, 2015 email from Kevin Keller to Ashley Atkinson bearing bates numbers AR042872 through AR042877.  See Exhibit 29 at 131:19-25.

16. Attached hereto as **Exhibit 15** is a true and correct copy of an August 15, 2018 email from David Schwartzman to Saeed Nourmand bearing bates number SUNSET_00001334.  At his May 2, 2022 deposition, Jayesh Patel was examined on the document bearing these bates numbers, wherein foundation for the document was laid.  See **Exhibit 56** at 271:22-2.  As of the date of this declaration, only the rough deposition transcript was available to Plaintiffs and the stamped exhibit was not available.

17. Attached hereto as **Exhibit 16** is a true and correct copy of a February 10, 2018 email from Michael Nourmand to Saeed Nourmand bearing bates numbers SUNSET_00001284 through SUNSET_00001285.  At his April 28, 2022 deposition, Michael Nourmand examined this document, wherein the foundation for this document was laid.  See **Exhibit 57** at 105:21-107:14.  As of the date of this declaration, the stamped exhibit was not available.

18. Attached hereto as **Exhibit 17** is a true and correct copy of Exhibit 15(a) from the April 26, 2022 deposition of Mohamad Iravani, December 10, 2018 from Deloitte Tax LLP to Saeed Nourmand Tax Files bearing bates numbers SUNSET_00000511 through SUNSET_00000543.  See **Exhibit 30** at 101:19-102:4.

19. Attached hereto as **Exhibit 18** is a true and correct copy of a June 27, 2017 email from Jayesh Patel to Saeed Nourmand bearing bates numbers SUNSET_00001118 through SUNSET_00001121. This document was produced by defendants.

20. Attached hereto as **Exhibit 19** is a true and correct copy of Exhibit 38 to the May 4, 2022 deposition of Saeed Nourmand, which is a July 13, 2017 letter from Jayesh Patel to Guy Maisnik bearing bates numbers REL114405 through REL11407. *See* **Exhibit 36** at 381:11-382:5.

21. Attached hereto as **Exhibit 20** is a true and correct copy of a February 3, 2016 Official Action of the Los Angeles City Council with bates number REL033644. This document bears the seal of the City of Los Angeles and has a signature of a City Clerk, thus qualifying as a self-authenticating document under FED. R. EVID. 902.

22. Attached hereto as **Exhibit 21** is a true and correct copy of excerpts from the Expert Report of Richard Grassetti.

23. Attached hereto as **Exhibit 22** is a true and correct copy of a May 4, 2015 email from Allen Shamooilian to Saeed Nourmand bearing bates numbers SUNSET_00002654 through SUNSET_00002655. This document was produced by defendants.

24. Attached hereto as **Exhibit 23** is a true and correct copy of Exhibit 3 from the March 18, 2022 deposition of Guy Maisnik, which is a July 6. 2017 email from Guy Maisnik to Jayesh Patel bearing bates numbers MAISNIK_001632 through MAISNIK_001638. *See* **Exhibit 24** at 107:24-108:6.

25. Attached hereto as **Exhibit 24** is a true and correct copy of excerpts from the March 18, 2022 deposition of Guy Maisnik.

26. Attached hereto as **Exhibit 25** is a true and correct copy of a July 14, 2018 email from Laurent Opman to Richard Heyman bearing bates number REL084850.

-4-

KAUFMAN DECLARATION IN SUPP. OF PLS.' RESPONSE TO SUNSET DEFS.' MOTION FOR SUMMARY JUDGMENT
CASE NO.: 2:19-CV-05019-ODW-KS

27. Attached hereto as **Exhibit 26** is a true and correct copy of Exhibit 26A from the April 22, 2022 deposition of Saeed Nourmand, which is a December 7, 2016 letter from Richard Heyman to Saeed Nourmand bearing bates numbers REL001658 through REL001658. *See* **Exhibit 29** at 256:3-17.

28. Attached hereto as **Exhibit 27** is a true and correct copy of Exhibit 30 from the April 22, 2022 deposition of Saeed Nourmand, which is an April 7, 2017 email from Saeed Nourmand to Mohamad Iravani bearing bates number SUNSET_00000419. *See* **Exhibit 29** at 267:11-19.

