1  **WILSON SONSINI GOODRICH & ROSATI**
   **Professional Corporation**
2  SUSAN K. LEADER, State Bar No. 216743
   sleader@wsgr.com
3  ALI R. RABBANI, State Bar No. 253730
   arabbani@wsgr.com
4  CONOR TUCKER, State Bar No. 318075
   ctucker@wsgr.com
5  633 West Fifth Avenue, Suite 1550
   Los Angeles, California 90071-2027
6  Telephone:  (323) 210-2900
   Facsimile:   (323) 974-7329
7
8  **WILSON SONSINI GOODRICH & ROSATI**
   **Professional Corporation**
9  DALE R. BISH, State Bar No. 235390
   dbish@wsgr.com
10 CHARLES A. TALPAS, State Bar No. 308505
   ctalpas@wsgr.com
11 650 Page Mill Road
   Palo Alto, California 94304-1050
12 Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100

13 Attorneys for Plaintiffs Relevant Group,
   LLC; 1541 Wilcox Hotel LLC; 6516
14 Tommie Hotel LLC; and 6421 Selma
   Wilcox Hotel LLC

15                    UNITED STATES DISTRICT COURT

16                    CENTRAL DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18 RELEVANT GROUP LLC, a Delaware limited liability company; 6516 TOMMIE HOTEL LLC, a Delaware limited liability company; and 6421 SELMA WILCOX HOTEL LLC, a California limited liability company, | Case No.: 2:19-cv-05019-ODW-KS |
| | **PLAINTIFFS' MEMORANDUM IN SUPPORT OF EVIDENTIARY OBJECTIONS TO DEFENDANTS STEPHAN "SAEED" NOURMAND AND THE SUNSET LANDMARK INVESTMENT LLC'S STATEMENT OF UNCONTROVERTED FACTS** |
| 21              Plaintiffs, | |
| 22       v. | |
| 23 STEPHAN "SAEED" NOURMAND, an individual; THE SUNSET LANDMARK INVESTMENT LLC, a California limited liability company; NOURMAND & ASSOCIATES, a California corporation; and DOES 1-10, inclusive, | Date:       June 13, 2022 Time:       1:30 p.m. Dept:       Courtroom 5D, Fifth Floor Before:    Hon. Otis D. Wright II |
| 27              Defendants. | |

28

Pursuant to the Court's Scheduling and Case Management Order, Plaintiffs respectfully submit the following memorandum in support of their evidentiary objections to Defendants Sunset Landmark Investment, LLC and Saeed Nourmand's Statement of Uncontroverted Facts.

Separate Statement Paragraph 16:  Plaintiffs object to this fact ("David Carrera, Girodo, Gideon Kracov, and [Doug] Haines supported Sunset's appeal.") to the extent it calls for speculation and lacks foundation.  Fed. R. Evid. 602.

Separate Statement Paragraph 33:  Plaintiffs object to this fact ("Both agreements contained mutual releases for any claims relating to, arising out of, or in any way stemming from the underlying litigation, as well as a waiver releasing unknown claims under California Code of Civil Procedure section 1542.") to the extent it calls for a legal conclusion as to enforceability of the releases and waivers. Fed. R. Evid. 703.

Separate Statement Paragraph 60:  Plaintiffs object to this purported statement of fact ("The harm Relevant has suffered is the same as each of the other Plaintiffs.") to the extent it calls for a legal conclusion.  Fed. R. Evid. 703.

Separate Statement Paragraph 61:  Plaintiffs object to this purported statement of fact ("The Sacramento Superior Court has found "the [City of Los Angeles'] practice of granting density bonuses…without complying with the Hollywood Redevelopment Plan…is unlawful."") on the grounds that it calls for a legal conclusion.  Fed. R. Evid. 703.

Separate Statement Paragraph 72:  Plaintiffs object to this fact ("As was the case with the Thompson Hotel, Sunset **and other community members** opposed the Tommie Hotel on the grounds that it would increase noise and traffic, add further strain on local infrastructure, and negatively impact the overall aesthetic of the neighborhood.") to the extent it calls for a speculation and lacks foundation with respect to unidentified community members.  Fed. R. Evid. 602.

Dated:  May 23, 2022

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  *s/Susan K. Leader*
      Susan K. Leader

Attorneys for Plaintiffs

-2-

PLS.' MEMO. IN SUPP. OF EVIDENTIARY OBJECTIONS TO SUNSET DEFS.' STATEMENT OF UNCONTROVERTED FACTS
CASE NO.: 2:19-CV-05019-ODW-KS