**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
SUSAN K. LEADER, State Bar No. 216743
sleader@wsgr.com
ALI R. RABBANI, State Bar No. 253730
arabbani@wsgr.com
CONOR TUCKER, State Bar No. 318075
ctucker@wsgr.com
STEPHANIE BALITZER, State Bar No. 316133
633 West Fifth Avenue, Suite 1550
Los Angeles, California 90071-2027
Telephone: (323) 210-2900
Facsimile: (323) 974-7329

**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
DALE R. BISH, State Bar No. 235390
dbish@wsgr.com
CHARLES A. TALPAS, State Bar No. 308505
ctalpas@wsgr.com
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Plaintiffs Relevant Group, LLC; 1541 Wilcox Hotel LLC; 6516 Tommie Hotel LLC; and 6421 Selma Wilcox Hotel LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELEVANT GROUP LLC, a Delaware limited liability company; 6516 TOMMIE HOTEL LLC, a Delaware limited liability company; and 6421 SELMA WILCOX HOTEL LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHAN "SAEED" NOURMAND, an individual; THE SUNSET LANDMARK INVESTMENT LLC, a California limited liability company; NOURMAND & ASSOCIATES, a California corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-05019-ODW-KS<br><br>**DECLARATION OF STEPHANIE BALITZER IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANT NOURMAND & ASSOCIATES' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: June 13, 2022<br>Time: 1:30 p.m.<br>Dept: Courtroom 5D, Fifth Floor<br>Before: Hon. Otis D. Wright II |

# DECLARATION OF STEPHANIE BALITZER

I, Stephanie Balitzer, declare as follows:

1. I am an attorney at law licensed in the State of California, and I am an associate in the law firm of Wilson Sonsini Goodrich & Rosati P.C. ("Wilson Sonsini"). I am counsel of record for plaintiffs Relevant Group, LLC ("Relevant"), 1541 Wilcox Hotel LLC ("Wilcox"), 6516 Tommie Hotel LLC ("Tommie"), and 6421 Selma Wilcox Hotel LLC ("Selma") in the above-captioned matter. I have personal knowledge of the matters stated herein and, if called upon to do so, I could and would testify competently as to such matters.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the April 26, 2022 deposition of Mohamad Iravani.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Exhibit 13 to the April 26, 2022 deposition of Mohamad Iravani, which is a February 27, 2018 email from Mohamad Iravani to Andrew Shayne bearing bates numbers SUNSET_00000453 through SUNSET_00000455. *See* **Exhibit 1** at 84:21-85:10.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a February 27, 2018 email from Mohamad Iravani to Andrew Shayne bearing bates numbers SUNSET_00000456 through SUNSET_00000459. This document was produced by defendants.

5. Attached hereto as **Exhibit 4** is a true and correct copy of Exhibit 1 to the April 15, 2022 deposition of Casey Maddren, which is a December 7, 2018 email from Dan Wright to cmaddren@gmail.com bearing bates numbers SILVERSTEIN004896 through SILVERSTEIN004906. *See* **Exhibit 29** at 27:6-18.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Exhibit 13 to the April 15, 2022 deposition of Casey Maddren, which is a June 6, 2019 email from Casey Maddren to Dan Wright and Robert Silverstein bearing bates numbers SILVERSTEIN000754 through SILVERSTEIN000758. *See* **Exhibit 29** at 93:1-14.

-1-

BALITZER DECLARATION IN SUPP. OF PLS.' RESPONSE TO DEF. N&A'S MOTION FOR SUMMARY JUDGMENT
CASE NO.: 2:19-cv-05019-ODW-KS

7. Attached hereto as **Exhibit 6** is a true and correct copy of a March 3, 2015 email from Saeed Nourmand to Mohamad Iravani and Sarah Gould bearing bates number SUNSET_00000098.  This document was produced by defendants.

8. Attached hereto as **Exhibit 7** is a true and correct copy of a September 9, 2015 email from Mohamad Iravani to Saeed Nourmand bearing bates numbers SUNSET_00000307 through SUNSET_00000308.  This document was produced by defendants.

9. Attached hereto as **Exhibit 8** is a true and correct copy of a May 24, 2016 email from Rachelle DeCastro to Mohamad Iravani bearing bates number SUNSET_00004239.  This document was produced by defendants.

10. Attached hereto as **Exhibit 9** is a true and correct copy of Exhibit 15 to the April 26, 2022 deposition of Mohamad Iravani, which is a January 9, 2019 email from Mohamad Iravani to Bijan Ramineh bearing bates number SUNSET_00000506.  *See* Exhibit 1 at 100:10-20.

11. Attached hereto as **Exhibit 10** is a true and correct copy of Exhibit 15(a) from the April 26, 2022 deposition of Mohamad Iravani, which is a December 10, 2018 memorandum from Deloitte Tax LLP to Saeed Nourmand Tax Files bearing bates numbers SUNSET_00000511 through SUNSET_00000543.  *See* **Exhibit 1** at 101:19-102:4.

12. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts of the April 22, 2022 deposition of Saeed Nourmand.

