Patrick M. Maloney – CSBN 197844
Gregory M. Smith – CSBN 259971
Elizabeth T. Schaus – CSBN 272258
**THE MALONEY FIRM, APC**
2381 Rosecrans Avenue, Suite 405
El Segundo, California 90245
T: 310-540-1505 | F: 310-540-1507
E: pmaloney@maloneyfirm.com
E: gsmith@maloneyfirm.com

Attorneys for Defendant,
NOURMAND & ASSOCIATES

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELEVANT GROUP, LLC, a Delaware limited liability company; 1541 WILCOX HOTEL LLC, a Delaware limited liability company; 6516 TOMMIE HOTEL LLC, a Delaware limited liability company; and 6421 SELMA WILCOX HOTEL LLC, a California limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> STEPHAN "SAEED" NOURMAND, an individual; THE SUNSET LANDMARK INVESTMENT LLC, a California limited liability company; NOURMAND & ASSOCIATES, a California corporation; and DOES 1-10, <br><br> Defendants. | Case No.:  2:19-cv-05019-ODW (KSx) <br> Judge:  Hon. Otis D. Wright II <br> Dept.:  Courtroom 5D, 5th Floor <br> Filed:  June 10, 2019 <br><br> **DECLARATION OF GREGORY M. SMITH** |

00195148                                      1
**DECLARATION OF GREGORY M. SMITH**

# DECLARATION OF GREGORY M. SMITH

I, Gregory M. Smith, declare as follows:

1. I am an attorney at The Maloney Firm, duly admitted to practice law in the State of California. The Maloney Firm is counsel of record for Defendant Nourmand & Associates ("N&A"). I make this declaration in support of Nourmand & Associates' Motion for Summary Judgment. If called as a witness, I could and would competently testify to the following facts based on my personal knowledge, except to those matters stated based on information and belief, and as for those matters, I am informed and believe them to be true.

2. In short, while N&A was not a party to this action, it received a document subpoena from Plaintiffs and did not fully appreciate the scope of either the materials sought or he communications that might reside on its email server. Thereafter counsel met and conferred, agreed on search terms, and a review protocol and each and every responsive document was produced to Plaintiffs. Plaintiffs have been in possession of N&A's production for more than six months and has not attempted to meet and confer on a single issue. There is no discovery dispute with N&A and no claim that Plaintiffs have been denied any N&A document to which they are entitled. A complete account of the back and forth follows.

3. In or about November 2020, Plaintiffs served a subpoena to N&A – which at that time was not a party to this action. The subpoena sought multiple categories of documents related to N&A's communications regarding Plaintiffs' projects and the underlying CEQA litigation.

4. On December 4, 2020, counsel for Sunset Landmark served objections to the subpoena in which it alerted N&A and Plaintiffs that it understood that Saeed Nourmand's ("Saeed") personal email address, snourmand@nourmand.com, was hosted on a N&A server and that a wholesale search might disclose Saeed's previously private and privileged communications.

00195148

2

DECLARATION OF GREGORY SMITH

5.   On December 30, 2020, counsel for Sunset Landmark sent a letter to N&A and Plaintiffs reiterating a proposal that the entirety of the snourmand@nourmand.com email account be sequestered from the rest of the server and exported to counsel for Sunset Landmark for review and production.

6.   Plaintiffs agreed to the proposition and the fact that Sunset Landmark's counsel was reviewing Saeed's emails was acknowledged by Plaintiffs' counsel in a March 16, 2021 letter.

7.   N&A provided a response to the subpoena in March 2021. Based on N&A's limited understanding of the Plaintiffs' projects and Sunset Landmark's lawsuits, N&A believed it possessed only a single document, which it produced. N&A also asserted the attorney-client privilege held by Saeed and Sunset Landmark.

8.   On April 14, 2021, Plaintiffs sent a meet and confirm letter in which they again acknowledged that N&A was not reviewing or producing Saeed's emails due to Sunset Landmark's objection, but nonetheless complained that the form of N&A's responses did not include reference to the agreement between counsel on that point.

9.   On April 28, counsel for N&A and Plaintiffs participated in a meet and confer call in which Plaintiffs' counsel explained his perceived defects in form found in N&A's responses.

10.   On May 5, 2021, better understanding the nature of the claims and requested discovery, N&A provided supplemental responses consistent with the modifications of form requested by Plaintiffs.

11.   On May 6, 2021, counsel for Plaintiffs wrote an email concluding, "With that clarification for the record, we believe N&A's supplemental written responses sufficiently address our concerns."

