**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
SUSAN K. LEADER, State Bar No. 216743
sleader@wsgr.com
ALI R. RABBANI, State Bar No. 253730
arabbani@wsgr.com
CONOR TUCKER, State Bar No. 318075
ctucker@wsgr.com
633 West Fifth Avenue, Suite 1550
Los Angeles, California 90071-2027
Telephone: (323) 210-2900
Facsimile: (323) 974-7329

**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
DALE R. BISH, State Bar No. 235390
dbish@wsgr.com
CHARLES A. TALPAS, State Bar No. 308505
ctalpas@wsgr.com
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Plaintiffs Relevant Group, LLC; 1541 Wilcox Hotel LLC; 6516 Tommie Hotel LLC; and 6421 Selma Wilcox Hotel LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELEVANT GROUP LLC, a Delaware limited liability company; 6516 TOMMIE HOTEL LLC, a Delaware limited liability company; and 6421 SELMA WILCOX HOTEL LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHAN "SAEED" NOURMAND, an individual; THE SUNSET LANDMARK INVESTMENT LLC, a California limited liability company; NOURMAND & ASSOCIATES, a California corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-05019-ODW-KS<br><br>**DECLARATION OF CONOR D. TUCKER IN SUPPORT OF PLAINTIFFS' EVIDENTIARY OBJECTIONS, RESPONSE TO DEFENDANTS' JOINT STATEMENT OF ADDITIONAL FACTS, AND REPLY BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: June 13, 2022<br>Time: 1:30 p.m.<br>Dept: Courtroom 5D, Fifth Floor<br>Before: Hon. Otis D. Wright II |

# DECLARATION OF CONOR TUCKER

I, Conor D. Tucker, declare as follows:

1. I am an attorney at law licensed in the State of California, and I am an associate in the law firm of Wilson Sonsini Goodrich & Rosati P.C. ("Wilson Sonsini"). I am counsel of record for plaintiffs Relevant Group, LLC ("Relevant"), 1541 Wilcox Hotel LLC ("Wilcox"), 6516 Tommie Hotel LLC ("Tommie"), and 6421 Selma Wilcox Hotel LLC ("Selma") in the above-captioned matter. I have personal knowledge of the matters stated herein and, if called upon to do so, I could and would testify competently as to such matters.

2. The exhibit numbering herein begins at **Exhibit 15.** **Exhibit 1** through **Exhibit 14** are attached to the Declaration of Charles Talpas in Support of Plaintiffs' Motion for Partial Summary Judgment (ECF No. 121-3).

3. Attached hereto as **Exhibit 15** is a true and correct copy of excerpts of the March 30, 2022 deposition of Damien Farrell.

4. Attached hereto as **Exhibit 16** is a true and correct copy of excerpts of the April 19, 2022 deposition of Richard Heyman.

5. Attached hereto as **Exhibit 17** is the October 18, 2019 Notice of Motion and Motion to Enforce Settlement; Memorandum of Points & Authorities; Declaration of Jayesh Patel filed by Sunset in the Superior Court of the State of California, County of Los Angeles before Department 15 in Case No. BS160807, bearing the time-stamp of the Superior Court's electronic filing system on its first page, and excerpted to exclude voluminous exhibits.

6. Attached hereto as **Exhibit 18** is the October 18, 2019 Notice of Motion and Motion to Enforce Settlement; Memorandum of Points & Authorities; Declaration of Jayesh Patel filed by Sunset in the Superior Court of the State of California, County of Los Angeles before Department SE-G in Case No. BS169821, bearing the time-stamp of the Superior Court's electronic filing system on its first page, and excerpted to exclude voluminous exhibits.

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.
3  Executed in Los Angeles, California this 27th day of May 2022.

>  */s/ Conor D. Tucker*
>  CONOR D. TUCKER