**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
SUSAN K. LEADER, State Bar No. 216743
sleader@wsgr.com
ALI R. RABBANI, State Bar No. 253730
arabbani@wsgr.com
CONOR TUCKER, State Bar No. 318075
ctucker@wsgr.com
633 West Fifth Avenue, Suite 1550
Los Angeles, CA 90071-2027
Telephone: (323) 210-2900
Facsimile: (866) 974.7329

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
DALE R. BISH, State Bar No. 235390
dbish@wsgr.com
CHARLES A. TALPAS, State Bar No. 308505
ctalpas@wsgr.com
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Plaintiffs Relevant Group, LLC; 1541 Wilcox Hotel LLC; 6516 Tommie Hotel LLC; and 6421 Selma Wilcox Hotel LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELEVANT GROUP LLC, a Delaware limited liability company; 6516 TOMMIE HOTEL LLC, a Delaware limited liability company; and 6421 SELMA WILCOX HOTEL LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHAN "SAEED" NOURMAND, an individual; THE SUNSET LANDMARK INVESTMENT LLC, a California limited liability company; NOURMAND & ASSOCIATES, a California corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-05019-ODW-KS<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' REPLY BRIEF (TO S-DEFENDANTS) IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: June 13, 2022<br>Time: 1:30 p.m.<br>Dept: Courtroom 5D, Fifth Floor<br>Before: Hon. Otis D. Wright II |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Evidence 201, Plaintiffs Relevant Group, LLC ("Relevant"), 1541 Wilcox Hotel LLC ("Wilcox"), 6516 Tommie Hotel LLC ("Tommie"), and 6421 Selma Wilcox Hotel LLC ("Selma") (collectively "Plaintiffs") respectfully request that the Court take judicial notice of the following documents in support of Plaintiffs' Reply Brief in support of their Motion for Partial Summary Judgment:

1. The October 18, 2019 Notice of Motion and Motion to Enforce Settlement; Memorandum of Points & Authorities; Declaration of Jayesh Patel filed by Sunset in the Superior Court of the State of California, County of Los Angeles before Department 15 in Case No. BS160807, bearing the time-stamp of the Superior Court's electronic filing system on its first page, and excerpted to exclude voluminous exhibits, which is attached as Exhibit 17 to the Declaration of Conor Tucker (Tucker Decl.) filed concurrently herewith.

2. The October 18, 2019 Notice of Motion and Motion to Enforce Settlement; Memorandum of Points & Authorities; Declaration of Jayesh Patel filed by Sunset in the Superior Court of the State of California, County of Los Angeles before Department SE-G in Case No. BS169821, bearing the time-stamp of the Superior Court's electronic filing system on its first page, and excerpted to exclude voluminous exhibits, which is attached as Exhibit 18 to the Tucker Decl.

A court may take judicial notice of "a fact that is not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2); *see also Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001) ("[U]nder Fed. R. Evid. 201, a court may take judicial notice of 'matters of public record.'" (citation omitted)). Such judicially noticeable public records include court filings. *See, e.g., Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) (taking judicial notice of court filings and other matters of public record).

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated:  May 27, 2022 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 3 | | |
| 4 | | |
| 5 | | By: */s/ Susan K. Leader*<br>     Susan K. Leader |
| 6 | | Attorneys for Plaintiffs |
| 7 | | Relevant Group, LLC, 1541 Wilcox Hotel LLC, 6516 Tommie Hotel LLC and 6421 Selma Wilcox Hotel LLC |
| 8 | | |