29. Attached hereto as **Exhibit 28** is a true and correct copy of Exhibit 11 of the April 20, 2022 deposition of Robert Silverstein, which is a May 12, 2017 letter from Matthew Hinks to Robert Silverstein bearing bates numbers SUNSET_00001001 through SUNSET_00001005. *See* **Exhibit 38** at 116:4-7.

30. Attached hereto as **Exhibit 29** is a true and correct copy of excerpts of the April 22, 2022 deposition of Saeed Nourmand.

31. Attached hereto as **Exhibit 30** is a true and correct copy of excerpts of the April 26, 2022 deposition of Mohamad Iravani.

32. Attached hereto as **Exhibit 31** is a true and correct copy of excerpts from the April 19, 2022 deposition of Richard Heyman.

33. Attached hereto as **Exhibit 32** is a true and correct copy of excerpts from the March 8, 2022 deposition of Grant King.

34. Attached hereto as **Exhibit 33** is a true and correct copy of Exhibit 13 to the April 26, 2022 deposition of Mohamad Iravani, which is a February 27, 2018 email from Mohamad Iravani to Andrew Shayne bearing bates numbers SUNSET_00000453 through SUNSET_00000455. *See* **Exhibit 30** at 84:21-85:10.

35. Attached hereto as **Exhibit 34** is a true and correct copy of excerpts of the April 25, 2022 deposition of Allen Shamooilian.

36. Attached hereto as **Exhibit 35** is a true and correct copy of Exhibit 1 to the April 25, 2022 deposition of Allen Shamooilian, which is a February 23, 2015

email from Saeed Nourmand to Allen Shamooilian bearing bates number SUNSET_00001503. See **Exhibit 34** at 19:10-20.

37. Attached hereto as **Exhibit 36** is a true and correct copy of excerpts of the May 4, 2022 deposition of Saeed Nourmand.

38. Attached hereto as **Exhibit 37** is a true and correct copy of excerpts of the April 27, 2022 deposition of Daniel Wright. During this deposition, Defendants' and/or the witnesses' counsel instructed the witness not to answer on grounds of attorney-client privilege and/or attorney work product more than 200 times.

39. Attached hereto as **Exhibit 38** is a true and correct copy of excerpts from the April 20, 2022 deposition of Robert Silverstein. During this deposition, Defendants' and/or the witnesses' counsel instructed the witness not to answer on grounds of attorney-client privilege and/or attorney work product more than 150 times.

40. Attached hereto as **Exhibit 39** is a true and correct copy of Exhibit 5 to the April 27, 2022 deposition of Daniel Wright, which is a May 31, 2017 Central Area Planning Commission Letter of Determination. See **Exhibit 37** at 62:13-25; 65:16-23.

41. Attached hereto as **Exhibit 40** is a true and correct copy of Exhibit 16 to the April 27, 2022 deposition of Daniel Wright, which is a December 10, 2018 email from Casey Maddren to Veronica Lebron bearing bates numbers SILVERSTEIN000392 through SILVERSTEIN000397. See **Exhibit 37** at 135:22-136:8.

42. Attached hereto as **Exhibit 41** is a true and correct copy of Exhibit 18 to the April 27, 2022 deposition of Daniel Wright, which is a January 2, 2019 email from Casey Maddren to Dan Wright bearing bates numbers SILVERSTEIN006473 through SILVERSTEIN006475. See **Exhibit 37** at 146:14-147:21.

43. Attached hereto as **Exhibit 42** is a true and correct copy of Exhibit 15 to the April 27, 2022 deposition of Daniel Wright, which is a December 7, 2018

email from Dan Wright to cmaddren@gmail.com bearing bates numbers SILVERSTEIN004896 through SILVERSTEIN004906. See **Exhibit 37** at 131:16-132:5.

44. Attached hereto as **Exhibit 43** is a true and correct copy of a March 12, 2015 email from Michael Nourmand to John Tronson and Saeed Nourmand bearing bates numbers SUNSET_00002100 through SUNSET_00002101. This document was produced by defendants.

45. Attached hereto as **Exhibit 44** is a true and correct copy of an April 28, 2015 email from Scott Campbell to Saeed Nourmand bearing bates number SUNSET_00002638. This document was produced by defendants.