13. Attached hereto as **Exhibit 12** is a true and correct copy of Exhibit 12 to the April 22, 2022 deposition of Saeed Nourmand, which is a March 16, 2015 email from Saeed Nourmand to fgaines@gaineslaw.com and Carolyn Rae Cole bearing bates numbers SUNSET_00004240 through SUNSET_00004242.  *See* **Exhibit 11** at 165:4-13; 171:1-7.

14. Attached hereto as **Exhibit 13** is a true and correct copy of excerpts from the April 20, 2022 deposition of Robert Silverstein.

15. Attached hereto as **Exhibit 14** is a true and correct copy of caption page from a December 19, 2018 Interlocutory Order for Remand to City bearing a stamp from the Superior Court of California, County of Los Angeles, and signed by a Court Deputy.

16. Attached hereto as **Exhibit 15** is a true and correct copy of excerpts from the April 29, 2022 deposition of Michael Nourmand.

17. Attached hereto as **Exhibit 16** is a true and correct copy of the November 5, 2020 Plaintiffs' Notice of Subpoena to Nourmand & Associates.

18. Attached hereto as **Exhibit 17** is a true and correct copy of an April 28, 2015 email from Scott Campbell to Saeed Nourmand bearing bates number SUNSET_00002638. This document was produced by defendants.

19. Attached hereto as **Exhibit 18** is a true and correct copy of Exhibit 5 to the April 26, 2022 deposition of Mohamad Iravani, which is a March 11, 2015 email from Sarah Gould to Nicole Nourmand, Howard Nourmand, mollyroemer@gmail.com, Stephen Bercsci, and others bearing bates number SUNSET_00000154.  *See* **Exhibit 1** at 55:25-56:9.

20. Attached hereto as **Exhibit 19** is a true and correct copy of Exhibit 9 to the April 26, 2022 deposition of Mohamad Iravani, which is a September 9, 2015 email from Mohamad Iravani to Saeed Nourmand bearing bates numbers SUNSET_00000307 through SUNSET_00000308. *See* **Exhibit 1** at 65:10-19.

21. Attached hereto as **Exhibit 20** is a true and correct copy of Exhibit 14 to the April 26, 2022 deposition of Mohamad Iravani, which is an August 24, 2018 email from Saeed Nourmand to Mohamad Iravani bearing bates number SUNSET_00001359. *See* **Exhibit 1** at 96:9-97:24.

22. Attached hereto as **Exhibit 21** is a true and correct copy of Exhibit 15 to the April 22, 2022 deposition of Saeed Nourmand, which is an April 17, 2015 email from Saeed Nourmand to Oliver Netburn bearing bates numbers N&A_000715 through N&A_000731. *See* **Exhibit 11** at 190:20-191:13.

23. Attached hereto as **Exhibit 22** is a true and correct copy of Exhibit 27 to the April 22, 2022 deposition of Saeed Nourmand, which is an email dated January 13, 2017 from Mohamad Iravani to jpatel@zuberlaw.com bearing bates number SUNSET_00000349. *See* **Exhibit 11** at 261:10-16.

24. Attached hereto as **Exhibit 23** is a true and correct copy of Defendant the Sunset Landmark Investment LLC's Responses to Plaintiff Relevant Group, LLC's Third Set of Requests for Production dated April 8, 2022.

25. Attached hereto as **Exhibit 24** is a true and correct copy of Nourmand & Associates' Objections to Relevant Group, LLC's Subpoena to Produce Documents dated March 26, 2021.

26. Attached hereto as **Exhibit 25** is a true and correct copy Nourmand & Associates' Supplemental Responses to Relevant Group, LLC's Subpoena to Produce Documents dated May 5, 2021.

27. Attached hereto as **Exhibit 26** is a true and correct copy of a December 4, 2020 letter from Blake Osborn to Josh A. Rubin.

28. Attached hereto as **Exhibit 27** is a true and correct copy of December 30, 2020 letter from Blake Osborn to Josh A. Rubin.

29. Attached hereto as **Exhibit 28** is a true and correct copy of a July 19, 2019 email from Jay Patel to Joshua Rubin and Greg Smith.

30. Attached hereto as **Exhibit 29** is a true and correct copy of excerpts from the April 15, 2022 deposition of Casey Maddren.

31. Attached hereto as **Exhibit 30** is a true and correct copy of excerpts of the April 28, 2022 deposition of Michael Nourmand.

32. Attached hereto as **Exhibit 31** is a true and correct copy of excerpts from the Expert Report of Richard Grassetti.

33. I am familiar with the productions made by Defendants, including Sunset Landmark, in this matter and based on my searches and review of the

-4-

BALITZER DECLARATION IN SUPP. OF PLS.' RESPONSE TO DEF. N&A'S MOTION FOR SUMMARY JUDGMENT
CASE NO.: 2:19-CV-05019-ODW-KS

-5-

produced documents, it appears the vast majority of Defendants' produced emails contain a sender or recipient using the @nourmand.com email alias.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Los Angeles, California this 23d day of May 2022.

                                          */s/ Stephanie Balitzer*
                                          Stephanie Balitzer