12.   On June 21, 2021, counsel for Plaintiffs emailed N&A that based on emails provided by Saeed, it believed that N&A might have been in possession of other documents responsive to the prior subpoena. Per Plaintiffs, the issue was not

that they didn't have the responsive documents, but rather that they hadn't received multiple copies of the documents that Saeed might have cc:ed or forwarded to employees who were associated with N&A.

13. On July 5, 2021, counsel for Plaintiffs provided proposed search terms to run against N&A's email servers, although these terms were substantially broader than the subpoena Plaintiffs has issued to N&A, N&A sought to compromise to avoid unnecessary motion practice.

14. By July 16, 2021, Plaintiffs and N&A has reached agreement on a series of search terms that would be run against every email account on N&A's server, but for Saeed's, which had already been produced by Sunset Landmark.

**15. On October 28, 2021, N&A produced 200 documents of 1243 total pages responsive to the search terms proposed by Plaintiffs.**

**16. In the seven months since the production was made, Plaintiffs have never met and conferred about a single page, term or issue with respect to the subpoena or the production.**

**17. Once N&A became a party to the action, the only written discovery Plaintiffs propounded on N&A were Special Interrogatories.**

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on May 27, 2022, in El Segundo, California

                                                            */s/ Gregory M. Smith*
                                                              Gregory M. Smith

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2381 Rosecrans Avenue, Suite 405, El Segundo, CA 90245.

I served the foregoing document(s) described as:
**DECLARATION OF GREGORY M. SMITH**
on the interested party(ies) below, using the following means:

SEE ATTACHED SERVICE LIST

☐ BY PERSONAL SERVICE I delivered such envelope(s) by hand to the offices of the addressee(s).

☐ BY UNITED STATES MAIL I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at El Segundo, California.

☐ BY OVERNIGHT DELIVERY I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the respective address(es) of the party(ies) stated above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ BY MESSENGER SERVICE I served the documents by placing them in an envelope or package addressed to the respective address(es) of the party(ies) stated above and providing them to a professional messenger service for service.

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 27, 2022, at El Segundo, California.

                                              /s/ Marilyn Vigil
                                               Marilyn Vigil

# MAILING LIST

| | |
|---|---|
| WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>Susan K. Leader, Esq.<br>Granville C. Kaufman, Esq.<br>633 West Fifth Avenue, Suite 1550<br>Los Angeles, CA 90071-2027<br>T: (323) 210-2900 \| F: (866) 974.7329<br>E: sleader@wsgr.com<br>E: gkaufman@wsgr.com | Attorneys for Plaintiffs,<br>Relevant Group, LLC<br>1541 Wilcox Hotel LLC,<br>6516 Tommie Hotel LLC,<br>and 6421 Selma Wilcox<br>Hotel LLC |
| WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>Dale R. Bish, Esq.<br>Charles A. Talpa, Esq.<br>Karen Kwok, Esq.<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>T: (650) 493-9300 \| F: (650) 565-5100<br>E: dbish@wsgr.com<br>E: Sctalpas@wsgr.com<br>E: kkwok@wsgr.com | |
| WILSON SONSINI GOODRICH &ROSATI<br>Conor Tucker, Esq.<br>633 West Fifth Street, Suite 1550<br>Los Angeles, CA 90071-2048<br>T: (323) 210-2900 \| F: (866) 974-7329<br>E: ctucker@wsgr.com | Attorneys for Plaintiffs<br>Relevant Group, LLC; 1541<br>Wilcox Hotel, LLC; 6516<br>Tommie Hotel, LLC: 6421<br>Selma Wilcox Hotel, LLC |
| NORTON ROSE FULBRIGHT US LLP<br>James H. Turken, Esq.<br>Neil P. Thakor, Esq.<br>Phillip R. Di Tullio, Esq.<br>Christopher Pelham, Esq.<br>555 South Flower Street, Forty-First Floor<br>Los Angeles, CA 90071<br>T: (213) 892-9200 \| (323) 892-9200<br>F: (213) 892-9494 \| (323) 892-9400<br>E: james.turken@nortonrosefulbright.com<br>E: neil.thakor@nortonrosefulbright.com<br>E: christopher.pelham@nortonrosefulbright.com | Attorneys for Defendants<br>STEPHEN "SAEED"<br>NOURMAND and<br>THE SUNSET<br>LANDMARK<br>INVESTMENT, LLC |

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507