46. Attached hereto as **Exhibit 45** is a true and correct copy of a March 2, 2015 email from Allen Shamooilian to Saeed Nourmand bearing bates numbers SUNSET_00001661 through SUNSET_00001662. This document was produced by defendants.

47. Attached hereto as **Exhibit 46** is a true and correct copy of Exhibit 8 to the March 8, 2022 deposition of Grant King, which is a May 4, 2015 email from Scott Campbell to Saeed Nourmand. See **Exhibit 32** at 272:4-6.

48. Attached hereto as **Exhibit 47** is a true and correct copy of excerpts from the April 1, 2022 deposition of Matthew Hinks.

49. Attached hereto as **Exhibit 48** is a true and correct copy of Exhibit 4 to the April 1, 2022 deposition of Matthew Hinks, which is an April 21, 2017 email from Matt Hinks to Arthur Friedman. See **Exhibit 47** at 78:3-10.

50. Attached hereto as **Exhibit 49** is a true and correct copy of excerpts from Exhibit 12 to the April 27, 2022 deposition of Daniel Wright, which is a transcript from the July 12, 2018 hearing before the Los Angeles City Planning Commission. See **Exhibit 37** at 113:5-114:19.

51. Attached hereto as **Exhibit 50** is a true and correct copy of excerpts of the April 28, 2022 deposition of Richard Heyman.

52. Attached hereto as **Exhibit 51** is a true and correct copy of Exhibit 10 to the April 27, 2022 deposition of Daniel Wright, which is a March 23, 2018 letter from Daniel Wright to May Sirinopwongsagon and the Advisory Agency of the Los Angeles Department of City Planning bearing bates numbers REL114097 through REL114120.  See **Exhibit 37** at 101:7-24.

53. Attached hereto as **Exhibit 52** is a true and correct copy of Exhibit 12 to the April 15, 2022 deposition of Casey Maddren, which is a June 4, 2019 email from Casey Maddren to Dan Wright and Robert Silverstein bearing bates numbers SILVERSTEIN007191 through SILVERSTEIN007193.  See **Exhibit 54** at 89:14-18.

54. Attached hereto as **Exhibit 53** is a true and correct copy of Exhibit 13 to the April 15, 2022 deposition of Casey Maddren, which is a June 6, 2019 email from Casey Maddren to Dan Wright and Robert Silverstein bearing bates numbers SILVERSTEIN000754 through SILVERSTEIN000758.  See **Exhibit 54** at 93:1-14.

55. Attached hereto as **Exhibit 54** is a true and correct copy of excerpts of the April 15, 2022 deposition of Casey Maddren.

56. Attached hereto as **Exhibit 55** is a true and correct copy of a redline comparison between a March 23, 2018 sent from Daniel Wright to May Sirinopwongsagon and letter and a July 13, 2018 letter sent from Daniel Wright to Mindy Nguyen and Jason Hernandez.  At his May 2, 2022 deposition, Jayesh Patel was examined on the document bearing these bates numbers, wherein foundation for the document was laid.  See **Exhibit 56** at 257:24-258:5.  As of the date of this declaration, only the rough deposition transcript was available to Plaintiffs and the stamped exhibit was not available.

57. Attached hereto as **Exhibit 56** is a true and correct copy of excerpts from the rough transcript of the May 2, 2022 deposition of Jayesh Patel.  As of the date of this declaration, Plaintiffs only have access to the rough transcript of Mr.

-8-

KAUFMAN DECLARATION IN SUPP. OF PLS.' RESPONSE TO SUNSET DEFS.' MOTION FOR SUMMARY JUDGMENT
CASE NO.: 2:19-cv-05019-ODW-KS

Patel's deposition because the court reporter has been unable to timely submit final versions due to personal circumstances.

58.   Attached hereto as **Exhibit 57** is a true and correct copy of excerpts of the April 28, 2022 deposition of Michael Nourmand.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in San Diego, California this 23d day of May 2022.

/s/ Granville C. Kaufman
Granville C. Kaufman

-9-

KAUFMAN DECLARATION IN SUPP. OF PLS.' RESPONSE TO SUNSET DEFS.' MOTION FOR SUMMARY JUDGMENT
CASE NO.: 2:19-CV-05019-ODW-KS