**NORTON ROSE FULBRIGHT US LLP**
JAMES H. TURKEN (BAR NO. 89618)
CHRISTOPHER K. PELHAM (BAR NO. 241068)
NEIL P. THAKOR (BAR NO. 308743)
555 South Flower Street
Forty-First Floor
Los Angeles, CA 90071
Telephone:   (213) 892-9200
Facsimile:    (213) 892-9494
james.turken@nortonrosefulbright.com
neil.thakor@nortonrosefulbright.com
christopher.pelham@nortonrosefulbright.com

Attorneys for Defendants,
STEPHAN "SAEED" NOURMAND,
and THE SUNSET LANDMARK
INVESTMENT LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELEVANT GROUP, LLC, a Delaware limited liability company; 1541 WILCOX HOTEL LLC, a Delaware limited liability company; 6516 TOMMIE HOTEL LLC, a Delaware limited liability company; and 6421 SELMA WILCOX HOTEL LLC, a California limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> STEPHEN "SAEED" NOURMAND, an individual; THE SUNSET LANDMARK INVESTMENT LLC, a California limited liability company; and DOES 1-10, <br><br> Defendants. | Case No. 2:19-cv-05019-ODW-KSx <br> *[Hon. Otis D. Wright II]* <br><br> **SUPPLEMENTAL DECLARATION OF NEIL P. THAKOR IN SUPPORT OF REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** <br><br> *[Reply in Support of S Defendants' Motion for Summary Judgment; Response to Additional Facts filed concurrently herewith]* <br><br> **Date:  June 13, 2022** <br> **Time:  1:30 p.m.** <br> **Place: Courtroom 5D** <br><br> Complaint Filed: June 10, 2019 <br> TAC Filed:  September 21, 2021 |

108407499.1

DOCUMENT PREPARED ON RECYCLED PAPER

## <u>DECLARATION OF NEIL P. THAKOR</u>

I Neil P. Thakor, declare as follows:

1.     I am an attorney at law duly admitted to practice before this Court.  I am an Associate with the law firm of Norton Rose Fulbright US LLP ("NRF"), counsel of record for defendants Stephan "Saeed" Nourmand and The Sunset Landmark Investment LLC ("Sunset") (collectively, "S Defendants").  I have personal knowledge of the matters stated herein and if called upon to testify as a witness, I could and would competently testify thereto.

2.     On March 8, 2022, Grant King sat for deposition.  A true and correct copy of excerpts from the March 8, 2022 Grant King deposition transcript is attached here as **Exhibit AA**.

3.     On March 30, 2022, Demien Farrell sat for deposition.  A true and correct copy of excerpts from the March 30, 2022 Demien Farrell deposition transcript is attached hereto as **Exhibit BB**.

4.     On March 18, 2022, Guy Maisnik sat for deposition.  A true and correct copy of excerpts from the March 18, 2022 Guy Maisnik deposition transcript is attached hereto as Attached as **Exhibit CC**.

5.     Attached hereto as **Exhibit DD** is a true and correct copy the March 18, 2015, Notice of Public Hearing regarding hotel to be built at 1541 Wilcox Ave. This document was produced by Plaintiffs and included in the administrative record for the Thompson Litigation.

6.     Attached hereto as **Exhibit EE** is a true and correct copy of the Declaration of Joshua Frantz in Support of *Ex Parte* Application to Further Modify Injunction Regarding Project Construction Pending Interlocutory Remand, dated January 4, 2019 filed in *Lauren "Elle" Farmer, et al. v. City of Los Angeles*, Case No. BS169855.

7.     Attached hereto as **Exhibit FF** is a true and correct copy of Plaintiffs' Amended Initial Disclosures, dated May 2, 2022.

- 1 -

DOCUMENT PREPARED ON RECYCLED PAPER

8.      Attached hereto as **Exhibit GG** is an email chain between Guy Maisnik and Jay Patel from October 31, 2017, to December 5, 2017, that was authenticated and introduced at the March 18, 2022, deposition of Guy Maisnik.

9.      Attached hereto as **Exhibit HH** is a true and correct copy of a letter from the Los Angeles City Ethics Commission to Neil Thakor Re: California Public Records Act Request, dated April 26, 2022.

10.     Attached hereto as **Exhibit II** is a true and correct copy of a transcript of an August 25, 2017 hearing in *Sunset Landmark Investment, Inc. v. City of Los Angeles,* Case No. BS160807.

11.     Attached hereto as **Exhibit JJ** is a true and correct copy of a privilege log produced in this action by Plaintiffs on March 15, 2022.

I declare under penalty of perjury under the laws of the United States of America and the State of California that foregoing is true and correct and that this Declaration is executed on this 27th day of May, 2022, at Los Angeles, California.


*Neil P. Thakor*
Neil P. Thakor

DOCUMENT PREPARED ON RECYCLED PAPER

# Exhibit AA

CONFIDENTIAL

```
1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE CENTRAL DISTRICT OF CALIFORNIA

3

4

5   RELEVANT GROUP, LLC, a Delaware)

6   limited liability company;     )

7   et al.,    )

8                   Plaintiffs,    )

9        VS.                       )  NO. 2:19-CV-05019

10  STEPHEN "SAEED" NOURMAND, an   )

11  individual, et al.,            )

12                  Defendants.    )

13  _____)

14

15              C O N F I D E N T I A L

16  DEPOSITION OF:

17               GRANT KING

18               TUESDAY, MARCH 8, 2022

19               9:28 A.M.

20

21

22  REPORTED BY:

23               Sari M. Knudsen

24               CSR No. 13109

25
```

Page 1

| | | |
|---|---|---|
| 1 | for Relevant over there that sourced lots of | 1:22:45 |
| 2 | different immigration companies. | 1:22:53 |
| 3 | Q    What do you mean "sourced immigration | 1:22:54 |
| 4 | companies"? | 1:22:55 |
| 5 | A    Meaning they represented Relevant over | 1:22:58 |
| 6 | there and then there -- their job was to go and | 1:23:03 |
| 7 | introduce our projects to those agents throughout | 1:23:07 |
| 8 | China in the hopes that they would agree to | 1:23:10 |
| 9 | fundraise for an individual project. | 1:23:18 |
| 10 | Q    When you get funding for a project, do you | 1:23:22 |
| 11 | get that funding before or after it's submitted to | 1:23:28 |
| 12 | the City for approval? | 1:23:29 |
| 13 | A    Before. | 1:23:32 |
| 14 | Q    And just to clarify my own question, when | 1:23:35 |
| 15 | we are referring to get funding, does that mean cash | 1:23:38 |
| 16 | in hand? | 1:23:40 |
| 17 | A    Cash in hand, yeah.  To -- we propose a | 1:23:44 |
| 18 | project to acquire and we go and get the funding so | 1:23:48 |
| 19 | we can acquire that project. | 1:23:51 |
| 20 | Q    So for the Thompson Hotel project, you had | 1:23:53 |
| 21 | the cash in hand from the EB5 funding prior to | 1:23:57 |
| 22 | submitting to the City for approval? | 1:23:59 |
| 23 | A    Yes, we did. | 1:24:00 |
| 24 | Q    And that's the same for the Tommie project? | 1:24:03 |
| 25 | A    We had to close on the property.  So yes. | 1:24:06 |

Page 128

| | | |
|---|---|---|
| 1 | Saeed Nourmand. | 6:29:50 |
| 2 | Q   I see.  So let's take that meeting and put | 6:29:52 |
| 3 | it to the side for just a second and I want to focus | 6:29:55 |
| 4 | on the meeting?  Between Richard Heyman and Saeed | 6:30:00 |
| 5 | Nourmand.  You understand? | 6:30:02 |
| 6 | A   Yes. | 6:30:02 |
| 7 | MS. LEADER:  Thank you for clarifying. | 6:30:04 |
| 8 | MR. THAKOR:  That's my bad.  I didn't understand | 6:30:06 |
| 9 | the distinction. | 6:30:06 |
| 10 | Q   So this meeting between just Mr. Heyman and | 6:30:10 |
| 11 | Saeed Nourmand.  We are all on the same page.  We | 6:30:12 |
| 12 | are talking about that meeting.  Right? | 6:30:14 |
| 13 | A   Yes. | 6:30:15 |
| 14 | Q   That also occurred on March 28, 2018. | 6:30:17 |
| 15 | Right? | 6:30:18 |
| 16 | MS. LEADER:  If you know. | 6:30:18 |
| 17 | THE WITNESS:  I think so, yes. | 6:30:20 |
| 18 | BY MR. THAKOR: | 6:30:20 |
| 19 | Q   Did you -- did you have any discussions | 6:30:23 |
| 20 | with Heyman about what happened in that meeting with | 6:30:28 |
| 21 | Mr. Nourmand? | 6:30:31 |
| 22 | A   That's what the meeting was about with the | 6:30:33 |
| 23 | four of us. | 6:30:35 |
| 24 | Q   And what did Mr. Heyman say about his | 6:30:39 |
| 25 | meeting with Mr. Nourmand? | 6:30:43 |

Page 322

| | | |
|---|---|---|
| 1 | A    It was quite shocking to all of us what he | 6:30:48 |
| 2 | was reporting to us. | 6:30:50 |
| 3 | Q    And what was he reporting to you? | 6:30:51 |
| 4 | A    He was reporting to us that he was -- he | 6:30:55 |
| 5 | was going basically to appeal our project under CEQA | 6:30:58 |
| 6 | and that to make it go away, it would take a check. | 6:31:04 |
| 7 | And that we knew the drill. | 6:31:09 |
| 8 | Q    Now, are these specific quotes that | 6:31:12 |
| 9 | Mr. Heyman said Mr. Nourmand said? | 6:31:16 |
| 10 | A    Yes, they were. | 6:31:17 |
| 11 | Q    And you remember these specific quotes | 6:31:19 |
| 12 | pretty clearly right now.  Right? | 6:31:21 |
| 13 | A    Hard to forget. | 6:31:24 |
| 14 | Q    Because this was so shocking, when | 6:31:26 |
| 15 | Mr. Nourmand made that demand, did you ever call the | 6:31:29 |
| 16 | police? | 6:31:32 |
| 17 | A    No. | 6:31:33 |
| 18 | Q    Did you ever call any law enforcement | 6:31:35 |
| 19 | agency that you were being extorted? | 6:31:40 |
| 20 | A    No. | 6:31:41 |
| 21 | Q    Did you talk to your lawyers that you had | 6:31:43 |
| 22 | just been extorted in a meeting? | 6:31:47 |
| 23 | MS. LEADER:   Okay.  I'm going to -- I'm going to | 6:31:49 |
| 24 | instruct the witness not to answer that particular | 6:31:53 |
| 25 | question. | 6:31:53 |

Page  323

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | BY MR. THAKOR: | 6:31:53 |
| 2 | Q    Did you have any discussions with any of | 6:31:56 |
| 3 | your lawyers about the -- strike that. | 6:32:00 |
| 4 | Did you have any discussions with your CEQA | 6:32:02 |
| 5 | lawyers about the March 28, 2018 meeting between | 6:32:08 |
| 6 | Richard Heyman and Mr. Nourmand? | 6:32:09 |
| 7 | MS. LEADER:  You can answer that yes or no. | 6:32:12 |
| 8 | THE WITNESS:  Yes. | 6:32:12 |
| 9 | BY MR. THAKOR: | 6:32:12 |
| 10 | Q    Were those discussions in writing? | 6:32:17 |
| 11 | A    I don't recall. | 6:32:21 |
| 12 | Q    What were those discussions? | 6:32:23 |
| 13 | MS. LEADER:  I'm going to object and instruct | 6:32:25 |
| 14 | the witness not to answer on the grounds of | 6:32:29 |
| 15 | attorney-client privilege. | 6:32:31 |
| 16 | BY MR. THAKOR: | 6:32:31 |
| 17 | Q    You had said earlier that you were all | 6:32:33 |
| 18 | shocked about what Mr. Nourmand had said to | 6:32:36 |
| 19 | Mr. Heyman.  Correct? | 6:32:47 |
| 20 | A    We were shocked.  Yes. | 6:32:49 |
| 21 | Q    Well, if you were so shocked at what you | 6:32:51 |
| 22 | were hearing, why didn't you make a written note of | 6:32:55 |
| 23 | what had happened? | 6:32:57 |
| 24 | MS. LEADER:  Objection.  Lacks foundation.  It's | 6:33:00 |
| 25 | argumentative.  Assumes facts.  And it's an | 6:33:05 |

Page  324

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | incomplete hypothetical. | 6:33:08 |
| 2 | THE WITNESS:  I don't know. | 6:33:09 |
| 3 | BY MR. THAKOR: | 6:33:09 |
| 4 | Q    When you heard Mr. Heyman recall these | 6:33:13 |
| 5 | shocking events, did you ever think you should | 6:33:15 |
| 6 | document this in writing? | 6:33:18 |
| 7 | MS. LEADER:  Object that that lacks foundation. | 6:33:21 |
| 8 | Assumes facts. | 6:33:24 |
| 9 | BY MR. THAKOR: | 6:33:24 |
| 10 | Q    Did you ever have that idea? | 6:33:26 |
| 11 | A    I didn't think about that. | 6:33:28 |
| 12 | Q    Did anyone in this post meeting between the | 6:33:32 |
| 13 | four Board members of Relevant Group -- did anyone | 6:33:37 |
| 14 | say anything about documenting this in writing? | 6:33:40 |
| 15 | A    I don't recall. | 6:33:41 |
| 16 | Q    Is there a calendar event for the four of | 6:33:45 |
| 17 | you discussing the meeting? | 6:33:49 |
| 18 | A    I don't believe there is. | 6:33:49 |
| 19 | Q    Is there an e-mail between the four of you | 6:33:56 |
| 20 | saying Heyman, let's meet to discuss the meeting | 6:33:58 |
| 21 | between Mr. Heyman and Mr. Nourmand? | 6:34:04 |
| 22 | A    No. | 6:34:09 |
| 23 | Q    Do you text with -- with your other Board | 6:34:12 |
| 24 | members? | 6:34:12 |
| 25 | A    Occasionally. | 6:34:13 |

Page 325

CONFIDENTIAL

1           I, SARI M. KNUDSEN, CSR NO. 13109, in and

2   for the State of California, do hereby certify:

3           I am the deposition officer that

4   stenographically recorded the testimony in the

5   foregoing deposition;

6           Prior to being examined, the deponent was

7   first duly sworn by me;

8           The foregoing transcript is a true record of

9   the testimony given;

10           Before completion of the deposition, review

11   of the transcript was requested.  If requested, any

12   changes made by the deponent (and provided to the

13   reporter) during the period allowed are appended

14   hereto.

15

16   Dated the 28th day of March, 2022.

17

18

19

20

21    SARI M. KNUDSEN, CSR NO. 13109

22

23

24

25

                                      Page  336

Exhibit BB

```
 1                UNITED STATES DISTRICT COURT
 2            FOR THE CENTRAL DISTRICT OF CALIFORNIA
 3      _____
                                     )
 4    RELEVANT GROUP, LLC, a         )
      Delaware limited liability     )
 5    company; 1541 WILCOX HOTEL     )
      LLC, a Delaware limited        )
 6    liability company; 6516        )
      TOMMIE HOTEL LLC, a            )
 7    Delaware limited liability     )
      company; and 6421 SELMA        )
 8    WILCOX HOTEL LLC, a            )
      California limited             )
 9    liability company,             )
                                     )
10            Plaintiffs,            )
                                     ) Case No.
11    vs.                            ) 2:19-cv-05019-ODW (KSx)
                                     )
12    STEPHAN "SAEED" NOURMAND,      )
      an individual; THE SUNSET      )
13    LANDMARK INVESTMENT LLC, a     )
      California limited             )
14    liability company; and        )
      DOES 1-10,                     )
15                                   )
              Defendants.            )
16    _____)
17
18       VIDEOTAPED REMOTE DEPOSITION OF DEMIEN FARRELL
19               Los Angeles, California
20              Wednesday, March 30, 2022
21                     Volume I
22    Reported by:
      CATHERINE A. RYAN, RMR, CRR
23    CSR No. 8239
24    Job No. 5157992
25    PAGES 1 - 211
```

                                                    Page 1

```
 1      In 2018.                                           11:53:35

 2          A    My- -- well, the principals all had their

 3      own offices.  I had my own office, and I think Amie

 4      probably had her own office around that time.

 5          Q    I see.                                     11:53:50

 6               And everyone else was in a cubicle?

 7          A    Yeah, or just two desks in, like, the one

 8      office where you'd have, you know, one employee on

 9      each side of the wall -- on each wall.

10               MR. THAKOR:  Okay.  Let's -- let's take a  11:54:08

11      five-minute break and come back at 12:00.

12               MS. LEADER:  Great.

13               THE VIDEOGRAPHER:  We're going off the

14      record at 11:54 a.m.

15               (Recess.)                                  11:54:18

16               THE VIDEOGRAPHER:  We're back on the

17      record at 12:11 p.m.

18               MR. THAKOR:  All right.  We're back on the

19      record.

20          Q    Mr. Farrell, what is your role at          12:11:54

21      Relevant?

22          A    At the time of --

23               MS. LEADER:  Objection.  Vague as to time.

24               THE WITNESS:  Yeah, when?  Because my role

25      has changed a little bit.                           12:12:06
```

Page 32

```
 1    BY MR. THAKOR:                                    12:12:08

 2        Q    Yeah, so let's say now.

 3             What is your role now?

 4        A    Now, I have been the vice president of

 5    development.  Right now we don't have any projects  12:12:20

 6    under construction; so, I'm kind of not in a

 7    day-to-day role at Relevant, and I'm more in an

 8    advisory board role.  I -- I do a weekly meeting,

 9    and I kind of oversee a few employees still.

10        Q    Which employees do you oversee?         12:12:53

11        A    Amie Marben, Ryan Jabs, Danny Farahat.

12        Q    In your role as VP of development, do you

13    still oversee construction of certain projects?

14        A    Overseeing the final closeout of the

15    Thompson, Tommie Hotels and the final C of O of the  12:13:19

16    Selma Wilcox project but not with the hotel, just up

17    to a podium.

18        Q    Okay.  So you said two things there.

19             First, what's a -- what's a final closing?

20        A    Just obtaining the certificate, final --  12:13:48

21    the temporary Certificate of Occupancy, and then

22    there's Certificate of Occupancy.

23             So, typically, a -- large commercial

24    projects receive a temporary Certificate of

25    Occupancy that would have some corrections for    12:14:04
```

Page 33

```
 1    subcontractors, and then the final approval of the      12:14:11

 2    final payments to the contractors, the

 3    subcontractors through the general contractor.

 4         Q    With construction on the Thompson and

 5    Tommie Hotels, did Relevant Group use union labor?      12:14:31

 6              MS. LEADER:  Objection.  Vague as framed.

 7    Potentially calls for speculation.

 8              THE WITNESS:  Some.

 9    BY MR. THAKOR:

10         Q    In what capacity?                             12:14:50

11              MS. LEADER:  Same objection.  Vague.

12              THE WITNESS:  Concrete was union.

13    Plumbing was union.  Mechanical -- or HVAC was

14    union.  I believe doors were union.

15    BY MR. THAKOR:                                          12:15:18

16         Q    With respect to the Selma Wilcox Hotel, it

17    says that you were doing the final CFO [sic] of the

18    Selma Wilcox?  Did I mishear that correctly?

19         A    That is -- that is not the hotel, no.

20    That's not the hotel portion of that project.          12:15:50

21         Q    Let's just start with the term "CFO."

22              What is that?

23         A    Certificate of Occupancy.

24         Q    I see.

25              And which part of the Selma Wilcox project    12:16:04
```

                                                          Page 34

```
 1    are you working on the final C of O?              12:16:07

 2         A    From a concrete podium down to the parking

 3    garages.

 4              THE REPORTER:  May I ask the witness to

 5    speak up, please.  Thank you.                     12:16:26

 6    BY MR. THAKOR:

 7         Q    The concrete podium to the parking garage,

 8    is that the subterranean levels of the Selma Hotel

 9    project?

10         A    Yes, but there's -- yes.                12:16:39

11         Q    Okay.  When did you become VP of

12    development?

13         A    Sometime around 2020 -- '19, '20.  I'm not

14    a big title guy.  It was more so some other people

15    wanted titles, and, basically, I had, essentially,  12:17:14

16    raised my own title because Amie Marben wanted to

17    become a director.

18         Q    I see.

19              So Amie Marben took your old position, and

20    then you got promoted?                            12:17:42

21         A    Correct.

22         Q    What is -- what was the title of your

23    position?

24         A    I was director.

25         Q    Of construction?                        12:17:50
```

Page 35

1        A    Construction, and at some point -- we use        12:17:54

2    titles loosely.   At some point I think it was

3    development as well.

4        Q    Have your duties changed with respect to

5    your role as director of construction and your role    12:18:15

6    as VP of development?

7                MS. LEADER:  Objection.  Vague as framed.

8                THE WITNESS:  Not necessarily.  I've been

9    the guy who kind of -- Jack of All Trades, you know,

10   and mostly, though, was focused on construction and    12:18:34

11   the permits.

12   BY MR. THAKOR:

13       Q    What permits are necessary to start

14   construction of a hotel?

15               MS. LEADER:  Objection.  It's vague and     12:18:53

16   overbroad as framed.  Potentially calls for

17   speculation or -- or an expert opinion.

18               You can answer.

19               THE WITNESS:  There are multiple

20   disciplines:  Shoring, grading, structural,            12:19:04

21   architectural, mechanical, plumbing, electrical,

22   civil.

23   BY MR. THAKOR:

24       Q    Sorry.  You said that a little fast.  So

25   shoring, grading, structural, architectural,           12:19:22

Page 36

```
 1              MS. LEADER:  Hang on one second.          14:24:13

 2              Okay.  Just object that it's vague and

 3       overbroad.

 4              But go ahead.

 5              THE WITNESS:  Yeah, I don't -- I don't     14:24:22

 6       really understand what you mean by "errors."

 7              MR. THAKOR:  Sure.  So I'm going to give

 8       you an example to illustrate the point.

 9          Q    You said the construction budget was set

10       at 40 million for the Thompson Hotel project.      14:24:34

11              If it had said 10 million, is that

12       something that you would have flagged as improper?

13              MS. LEADER:  Object that it's vague as

14       framed and an incomplete hypothetical.  Calls for

15       speculation.                                      14:24:46

16              But go ahead.

17              THE WITNESS:  Yeah, that's -- that's

18       really a grossly stated, obvious erroneous number.

19       You could never build a hotel for $10 million.  So I

20       don't think you would ever -- that would never even  14:25:03

21       present itself that way.

22       BY MR. THAKOR:

23          Q    Well, can you build a hotel while there's

24       a CEQA lawsuit pending?

25              MS. LEADER:  Objection.  It calls for      14:25:13
```

                                                  Page 81

```
 1    speculation.  It's an incomplete hypothetical.          14:25:14

 2              THE WITNESS:  You -- I think you can build

 3    one, but you would be completely at risk of -- you

 4    would be at risk to -- you know, if you lost your

 5    CEQA.                                                    14:25:39

 6    BY MR. THAKOR:

 7         Q    Was that risk ever discussed between you

 8    and Mr. Heyman?

 9              MS. LEADER:  Objection.  Lacks foundation.

10    Assumes facts not in evidence.                          14:26:06

11              THE WITNESS:  No.

12    BY MR. THAKOR:

13         Q    Was that risk ever discussed with you and

14    Mr. King?

15         A    No.                                           14:26:13

16         Q    Was that risk ever discussed with you and

17    Mr. Shayne?

18              MS. LEADER:  Same objections to this line

19    of questioning.

20              But go ahead.                                 14:26:20

21              THE WITNESS:  No.

22    BY MR. THAKOR:

23         Q    Was that risk discussed with you and any

24    other employee of Relevant?

25         A    No.                                           14:26:30
```

Page 82

1          I, the undersigned, a Certified Shorthand

2     Reporter of the State of California, do hereby

3     certify:

4          That the foregoing proceedings were taken

5     before me at the time and place herein set forth;

6     that any witnesses in the foregoing proceedings,

7     prior to testifying, were administered an oath; that

8     a record of the proceedings was made by me using

9     machine shorthand which was thereafter transcribed

10    under my direction; that the foregoing is a true

11    record of the testimony given.

12         Further, that if the foregoing pertains to the

13    original transcript of a deposition in a Federal

14    Case, before completion of the proceedings, review

15    of the transcript [ X ] was [   ] was not requested.

16            I further certify that I am neither

17    financially interested in the action nor a relative

18    or employee of any attorney or any party to this

19    action.

20         IN WITNESS WHEREOF, I have this date

21    subscribed my name:  April 19, 2022.

22

23

24         *Catherine A. Ryan*

           Catherine A. Ryan, RMR, CRR

25         CSR No. 8239

                                        Page  208

# Exhibit CC

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE CENTRAL DISTRICT OF CALIFORNIA

 3

 4

 5   RELEVANT GROUP, LLC, a Delaware)

 6   limited liability company;    )

 7   et al.,                       )

 8                    Plaintiffs,  )

 9        VS.                      )  NO. 2:19-CV-05019

10   STEPHEN "SAEED" NOURMAND, an  )      ODW-Ksx

11   individual, et al.,           )

12                    Defendants.  )

13   _____)

14

15

16   DEPOSITION OF:

17              GUY MAISNIK, ESQ.

18              FRIDAY, MARCH 18, 2022

19              9:13 A.M.

20

21

22   REPORTED BY:

23              Sari M. Knudsen

24              CSR No. 13109

25
```

                                              Page 1

| | | |
|---|---|---|
| 1 | windows.  I mean -- dealing with the lightwell that | 4:48:22 |
| 2 | was challenging. | 4:48:22 |
| 3 | Q    Any other reason other than the terms of | 4:48:25 |
| 4 | the agreement? | 4:48:26 |
| 5 | A    It just -- this agreement reduces the value | 4:48:28 |
| 6 | of the hotel and requires the party to pay five and | 4:48:36 |
| 7 | a half million dollars. | 4:48:40 |
| 8 | Q    So I want to go to Section 9.3. | 4:48:58 |
| 9 | A    Sure. | 4:49:04 |
| 10 | Q    Let's start with 9.  9 is titled | 4:49:06 |
| 11 | "Acknowledgements, Warranties and Representations." | 4:49:09 |
| 12 | And it says, | 4:49:11 |
| 13 | "Each of the parties represents and | 4:49:13 |
| 14 | warrants to the other party." | 4:49:14 |
| 15 | Do you see that? | 4:49:14 |
| 16 | A    Uh-huh. | 4:49:15 |
| 17 | Q    And you agree that these representations | 4:49:19 |
| 18 | are being made in part by your client to Sunset | 4:49:23 |
| 19 | Landmark.  Right? | 4:49:25 |
| 20 | MR. BISH:  Object.  Calls for legal conclusion. | 4:49:31 |
| 21 | THE WITNESS:  Are you asking me for a legal | 4:49:32 |
| 22 | opinion? | 4:49:33 |
| 23 | BY MR. THAKOR: | 4:49:33 |
| 24 | Q    I'm asking for your opinion. | 4:49:35 |
| 25 | A    Yes. | 4:49:37 |

Page 257

| | | |
|---|---|---|
| 1 | Q    And one of those representations is that | 4:49:40 |
| 2 | there was no duress? | 4:49:42 |
| 3 | A    Yes. | 4:49:43 |
| 4 | Q    Was that a lie? | 4:49:44 |
| 5 | MR. BISH:  Object -- objection.  It's | 4:49:46 |
| 6 | argumentative.  Calls for a legal conclusion. | 4:49:49 |
| 7 | Vague. | 4:49:56 |
| 8 | THE WITNESS:  Yeah.  It's not true. | 4:49:58 |
| 9 | BY MR. THAKOR: | 4:49:58 |
| 10 | Q    So in this agreement, your client is making | 4:50:02 |
| 11 | false representations to Sunset Landmark.  Right? | 4:50:07 |
| 12 | MR. BISH:  Objection.  Calls for legal | 4:50:08 |
| 13 | conclusion.  Argumentative and vague. | 4:50:09 |
| 14 | THE WITNESS:  That is an extortionist | 4:50:11 |
| 15 | prerogative. | 4:50:12 |
| 16 | BY MR. THAKOR: | 4:50:12 |
| 17 | Q    What do you mean by that? | 4:50:14 |
| 18 | A    Well, when someone has a gun to your head | 4:50:16 |
| 19 | and they ask you a sign a document that says this is | 4:50:18 |
| 20 | not under duress, you sign the document that says | 4:50:21 |
| 21 | it's not under duress.  Otherwise they pull the | 4:50:25 |
| 22 | trigger and kill livelihood. | 4:50:27 |
| 23 | Q    What is the trigger in this case? | 4:50:29 |
| 24 | A    The two projects that they -- the trigger? | 4:50:32 |
| 25 | Q    Yes, you are giving an analogy.  Right? | 4:50:35 |

Page 258

| | | |
|---|---|---|
| 1 | A    The trigger is not settling the litigation. | 4:50:38 |
| 2 | Q    And so you are saying the not settling the | 4:50:42 |
| 3 | litigation is akin to shooting a gun at someone's | 4:50:46 |
| 4 | head? | 4:50:46 |
| 5 | A    Financially, yeah, to this client. | 4:50:49 |
| 6 | Q    Is that because your client thought they | 4:50:50 |
| 7 | were going to lose the litigation? | 4:50:52 |
| 8 | MR. BISH:  Object to form.  Calls for | 4:50:53 |
| 9 | speculation.  It's -- | 4:50:54 |
| 10 | THE WITNESS:  Win or lose -- | 4:50:57 |
| 11 | MR. BISH:  Just hold on.  Let me -- objection. | 4:51:01 |
| 12 | Lacks foundation.  Calls for speculation.  I think | 4:51:05 |
| 13 | it's probably asking for privileged information, you | 4:51:09 |
| 14 | know, to the -- to some extent.  So just let's get | 4:51:12 |
| 15 | the question back and think about it.  Make sure | 4:51:15 |
| 16 | he's not asking for a legal conclusion. | 4:51:20 |
| 17 | BY MR. THAKOR: | 4:51:20 |
| 18 | Q    We can strike that question. | 4:51:23 |
| 19 | Before your client signed this agreement, | 4:51:30 |
| 20 | do you remember having any discussions with them | 4:51:33 |
| 21 | about the merits of the litigation? | 4:51:36 |
| 22 | MR. BISH:  Hold on.  Hold on. | 4:51:41 |
| 23 | MR. BISH:  You can answer it yes or no. | 4:51:43 |
| 24 | THE WITNESS:  I won't answer the question.  It's | 4:51:45 |
| 25 | a privileged communication. | 4:51:49 |

Page 259

1          I, SARI M. KNUDSEN, CSR NO. 13109, in and

2     for the State of California, do hereby certify:

3          I am the deposition officer that

4     stenographically recorded the testimony in the

5     foregoing deposition;

6          Prior to being examined, the deponent was

7     first duly sworn by me;

8          The foregoing transcript is a true record of

9     the testimony given;

10          Before completion of the deposition, review

11     of the transcript was requested.  If requested, any

12     changes made by the deponent (and provided to the

13     reporter) during the period allowed are appended

14     hereto.

15

16     Dated the 11th day of April, 2022.

17

18

19

20

21

22          SARI M. KNUDSEN, CSR NO. 13109

23

24

25

                                        Page  303

Exhibit DD



**CITY OF LOS ANGELES**
CALIFORNIA

DEPARTMENT OF CITY PLANNING

## NOTICE OF PUBLIC HEARING

| To Owners: | ☐ Within a 100-Foot Radius | And Occupants: | ☐ Within a 100-Foot Radius |
|---|---|---|---|
| | ☑ Within a 500-Foot Radius | | ☑ Within a 500-Foot Radius |
| | ☐ Abutting a Proposed Development Site | And: | ☑ Others |

This notice is sent to you because you own property or are an occupant residing near a site for which an application, as described below, has been filed with the Department of City Planning. All interested persons are invited to attend the public hearing at which you may listen, ask questions, or present testimony regarding the project.

| **Hearing By:** | Hearing Officer | **Case No.:** | CPC-2014-3706-VZC-HD-ZAA-SPR |
|---|---|---|---|
| **Date:** | Wednesday, March 18, 2015 | | |
| **Time:** | 2:00 p.m. | **CEQA No.:** | ENV-2014-3707-MND |
| **Place:** | Los Angeles City Hall | **Incidental Cases:** | N/A |
| | 200 North Spring Street, Room 1020 | **Related Cases:** | N/A |
| | Los Angeles, CA 90012 | **Council No.:** | 13 |
| | | **Plan Area:** | Hollywood |
| **Staff Contact:** | Oliver Netburn | **Specific Plan:** | None |
| **Phone No.:** | (213) 978-1382 | **Certified NC:** | Central Hollywood |
| **E-Mail:** | Oliver.Netburn@lacity.org | **GPLU:** | Regional Center Commercial |
| | | **Zone:** | C4-2D |
| | | | |
| | | **Applicant:** | 1541 Wilcox Hotel, LLC |
| | | **Representative:** | Michael Gonzales, Gonzales Law Group |

**PROJECT LOCATION:** 1523-1541 North Wilcox Avenue

**PROPOSED PROJECT:** The project involves the demolition of a one-story, 14,208 square-foot warehouse and the construction, use and maintenance of a 12-story, 162-foot, 6-inch (162'-6") tall, 124,092 square-foot, hotel with 220 rooms, 38 bicycle parking spaces and a subterranean garage with three levels for 125 automobile parking spaces. The hotel includes a 13,004 square-foot restaurant/bar on the first floor, a pool with pool deck/bar on the second floor and a deck and 1,020 square-foot penthouse lounge on the roof.

**REQUESTED ACTION:** The Hearing Officer will consider:

1) Pursuant to Section 12.32-F of the Los Angeles Municipal Code (L.A.M.C.), a Vesting Zone and Height District Change from C4-2D to C4-2 to allow a Floor Area Ratio (FAR) of up to 6 to 1;

CPC-2014-3706-0571

**AR 004140**

2) Pursuant to Section 12.28-A of the L.A.M.C., **Zoning Administrator's Adjustments to permit ten-foot, one-inch (10'-1") side yard setbacks in lieu of the 15 feet required by** Section 12.11-C,2 of the L.A.M.C., and a five-foot, one-inch (5'-1") rear yard setback in lieu of the 20 feet required by Section 12.11-C,3 of the L.A.M.C.;

3) Pursuant to Section 16.05 of the L.A.M.C., a Site Plan Review for a development project which creates or results in an increase of 50 or more guest rooms; and

4) Pursuant to Section 21082.1(c)(3) of the California Public resources Code, adopt the Mitigated Negative Declaration (MND) for the above referenced project.

The purpose of the hearing is to obtain testimony from affected and/or interested persons regarding this project. The environmental document will be among the matters considered at the hearing. The decision maker will consider all the testimony presented at the hearing, written communication received prior to or at the hearing, and the merits of the project as it relates to existing environmental and land use regulations.

**EXHAUSTION OF ADMINISTRATIVE REMEDIES:** If you challenge a City action in court, you may be limited to raising only those issues you or someone else raised at the public hearing described in this notice, or in written correspondence on these matters delivered to the Department before the action on this matter will become a part of the administrative record. Note: This may not be the last hearing on this matter.

**ADVICE TO PUBLIC:** The exact time this report will be considered during the meeting is uncertain since there may be several other items on the agenda. Written communications may be mailed to the Los Angeles City Planning Department, Expedited Processing Section, 200 North Spring Street, Room 721, Los Angeles, CA 90012 (attention: Oliver Netburn) or e-mailed to Oliver.Netburn@lacity.org.

**REVIEW OF FILE:** Case No. **CPC-2014-3706-VZC-HD-ZAA-SPR,** including the application and the environmental assessment, are available for public inspection at this location between the hours of 8:00 a.m. to 4:30 p.m., Monday through Friday. Please call Oliver Netburn at (213) 978-1382 or e-mail to Oliver.Netburn@lacity.org or Joni Quinn at (213) 473-9984 several days in advance to assure that the files will be available. The files are not available for review the day of the hearing.

**ACCOMMODATIONS:** As a covered entity under Title II of the Americans with Disabilities Act, the City of Los Angeles does not discriminate on the basis of disability. The hearing facility and its parking are wheelchair accessible. Sign language interpreters, assistive listening devices, or other auxiliary aids and/or services may be provided upon request. *Como entidad cubierta bajo el Título II del Acto de los Americanos con Desablidades, la Ciudad de Los Angeles no discrimina. La facilidad donde la junta se llevará a cabo y su estacionamiento son accesibles para sillas de ruedas. Traductores de Lengua de Muestra, dispositivos de oído, u otras ayudas auxiliaries se pueden hacer disponibles si usted las pide en avance.*

Other services, such as translation between English and other languages, may also be provided upon request. *Otros servicios, como traducción de Inglés a otros idiomas, también pueden hacerse disponibles si usted los pide en avance.*

To ensure availability or services, please make your request no later than three working days (72 hours) prior to the hearing by calling the staff person referenced in this notice. *Para asegurar la disponibilidad de éstos servicios, por favor haga su petición al mínimo de tres días (72 horas) antes de la reunión, llamando a la persona del personal mencionada en este aviso.*

**\*Puede obtener información en Español acerca de esta junta llamando al (213) 978-1912\***

CPC-2014-3706-0572                                                                **AR 004141**

Exhibit EE

Electronically FILED by Superior Court of California, County of Los Angeles on 01/07/2019 10:08 AM Sherri R. Carter, Executive Officer/Clerk of Court, by V. Price,Deputy Clerk
Case 2:19-cv-05019-PSG-KS   Document 157-1   Filed 05/27/22   Page 32 of 111   Page ID
#:8756

1   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2       Including Professional Corporations
    ARTHUR J. FRIEDMAN, Cal. Bar No. 160867
3   ALEXANDER L. MERRITT, Cal. Bar No. 277864
    Four Embarcadero Center, 17th Floor
4   San Francisco, California 94111-4109
    Telephone:    415.434.9100
5   Facsimile:    415.434.3947
    E mail        afriedman@sheppardmullin.com
6                 amerritt@sheppardmullin.com

7   Attorneys for Real Party in Interest
    6516 Tommie Hotel, LLC

8

9                SUPERIOR COURT FOR THE STATE OF CALIFORNIA

10               COUNTY OF LOS ANGELES – SOUTHEAST DISTRICT

11  LAUREN "ELLE" FARMER; LILIANA          Case No. BS169855
    HERNANDEZ; HOLLYWOOD FOR THE
12  ENVIRONMENT AND EQUITABLE              **DECLARATION OF JOSHUA FRANTZ**
    DEVELOPMENT,                           **IN SUPPORT OF *EX PARTE***
13                                         **APPLICATION TO FURTHER**
14               Petitioners,              **MODIFY INJUNCTION REGARDING**
                                           **PROJECT CONSTRUCTION PENDING**
15  v.                                     **INTERLOCUTORY REMAND**

16  CITY OF LOS ANGELES; CITY
    COUNCIL OF CITY OF LOS ANGELES;
17  LOS ANGELES DEPARTMENT OF CITY         ASSIGNED FOR ALL PURPOSES:
    PLANNING;                              Hon. John A. Torribio
18  DOES 1 through 4,

19               Respondents,              Date:   January 8, 2019
                                           Time:   9:00 a.m.
20  6516 TOMMIE HOTEL, LLC; DOES 5         Dept.:  SE-G
    through 10,
21                                         Action filed: June 8, 2017
                 Real Parties in Interest.
22

23

24

25

26

27

28

SMRH:489014906.4                    -1-        FRANTZ DECL. I/S/O/ EX PARTE APPLICATION
                                                   TO FURTHER MODIFY INJUNCTION

## DECLARATION OF JOSHUA FRANTZ

I, Joshua Frantz, declare as follows:

1.  I am the Director of Construction for Relevant Group, the parent company of Real Party in Interest, 6516 Tommie Hotel, LLC ("Real Party").

2.  I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

3.  This declaration is submitted in support of Real Party's Ex Parte Application to Further Modify Injunction Regarding Project Construction Pending Interlocutory Remand.

4.  I received a Bachelor's of Science in Construction Management from Purdue University in 1997, and I have two decades of experience in project engineering and construction management.  In my capacity as Director of Construction for Relevant Group, I am responsible for the oversight and management of Real Party's construction of the Tommie Hotel located at 6516-6526 W. Selma Avenue in Hollywood (the "Project").

5.  Project construction began on March 19, 2018, and has been continuously ongoing for the past 10 months.  Real Party has already completed significant site and foundation work for the Project, and additional foundation work and vertical construction is currently underway or planned for the immediate future.

6.  The Court's December 21, 2018 Order Modifying Injunction Regarding Project Construction Pending Interlocutory Remand, authorizes Real Party to proceed with certain construction work during the remand, specifically including "below-grade formation of decks and columns utilizing an electric-powered crane and hand-held tools and instruments."

7.  Real Party's ability to proceed with this work is dependent on concrete being supplied to the Project site using concrete mixer trucks and concrete boom pumps.  The necessary concrete work during the remand period will be limited.  Real Party anticipates that use of concrete mixers and pumps will be limited to 22 days over the next seven months, including six days in January, six days in February, three days in March, three days in April,

-2-

two days in May, and two days in July.  Furthermore, the use of the equipment will be limited to a maximum duration of between four and 12 hours each day.  At maximum, only two concrete mixers and one concrete pump will be in operation on the Project site at any given time.

8.     If Real Party is enjoined from using concrete mixers or pumps, it will be forced to shut down construction of the Project, specifically including the construction of below-grade formation of decks and columns, previously authorized by the Court's December 21, 2018 Order.

9.     As detailed below, a complete construction shutdown will cause significant financial harm to the Project, which has a total construction budget of approximately $55 million.

10.     A construction shutdown would likely require Real Party to cancel and/or modify its existing contracts with its general contractor and 16 subcontractors.  These contracts have a total value of $33,210,915.  As a result of these cancelations and modifications, Real Party may incur approximately $1.65 million in estimated penalties and liabilities (approximately 5% of the total contract value).

11.     A construction shutdown would cause a significant loss of employment. An average of approximately 85 field workers, many of whom are unionized, are employed on the Project site each day.  They would not be able to work on the site during a construction shutdown.

12.     A construction shutdown would require Real Party to secure and protect the Project site during the shutdown.  This would entail significant work and costs, including additional bond and insurance premiums.  Real Party would incur one-time expenditures estimated to be $135,000 and recurring expenditures of $25,667 per month for the duration of the shutdown.

13.     Because Real Party has not yet completed the work authorized under its excavation and building permits, there is currently a four-story deep (40') excavation on the Project site.  If allowed to remain indefinitely, this open excavation could be a potential safety

-3-

hazard for the general public and unsightly for adjacent building occupants and neighbors.  In my experience, out of concern for the public welfare, the City of Los Angeles Building Department and Bureau of Engineering would not allow Real Party to leave the site in this condition and would demand that the foundation be completed to street level.  It is unclear how Real Party would be able to accomplish this work if construction is shut down and the use of concrete equipment is enjoined.

14.     Any material delays will substantially increase the Project's total construction costs.  Construction labor costs are rising in the highly active Los Angeles market. Following a shutdown, Real Party would need to renegotiate new contractor agreements at higher rates before resuming construction.  Likewise, construction material costs are steadily rising.  Because of the sheer size and volume of many of the materials required for the Project, as well as the risk of theft and damage, it is not feasible to pre-purchase and store on site or elsewhere most of the required construction materials during a shutdown period. Consequently, if construction is shutdown, Real Party would be required to purchase construction materials later than currently scheduled and at significantly higher costs.  A construction shutdown would also require Real Party to cancel and/or modify its contracts with the existing design team—including architects, civil engineers, and structural engineers—to allow for extension of overhead and inefficiency.  Modifying or re-entering those contracts following the shutdown would result in significant additional costs to the Project. I estimate that a construction shutdown will result in ongoing delay expenses of approximately $375,300 per month.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 4th day of January, 2019, at Los Angeles, California.

Joshua Frantz

Exhibit FF

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
SUSAN K. LEADER, State Bar No. 216743
sleader@wsgr.com
633 West Fifth Avenue, Suite 1550
Los Angeles, CA 90071-2027
Telephone:   (323) 210-2900
Facsimile:   (866) 974.7329

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
DALE R. BISH, State Bar No. 235390
dbish@wsgr.com
CHARLES A. TALPAS, State Bar No. 308505
ctalpas@wsgr.com
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

Attorneys for Plaintiffs Relevant Group, LLC,
1541 Wilcox Hotel LLC, 6516 Tommie Hotel
LLC and 6421 Selma Wilcox Hotel LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELEVANT GROUP, LLC, a Delaware limited liability company; 1541 WILCOX HOTEL LLC, a Delaware limited liability company; 6516 TOMMIE HOTEL LLC; a Delaware limited liability company; and 6421 SELMA WILCOX HOTEL LLC, a California limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> STEPHAN "SAEED" NOURMAND, an individual; THE SUNSET LANDMARK INVESTMENT LLC, a California limited liability company; NOURMAND & ASSOCIATES, a California corporation; and DOES 1-10, <br><br> Defendants. | Case No.: 2:19-cv-05019-ODW (KSx) <br><br> **PLAINTIFFS' AMENDED INITIAL DISCLOSURES** |

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiffs Relevant Group, LLC ("Relevant Group"), 1541 Wilcox Hotel, LLC ("Wilcox"), 6516 Tommie Hotel, LLC ("Tommie"), and 6421 Selma Wilcox Hotel, LLC ("Selma") (collectively, "Plaintiffs") provide their amended initial disclosures below.  Plaintiffs make these disclosures without waiver of any claim of privilege, work product protection, or other basis for non-disclosure.  These disclosures are based on information reasonably available to Plaintiffs at this time.  Plaintiffs reserve the right to supplement, amend, or alter these disclosures based on information later obtained in the course of discovery and litigation in this matter or otherwise.

## A.  <u>INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION</u>

Plaintiffs identify the following individuals likely to have discoverable information that Plaintiffs may use to support their claims.  Plaintiffs' investigation of the asserted claims is ongoing and Plaintiffs reserve the right to supplement these disclosures if additional or different information is obtained.

1.  **Stephan Nourmand**.  Mr. Nourmand is expected to have knowledge concerning the enterprise ("Nourmand Enterprise") described in the third amended complaint ("TAC").  Mr. Nourmand is expected to have knowledge of the members of Nourmand Enterprise, including but not limited to himself, The Sunset Landmark Investment LLC ("Sunset"), Robert Silverstein and/or The Silverstein Law Firm APC (collectively the "Silverstein Firm"), Casey Maddren, and Nourmand & Associates.  Mr. Nourmand is also expected to have knowledge of the relationship and communications between these members.  Mr. Nourmand is expected to have knowledge regarding Sunset's relationship with and engagement of the Silverstein Firm, as well as Sunset's arrangement with the Silverstein Firm regarding the allocation of the proceeds from Plaintiffs' "settlement" payment.  Mr. Nourmand is expected to have knowledge concerning Nourmand Enterprise's goal of extorting certain competing developers, including Plaintiffs, by filing sham environmental lawsuits irrespective of whether those claims have merit, and then threatening to maintain the lawsuit unless Plaintiffs agreed

to make monetary payments and other concessions unrelated to the environmental concerns underlying the litigation.  Mr. Nourmand is expected to have knowledge regarding his awareness of Plaintiffs' financing risks and the financial injury that Plaintiffs would suffer if they faced any significant delay in project construction.  Mr. Nourmand is expected to have knowledge about the allegations in Sunset's environmental lawsuits and the claims that Sunset pursued throughout those lawsuits.  Mr. Nourmand is expected to have knowledge about the substance of negotiations between Sunset and Plaintiffs ostensibly for purposes of settling the environmental lawsuits against Wilcox and Tommie, and he is specifically expected to have knowledge concerning the demands that Sunset made during those negotiations.  Mr. Nourmand is expected to have knowledge about the environmental challenges Sunset brought against Selma, and his statement to Richard Heyman: "You know the drill.  It's going to take a check to make this go away."  Mr. Nourmand is expected have knowledge about Casey Maddren's environmental challenge to the Selma project and the coordination between Sunset, the Silverstein Firm, and Mr. Maddren.

Plaintiffs understand that Mr. Nourmand can be contacted through his attorneys.

2.  **Robert Silverstein**.  Mr. Silverstein is the principal of the Silverstein Firm.  Mr. Silverstein is expected to have knowledge of the members of Nourmand Enterprise, including but not limited to himself and the Silverstein Firm, Sunset, Stephan Nourmand, Casey Maddren, and Nourmand & Associates.  Mr. Silverstein is also expected to have knowledge of the relationship and communications between these members.  Mr. Silverstein is expected to have knowledge regarding Sunset's relationship with and engagement of the Silverstein Firm, as well as Sunset's arrangement with the Silverstein Firm regarding the allocation of the proceeds from Plaintiffs' "settlement" payment.  Mr. Silverstein is expected to have knowledge concerning Nourmand Enterprise's goal of extorting certain competing developers, including Plaintiffs, by filing sham environmental lawsuits irrespective of whether those claims have merit, and then threatening to maintain the lawsuit unless Plaintiffs agreed

to make monetary payments and other concessions unrelated to the environmental concerns underlying the litigation.  Mr. Silverstein is expected to have knowledge about the allegations in Sunset's environmental lawsuits and the claims that Sunset pursued throughout those lawsuits.  Mr. Silverstein is expected to have knowledge about the substance of negotiations between Sunset and Plaintiffs ostensibly for purposes of settling the environmental lawsuits against Wilcox and Tommie, and he is specifically expected to have knowledge concerning the demands that Sunset made during those negotiations.  Mr. Silverstein is expected to have knowledge about the environmental challenges Sunset brought against Selma.  Mr. Silverstein is expected to have knowledge about Casey Maddren's environmental challenge to the Selma project and the coordination between Sunset, the Silverstein Firm, and Mr. Maddren.

Plaintiffs understand that Mr. Silverstein's contact information is:

215 N Marengo Ave, 3rd Fl.

Pasadena, CA 91101

(626) 449-4200

3.     **Daniel Wright**.  Mr. Wright is associated with the Silverstein Firm.  Mr. Wright is expected to have knowledge of the members of Nourmand Enterprise, including but not limited to himself and the Silverstein Firm, Sunset, Stephan Nourmand, Casey Maddren, and Nourmand & Associates.  Mr. Wright is also expected to have knowledge of the relationship and communications between these members.  Mr. Wright is expected to have knowledge concerning Nourmand Enterprise's goal of extorting certain competing developers, including Plaintiffs, by filing sham environmental lawsuits irrespective of whether those claims have merit, and then threatening to maintain the lawsuit unless Plaintiffs agreed to make monetary payments and other concessions unrelated to the environmental concerns underlying the litigation.  Mr. Wright is expected to have knowledge about the allegations in Sunset's environmental lawsuits and the claims that Sunset pursued throughout those lawsuits.  Mr. Wright is expected to have knowledge about the environmental challenges Sunset

brought against Selma.  Mr. Wright is expected to have knowledge about Casey Maddren's environmental challenge to the Selma project and the coordination between Sunset, the Silverstein Firm, and Mr. Maddren.

4.     **Casey Maddren**.  Mr. Maddren is expected to have knowledge of the members of Nourmand Enterprise, including but not limited to himself, Robert Silverstein and/or the Silverstein Firm, Sunset, Stephan Nourmand, and Nourmand & Associates.  Mr. Maddren is also expected to have knowledge of the relationship and communications between these members.  Mr. Maddren is expected to have knowledge concerning Nourmand Enterprise's goal of extorting certain competing developers, including Plaintiffs, by filing sham environmental lawsuits irrespective of whether those claims have merit, and then threatening to maintain the lawsuit unless Plaintiffs agreed to make monetary payments and other concessions unrelated to the environmental concerns underlying the litigation.  Mr. Maddren is expected have knowledge about his environmental challenge to the Selma project and the coordination between himself, Sunset, and the Silverstein Firm.

Plaintiffs understand that Mr. Maddren's contact information is:

2141 Cahuenga Blvd. Apt. 17

Los Angeles, CA 90068

5.     **Michael Nourmand.**  Michael Nourmand is expected to have knowledge concerning the Nourmand Enterprise described in the TAC.  For example, Michael Nourmand is expected to have knowledge of the members of Nourmand Enterprise, including but not limited to Stephan Nourmand, Sunset, Robert Silverstein and/or the Silverstein Firm, Casey Maddren, and Nourmand & Associates, of which he is the President and Chief Executive Officer. Michael Nourmand is expected to have knowledge of the relationship and communications between these members, including the relationship between Stephan Nourmand, Sunset, and Nourmand & Associates. Michael Nourmand is expected to have knowledge regarding communications within Nourmand & Associates directing its staff to aid Stephan Nourmand and Sunset in

opposing Plaintiffs' projects, including to attend public hearings and sign false and misleading petitions in opposition to the projects and allowing its staff to help develop sham legal arguments that were used in reflexive challenges to several of Plaintiffs' developments by the Nourmand Enterprise.

Plaintiffs understand that Michael Nourmand can be contacted through his counsel at The Maloney Firm.

6.    **Jayesh Patel**.  Mr. Patel is expected to have knowledge about the allegations in Sunset's environmental lawsuits and the claims that Sunset pursued throughout those lawsuits.  Mr. Nourmand is expected to have knowledge regarding Sunset's relationship with and engagement of the Silverstein Firm, as well as Sunset's arrangement with the Silverstein Firm regarding the allocation of the proceeds from Plaintiffs' "settlement" payment.  Mr. Patel is expected to have knowledge about the substance of negotiations between Sunset and Plaintiffs ostensibly for purposes of settling the environmental lawsuits against Wilcox and Tommie, and he is specifically expected to have knowledge concerning the demands that Sunset made during those negotiations and Sunset's motivation for filing the subject environmental lawsuits.

7.    **Mohammad Iravani**.  Mr. Iravani is expected to have knowledge of the members of Nourmand Enterprise, including but not limited to Stephan Nourmand, Sunset, Robert Silverstein and/or the Silverstein Firm, Casey Maddren, and Nourmand & Associates, of which he is the Controller and Chief Financial Officer.  Mr. Iravani is expect to have knowledge regarding the origins of sham legal arguments developed by N&A staff that were used reflexively in subsequent objections and Petitions by the Nourmand Enterprise.  Mr. Iravani is expected to have knowledge regarding enforcement of the Settlement Agreements and collection and allocation of funds from Plaintiffs, which are included in Plaintiffs' damages.

8.    **Matthew Hinks**.  Mr. Hinks is expected to have knowledge about the substance of negotiations between Sunset and Plaintiffs ostensibly for purposes of settling the environmental lawsuits against Wilcox and Tommie, and he is specifically

expected to have knowledge concerning the demands that Sunset made during those negotiations.

Plaintiffs understand that Mr. Hinks' contact information is:

1900 Avenue of the Stars, 7th Floor

Los Angeles, CA 90067

(310) 203-8080

9.     **Guy Maisnik.**  Mr. Maisnik is expected to have knowledge about the substance of negotiations between Sunset and Plaintiffs ostensibly for purposes of settling the environmental lawsuits against Wilcox and Tommie, and he is specifically expected to have knowledge concerning the demands that Sunset made during those negotiations.

Plaintiffs understand that Mr. Maisnik's contact information is:

1900 Avenue of the Stars, 7th Floor

Los Angeles, CA 90067

(310) 203-8080

10.     **Arthur Friedman**.  Mr. Friedman is expected to have knowledge about the planning and development of the Thompson, Tommie, and Selma hotels.  Mr. Friedman is expected to have knowledge about the process by which the City of Los Angeles approved a Mitigated Negative Declaration and took other related actions for those projects.  Mr. Friedman is expected to have knowledge about the allegations in Sunset's environmental lawsuits and the claims that Sunset pursued throughout those lawsuits. Mr. Friedman is expected to have knowledge about Casey Maddren's environmental challenge to the Selma project.

Plaintiffs understand Mr. Friedman's contact information is:

Four Embarcadero Center

San Francisco, CA 94111

(415) 434-9100

11.   **Richard Heyman**.  Mr. Heyman is expected to have knowledge about the planning and development of the Thompson, Tommie, and Selma hotels.  Mr. Heyman is expected to have knowledge about Plaintiffs' financing for these projects.  Mr. Heyman is expected to have knowledge about the process by which the City of Los Angeles approved a Mitigated Negative Declaration and took other related actions for those projects.  Mr. Heyman is expected to have knowledge about the sham environmental challenges brought in connection with the Thompson and Tommie projects.  Mr. Heyman is expected to have knowledge about the sham environmental challenges Sunset brought against Selma, and Saeed Nourmand's statement to Richard Heyman: "You know the drill.  It's going to take a check to make this go away."  Mr. Nourmand is expected to have knowledge about the damages Plaintiffs suffered as a result of Sunset's and Mr. Maddren's initiation of sham CEQA challenges.

Mr. Heyman can be contacted through Plaintiffs' counsel.

12.   **Grant King**.  Mr. King is expected to have knowledge about the planning and development of the Thompson, Tommie, and Selma hotels.  Mr. King is expected to have knowledge about Plaintiffs' financing for these projects.  Mr. King is expected to have knowledge about the process by which the City of Los Angeles approved a Mitigated Negative Declaration and took other related actions for those projects.  Mr. King is expected to have knowledge about the sham environmental challenges brought in connection with the Thompson and Tommie projects.  Mr. King is expected to have knowledge about the sham environmental challenges Sunset brought against Selma.  Mr. King is expected to have knowledge about the damages Plaintiffs suffered as a result of Sunset's and Mr. Maddren's initiation of sham CEQA challenges.

Mr. King can be contacted through Plaintiffs' counsel.

13.   **Andrew Shayne**.  Mr. Shayne is expected to have knowledge about the planning and development of the Thompson, Tommie, and Selma hotels.  Mr. Shayne is expected to have knowledge about Plaintiffs' financing for these projects.  Mr. Shayne is expected to have knowledge about the process by which the City of Los Angeles

approved a Mitigated Negative Declaration and took other related actions for those projects. Mr. Shayne is expected to have knowledge about the sham environmental challenges brought in connection with the Thompson and Tommie projects. Mr. Shayne is expected to have knowledge about the sham environmental challenges Sunset brought against Selma. Mr. Shayne is expected to have knowledge about the damages Plaintiffs suffered as a result of Sunset's and Mr. Maddren's initiation of sham CEQA challenges.

Mr. Shayne can be contacted through Plaintiffs' counsel.

14. **Demien Ferrell**. Mr. Ferrell is expected to have knowledge about the planning and development of the Thompson, Tommie, and Selma hotels. Mr. Ferrell is expected to have knowledge about the delay, cost increases and other damages Plaintiffs suffered as a result of Sunset's and Mr. Maddren's initiation of sham CEQA challenges.

Mr. Ferrell can be contacted through Plaintiffs' counsel.

15. **Laurent Opman**. Mr. Opman is a principal of KOAR, LLC ("KOAR"). Mr. Opman is expected to have knowledge about a property that KOAR was developing on Schrader Boulevard in Hollywood. Mr. Opman is expected to have knowledge about Sunset's administrative challenges to this property. Mr. Opman is expected to have knowledge about a meeting between KOAR and Sunset during which Sunset's administrative challenge was discussed.

Plaintiffs understand Mr. Opman's contact information is:

223 S Beverly Dr., Suite D

Beverly Hills, CA 90212

(323) 852-1400

16. **Bruce Rothman**. Mr. Rothman is a principal of KOAR, LLC ("KOAR"). Mr. Rothman is expected to have knowledge about a property that KOAR was developing on Schrader Boulevard in Hollywood. Mr. Rothman is expected to have knowledge about Sunset's administrative challenges to this property. Mr. Rothman is expected to have knowledge about a meeting between KOAR and Sunset during which Sunset's administrative challenge was discussed.

Plaintiffs understand Mr. Rothman's contact information is:

223 S Beverly Dr., Suite D

Beverly Hills, CA 90212

(323) 852-1400

17. **Laurie Goldman.** Ms. Goldman is a consultant in the Hollywood community who has performed work on behalf of Plaintiffs from time-to-time and is expected to have knowledge of the approval process and community support for Plaintiffs' projects in Hollywood. Ms. Goldman is expected to have knowledge of conversations with third parties regarding Stephan Nourmand and Sunset.

18. **Scott Campbell.** Mr. Campbell is a consultant in the Hollywood community who has performed work for Ms. Goldman's organization, including on behalf of Plaintiffs from time-to-time and is expected to have knowledge of the approval process and community support for Plaintiffs' projects in Hollywood. Mr. Campbell is expected to have knowledge of meetings between the parties and communications with Stephan Nourmand and Sunset, including with respect to the underlying CEQA litigation and settlement discussions. Mr. Campbell is expected to have knowledge of the members of Nourmand Enterprise, including but not limited to Stephan Nourmand, Sunset, and Nourmand & Associates.

19. **Oliver Netburn.** Mr. Netburn is a City Planner for the City of Los Angeles Department of City Planning. Mr. Netburn is expected to have knowledge of Plaintiffs' hotel developments in Hollywood, the City entitlement process in connection with the Thompson Hotel project and the sham environmental challenges brought against the Thompson Hotel project.

20. **May Sirinopwongsagon.** Ms. Sirinopwongsagon is a City Planner for the City of Los Angeles Department of City Planning. Ms. Sirinopwongsagon is expected to have knowledge of Plaintiffs' hotel developments in Hollywood, the City entitlement processes in connection with the Tommie Hotel project, the Selma Hotel project, and

the Schrader Hotel project, and the sham environmental challenges brought against the Tommie Hotel project, the Selma Hotel project and the Schrader Hotel project.

**B.**   **CATEGORIES AND LOCATION OF DOCUMENTS, ELECTRONICALLY STORED INFORMATION, AND TANGIBLE THINGS THAT MAY BE USED TO SUPPORT CLAIMS OR DEFENSES.**

Plaintiffs identify the following categories of documents, electronically stored information, and tangible things that may be used to support its claims and defenses:

- All documents produced in this litigation.
- Documents relating to the environmental lawsuits brought by Sunset in connection with the Thompson, Tommie, and Selma projects, including the certified administrative records from those cases.
- Documents relating to the environmental lawsuit brought by Casey Maddren in connection with the Selma project, including the certified administrative record from that case.
- Documents related to Defendants' decision to initiate the environmental lawsuits brought by Sunset in connection with the Thompson, Tommie, and Selma projects.
- Documents related to Sunset's administrative challenge to the property belonging to KOAR LLC on Schrader Boulevard in Hollywood.t
- Communications amongst Sunset, Saeed Nourmand, the Silverstein Firm, Nourmand & Associates, and Casey Maddren relating to the organization, structure, and goals of Nourmand Enterprise.
- Communications amongst Sunset, Saeed Nourmand, the Silverstein Firm, Nourmand & Associates, and Casey Maddren relating to the environmental lawsuits brought by Sunset in connection with the Thompson, Tommie, and Selma projects.
- Any contracts or agreements between any of Sunset, Saeed Nourmand, the Silverstein Firm, Nourmand & Associates, and Casey Maddren.

- Sunset's engagement letter with the Silverstein Firm.
- The Silverstein Firm's invoices to Sunset.
- Any agreement amongst any of Sunset, Saeed Nourmand, the Silverstein Firm, and Nourmand & Associates relating to how the proceeds of the settlement relating to the environmental lawsuits brought by Sunset in connection with the Thompson and Tommie projects would be allocated.
- Any agreement amongst any of Sunset, Saeed Nourmand, the Silverstein Firm, Nourmand & Associates, and Casey Maddren relating to how the proceeds of the settlement relating to the environmental lawsuits brought by Sunset in connection with the Selma project would be allocated.
- Communications between representatives of Sunset, on the one hand, and representatives of Plaintiffs, on the other hand, in which representatives of Sunset demanded concessions from Plaintiffs including financial payment and aesthetic changes to the Thompson and Tommie projects in exchange for dismissal of the environmental lawsuits brought by Sunset in connection with the Thompson and Tommie projects.
- All internal discussions or analysis by Defendants relating to how Defendants calculated their $5.5 million demand from Plaintiffs in exchange for dismissal of the environmental lawsuits brought by Sunset in connection with the Thompson and Tommie projects.
- The agreements between Plaintiffs and Sunset relating to the settlement of the environmental lawsuits brought by Sunset in connection with the Thompson and Tommie projects.
- Evidence of the $5.5 million payment made by Plaintiffs to Sunset and how that money was disbursed or allocated.
- Evidence of economic damages suffered by Plaintiffs as a result of the delayed construction of the Thompson, Tommie, and Selma projects as a result of the sham environmental lawsuits Sunset filed.

- Evidence of Plaintiffs' attorneys' fees incurred in connection with the environmental lawsuits brought in connection with the Thompson, Tommie, and Selma projects.

By identifying these categories of documents, Plaintiffs "do not ... waive [their] right to object to production on the basis of privilege or work product protection [or any other privilege], or to assert that the documents are not sufficiently relevant to justify the burden or expense of production." Fed. R. Civ. P. 26 Advisory Committee's Note to 1993 Amendments. Plaintiffs reserve their right to supplement or otherwise amend these disclosures at a later date as they learn of additional documents they may use to support their claims.

## C.   **COMPUTATION OF DAMAGES**

Plaintiffs are asserting claims for: (1) violation of 18 U.S.C. § 1982(c); (2) conspiracy to violate 18 U.S.C. § 1982(c); and (3) conspiracy to violate 18 U.S.C. § 1982(b).

Plaintiffs have not yet had the opportunity to conduct full discovery, including expert discovery, to determine the full amount of damages they have suffered as a result of Defendants' conduct. Subject to the foregoing, Plaintiffs identify the following categories of damages:

- Damages associated with Plaintiffs' payment of money to Sunset as a condition of Sunset's dismissal of its sham lawsuits brought in connection with the Thompson and Tommie projects: $5.5 million.
- Damages associated with Plaintiffs being required to make aesthetic and structural changes, unrelated to environmental concerns, as a condition of Sunset's dismissal of its sham lawsuit brought in connection with the Thompson project, including through expert testimony: Believed to be in excess of $10 million.
- Damages associated with Plaintiffs being required to make aesthetic and structural changes, unrelated to environmental concerns, as a condition of

Sunset's dismissal of its sham lawsuit brought in connection with the Tommie
project, including through expert testimony: Believed to be in excess of $1
million.

- Damages associated with construction on the Thompson project being delayed as
  a result of Sunset's maintenance of its sham lawsuit brought in connection with
  the Thompson project:  Subject to expert testimony.  Believed to be in excess of
  $5 million.

- Damages associated with construction on the Tommie project being delayed as a
  result of Sunset's maintenance of its sham lawsuit brought in connection with the
  Tommie project:  Subject to expert testimony.  Believed to be in excess of $5
  million.

- Damages associated with construction on the Selma project being delayed as a
  result of Sunset's maintenance of its sham lawsuit brought in connection with the
  Selma project:  Subject to expert testimony.  Believed to be in excess of $5
  million.

- Damages associated with attorneys' fees incurred as a result of Sunset's
  maintenance of its sham lawsuit brought in connection with the Thompson,
  Tommie, and Selma projects:  Believed to be in excess of $3 million.

- Attorneys' fees and other litigation costs incurred in this action.


Dated:  May 2, 2022                          **WILSON SONSINI**
                                             Susan K. Leader
                                             Dale R. Bish
                                             Charles A. Talpas


                                             By:/s/ Susan K. Leader
                                             Susan K. Leader
                                             Attorneys for Plaintiffs

Exhibit GG

| From: | "Maisnik, M. Guy" <MGM@JMBM.com> |
|---|---|
| To: | Jayesh Patel |
| Sent: | 12/5/2017 12:43:36 AM |
| Subject: | RE: Wilcox/Tommie |

Jayesh,

Attached is a clean and marked copy of the Tommie Settlement Agreement marked to show changes from the draft you last provided. I think it makes sense to work out the language in one and then duplicate to the other. Note the following:

- All the changes in the section addressing the 10ft set back are intended to make it clear that nothing is going into the 10 foot set back above grade level.
- The language on the LDs in the settlement was adjusted as we discussed. The changes was also made in the lot tie for the same reasons.
- I put the note back in since the form should work – adjust as you think appropriate.

Let me know if this fits what you had anticipated. I am sending this draft to you with the understanding that it remains subject to the review of our client. Once we have worked out language, I will circulate it to them.

Thank you.
Guy

From: Jayesh Patel [mailto:jpatel@zuberlaw.com]
Sent: Thursday, November 30, 2017 12:26 PM
To: Maisnik, M. Guy
Subject: RE: Wilcox/Tommie

Let me know ETA. I have timing to manage on my end. Thanks.

From: Maisnik, M. Guy [mailto:MGM@JMBM.com]
Sent: Tuesday, November 28, 2017 2:26 PM
To: Jayesh Patel <jpatel@zuberlaw.com>
Subject: RE: Wilcox/Tommie

Ok – Richard tells me it's a go. I will send you a proposed draft of the damage clause (or you can send to me). I am tied up on a loan today/tomorrow – and will send thereafter. Again, final documents are subject to approval of the parties.

From: Jayesh Patel [mailto:jpatel@zuberlaw.com]
Sent: Monday, November 27, 2017 6:18 PM
To: Maisnik, M. Guy
Subject: RE: Wilcox/Tommie

yes

From: Maisnik, M. Guy [mailto:MGM@JMBM.com]
Sent: Monday, November 27, 2017 6:11 PM
To: Jayesh Patel <jpatel@zuberlaw.com>
Subject: RE: Wilcox/Tommie

Have a moment?

From: Jayesh Patel [mailto:jpatel@zuberlaw.com]

CONFIDENTIAL

MAISNIK_000046

EXHIBIT 10
3-18-22
Maisnik

**Sent:** Monday, November 27, 2017 3:19 PM
**To:** Maisnik, M. Guy
**Subject:** RE: Wilcox/Tommie

Off my call.  Now is good.  Call me at 213 596 5623

---

**From:** Maisnik, M. Guy [mailto:MGM@JMBM.com]
**Sent:** Monday, November 27, 2017 2:33 PM
**To:** Jayesh Patel <jpatel@zuberlaw.com>
**Subject:** RE: Wilcox/Tommie

Sure...now is good?

---

**From:** Jayesh Patel [mailto:jpatel@zuberlaw.com]
**Sent:** Monday, November 27, 2017 2:30 PM
**To:** Maisnik, M. Guy
**Subject:** RE: Wilcox/Tommie

Just got into the office.  Having problems with my cell phone so literally got a whole bunch of texts downloaded
(apologies, but those downloads all id'd the problem with the phone).  I am in and can talk.  When you do want to
chat?

---

**From:** Maisnik, M. Guy [mailto:MGM@JMBM.com]
**Sent:** Monday, November 27, 2017 12:20 PM
**To:** Jayesh Patel <jpatel@zuberlaw.com>
**Subject:** RE: Wilcox/Tommie

Jayesh-

I left you a txt, which I assume you have received and have not heard back, which I am also assuming you are not
able to speak.  Let me stress that there was no intent to place accessible balconies from the rooms.  The rooms
do not have doors or windows that open.  If your client needs a recorded covenant prohibiting use of those
balconies from the rooms where those planter boxes are, that can be included as well.  Also, our client has been
spending the last 3-4 days working with its engineers on the plans and the 10ft setback.  It appears that addressing
this issue in a manner required by your client will cost a loss of parking spaces.  My client informed me this
morning that it is willing to accept the cost of reengineering its structure and the loss of parking spaces if that is
what your client requires.  It is a significant issue since not only are parking spaces forfeited and involve more
costs, but it will require that our client find other parking to accommodate the approval process for the building.

The only issue we cannot seem to get around is the liquidated damage issue.  We agree with you that its
enforceability is questionable.  Unfortunately, no capital provider or investor with whom we have spoken wants to
invest or loan with that provision in place.  No legal opinion from us will solve that issue.  I thought that our
proposal to you was quite workable because it placed the burden of compliance or contest and the cost on our
client.  That is a significant deterrent.  Inserting a $10,000 minimum per violation essentially kills financing.  I truly
do not know how to make this work, and have reached out to my partners and other experts to see what can be
done, but my sense is they will come up empty handed.

I think it is fairly clear that our client is doing all it can to accommodate your client's needs.  I am not certain what
more our client can do.

Guy

---

**From:** Jayesh Patel [mailto:jpatel@zuberlaw.com]
**Sent:** Tuesday, November 21, 2017 12:33 PM
**To:** Maisnik, M. Guy
**Subject:** RE: Wilcox/Tommie [JMBM-LA.73282.0016.FID1467691]

CONFIDENTIAL                                                                  MAISNIK_000047

Guy,

I am looking at the first page of the pdf attachment, bottom left hand corner where the proposed Hotel structure ends.  Right above the planters are windows and an open air balcony.  That balcony does not extend along the remainder of the planters on the ground level.

I am looking at the drawing, the second jpg attachment to your email indicating "option 3".  On the left hand side there are windows that extend all the way to the column on the left end, but do not extend to the columns for the rest of the image.

At some point this just gets insulting to our intelligence.  These are the attachments that you proposed and they are very clear.

Saeed is now out of town.  He returns on Monday, and I have until 2 p.m. that day to determine whether or not you are going to return to the structure on our redlines, having rejected your proposals.  I am not permitted to engage in any negotiation or further communication at this juncture.  Let me know.

Jayesh Patel
**Zuber Lawler & Del Duca LLP**
777 South Figueroa Street, 37th Floor
Los Angeles, CA  90017
USA
Direct: +1 (213) 596-5623
Phone: +1 (213) 596-5620
Mobile: +1 (310) 293-0763
Direct Fax: +1 (213) 596-5621
jpatel@zuberlaw.com
www.zuberlaw.com

---

**From:** Maisnik, M. Guy [mailto:MGM@JMBM.com]
**Sent:** Tuesday, November 21, 2017 12:06 PM
**To:** Jayesh Patel <jpatel@zuberlaw.com>
**Subject:** RE: Wilcox/Tommie [JMBM-LA.73282.0016.FID1467691]

Jayesh,

I checked.  There are no balconies on this project at all.  You might be looking at the planters, which can be removed.

Guy

---

**From:** Jayesh Patel [mailto:jpatel@zuberlaw.com]
**Sent:** Tuesday, November 21, 2017 11:34 AM
**To:** Maisnik, M. Guy
**Subject:** RE: Wilcox/Tommie [JMBM-LA.73282.0016.FID1467691]

Guy,

If you look at the drawings on the 10-foot setback, it is more than a sheer wall.  It includes a rendering of an enclosed balcony and an additional open air balcony.  The rendering exacerbates the problem.  It is a new term, and is unacceptable.  If the city required a change on this particular item, it would need to be changed.  This situation is similar in that a commitment was made, and is attempting to be adjusted.  This is definitely not the rendering we were shown at the meeting when the deal was struck.

Thanks.

CONFIDENTIAL

MAISNIK_000048

**From:** Maisnik, M. Guy [mailto:MGM@JMBM.com]
**Sent:** Tuesday, November 21, 2017 10:37 AM
**To:** Jayesh Patel <jpatel@zuberlaw.com>
**Subject:** RE: Wilcox/Tommie [JMBM-LA.73282.0016.FID1467691]

Jayesh – Richard is attempting to get the economic deal adjusted with his investors to accommodate your client's request. I am waiting for that email. In the meantime, there are two areas that will be difficult to change: (1) liquidated damages; and (2) the 10 foot set back on Tommie. As mentioned, no one putting capital into the project would accept that liquidated damage provision. Kindly consider the alternative to liquidated damage that we proposed. Also, please have your client review the drawings for purposes of adjusting the 10 foot set back issue. I will let you know about the division of the cash up front payment and the note as soon as I hear from our client.

Thank you.
Guy

---

**From:** Maisnik, M. Guy
**Sent:** Monday, November 20, 2017 5:07 PM
**To:** 'Jayesh Patel'
**Subject:** RE: Wilcox/Tommie [JMBM-LA.73282.0016.FID1467691]

Jayesh – You are correct. Apparently, I was of the understanding that our client wanted their two other projects to be part of the deal. My client has informed me that this was not part of the deal, and that I went outside the deal parameters. My apologies. I will follow up in the morning with the other issues, and see if we can make a proposal that makes sense.

Guy

---

**From:** Jayesh Patel [mailto:jpatel@zuberlaw.com]
**Sent:** Monday, November 20, 2017 4:20 PM
**To:** Maisnik, M. Guy
**Subject:** RE: Wilcox/Tommie [JMBM-LA.73282.0016.FID1467691]

Guy,

Thank you for the email. We do not agree with your gratuitous observations about the amount of money to which your client agreed, or the other points that you have raised within your communication. We all attended a meeting at which specific deal points were reached by what was represented to be the "final" authority on those points, a precondition to the meeting in the first instance. Each point, below, is an effort to renegotiate terms on which there was prior agreement. Therefore, we decline each provision you have proposed, especially the notion of a "blank check" for other undisclosed projects in the vicinity. Saeed is out of town starting tomorrow afternoon, so unless there is a clear affirmation of the deal that was struck during the meeting of principals, we will proceed with the litigation. I appreciate the time and effort you have spent in trying to get this together, but at this point, my instructions are clear—I am to have no more discussion, and will not be paid any more for time spent on anything more than confirming the terms to which we agreed during the meeting.

Jayesh Patel
**Zuber Lawler & Del Duca LLP**
777 South Figueroa Street, 37th Floor
Los Angeles, CA  90017
USA
Direct: +1 (213) 596-5623
Phone: +1 (213) 596-5620
Mobile: +1 (310) 293-0763
Direct Fax +1 (213) 596-5621
jpatel@zuberlaw.com

CONFIDENTIAL                                                                    MAISNIK_000049

www.zuberlaw.com

From: Maisnik, M. Guy [mailto:MGM@JMBM.com]
Sent: Monday, November 20, 2017 1:19 PM
To: Jayesh Patel <jpatel@zuberlaw.com>
Subject: Wilcox/Tommie [JMBM-LA.73282.0016.FID1467691]

CONFIDENTIAL SETTLEMENT COMMUNICATIONS
EVIDENCE CODE § 1152

Jayesh --

Per your requests, below are responses to your revised draft settlement agreements.  We will revise and send back once we get through these key threshold points.  Below is our client's response to those drafts.  Please keep in mind that these responses are not being presented on a piecemeal basis, but part of the fabric of an overall settlement.

1.      Settlement Price.  $5.5 Million.  I think we can agree that this is a high price to resolve this litigation.  Our client has agreed to pay it.  However, to get to this price, the terms of payment will need to be as we have proposed, or there is really no way to get to this figure.  The funds are coming from third parties.  They are willing to put half down, and pay the balance upon the earlier of financing of Tommie or 2 years with interest at 2% (e.g., inflation protection).  That is all their funding sources are willing to do.  We agree with your statement that your client is not a lender.  Your client has not loaned any funds nor provided any other service.  Thus, there is no reason for a 12% rate.  This is not a hard money loan.  Our client is attempting as best as possible to pay your client its price (among accommodating other significant requests) to cease the litigation without further delay.  Again, our client can agree to $5.5 million.  Unfortunately, it simply does not have the funding to accommodate your requested payment terms.

2.      Lightwell Roof on Thompson.  While leaving this open reduces the available foot roof traffic, along with potential revenue loss, our client is willing to leave the lightwell open, if we can reach agreement on the other terms.

3.      10 Ft Setback on Tommie.  As stressed on our call, our client would be happy to provide that setback and would like to do so; however, it would be too costly and makes the project infeasible.

According to EngleKirk, the engineers on the project:

        "The shear wall on the South side of the Tommie Selma project, is the ONLY shear wall that we have going in the East-West direction.  This L shaped shear wall is crucial to resist the torsion of the building and earthquake forces in E-W direction. Currently, this shear wall lands on the basement wall. As you can see in the screen shot below of the parking levels, we cannot have this shear wall anywhere else in the south end vicinity of the project without losing at least 3 parking stall per level or intrusion in the drive isle: So losing this shear wall is detrimental to the seismic design and code compliance of this project. Furthermore, in order for the seismic forces of the 2nd floor podium to get to this shear wall, we need to extend the podium slab to Grid K such that the slab diaphragm engages the shear wall. The columns along Grid K and 3, 6, 9, and 12 are needed to support the concrete slab weight."

I would be happy to arrange a call with EngleKirk if that would help.

Attached are renderings of the Tommie building and sheer wall.  Notice the barrier of the historic property, greenery on the wall and the landscaping surrounding it.  This is far better than anything currently around the properties today.  Again, our client would like to remove the sheer wall but it would not work.

4.      Covenants:

CONFIDENTIAL                                                                                    MAISNIK_000050

A.    Liquidated Damages:  As discussed, we would understand wanting a clause with teeth, and we think we can get there.  It cannot be through liquidated damages.  There is simply no way this project will proceed with a liquidated damages provision.  So-called "first born" clauses do have teeth but are toxic. They are the equivalent of a development, financing and selling poison pill. Whether or not such a provision is enforceable in every technical breach is not the point.  As long as the language reflects that a violation (employee leaves a door open for 5 minutes past closing) comes with a defined economic penalty, no lender, investor, purchaser, etc., will touch it. Without such financing, we do not have project.

We would propose the following:  If your client believes a material violation has occurred, which our client is unwilling to cure, or if there are repeated violations, it could bring legal action against our client.  If there are damages, our client would have to pay those damages.  Our client would have to also pay all legal fees involved in the enforcement should it be determined that our client is in material violation.  These are all significant costs that no one would want to pay.  Incidentally, this how virtually all of these clauses work in thousands of like project throughout the country.  We would also add the following: if your client files the action, and our client cures the violation – i.e., it never gets to a judgment or court– our client would still have to pay any damages and the legal expenses of your client.  Again, this is a significant costs.  Now, if our client disputes the violation, it could also contest the matter and then it would be up to a court decision, and loser would pay   However, this clause would definitely have the teeth your client is seeking without killing the project altogether.

B.    Timing of Enforcement.  It was expressly agreed in our meeting that there would be no reason for any such covenants to be enforceable until your client has opened its residential project.  Right now, there is no reason for these covenants to be in place, or if put in place, to be enforced, unless there is some reason we do not about.

C.    Assignment.  Our client wants to ensure that these covenants are personal to your client and not assignable to a third party.

5.    Final Resolution.  Our client would like a complete solution to these MND claims that impact our client's projects.  It really makes no sense to settlement this suit only to have your client or its counsel bring an action against ours for other developments it has in the area; otherwise, the parties will be back in the same place.  There are 2 in particular.  We can limit this to those two projects.  Our client is paying a high price to settle this matter, and it is only reasonably that this settlement be global as to our client's other 2 projects.

Kindly let me know your thoughts on the foregoing.

Thank you.  I look forward to discussing.  Let me know if you think another meeting between our clients with or without counsel would help to get these points resolved.

Guy

CONFIDENTIAL

MAISNIK_000051

**From:** Jayesh Patel [mailto:jpatel@zuberlaw.com]
**Sent:** Wednesday, November 15, 2017 4:01 PM
**To:** Maisnik, M. Guy
**Subject:** Re: Wilcox/Tommie

Tricky. Have another mtg at 4:30. At Cal with my kid.

Jayesh Patel
Sent from my iPhone

Zuber Lawler & Del Duca LLP
777 South Figueroa Street, 37th Floor
Los Angeles, CA  90017
USA
Phone: +1 (213) 596-5620 • Direct Fax: +1 (213) 596-5621
jpatel@zuberlaw.com
www.zuberlaw.com

On Nov 15, 2017, at 3:59 PM, Maisnik, M. Guy <MGM@JMBM.com> wrote:

Have to step out....15 mins

**From:** Jayesh Patel [mailto:jpatel@zuberlaw.com]
**Sent:** Wednesday, November 15, 2017 3:55 PM
**To:** Maisnik, M. Guy
**Subject:** Re: Wilcox/Tommie

Wrapping up a meeting.

Jayesh Patel
Sent from my iPhone

Zuber Lawler & Del Duca LLP
777 South Figueroa Street, 37th Floor
Los Angeles, CA  90017
USA
Phone: +1 (213) 596-5620 • Direct Fax: +1 (213) 596-5621
jpatel@zuberlaw.com
www.zuberlaw.com

On Nov 15, 2017, at 3:46 PM, Maisnik, M. Guy <MGM@JMBM.com> wrote:

310-201-3588

**From:** Jayesh Patel [mailto:jpatel@zuberlaw.com]
**Sent:** Wednesday, November 15, 2017 3:41 PM
**To:** Maisnik, M. Guy
**Subject:** Re: Wilcox/Tommie

I did not. I had emailed asking which number to call. I can call in about 15 minutes. Which number?

Jayesh Patel
Sent from my iPhone

Zuber Lawler & Del Duca LLP
777 South Figueroa Street, 37th Floor
Los Angeles, CA  90017

CONFIDENTIAL

MAISNIK_000052

USA
Phone: +1 (213) 596-5620 • Direct Fax: +1 (213) 596-5621
jpatel@zuberlaw.com
www.zuberlaw.com

On Nov 15, 2017, at 3:35 PM, Maisnik, M. Guy <MGM@JMBM.com> wrote:

Hi Jayesh – did you call?  Are you able to speak?  Let me know.

Thanks.

---

**From:** Jayesh Patel [mailto:jpatel@zuberlaw.com]
**Sent:** Wednesday, November 15, 2017 10:55 AM
**To:** Maisnik, M. Guy
**Subject:** Re: Wilcox/Tommie

Ok. Let me know the number.

Jayesh Patel
Sent from my iPhone

Zuber Lawler & Del Duca LLP
777 South Figueroa Street, 37th Floor
Los Angeles, CA  90017
USA
Phone: +1 (213) 596-5620 • Direct Fax: +1 (213) 596-5621
jpatel@zuberlaw.com
www.zuberlaw.com

On Nov 15, 2017, at 10:50 AM, Maisnik, M. Guy <MGM@JMBM.com> wrote:

2pm should be fine.

---

**From:** Jayesh Patel [mailto:jpatel@zuberlaw.com]
**Sent:** Wednesday, November 15, 2017 10:45 AM
**To:** Maisnik, M. Guy
**Subject:** RE: Wilcox/Tommie

I land at 1:30.  Can call you from the car in 15 minutes as well (or you can call my cell at 11)?

---

**From:** Maisnik, M. Guy [mailto:MGM@JMBM.com]
**Sent:** Wednesday, November 15, 2017 10:33 AM
**To:** Jayesh Patel <jpatel@zuberlaw.com>
**Subject:** RE: Wilcox/Tommie

When can you discuss this with me today?

---

**From:** Jayesh Patel [mailto:jpatel@zuberlaw.com]
**Sent:** Tuesday, November 14, 2017 9:13 PM
**To:** Maisnik, M. Guy
**Subject:** RE: Wilcox/Tommie

Here are our redlines.  I am out of pocket till tomorrow after 2 p.m.  In a deposition on Thursday.  Will get you the form of note and deed of trust tomorrow.  It is progress.  Some of the other changes are a "no go" because it wasn't the deal.  I'm not sure what coffee achieves between Richard and Saeed, but if there is a reason, let me know and I'll ask.  So far, the idea has been met with questions about what use it might serve.

CONFIDENTIAL

MAISNIK_000053

Let me know.

---

**From:** Maisnik, M. Guy [mailto:MGM@JMBM.com]
**Sent:** Friday, November 10, 2017 12:12 AM
**To:** Jayesh Patel <jpatel@zuberlaw.com>
**Subject:** RE: Wilcox/Tommie

Jayesh,

Attached are our comments to the settlement agreements together with redlines showing the changes. There are some open issues, some significant and others logistical. The two key construction issues for our client are the use of the rooftop on Thompson and the setback on Tommie. These are critical to the use and operations of these assets, and have real intrinsic value, without which, this settlement will be challenging. Richard is putting together some renderings and would like to meet with Saeed and review these items with him directly, as well as any other open issues that need to be addressed.

Another point is the liquidated damage provisions. They simply do not work in this context. We would never get through this agreement if we had to negotiate them, and no capital source anywhere, investor or lender, would invest in this project with these LD provisions. Further, the covenants outline are perfectly enforceable using normal and customary remedies, which are employed nationwide in hotel enhanced mixed use projects. When an issue comes up, the parties meet and nearly always resolve the issue. There is simply no need for LDs in this context. Finally, it is important to our client that these lawsuits end on other projects our client has in the area. We need to address how that will be accomplished in a workable and fair manner.

Kindly note this is being delivered for settlement purposes only. Our client has not reviewed these documents, and may have material comments. I also would like one of the litigators to review the logistics of filing of dismissals and funding, to make certain the timing works, so there may be adjustments to those sections as well.

Please let me know your comments as soon as possible.

Thank you.

Guy

---

**From:** Jayesh Patel [mailto:jpatel@zuberlaw.com]
**Sent:** Tuesday, October 31, 2017 12:06 PM
**To:** Maisnik, M. Guy
**Subject:** Wilcox/Tommie

I found some nitpicks etc (identified by comments in both the redlined and non-redlined versions, attached). Also, we need to construct the private agreement (per my summary) between the parties on the noise control issues. Thanks.

Jayesh Patel
**Zuber Lawler & Del Duca LLP**
777 South Figueroa Street, 37th Floor
Los Angeles, CA 90017
USA
Direct: +1 (213) 596-5623
Phone: +1 (213) 596-5620
Mobile: +1 (310) 293-0763
Direct Fax +1 (213) 596-5621
jpatel@zuberlaw.com
www.zuberlaw.com

---

CONFIDENTIAL

MAISNIK_000054

The information contained in this email message and any attachments may be confidential and privileged, and exempt from disclosure under applicable law. This email message is intended only for the exclusive use of the person or entity to whom it is addressed. If you are not the intended recipient (or someone responsible for delivering this email message to the intended recipient), please be aware that any use, distribution or copying of this communication is strictly prohibited. If you do not wish to receive messages from me, please reply to this email requesting to be removed. If you have received this communication in error, please notify the sender immediately by return email or by telephone and delete or destroy this email message and any attachments to it. This email may be an attorney advertisement. Should you not wish to receive such communication from me, please reply to this email requesting to be removed.

CONFIDENTIAL

MAISNIK_000055

# Exhibit HH



April 26, 2022

Neil Thakor
*neil.thakor@nortonrosefulbright.com*

**Re:  California Public Records Act Request**

Dear Mr. Thakor:

This letter is in response to the California Public Records Act (CPRA) request that we received from you on April 15, 2022.

The CPRA was enacted to maximize the public's understanding of the workings of government by requiring the City to provide access to records that are kept in the ordinary course of business.  However, the CPRA does not mandate disclosure of all records in the government's possession.  Instead, by providing exemptions to disclosure, the CPRA recognizes that certain rights and interests must be preserved and that the public's right to access must be balanced against the public interest in withholding the information.  *See, e.g.,* Cal. Gov't Code § 6254; Cal. Evid. Code § 1040.

For example, the Los Angeles City Charter (Charter) requires the Ethics Commission to conduct investigations in a confidential manner.  Charter § 706(a)(2); *see also* Los Angeles Administrative Code §§ 24.23(a)(4), 24.29(c)(1).  The CPRA also recognizes privileges under the Evidence Code, such as the attorney-client privilege, and protects personnel records.  Cal. Gov't Code §§ 6254(c), (k); Cal. Evid. Code § 954.  Preliminary notes and computations by staff reviewers leading up to final determinations are entitled to the deliberative process privilege, which protects the decision making processes of government agencies.  Cal. Gov't Code § 6254(a); *see also Times Mirror Co. v. Superior Court* (1991) 53 Cal.3d 1325, 1340. Records that pertain to pending litigation to which a public agency is a party are also exempt from disclosure.  Cal. Gov't Code § 6254(b).

It is important to note that a request for public records under the CPRA must be focused, specific, reasonably clear, and not overbroad.  *California First Amendment Coalition v. Superior Court (Pete Wilson)* (1993) 67 Cal.App.4th 159, 165; Cal. Gov't Code § 6253(b).  A request with an open-ended time period can fail this requirement, as can a request that is nonspecific and unfocused, even if it identifies a short time period.  *William Rogers v. Superior Court (City of Burbank)* (1993) 19 Cal.App.4th 469.  In addition, the CPRA does not require the City to create a record that does not exist, simply to respond to a request.  Cal. Gov't Code § 6254(e); *see also Haynie v. Superior Court* (2001) 26 Cal.4th 1061, 1075.

The response to your specific request for records from the Ethics Commission is provided below.  Any records you have requested that may exist but would fall under one or more exemptions are deemed nonresponsive and not subject to release.

1.  [T]he investigative file relating to the Ethics Committee's investigation into Michael LoGrande, Case No. 2017-02.

    *Response:  Responsive records exist and are attached to this letter.*

Thank you for your interest in the Ethics Commission.  If you have any questions, please do not hesitate to contact our office.

Sincerely,

Nancy Jackson
Director of Strategic Communications

RICHARD A. PLATEL
Director of Enforcement
Los Angeles City Ethics Commission
200 North Spring Street
City Hall, 24th Floor
Los Angeles CA 90012
(213) 978-1960

Complainant

BEFORE THE LOS ANGELES CITY ETHICS COMMISSION

| | |
|---|---|
| In the Matter of: | Case No. 2017-02 |
| MICHAEL LOGRANDE | **STIPULATION AND ORDER** |
| Respondent. | |

Richard A. Platel, Director of Enforcement of the Los Angeles City Ethics Commission (Ethics Commission), and Michael LoGrande (respondent) agree to the following:

1.      This stipulation will be submitted to the Ethics Commission members for consideration at their next meeting.

2.      If approved by the Ethics Commission members, this stipulation and the accompanying order will be the final disposition of this matter with respect to the respondent.

3.      The respondent understands and knowingly and voluntarily waives all procedural rights under Los Angeles City Charter §§ 706 and 709 and Los Angeles Administrative Code §§ 24.26 and 24.27.  These rights include but are not limited to receiving an accusation, having the Ethics Commission members or an impartial administrative law judge hear the matter, personally appearing at an administrative hearing, confronting and cross-examining witnesses testifying at a hearing, and subpoenaing witnesses to testify at a hearing.

4.      The respondent understands and knowingly and voluntarily waives all rights to seek judicial review of any action by the Ethics Commission on this matter.

5.      The exhibit that is attached and incorporated by reference is a true and accurate summary of the facts in this matter.  The respondent has violated City law as described in the Exhibit.

6.      The respondent will pay a total penalty in the amount of **$281,250.**  On or before July 19, 2019, the respondent will make an initial payment of **$23,437.50**, which will be held by

STIPULATION AND ORDER
Case No. 2017-02 (Michael LoGrande)
Page 1 of 3

*Item 5—Attachment A*
Ethics Commission                    1 of 8                    August 20, 2019
064

Ethics Commission staff until the Ethics Commission members issue the order in this matter. For the remaining **$257,812.50**, the respondent will pay **$23,437.50**, on or before the first of each month, beginning on September 1, 2019, and ending on July 1, 2020.

7.      All payments will be made in the form of a cashier's check payable to the "General Fund of the City of Los Angeles."  Failure to make a required payment will render the entire balance immediately due and payable.  In addition, the Ethics Commission staff may renew its enforcement action against the respondent, and the Director of Enforcement may seek sanctions.

8.      If the Ethics Commission members refuse to accept this stipulation, it will become null and void.  Within ten business days after the Ethics Commission meeting at which the stipulation is rejected, the Ethics Commission staff will return all payments tendered by the respondent in connection with this stipulation.

9.      If the Ethics Commission members reject the stipulation and a full evidentiary hearing becomes necessary, the stipulation and all references to it are inadmissible, and the Ethics Commission members, executive director, and staff will not be disqualified because of prior consideration of this stipulation.

DATED: 07-22-2019

RICHARD A. PLATEL
Director of Enforcement
Los Angeles City Ethics Commission
Complainant

DATED: 7/19/19

MICHAEL LOGRANDE
Respondent

## **ORDER**

The Los Angeles City Ethics Commission considered the stipulation in Case No. 2017-02 at its meeting on August 20, 2019.  The members of the Ethics Commission approved the stipulation and order Michael LoGrande to pay a fine of **$281,250** to the City of Los Angeles in accordance with the terms of the stipulation.

DATED: ___8/20/19_____

Melinda Murray, President
Los Angeles City Ethics Commission

---

**EXHIBIT**

## I.    INTRODUCTION

This case arose from a whistleblower complaint.  Michael LoGrande (LoGrande), who is represented by attorney Bradley Hertz of the Sutton Law Firm, admits that he violated revolving door restrictions by receiving compensation for efforts to influence City action on any matter pending before an agency within one year after leaving City service.

## II.    LAW

To help ensure fair, equitable, and transparent government, both current and former City officials and employees are subject to laws set forth in the Governmental Ethics Ordinance (GEO).  Los Angeles Municipal Code (LAMC) §§ 49.5.1 *et seq.*

These laws include restrictions on activities engaged in after leaving City service, which are designed to prevent former City personnel from exercising, or appearing to exercise, improper influence over City actions.  Collectively, these are referred to as "revolving door" restrictions.

City law imposes time-based restrictions on the post-City employment activities of former City officials.  For one year after leaving City service, individuals who served in specific high-level positions are prohibited from receiving compensation for efforts to influence City action on any matter pending before any agency.  LAMC § 49.5.13(C)(1).  The prohibition includes both direct and indirect efforts to influence.  *Id.*  Specified positions include chief administrative officer, and the chief administrative officer for the Department of City Planning (Planning) is referred to as the Director of Planning (Director).  *Id.  See also* Los Angeles City Charter (Charter) §§ 507, 553(a).

The GEO defines "City official" to include any individual who is required to file a statement of economic interests pursuant to California's Political Reform Act (PRA) as a result of service to the City.  LAMC § 49.5.2(C).  A "matter pending" is a matter that awaits something more than a ministerial City action to proceed or be resolved.  LAMC § 49.5.13(C)(1).

## III.    FACTS

LoGrande worked for Planning in various positions for approximately 16 years.  Throughout his tenure with Planning, LoGrande was required to file statements of economic interests pursuant to the PRA.  *See* Cal. Gov't Code §§ 87200-87210.

LoGrande completed the Ethics Commission's two-hour ethics training program, which addresses the revolving door laws.  In addition, he received a reminder about the revolving door restrictions on May 6, 2015.  And on February 5, 2016, he received a leaving office notice, which stated that revolving door restrictions apply and provided a link to the revolving door brochure on the Ethics Commission's web site.

EXHIBIT IN SUPPORT OF STIPULATION AND ORDER
Case No. 2017-02 (Michael LoGrande)
Page 1 of 5
*Item 5—Attachment A*
Ethics Commission                          4 of 8                          August 20, 2019
067

LoGrande separated from City service on January 30, 2016.  Immediately after leaving City service, he began to work as a private consultant to developers working on projects in the City.  He formed LoGrande and Company, LLC (LoGrande LLC), and provided consulting services through this entity.  LoGrande LLC is owned entirely by LoGrande, and LoGrande is the entity's only employee.

A whistleblower complaint regarding LoGrande's activities after leaving City service was received, and staff initiated an investigation that included reviewing extensive documents and interviewing numerous witnesses, including LoGrande.  Staff's investigation revealed that LoGrande engaged in conduct that was in violation of the GEO by receiving compensation to attempt to influence Planning regarding the following projects in the year after he left City service.

1. _Soho House Project – 1000 South Santa Fe_

Marcus Barwell and Nick Jones, of Soho House & Co. (Soho), wanted to redevelop an old warehouse at 1000 South Santa Fe as a private club (the Soho House project).  The project was located in the Arts District, an area that was primarily zoned for industrial use.  As Director, LoGrande was involved in land use policies in the Arts District.

In May 2016, less than four months after leaving City service, LoGrande entered into an agreement with Soho for consulting services.  Under the terms of the agreement, LoGrande was to be paid $10,000 per month for attempting to influence Planning's decision regarding the guest rooms at the Soho House project.

LoGrande contacted Planning on Soho's behalf, seeking a finding by Planning's executive staff that Soho's guest rooms were an accessory use.  Such a finding would allow the Soho House project to move forward without a zone change.  LoGrande followed up his conversations with Planning staff by directly providing them with an analysis crafted by Soho's consulting team with LoGrande's advice and input.  The analysis explained the legal basis by which Planning could make Soho's desired finding.

In June 2016, Soho learned that Planning had ruled in its favor, allowing the Soho House project to move forward without a zone change, and Soho obtained the necessary clearances and stamps from the City in July 2016.

In late July 2016, Soho continued its business relationship with LoGrande by retaining him to perform "consulting services and internal project management."

During this period, Soho's objective was to obtain the City's agreement to use an administrative approach allowing changes to a prior conditional use permit.  Soho preferred this approach because it could not be appealed.  In November 2016, the Zoning Administrator ruled in Soho's favor.

Soho paid LoGrande $70,000 for attempting to influence City action on behalf of the Soho House project.

EXHIBIT IN SUPPORT OF STIPULATION AND ORDER
Case No. 2017-02 (Michael LoGrande)
Page 2 of 5
_Item 5—Attachment A_
5 of 8
Ethics Commission                                                                                    August 20, 2019
068

### 2.    *Five Chairs Project – 6516-6526 Selma*

In May 2015, Richard Heyman (Heyman) of Five Chairs Development, secured entitlements to develop  property located at 6516-6526 Selma for commercial offices but revised his plans, intending to turn the location into a hotel (the Five Chairs project).  Heyman sought Planning's approval to alter his plans without requiring a zoning change, which would be more costly and take much longer.  Planning approved Heyman's request through the use of a "Q" clarification in December 2015.

In February 2016, Planning staff reviewed the Five Chairs project and determined that the "Q" clarification had been approved in error.  In March 2016, Heyman's application was placed on hold pending resolution of the issue.  Heyman retained LoGrande as a consultant in April 2016, to discuss with the City the change in decision and the approval process for the project.  LoGrande was to be paid $10,000 per month.

Beginning in April 2016, less than three months after leaving City service, and continuing into June, LoGrande contacted Planning managers with decision making authority regarding the "Q" clarification and met with City staff to discuss a series of talking points prepared by Heyman's consultants and attorneys.  LoGrande furnished a written document with this information to City staff.  His meeting with City staff led to additional internal City staff discussions.  However, LoGrande was ultimately unsuccessful in reversing Planning's decision, and Heyman had to file for a zoning change.

LoGrande was paid $30,000 for attempting to influence City action on behalf of the Five Chairs project.

### 3.    *California Homebuilders Project – 6200 Variel*

In February 2016, Shawn Evenhaim (Evenhaim), of California Homebuilders, retained LoGrande to assist him with a project he was developing at 6200 Variel.  Evenhaim sought LoGrande's help with a dispute with the City over the assessment of certain transportation fees.  Evenhaim wanted LoGrande to review the 2035 Warner Center Specific Plan and advise him whether the fees were in line with City law.  Evenhaim agreed to pay LoGrande $10,000 per month for up to three months.  Full payment was contingent upon LoGrande obtaining favorable decisions regarding the transportation fees.

On March 2016, less than two months after leaving City service, LoGrande directly contacted managerial level City staff in an effort to reduce Evenhaim's fees.  His contacts included face-to-face discussions and emails detailing specific issues Evenhaim faced; an explanation why LoGrande believed the City was overcharging Evenhaim; and a suggested course of action to resolve the matter.  City staff did not act on his request.

Because LoGrande was unable to obtain a reduction in the transportation fees, Evenhaim only paid him $20,000 for attempting to influence City action on behalf of the 6200 Variel project.

EXHIBIT IN SUPPORT OF STIPULATION AND ORDER
Case No. 2017-02 (Michael LoGrande)
Page 3 of 5
*Item 5—Attachment A*
Ethics Commission                6 of 8                August 20, 2019
069

4.    *Lillian Way Project – 723 Lillian Way*

In March 2016, LoGrande entered into a consulting agreement with Robert Herscu (Herscu), of HQ Deveopment.  Herscu hired LoGrande to provide strategic advice on a portfolio of projects, as well as to assist with locating new development opportunities in the Los Angeles area.  In April 2016, a member of Herscu's team asked LoGrande to assist with expediting a project located at 723 Lillian Way (the Lillian Way project).  Herscu wanted to convert the property, which was in a residential area, to a parking lot that could be used in conjunction with a commercial property he owned nearby.

In April 2016, less than three months after leaving City service, LoGrande contacted the supervisor of Planning's Expedited Processing Unit.  The Unit has discretion as to whether it will accept a project for expediting.  After the Unit's acceptance of a project, and upon the payment of an additional fee, the Unit will process the project at a faster rate than the regular team.  Acceptance decisions are normally made by staff, but LoGrande contacted the Unit supervisor on Herscu's behalf.  The supervisor was a personal friend and LoGrande had worked with him for many years.  LoGrande's communication with the Unit supervisor contained language intended to influence the decision regarding whether Herscu's project would be accepted into the Unit.  The supervisor approved LoGrande's request, and the project was expedited.

Herscu paid LoGrande $ 5,000 for attempting to influence City Action on behalf of the Lillian Way project.

**VIOLATIONS**

LoGrande admits that he violated City law as follows:

**COUNTS 1-4:**
**RECEIPT OF COMPENSATION FOR ATTEMPT TO INFLUENCE**
**CITY ACTION WITHIN 12 MONTHS OF LEAVING CITY SERVICE**

COUNT 1:  LoGrande violated LAMC § 49.5.13(C)(1) by receiving compensation totaling $ 70,000 for his attempts, from May to November 2016, less than 12 months after leaving City service, to influence City action on behalf of Soho in a matter pending before Planning.

COUNT 2:  LoGrande violated LAMC § 49.5.13(C)(1) by receiving compensation totaling $30,000 for his attempts, in or around April and May 2016, less than 12 months after leaving City service, to influence City action on behalf of Heyman in a matter pending before Planning.

COUNT 3:  LoGrande violated LAMC § 49.5.13(C)(1) by receiving compensation totaling $20,000 for his attempts, in or around April 2016, less than 12 months after leaving City service, to influence City action on behalf of Evenhaim in a matter pending before Planning.

EXHIBIT IN SUPPORT OF STIPULATION AND ORDER
Case No. 2017-02 (Michael LoGrande)
Page 4 of 5
*Item 5—Attachment A*

Ethics Commission                           7 of 8                        August 20, 2019
070

COUNT 4:  LoGrande violated LAMC § 49.5.13(C)(1) by receiving compensation totaling $5,000 for his attempts, in or around April 2016, less than 12 months after leaving City service, to influence City action on behalf of Herscu in a matter pending before Planning.

## V.    PENALTY

Charter § 706(c)(3) establishes the penalty formula for administrative actions taken by the Ethics Commission.  The maximum penalty is the greater of $5,000 per violation or three times the amount that was improperly reported, spent, or received.  Based on the facts and counts in this case, LoGrande faces a maximum penalty of up to $375,000: $210,000 for Count 1; $90,000 for Count 2; $60,000 for Count 3; and $15,000 for Count 4.

The Ethics Commission is required to consider all relevant circumstances before assessing penalties.  Los Angeles Administrative Code (LAAC) § 24.27(h)(2).  In considering the penalty in this case, staff noted the following mitigating circumstances: LoGrande cooperated with the Ethics Commission staff and saved Ethics Commission resources by entering into this stipulated settlement at an early stage in the investigation, prior to the preparation of a probable cause report; and LoGrande has no prior enforcement history with the Ethics Commission.  *See* LAAC §§ 24.27(h)(2)-(D)-(F).

However, staff also noted the following aggravating factors:  The violations in this case are serious and indicate a pattern of activity; LoGrande was aware of the revolving door restrictions, which indicates that the violations were deliberate; although he ultimately cooperated with staff, LoGrande initially withheld information from investigators, reflecting an intent to conceal or deceive; and, despite completing ethics training, LoGrande did not consult Ethics Commission staff about how to comply with the law.  *See* LAAC §§ 24.27(h)(2)(A) (D).

Based on the facts and circumstances, staff recommends resolving this case by imposing a $ 281,250 penalty.  The recommended penalty is intended to promote the equitable treatment of respondents, encourage the early resolution of violations, and reflect the serious nature of the violations.

EXHIBIT IN SUPPORT OF STIPULATION AND ORDER
Case No. 2017-02 (Michael LoGrande)
Page 5 of 5
*Item 5—Attachment A*
Ethics Commission                                   8 of 8                                   August 20, 2019
071

Exhibit II

1              SUPERIOR COURT OF THE STATE OF CALIFORNIA

2                   FOR THE COUNTY OF LOS ANGELES

3   DEPARTMENT 15                     HON. RICHARD FRUIN, JUDGE

4

5   THE SUNSET LANDMARK INVESTMENT, LLC,    )
                                            )
6            PLAINTIFF/PETITIONER,          )
                                            )
7        VS.                                )   CASE NO. BS160807
                                            )
8   CITY OF LOS ANGELES, ET AL.,           )
                                            )
9            DEFENDANT/RESPONDENT.          )
   ─────────────────────────────────────────)

10

11              REPORTER'S TRANSCRIPT OF PROCEEDINGS

12                  FRIDAY, AUGUST 25, 2017

13

14              (APPEARANCES ON THE FOLLOWING PAGE)

15

16

17

18

19

20

21

22

23

24

25

26

27

28   REPORTED BY:            MABEL HAYEK, CSR NO. 11815
                             OFFICIAL COURT REPORTER PRO TEMPORE

1  APPEARANCES:

2  FOR PLAINTIFF/PETITIONER:

3                         THE SILVERSTEIN LAW FIRM
                          BY:  ROBERT P. SILVERSTEIN, ESQ.
4                         BY:  DANIEL E. WRIGHT, ESQ.
                          215 NORTH MARENGO AVENUE, 3RD FLOOR
5                         PASADENA, CALIFORNIA 91101

6  FOR REAL PARTY IN INTEREST:

7                         JEFFER MANGELS BUTLER & MITCHELL LLP
                          BY:  MATTHEW D. HINKS, ESQ.
8                         1900 AVENUE OF THE STARS, 7TH FLOOR
                          LOS ANGELES, CALIFORNIA 90067
9
   FOR REAL PARTY IN INTEREST:
10
                          SHEPPARD MULLIN RICHTER & HAMPTON LLP
11                        BY:  ARTHUR FRIEDMAN, ESQ. (VIA COURTCALL)
                          FOUR EMBARCADERO CENTER, 17TH FLOOR
12                        SAN FRANCISCO, CALIFORNIA 94111

13  FOR DEFENDANT/RESPONDENT:

14                        REMY MOOSE MANLEY LLP
                          BY:  ANDREA K. LEISY, ESQ.
15                        555 CAPITOL MALL, SUITE 800
                          SACRAMENTO CALIFORNIA 95814
16
    FOR DEFENDANT/RESPONDENT:
17
                          GOLDFARB LIPMAN LLP
18                        BY:  DANIEL S. MAROON, ESQ.
                          1300 CLAY STREET, 11TH FLOOR
19                        OAKLAND, CALIFORNIA 94612

20

21

22

23

24

25

26

27

28



1                              I N D E X

2

3

4

5

6

7

8

9                            EXHIBITS
                              (NONE)
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

```
 1  CASE NUMBER:            BS160807

 2  LOS ANGELES, CA         FRIDAY, AUGUST 25, 2017

 3  DEPARTMENT:  15         HON. RICHARD FRUIN, JUDGE

 4  APPEARANCES:            (AS HERETOFORE NOTED)

 5  REPORTER:               MABEL HAYEK, CSR NO. 11815

 6  TIME:                   MORNING SESSION

 7                             -OOO-

 8

 9           THE COURT:  SO WHO DO WE HAVE HERE?

10           MR. SILVERSTEIN:  THANK YOU, YOUR HONOR.

11           ROBERT SILVERSTEIN AND DANIEL WRIGHT ON BEHALF OF

12  PETITIONER SUNSET LANDMARK.

13           MS. LEISY:  ANDREA LEISY, YOUR HONOR, FOR THE CITY

14  OF LOS ANGELES.

15           MR. MAROON:  DANIEL MAROON FOR CRA/LA AND CRA/LA

16  GOVERNING BOARD.

17           MR. HINKS:  MATTHEW HINKS FOR REAL PARTY IN

18  INTEREST.

19           MR. FRIEDMAN:  GOOD MORNING, YOUR HONOR.

20           ARTHUR FRIEDMAN FOR REAL PARTY IN INTEREST.

21           THE COURT:  WHAT IS THE STATUS OF THIS MATTER?

22           MR. SILVERSTEIN:  THANK YOU, YOUR HONOR.

23           ROBERT SILVERSTEIN.

24           YESTERDAY AFTERNOON I RECEIVED AN E-MAIL FROM

25  COUNSEL FOR REAL PARTY INDICATING THAT THE PARTIES HAD REACHED

26  A TENTATIVE RESOLUTION OF THE MATTER.  I HAD NO KNOWLEDGE OF

27  THAT.  I CONTACTED GENERAL COUNSEL FOR MY CLIENT AND CONFIRMED

28  THAT THIS WAS CORRECT AND THEN COUNSEL FOR REAL PARTY AND I
```

1    CONTACTED YOUR HONOR'S COURTROOM TO INFORM THE COURT, BUT I AM

2    COMING TO THIS INFORMATION ALMOST AT THE SAME TIME AS THE

3    COURT.

4              THE COURT:  THANK YOU.

5              MR. FRIEDMAN:  YOUR HONOR, THIS IS ARTHUR FRIEDMAN.

6    I AM WITH THE ATTORNEY WHO ALONG WITH MR. SILVERSTEIN REACHED

7    OUT TO THE COURT.  I TOO WAS NOT INVOLVED IN THE SETTLEMENT

8    PART OF THIS.  THIS IS ALSO DIFFERENT COUNSEL FOR OUR CLIENTS,

9    BUT WAS PLEASED TO HEAR THAT OUR RESPECTIVE CLIENTS HAD

10   REACHED AN AGREEMENT IN PRINCIPAL WHICH WOULD ALLOW FOR THE

11   RESOLUTION OF THIS DISPUTE.  SO WE BELIEVE COLLECTIVELY AND

12   HAVE COME TO THE COURT COLLECTIVELY TO BELIEVE TO ASK THE

13   COURT TO CONTINUE THE TRIAL DATE.  I WOULD ASK FOR 45 DAYS TO

14   ALLOW THE PARTIES TO DOCUMENT THE AGREEMENT AND WITH ALL

15   EXPECTATIONS DISMISS THIS LAWSUIT IN THAT TIMEFRAME.

16             THE COURT:  ALL RIGHT.  WELL, THAT'S FINE.

17             YOU SAY THAT THE MATTER HAS BEEN SETTLED IN

18   PRINCIPAL, CAN YOU TELL ME IN GENERAL WHAT'S GOING TO OCCUR?

19             MR. SILVERSTEIN:  YOUR HONOR, I DON'T KNOW.  I HAD

20   NO INVOLVEMENT, WHATSOEVER, SO I DON'T HAVE THAT INFORMATION.

21   ALL I KNOW IS THAT I WAS INFORMED BY REAL PARTY, REAL PARTY

22   SUGGESTED OR REQUESTED A CONTINUANCE AND BEYOND THAT I HAVE NO

23   SPECIFICS.

24             THE COURT:  MR. FRIEDMAN --

25             MR. FRIEDMAN:  YOUR HONOR, THIS IS ARTHUR FRIEDMAN.

26   I'M NOT MUCH FURTHER ALONG THAN MR. SILVERSTEIN IN THE ABILITY

27   TO ANSWER THE COURT ONLY TO UNDERSTAND IN GENERAL TERMS THERE

28   HAS BEEN SOME AGREEMENT REGARDING SOME MODIFICATION OF THE

```
 1    DESIGN OF THE BUILDING TO THE EXTENT TO WHICH I'M NOT QUITE
 2    SURE.  AND I ALSO, OF COURSE, AND UNDERSTAND THAT THERE IS A
 3    FINANCIAL COMPONENT TO THE SETTLEMENT AS WELL.
 4              THE COURT:  OKAY.  THE SETTLEMENT IS BETWEEN REAL
 5    PARTY AND PETITIONER, OR IS IT BETWEEN OTHER PARTIES AS WELL?
 6              MR. FRIEDMAN:  IT IS MY UNDERSTANDING IT IS BETWEEN
 7    REAL PARTY AND PETITIONER, YOUR HONOR, THAT'S CORRECT.
 8              THE COURT:  OKAY.  WELL, IF I SET IT OUT FOR 45
 9    DAYS, THAT WOULD BE ABOUT OCTOBER 20TH; IS THAT RIGHT?
10              MR. FRIEDMAN:  THAT SOUNDS RIGHT.
11              MS. LEISY:  YOUR HONOR, THAT IS ALSO THE YOSEMITE
12    ENVIRONMENTAL LAW CONFERENCE, OCTOBER 20TH, AND I PLAN --
13              THE COURT:  DID YOU SAY YOSEMITE ENVIRONMENTAL LAW
14    CONFERENCE?
15              MS. LEISY:  YEAH --
16              MR. SILVERSTEIN:  RIGHT, I PLAN TO ALSO BE --
17              MS. LEISY:  WE BOTH PLANNED YOSEMITE, YEAH.
18              THE COURT:  THAT SOUNDS LIKE SOMETHING I'D LIKE TO
19    GO TO.
20              MS. LEISY:  SO IF WE COULD PICK ANOTHER DAY.
21              THE COURT:  I THINK PERHAPS WHAT I'M GOING TO DO IS
22    CHECK MY SECRET CALENDAR WHICH IS ON MY COMPUTER TO SEE WHICH
23    FRIDAYS ARE AVAILABLE.  IN ADDITION TO SETTING THE HEARING
24    DATE, I WOULD SET A PREHEARING DATE TO FIND OUT WHETHER OR
25    NOT, IN FACT, THERE IS A SETTLEMENT AND WHETHER I WOULD BE
26    INVOLVED IN ANY WAY.
27              LET ME GET MY SECRET CALENDAR.  IT WILL TAKE ME TWO
28    MINUTES, MAYBE, BECAUSE I HAVE TO TAKE IT OFF OF MY COMPUTER.
```

```
 1              THE COURT:  ALL RIGHT.  WE CAN DO ANOTHER DAY,
 2   OCTOBER 27TH.  HOW DOES THAT SOUND?
 3              MR. FRIEDMAN:  WORKS FOR ME, YOUR HONOR.
 4              MR. SILVERSTEIN:  YOUR HONOR, IF IT WORKS FOR
 5   COUNSEL FOR PETI TONER, WHEN YOUR HONOR WAS OFF THE BENCH, WE
 6   ALSO SEEM TO AGREE THAT OCTOBER 13TH COULD WORK WHICH IS
 7   CLOSER TO 45 DAYS FROM TODAY, IF THAT'S CONVENIENT FOR YOUR
 8   HONOR.
 9              THE COURT:  OCTOBER 13TH IS FINE WITH ME AS WELL, IF
10   THAT'S ENOUGH TIME, I GUESS, EVERYONE THINKS IT IS ENOUGH
11   TIME.
12              MR. SILVERSTEIN:  FROM THE LIMITED KNOWLEDGE I HAVE,
13   I WAS COMING IN REQUESTING 30 TO 45 DAYS, AND I THINK THE
14   OTHER SIDE AGREES WITH THAT, SO OCTOBER 13TH, YES, WE BELIEVE
15   SHOULD BE ENOUGH TIME.
16              THE COURT:  BUT THE CONTEMPLATION WAS THE ACTION
17   WOULD BE DISMISSED.
18              MR. SILVERSTEIN:  THE CONTEMPLATION IS THAT THERE
19   WOULD BE A WRITTEN SETTLEMENT AGREEMENT, AND THERE WOULD BE A
20   DISMISSAL OF THE LAWSUIT; THAT'S BE MY BEST UNDERSTANDING, OR
21   I SHOULD SAY ASSUMPTION, YES, THE LAWSUIT WOULD BE DISMISSED
22   IS MY LOGICAL CONCLUSION.
23              THE COURT:  ALL RIGHT.
24              MR. FRIEDMAN:  THAT IS THE EXPECTATION OF THE
25   AGREEMENT, YOUR HONOR.
26              THE COURT:  OKAY.
27              MR. FRIEDMAN:  I WOULD ERR TOWARDS, YOU KNOW, NOT
28   HAVING TO COME BACK TO THE COURT TO ASK FOR ANOTHER WEEK AND
```

1    SUGGEST THE 27TH, BUT I DON'T HAVE STRONG FEELINGS IF THE

2    PARTIES IN THE COURT PREFER THE 13TH.

3                THE COURT:  I HAVE NO PREFERENCE EXCEPT I WANT TO

4    GIVE THE PARTIES ENOUGH TIME TO SETTLE.

5                SO WHICH IS IT THE 13TH OR THE 27TH?

6                MR. HINKS:  SOUNDS LIKE THE 27TH ERRING ON THE SIDE

7    OF CAUTION, YOUR HONOR.

8                THE COURT:  OKAY.  THE WRIT TRIAL IS CONTINUED FOR

9    FROM TODAY TO OCTOBER 27TH.  I'M GOING TO ASK FOR AN ORDER FOR

10   TRIAL WHICH WE CALL A FINAL STATUS CONFERENCE JUST TO FIND OUT

11   WHAT'S GOING ON.  HOW ABOUT OCTOBER 18TH WITH SOMEONE TO SEND

12   ME A MEMO BY OCTOBER 12TH.  I THINK WE CAN MAKE THAT

13   NON-APPEARANCE CASE REVIEW, BUT I DO NEED A MEMO TELLING ME

14   THAT A SETTLEMENT --

15               MR. FRIEDMAN:  THAT'S FINE, YOUR HONOR.

16               THE COURT:  -- HAS BEEN DOCUMENTED OR WILL BE

17   DOCUMENTED, AND WHAT THE COMPONENTS ARE WITH RESPECT TO THE

18   LAWSUIT, BECAUSE WE HAVE FOUR PARTIES HERE.  WE HAVE THE

19   CRA/LA.  WE HAVE THE CITY.  WE HAVE THE REAL PARTIES, AS WELL

20   AS THE SINGULAR PETITIONER; IS THAT OKAY?

21               MR. SILVERSTEIN:  YES, YOUR HONOR.

22               MR. HINKS:  YES, YOUR HONOR.

23               THE COURT:  SO THAT WILL BE THE ORDER.  IS NOTICE

24   WAIVED?

25               MR. HINKS:  NOTICE WAIVED.

26               MR. SILVERSTEIN:  NOTICE WAIVED, YOUR HONOR.

27               MR. FRIEDMAN:  YES, YOUR HONOR.

28               THE COURT:  THANK YOU VERY MUCH.

1            MR. SILVERSTEIN:  OCTOBER 27TH, I APOLOGIZE, IS THAT

2    10:30 A.M., FOR TRIAL?

3            THE COURT:  YES, IT IS 10:30.

4            ORDINARILY, I WOULD GIVE YOU THE ADMINISTRATIVE

5    RECORD TO TAKE BACK WITH YOU BUT MAYBE THAT'S PREMATURE.  I

6    DON'T REALLY HAVE STORAGE SPACE, BUT IT'S HERE WHEN YOU WANT

7    IT.

8            THE COURT:  OKAY.  THANK YOU VERY MUCH, COUNSEL.

9            MR. SILVERSTEIN:  THANK YOU.

10            (WHEREUPON, THE PROCEEDINGS WERE CONCLUDED.)

11                          -OOO-

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                    FOR THE COUNTY OF LOS ANGELES

 3   DEPARTMENT 15                        HON. RICHARD FRUIN, JUDGE

 4

 5   THE SUNSET LANDMARK INVESTMENT, LLC,    )
                                             )
 6           PLAINTIFF/PETITIONER,           )
                                             )
 7        VS.                                )  CASE NO. BS160807
                                             )
 8   CITY OF LOS ANGELES, ET AL.,            )  REPORTER'S
                                             )  CERTIFICATE
 9           DEFENDANT/RESPONDENT.           )
                                             )
10   ─────────────────────────────────────

11              I, MABEL HAYEK, CSR NO. 11815, COURT REPORTER OF THE

12   SUPERIOR COURT OF THE STATE OF CALIFORNIA, FOR THE COUNTY OF

13   LOS ANGELES, DO HEREBY CERTIFY THAT THE FOREGOING PAGES 1

14   THROUGH 6, INCLUSIVE, COMPRISE A FULL, TRUE, AND CORRECT

15   COMPUTER-AIDED TRANSCRIPT OF THE PROCEEDINGS TAKEN IN THE

16   ABOVE-ENTITLED MATTER ON AUGUST 25, 2017.

17              DATED THIS 4TH DAY OF SEPTEMBER, 2017.

18

19

20

21              _____
                MABEL HAYEK, CSR NO. 11815
22              OFFICIAL COURT REPORTER PRO TEMPORE

23

24

25

26

27

28
```

Exhibit JJ

**Salamatin, Mikkaela**

| | |
|---|---|
| **From:** | Kwok, Karen <kkwok@wsgr.com> |
| **Sent:** | Tuesday, March 15, 2022 9:31 PM |
| **To:** | Thakor, Neil; Cerna, Silvia; Patrick Maloney; Greg Smith; Patel, Jayesh; Di Tullio, Phillip |
| **Cc:** | Leader, Susan; Bish, Dale; Talpas, Charles |
| **Subject:** | Relevant, et al. v. Nourmand, et al.; Case No. 2:19-cv-05019-ODW; Document Production |
| **Attachments:** | 2022.03.15 Relevant Privilege Log.pdf |

**[External Email – Use Caution]**

Counsel,

Please find below a link to a production containing documents Bates stamped REL120141 - REL120212.  Please let me know if you have trouble accessing.

Also attached is a privilege log for the above-referenced matter.

https://ftp2.lighthouseglobal.com/WebInterface/login.html
Password: rOt7revof4kuchoze@lt

Thanks,
Karen

_____

 **| Litigation Associate | Wilson Sonsini Goodrich & Rosati**
ll Road | Palo Alto, CA 94304-1050 | direct: 650.849.3033 | mobile: 510.604.8168 | kkwok@wsgr.com

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

Relevant Group, LLC, et al. v. Stephan Nourmand, et al.
Plaintiffs' Privilege Log

| Entry No. | Date | From/Author | To | CC | BCC | No. of Attach. | Email Subject / File Name | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 3/1/2017 | Alfred Fraijo Jr. * | Amie Marben; Dana Sayles; Demien Farrell; Grant King; Richard Heyman; Scott Campbell; Zachary Andrews | Kira Teshima *; Laurie Goldman | | 0 | HIRC - Tommie Hotel: Map Hearing | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Tommie hotel. |
| 2 | 2/14/2017 | Alfred Fraijo Jr. * | Richard Heyman | Amie Marben; Grant King; Kira Teshima *; Laurie Goldman; Scott Campbell | | 2 | Redline - Tommie Hotel: Conditions of Approval | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Tommie hotel. |
| 3 | 2/1/2017 | Alfred Fraijo Jr. * | Jeff Reinstein | Grant King; Kira Teshima *; Richard Heyman | | 1 | HIRC - Tommie Hotel: Memo re CPC and Hearing | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Tommie hotel. |
| 4 | 1/26/2017 | Laurie Goldman | Grant King | Alfred Fraijo Jr. *; Kira Teshima *; Richard Heyman; Scott Campbell | | 0 | RE: Scheduling a Tommie Strategy Conference Call? | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Tommie hotel. |
| 5 | 1/26/2017 | Grant King | Laurie Goldman | Alfred Fraijo Jr. *; Kira Teshima *; Richard Heyman; Scott Campbell | | 0 | RE: Scheduling a Tommie Strategy Conference Call? | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Tommie hotel. |
| 6 | 1/26/2017 | Laurie Goldman | Alfred Fraijo Jr. *; Grant King; Kira Teshima *; Richard Heyman | Scott Campbell | | 0 | RE: Scheduling a Tommie Strategy Conference Call? | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the tommie hotel. |
| 7 | 1/26/2017 | Grant King | Kira Teshima *; Laurie Goldman | Alfred Fraijo Jr. *; Richard Heyman; Scott Campbell | | 0 | RE: Scheduling a Tommie Strategy Conference Call? | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Tommie hotel. |
| 8 | 1/26/2017 | Alfred Fraijo Jr. * | Grant King; Kira Teshima *; Richard Heyman | Laurie Goldman; Scott Campbell | | 0 | RE: Scheduling a Tommie Strategy Conference Call? | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Tommie hotel. |
| 9 | 1/26/2017 | Laurie Goldman | Grant King; Kira Teshima | Alfred Fraijo Jr. *; Richard Heyman; Scott Campbell | | 0 | RE: Scheduling a Tommie Strategy Conference Call? | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Tommie hotel. |
| 10 | 1/26/2017 | Grant King | Kira Teshima * | Alfred Fraijo Jr. *; Laurie Goldman; Richard Heyman; Scott Campbell | | 1 | Re: Scheduling a Tommie Strategy Conference Call? | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Tommie hotel. |
| 11 | 1/26/2017 | Kira Teshima * | Grant King; Laurie Goldman; Richard Heyman; Scott Campbell | Alfred Fraijo Jr. * | | 0 | RE: Scheduling a Tommie Strategy Conference Call? | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Tommie hotel. |
| 12 | 1/26/2017 | Laurie Goldman | Alfred Fraijo Jr. *; Grant King; Kira Teshima *; Richard Heyman | Scott Campbell | | 0 | RE: Scheduling a Tommie Strategy Conference Call? | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Tommie hotel. |
| 13 | 1/26/2017 | Grant King | Alfred Fraijo Jr. *; Kira Teshima *; Laurie Goldman; Richard Heyman | Scott Campbell | | 0 | RE: Scheduling a Tommie Strategy Conference Call? | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Tommie hotel. |
| 14 | 1/25/2017 | Alfred Fraijo Jr. * | Grant King; Kira Teshima *; Laurie Goldman; Richard Heyman | Amie Marben; Scott Campbell | | 1 | RE: Tommie Hotel Conditions | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Tommie hotel. |
| 15 | 1/25/2017 | Kira Teshima * | Grant King; Richard Heyman | Alfred Fraijo Jr. *; Amie Marben; Laurie Goldman; Scott Campbell | | 1 | RE: Tommie Hotel Conditions | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Tommie hotel. |
| 16 | 1/25/2017 | Kira Teshima * | Grant King; Richard Heyman | Alfred Fraijo Jr. *; Amie Marben; Laurie Goldman; Scott Campbell | | 1 | Tommie Hotel Conditions | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Tommie hotel. |
| 17 | 1/18/2017 | Laurie Goldman | Alex Merritt *; Alfred Fraijo Jr. *; Arthur Friedman *; Grant King; Kira Teshima *; Matt Hinks *; Richard Heyman | | | 0 | RE: Thompson Hotel - report re Planning appeal | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Thompson hotel. |
| 18 | 1/18/2017 | Grant King | Arthur Friedman * | Alex Merritt *; Alfred Fraijo Jr. *; Kira Teshima *; Laurie Goldman; Matt Hinks *; Richard Heyman | | 0 | Re: Thompson Hotel - report re Planning appeal | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Thompson hotel. |
| 19 | 1/18/2017 | Arthur Friedman * | Alex Merritt *; Alfred Fraijo Jr. *; Grant King; Kira Teshima *; Laurie Goldman; Matt Hinks *; Richard Heyman | | | 0 | Thompson Hotel - report re Planning appeal | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Thompson hotel. |
| 20 | 1/12/2017 | Demien Farrell | Arthur Friedman * | Alex Merritt *; Alfred Fraijo Jr. *; Grant King; Kira Teshima *; Matt Hinks *; Richard Heyman | | 0 | Re: Thompson Hotel - Draft Response to Appeal Letter -- Request to Demien for information | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Thompson Hotel project. |
| 21 | 1/12/2017 | Arthur Friedman * | Grant King | Alex Merritt *; Alfred Fraijo Jr. *; Demien Farrell; Kira Teshima *; Matt Hinks *; Richard Heyman | | 0 | RE: Thompson Hotel - Draft Response to Appeal Letter -- Request to Demien for information | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Thompson Hotel project. |
| 22 | 1/12/2017 | Grant King | Arthur Friedman * | Alex Merritt *; Alfred Fraijo Jr. *; Demien Farrell; Kira Teshima *; Matt Hinks *; Richard Heyman | | 1 | Re: Thompson Hotel - Draft Response to Appeal Letter -- Request to Demien for information | Attorney Client Communication | Email Seeking legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project. |
| 23 | 1/12/2017 | Arthur Friedman * | Demien Farrell; Grant King | Alex Merritt *; Alfred Fraijo Jr. *; Kira Teshima *; Matt Hinks *; Richard Heyman | | 1 | Thompson Hotel - Draft Response to Appeal Letter -- Request to Demien for information | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project. |
| 24 | 12/26/2016 | Grant King | Arthur Friedman *; Matt Hinks *; Richard Heyman | | | 6 | Fwd: 1541 Wilcox ZA Hearing | Attorney Client Communication | Email Seeking legal advice regarding CEQA approval process for Wilcox. |

* Denotes an attorney

CONFIDENTIAL

Relevant Group, LLC, et al. v. Stephan Nourmand, et al.
Plaintiff's Privilege Log

| Entry No. | Date | From/Author | To | CC | BCC | No. of Attach. | Email Subject / File Name | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 25 | 12/16/2016 | Arthur Friedman * | Grant King; Richard Heyman | Alex Merritt *; Alfred Fraijo Jr. * | | 1 | Thompson Hotel  Litigation Update | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding the CEQA Lawsuit involving the Thompson Hotel. |
| 26 | 12/12/2016 | Alfred Fraijo Jr. * | Richard Heyman | | | 0 | RE: 1541 Wilcox Hotel | Attorney Client Communication | Email Reflecting request for and provision of legal advice regarding settlement negotiations involving the Wilcox Hotel. |
| 27 | 12/9/2016 | Alfred Fraijo Jr. * | Richard Heyman | | | 1 | 480100847_2 | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Wilcox hotel. |
| 28 | 12/9/2016 | Alfred Fraijo Jr. * | Richard Heyman | | | 1 | 480100847_2.docx | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Wilcox hotel. |
| 29 | 12/9/2016 | Alfred Fraijo Jr. * | Richard Heyman | | | 1 | 480100847_2.docx | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Wilcox hotel. |
| 30 | 12/8/2016 | Alfred Fraijo Jr. * | Richard Heyman | | | 1 | 480100847_1.docx | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving Wilcox hotel. |
| 31 | 11/24/2016 | Alfred Fraijo Jr. * | Richard Heyman | | | 2 | HIRC-Thompson Hotel:  Revised Term Sheet | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Thompson hotel. |
| 32 | 11/23/2016 | Kira Teshima * | Brad Perrine | Adrienne Rosca; Alfred Fraijo Jr. *; Amie Marben; Christian Schulz; Craig Fajnor; Dana Sayles; Liz Culhane; Reuben Duarte *; Richard Heyman; Simon Ha; Zachary Andrews | | 2 | RE: TOMMIE: SMRH Comments AQ/GHG/Noise/Traffic | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding the CEQA approval process involving the Tommie Hotel with documents attached |
| 33 | 11/22/2016 | Kira Teshima * | Brad Perrine | Adrienne Rosca; Alfred Fraijo Jr. *; Amie Marben; Christian Schulz; Craig Fajnor; Dana Sayles; Liz Culhane; Reuben Duarte *; Richard Heyman; Simon Ha; Zachary Andrews | | 1 | RE: TOMMIE: SMRH Comments AQ/GHG/Noise/Traffic | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding the CEQA approval process involving the Tommie Hotel with documents attached |
| 34 | 11/15/2016 | Brad Perrine | Richard Heyman | Adrienne Rosca; Alfred Fraijo Jr. *; Amie Marben; Christian Schulz; Craig Fajnor; Dana Sayles; Kira Teshima *; Liz Culhane; Reuben Duarte *; Simon Ha; Zachary Andrews | | 0 | RE: TOMMIE - entitlement set draft | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA approval process involving the Tommie Hotel |
| 35 | 11/15/2016 | Kira Teshima * | Brad Perrine | Adrienne Rosca; Alfred Fraijo Jr. *; Amie Marben; Christian Schulz; Craig Fajnor; Dana Sayles; Liz Culhane; Reuben Duarte *; Richard Heyman; Simon Ha; Zachary Andrews | | 1 | RE: TOMMIE - entitlement set draft | Attorney Client Communication | Email Reflecting legal advice regarding CEQA approval involving the Tommie Hotel. |
| 36 | 11/14/2016 | Kira Teshima * | Brad Perrine | Adrienne Rosca; Alfred Fraijo Jr. *; Amie Marben; Christian Schulz; Craig Fajnor; Dana Sayles; Liz Culhane; Reuben Duarte *; Richard Heyman; Simon Ha; Zachary Andrews | | 1 | RE: TOMMIE - entitlement set draft | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA approval process involving the Tommie Hotel with documents attached |
| 37 | 11/14/2016 | Kira Teshima * | Brad Perrine | Adrienne Rosca; Alfred Fraijo Jr. *; Amie Marben; Christian Schulz; Craig Fajnor; Dana Sayles; Liz Culhane; Reuben Duarte *; Richard Heyman; Simon Ha; Zachary Andrews | | 1 | RE: TOMMIE - entitlement set draft | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA approval process involving the Tommie Hotel |
| 38 | 11/14/2016 | Reuben Duarte * | Adrienne Rosca; Amie Marben; Brad Perrine; Simon Ha; Zachary Andrews | Alfred Fraijo Jr. *; Christian Schulz; Craig Fajnor; Dana Sayles; Kira Teshima *; Liz Culhane; Richard Heyman | | 3 | RE: TOMMIE - entitlement set draft | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA approval process involving the Tommie Hotel with documents attached |
| 39 | 10/28/2016 | Arthur Friedman * | Grant King; Richard Heyman | Alex Merritt *; Alfred Fraijo Jr. *; Kira Teshima *; Matt Hinks * | | 2 | FW: 1541 N. Wilcox Avenue (Thompson Hotel) Project -- | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding the CEQA Lawsuit involving the Thompson Hotel. |
| 40 | 10/25/2016 | Arthur Friedman * | Grant King | Alfred Fraijo Jr. *; Richard Heyman | | 0 | RE: Draft settlement proposal letter to Saeed.DOCX | Attorney Client Communication & Work Product | Email Providing information for or facilitating legal advice regarding settlement negotiations involving the Wilcox Hotel project. |
| 41 | 10/25/2016 | Grant King | Arthur Friedman * | Alfred Fraijo Jr. *; Richard Heyman | | 0 | Re: Draft settlement proposal letter to Saeed.DOCX | Attorney Client Communication & Work Product | Email Providing information for or facilitating legal advice regarding settlement negotiations involving the Wilcox Hotel project. |

* Denotes an attorney

CONFIDENTIAL

Relevant Group, LLC, et al. v. Stephan Nourmand, et al.
Plaintiffs' Privilege Log

| Entry No. | Date | From/Author | To | CC | BCC | No. of Attach. | Email Subject / File Name | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 42 | 10/25/2016 | Arthur Friedman * | Richard Heyman | Alfred Fraijo Jr. *; Grant King | | 1 | Draft settlement proposal letter to Saeed.DOCX | Attorney Client Communication & Work Product | Email Providing information for or facilitating legal advice regarding settlement negotiations involving the Wilcox Hotel project with documents attached. |
| 43 | 10/10/2016 | Richard Heyman | Richard Heyman | | | 0 | Fwd: rough draft email to Saeed | Attorney Client Communication | Email Forwarding request from counsel for information required to provide legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project |
| 44 | 10/6/2016 | Arthur Friedman * | Alfred Fraijo Jr. *; Grant King; Laurie Goldman; Richard Heyman | | | 0 | FW: rough draft email to Saeed | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project |
| 45 | 10/6/2016 | Richard Heyman | Richard Heyman | Alfred Fraijo Jr. *; Arthur Friedman *; Grant King; Laurie Goldman | | 0 | Re: rough draft email to Saeed | Attorney Client Communication | Email Forwarding request from counsel for information required to provide legal advice regarding the Wilcox Hotel project |
| 46 | 10/6/2016 | Richard Heyman | Richard Heyman | Alfred Fraijo Jr. *; Arthur Friedman *; Grant King; Laurie Goldman | | 0 | FW: rough draft email to Saeed | Attorney Client Communication | Email Seeking legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project |
| 47 | 10/6/2016 | Richard Heyman | Richard Heyman | | | 0 | FW: rough draft email to Saeed | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project |
| 48 | 10/6/2016 | Alfred Fraijo Jr. * | Laurie Goldman; Richard Heyman | Arthur Friedman *; Grant King | | 0 | RE: rough draft email to Saeed | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project |
| 49 | 10/6/2016 | Grant King | Richard Heyman | Alfred Fraijo Jr. *; Arthur Friedman *; Laurie Goldman | | 0 | Re: rough draft email to Saeed | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project |
| 50 | 10/6/2016 | Grant King | Laurie Goldman | Richard Heyman | | 0 | Re: rough draft email to Saeed | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project |
| 51 | 10/6/2016 | Laurie Goldman | Grant King; Richard Heyman | | | 0 | FW: rough draft email to Saeed | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project |
| 52 | 10/6/2016 | Laurie Goldman | Arthur Friedman *; Grant King; Richard Heyman | Alfred Fraijo Jr. * | | 0 | RE: rough draft email to Saeed | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project |
| 53 | 10/6/2016 | Laurie Goldman | Grant King; Richard Heyman | Alfred Fraijo Jr. *; Laurie Goldman | | 0 | FW: rough draft email to Saeed | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project |
| 54 | 10/6/2016 | Laurie Goldman | Grant King; Richard Heyman | Alfred Fraijo Jr. *; Arthur Friedman * | | 0 | RE: rough draft email to Saeed | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project |
| 55 | 10/6/2016 | Grant King | Richard Heyman | Alfred Fraijo Jr. *; Arthur Friedman *; Laurie Goldman | | 0 | Re: rough draft email to Saeed | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project |
| 56 | 9/15/2016 | Arthur Friedman * | Grant King; Richard Heyman | Alex Merritt *; Alfred Fraijo Jr. *; Kira Teshima *; Matt Hinks * | | 1 | Thompson Hotel -- status update | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Thompson hotel. |
| 57 | 9/1/2016 | Kira Teshima * | Jeff Reinstein | Alfred Fraijo Jr. *; Andrew Shayne; Richard Heyman | | 1 | RE: Following up on Selma | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Selma hotel. |
| 58 | 8/26/2016 | Kira Teshima * | Alfred Fraijo Jr. *; Jeff Reinstein | Andrew Shayne; Richard Heyman | | 1 | RE: Following up on Selma | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Selma hotel. |
| 59 | 5/24/2016 | Michael LoGrande | Richard Heyman | | | 0 | Re: Q Clarification | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Thompson Hotel |
| 60 | 5/21/2016 | Grant King | Alfred Fraijo Jr. * | Richard Heyman | | 0 | Re: Q Clarification | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Thompson Hotel |
| 61 | 5/20/2016 | Alfred Fraijo Jr. * | Richard Heyman | Grant King | | 0 | Re: Q Clarification | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Thompson Hotel |
| 62 | 5/20/2016 | Grant King | Alfred Fraijo Jr. *; Richard Heyman | | | 0 | RE: Q Clarification | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Tommie Hotel |
| 63 | 5/20/2016 | Alfred Fraijo Jr. * | Grant King; Richard Heyman | | | 0 | Re: Q Clarification | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Tommie Hotel |
| 64 | 5/20/2016 | Richard Heyman | Alfred Fraijo Jr. *; Michael LoGrande; Richard Heyman | | | 0 | RE: Q Clarification | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Tommie Hotel |
| 65 | 5/18/2016 | Seth Wulkan | Kira Teshima *; Richard Heyman | Alfred Fraijo Jr. *; Chris Joseph; Grant King | | 0 | Selma Wilcox Hotel - Status Update | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA approval process involving the Selma Hotel |
| 66 | 5/2/2016 | Charuni Patibanda* | Grant King; Richard Heyman | Timothy McOsker* | | 2 | CRA Agenda | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding CEQA approval with documents attached. |
| 67 | 4/19/2016 | Alfred Fraijo Jr. * | Amie Marben; Dana Sayles; Demien Farrell; Grant King; Kira Teshima *; Richard Heyman; Zachary Andrews | | | 1 | RE: HIRC Weekly Call | Attorney Client Communication | Email Reflecting legal advice regarding CEQA approval process involving the Selma Hotel with documents attached |
| 68 | 4/6/2016 | Grant King | Richard Heyman | | | 2 | Fwd: Wilcox Hotel CEQA action - Notice of settlement meeting | Attorney Client Communication & Work Product | Email Providing information for or facilitating legal advice regarding settlement negotiations involving the Wilcox Hotel project with documents attached. |

Relevant Group, LLC, et al. v. Stephan Nourmand, et al.
Plaintiff's Privilege Log

| Entry No. | Date | From/Author | To | CC | BCC | No. of Attach. | Email Subject / File Name | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 69 | 3/22/2016 | Grant King | Arthur Friedman * | Alex Merritt *; Alfred Fraijo Jr. *; Amie Marben; Benjamin M. Reznik *; Kira Teshima *; Laurie Goldman; Matt Hinks *; Richard Heyman; Timothy McOsker * | | 0 | Re: 1541 Wilcox -- Team Meeting | Attorney Client Communication | Document Reflecting legal advice regarding the CEQA lawsuit involving the Thompson Hotel |
| 70 | 3/22/2016 | Arthur Friedman * | Amie Marben; Grant King; Laurie Goldman; Richard Heyman; Timothy McOsker * | Alex Merritt *; Alfred Fraijo Jr. *; Benjamin M. Reznik *; Kira Teshima *; Matt Hinks * | | 0 | 1541 Wilcox -- Team Meeting | Attorney Client Communication | Email reflecting legal advice regarding the CEQA lawsuit involving the Thompson Hotel |
| 71 | 3/10/2016 | Grant King | Timothy McOsker * | Richard Heyman | | 5 | FW: Wilcox Lawsuit | Attorney Client Communication & Work Product | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project with documents attached. |
| 72 | 2/5/2016 | Laurie Goldman | Grant King | Alfred Fraijo Jr. *; Amie Marben; Demien Farrell; Richard Heyman | | 0 | RE: Recap | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Tommie and Selma hotels. |
| 73 | 2/5/2016 | Grant King | Laurie Goldman | Alfred Fraijo Jr. *; Amie Marben; Demien Farrell; Richard Heyman | | 0 | Re: Recap | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Tommie and Selma hotels. |
| 74 | 2/5/2016 | Laurie Goldman | Alfred Fraijo Jr. *; Amie Marben; Demien Farrell; Grant King; Richard Heyman | | | 0 | RE: Recap | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving Tommie and Selma hotels. |
| 75 | 11/18/2015 | Richard Heyman | Jerold Neuman *; Noel Fleming *; Richard Heyman | | | 2 | Fwd: Wilcox | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving Wilcox hotel. |
| 76 | 11/17/2015 | Richard Heyman | Michael Gonzales *; Richard Heyman | Grant King; Laurie Goldman | | 0 | RE: Wilcox | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving Wilcox hotel. |
| 77 | 11/17/2015 | Michael Gonzales * | Grant King; Laurie Goldman; Richard Heyman | | | 0 | RE: Wilcox | Attorney Client Communication | Email Reflecting work product regarding CEQA litigation involving Wilcox hotel. |
| 78 | 11/17/2015 | Michael Gonzales * | Richard Heyman | Grant King; Laurie Goldman | | 1 | RE: Wilcox | Attorney Client Communication | Email Reflecting work product regarding CEQA litigation involving Wilcox hotel. |
| 79 | 11/17/2015 | Laurie Goldman | Grant King; Michael Gonzales *; Richard Heyman | | | 0 | RE: Wilcox | Attorney Client Communication | Email Reflecting work product regarding CEQA litigation involving Wilcox hotel. |
| 80 | 11/17/2015 | Michael Gonzales * | Grant King; Richard Heyman | Laurie Goldman | | 0 | Wilcox | Attorney Client Communication | Email Reflecting work product regarding CEQA litigation regarding Wilcox hotel |
| 81 | 11/10/2015 | Michael Gonzales * | Grant King; Richard Heyman | | | 0 | FW: Appeals ATTORNEY CLIENT COMMUNICATION/ATTORNEY WORK PRODUCT | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigations. |
| 82 | 11/10/2015 | Michael Gonzales * | Richard Heyman | Grant King | | 0 | Re: Appeals ATTORNEY CLIENT COMMUNICATION/ATTORNEY WORK PRODUCT | Attorney Client Communication | Email Reflecting legal advice regarding CEQA appeal filed by Sunset Landmark |
| 83 | 11/5/2015 | Michael Gonzales * | Richard Heyman | Grant King | | 2 | Re: Appeals ATTORNEY CLIENT COMMUNICATION/ATTORNEY WORK PRODUCT | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigations. |
| 84 | 11/5/2015 | Richard Heyman | Grant King; Michael Gonzales *; Richard Heyman | | | 0 | RE: Appeals ATTORNEY CLIENT COMMUNICATION/ATTORNEY WORK PRODUCT | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding the CEQA approval process involving the Wilcox Hotel |
| 85 | 11/5/2015 | Michael Gonzales * | Grant King; Richard Heyman | | | 0 | Appeals ATTORNEY CLIENT COMMUNICATION/ATTORNEY WORK PRODUCT | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding the CEQA approval process involving the Wilcox Hotel |
| 86 | 11/5/2015 | Michael Gonzales * | Grant King; Richard Heyman | Laurie Goldman | | 1 | FW: 1523-1541 Wilcox Avenue | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA approval process involving the Wilcox Hotel with draft materials attached |
| 87 | 11/4/2015 | Michael Gonzales * | Grant King | Laurie Goldman; Richard Heyman | | 0 | Re: Wilcox | Attorney Client Communication | Email Reflecting request for and provision of legal advice regarding the CEQA approval process involving the Wilcox Hotel |
| 88 | 1/7/2015 | Michael Gonzales * | Allison Massett; Demien Farrell | Richard Heyman | | 0 | RE: ESAC on 1541 Wilcox | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving Wilcox hotel. |
| 89 | 2/16/2018 | Demien Farrell | Alfred Fraijo Jr. *; Richard Heyman | Josh Frantz | | 0 | 1541 Wilcox Thompson LADBS Resubmittal | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the wilcox hotel. |
| 90 | 2/16/2018 | Alfred Fraijo Jr. * | Demien Farrell | Josh Frantz; Kira Teshima *; Richard Heyman | | 0 | Re: 1541 Wilcox Thompson LADBS Resubmittal | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the wilcox hotel. |
| 91 | 2/16/2018 | Demien Farrell | Alfred Fraijo Jr. * | Josh Frantz; Kira Teshima *; Richard Heyman | | 0 | Re: 1541 Wilcox Thompson LADBS Resubmittal | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA approval process involving the Wilcox hotel. |
| 92 | 2/16/2018 | Alfred Fraijo Jr. * | Demien Farrell | Josh Frantz; Kira Teshima *; Richard Heyman | | 0 | Re: 1541 Wilcox Thompson LADBS Resubmittal | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Wilcox hotel. |
| 93 | 3/13/2018 | Demien Farrell | Richard Heyman | | | 0 | Re: Relevant - Selma Wilcox: 5-Foot Dedication on Wilcox Avenue | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA approval process involving the Selma Hotel |
| 94 | 3/13/2018 | Demien Farrell | Kira Teshima *; Richard Heyman | Alfred Fraijo Jr. *; Allison Massett; Amie Marben; Carol Zagaria; David Martin; Karen Filippe; Reuben Duarte * | | 0 | Re: Relevant - Selma Wilcox: 5-Foot Dedication on Wilcox Avenue | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA approval process involving the Selma Hotel |

\* Denotes an attorney

CONFIDENTIAL

Relevant Group, LLC, et al. v. Stephan Nourmand, et al.
Plaintiffs' Privilege Log

| Entry No. | Date | From/Author | To | CC | BCC | No. of Attach. | Email Subject / File Name | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 95 | 3/12/2018 | Demien Farrell | Richard Heyman | | | 0 | Fwd: Relevant - Selma Wilcox:  5-Foot Dedication on Wilcox Avenue | Attorney Client Communication | Email Reflecting legal advice from Kira Teshima * regarding the CEQA approval process involving the Selma Hotel |
| 96 | 3/28/2018 | Amie Marben | Kira Teshima * | Alfred Fraijo Jr. *; Grant King; Laurie Goldman; Reuben Duarte *; Richard Heyman; Scott Campbell | | 1 | Re: Selma Wilcox Hotel Hearing | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Wilcox hotel. |
| 97 | 3/28/2018 | Kira Teshima * | Amie Marben | Alfred Fraijo Jr. *; Grant King; Laurie Goldman; Reuben Duarte *; Richard Heyman; Scott Campbell | | 0 | RE: Selma Wilcox Hotel Hearing | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Wilcox hotel. |
| 98 | 3/28/2018 | Kira Teshima * | Richard Heyman | Alfred Fraijo Jr. *; Amie Marben; Grant King; Laurie Goldman; Reuben Duarte *; Scott Campbell | | 0 | RE: Selma Wilcox Hotel Hearing | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Wilcox hotel. |
| 99 | 3/28/2018 | Laurie Goldman | Amie Marben; Kira Teshima * | Alfred Fraijo Jr. *; Grant King; Reuben Duarte *; Richard Heyman; Scott Campbell | | 0 | RE: Selma Wilcox Hotel Hearing | Attorney Client Communication | Draft email Reflecting legal advice regarding CEQA litigation involving the Wilcox hotel. |
| 100 | 3/28/2018 | Laurie Goldman | Richard Heyman | Alfred Fraijo Jr. *; Amie Marben; Grant King; Kira Teshima *; Scott Campbell | | 0 | RE: Selma Wilcox Hotel Hearing | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Wilcox hotel. |
| 101 | 3/28/2018 | Laurie Goldman | Grant King; Richard Heyman | Alfred Fraijo Jr. *; Amie Marben; Kira Teshima *; Scott Campbell | | 0 | RE: Selma Wilcox Hotel Hearing | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Wilcox hotel. |
| 102 | 3/28/2018 | Laurie Goldman | Grant King; Richard Heyman | Alfred Fraijo Jr. *; Amie Marben; Kira Teshima *; Scott Campbell | | 0 | Selma Wilcox Hotel Hearing | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Wilcox hotel. |
| 103 | 3/28/2018 | Kira Teshima * | Amie Marben; Laurie Goldman | Alfred Fraijo Jr. *; Grant King; Reuben Duarte *; Richard Heyman; Scott Campbell | | 0 | RE: Selma Wilcox Hotel Hearing | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Wilcox hotel. |
| 104 | 3/28/2018 | Grant King | Laurie Goldman; Amie Marben | Alfred Fraijo Jr. *; Amie Marben; Kira Teshima *; Scott Campbell | | 0 | RE: Selma Wilcox Hotel Hearing | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Wilcox hotel. |
| 105 | 3/27/2018 | Amie Marben | Demien Farrell; Grant King; Richard Heyman | | | 1 | FW: Relevant - Selma Wilcox: Joint Hearing 3.28.18 | Attorney Client Communication | Email Reflecting legal advice from Reuban Duarte * regarding CEQA litigation involving the Wilcox hotel, with draft presentation attached. |
| 106 | 3/28/2018 | Laurie Goldman | Grant King; Kira Teshima * | Alfred Fraijo Jr. *; Amie Marben; Reuben Duarte *; Richard Heyman; Scott Campbell | | 0 | RE: Selma Wilcox Hotel Hearing | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Wilcox hotel. |
| 107 | 3/28/2018 | Laurie Goldman | Kira Teshima *; Richard Heyman | Alfred Fraijo Jr. *; Amie Marben; Grant King; Reuben Duarte *; Scott Campbell | | 0 | RE: Selma Wilcox Hotel Hearing | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Wilcox hotel. |
| 108 | 3/28/2018 | Laurie Goldman | Amie Marben; Kira Teshima * | Alfred Fraijo Jr. *; Grant King; Reuben Duarte *; Richard Heyman; Scott Campbell | | 0 | RE: Selma Wilcox Hotel Hearing | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Wilcox hotel. |
| 109 | 3/28/2018 | Kira Teshima * | Richard Heyman | Alfred Fraijo Jr. *; Amie Marben; Grant King; Laurie Goldman; Reuben Duarte *; Scott Campbell | | 0 | RE: Selma Wilcox Hotel Hearing | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Wilcox hotel. |
| 110 | 3/28/2018 | Kira Teshima * | Grant King | Alfred Fraijo Jr. *; Amie Marben; Laurie Goldman; Reuben Duarte *; Richard Heyman; Scott Campbell | | 0 | RE: Selma Wilcox Hotel Hearing | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Wilcox hotel. |
| 111 | 3/28/2018 | Grant King | Laurie Goldman; Richard Heyman | Alfred Fraijo Jr. *; Amie Marben; Kira Teshima *; Scott Campbell | | 0 | RE: Selma Wilcox Hotel Hearing | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Wilcox hotel. |
| 112 | 4/17/2018 | Sam Alavi * | Amie Marben; Richard Heyman | Gordon E. Hart *; Jeffrey S. Haber *; Philip N. Feder; Rick S. Kirkbride * | | 0 | RE: Selma Wilcox Hotel | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project. |
| 113 | 4/13/2018 | Amie Marben | Farhad Novian *; Richard Heyman | | | 1 | RE: Selma Wilcox Silverstein Letter | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project. |
| 114 | 4/17/2018 | Amie Marben | Sam Alavi * | Richard Heyman | | 2 | Re: Selma Wilcox Hotel | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project. |
| 115 | 4/12/2018 | Sam Alavi * | Richard Heyman | Gordon E. Hart *; Jeffrey S. Haber *; Philip N. Feder | | 0 | RE:  Ceqa litigator | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project. |
| 116 | 4/24/2018 | Alfred Fraijo Jr. * | Scott Campbell | Amie Marben; Grant King; Kira Teshima *; Laurie Goldman; Reuben Duarte *; Richard Heyman | | 1 | Re: CHNC PLUM and Board Meetings - Selma-Wilcox Hotel | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA approval process involving the Selma Hotel with documents attached |

* Denotes an attorney

CONFIDENTIAL

Relevant Group, LLC, et al. v. Stephan Nourmand, et al.
Plaintiffs' Privilege Log

| Entry No. | Date | From/Author | To | CC | BCC | No. of Attach. | Email Subject / File Name | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 117 | 4/24/2018 | Demien Farrell | Alfred Fraijo Jr. * | Amie Marben; Grant King; Kira Teshima *; Laurie Goldman; Reuben Duarte *; Richard Heyman; Scott Campbell | | 1 | Re: 6421-6429 Å½ West Selma Avenue | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Selma hotel. |
| 118 | 4/24/2018 | Grant King | Alfred Fraijo Jr. * | Amie Marben; Demien Farrell; Kira Teshima *; Laurie Goldman; Reuben Duarte *; Richard Heyman; Scott Campbell | | 1 | Re: 6421-6429 Å½ West Selma Avenue | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Selma hotel. |
| 119 | 4/19/2018 | Sam Alavi | Elizabeth Watson | Philip N. Feder; Richard Heyman; Rick S. Kirkbride * | | 2 | Relevant/Mama Shelter - NDA / Selma Wilcox MND | Attorney Client Communication & Work Product | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project. |
| 120 | 4/23/2018 | Sam Alavi | Richard Heyman | Gordon E. Hart *; Jeffrey S. Haber *; Philip N. Feder | | 0 | Re: Selma Wilcox Hotel | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project. |
| 121 | 4/23/2018 | Jeffrey S. Haber * | Richard Heyman | Gordon E. Hart *; Philip N. Feder; Sam Alavi * | | 3 | Re: Selma Wilcox Hotel | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project. |
| 122 | 4/23/2018 | Sam Alavi | Jeffrey S. Haber *; Richard Heyman | Gordon E. Hart *; Philip N. Feder | | 0 | RE: Selma Wilcox Hotel | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project. |
| 123 | 4/20/2018 | Sam Alavi | Richard Heyman | Gordon E. Hart *; Jeffrey S. Haber *; Philip N. Feder; Rick S. Kirkbride * | | 0 | RE: Selma Wilcox Hotel | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project |
| 124 | 4/27/2018 | Guy Maisnik * | Richard Heyman | | | 1 | Re: Tommie provisions for Citizen News? | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding the CEQA lawsuit involving the Tommie Hotel. |
| 125 | 4/27/2018 | Guy Maisnik * | Richard Heyman | Collin Beck | | 0 | RE: Tommie provisions for Citizen News? | Attorney Client Communication & Work Product | Email Forwarding information provided to counsel for the purpose of providing legal advice regarding the CEQA lawsuit involving the Tommie Hotel. |
| 126 | 4/25/2018 | Farhad Novian * | Richard Heyman | | | 0 | RE: 6421-6429 Å½ West Selma Avenue | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Selma hotel. |
| 127 | 4/24/2018 | Alfred Fraijo Jr. * | Richard Heyman | Amie Marben; Demien Farrell; Grant King; Kira Teshima *; Laurie Goldman; Reuben Duarte *; Richard Heyman; Scott Campbell | | 0 | Fwd: 6421-6429 Å½ West Selma Avenue | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Selma hotel. |
| 128 | 6/25/2018 | Grant King | Alfred Fraijo Jr. *; Richard Heyman | Kira Teshima *; Laurie Goldman | | 0 | RE: Relevant - Selma Wilcox: Silverstein Law Firm Representation | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Wilcox hotel. |
| 129 | 7/10/2018 | Grant King | Gordon E. Hart * | Andrew Shayne; Philip N. Feder; Richard Heyman; Rick S. Kirkbride *; Sam Alavi * | | 1 | Re: Introduction / Gordon Hart | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project |
| 130 | 7/9/2018 | Andrew Shayne | Gordon E. Hart *; Grant King; Richard Heyman; Sam Alavi * | Philip N. Feder; Rick S. Kirkbride * | | 0 | RE: Introduction / Gordon Hart | Attorney Client Communication & Work Product | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project. |
| 131 | 7/9/2018 | Gordon E. Hart * | Andrew Shayne; Grant King; Richard Heyman; Sam Alavi * | Philip N. Feder; Rick S. Kirkbride * | | 0 | RE: Introduction / Gordon Hart | Attorney Client Communication & Work Product | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project. |
| 132 | 8/16/2018 | Laurent Opman | Richard Heyman | | | 0 | FW: KOAR - 1600 Schrader: Appeals | Attorney Client Communication | Email Forwarding request from counsel for information required to provide legal advice regarding Selma Hotel CEQA appeals. |
| 133 | 9/14/2018 | Alfred Fraijo Jr. * | Richard Heyman | | | 4 | FW: Relevant - Selma Wilcox: Four Appeals | Attorney Client Communication | Email Reflecting legal advice regarding CEQA appeals involving the Selma Wilcox Hotel. |
| 134 | 9/7/2018 | Kira Teshima * | Amie Marben; Demien Farrell; Grant King; Karen Filippe; Laurie Goldman; Liz Culhane; May Phutikanit; Richard Heyman; Scott Campbell; Seth Wulkan | Alfred Fraijo Jr. *; Andrés Cantero Jr. *; Whitney Hodges * | | 4 | Relevant - Selma Wilcox: Four Appeals | Attorney Client Communication | Email Reflecting legal advice regarding CEQA appeals involving the Selma Wilcox Hotel. |
| 135 | 10/18/2018 | Jill Yung * | Gordon E. Hart * | | | 1 | RE: Relevant Wilcox follow up questions | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Wilcox hotel. |
| 136 | 1/17/2019 | Grant King | Amie Marben; Gordon E. Hart *; Jill Yung *; Kira Teshima *; May Phutikanit; Richard Heyman | Alfred Fraijo Jr. *; Cody Sargeant | | 0 | RE: Relevant - Selma Wilcox: New Letter from UN4LA | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Wilcox hotel. |
| 137 | 1/17/2019 | Kira Teshima * | Amie Marben; Gordon E. Hart *; Grant King; Jill Yung *; May Phutikanit; Richard Heyman | Alfred Fraijo Jr. *; Cody Sargeant | | 0 | RE: Relevant - Selma Wilcox: New Letter from UN4LA | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Wilcox hotel. |
| 138 | 1/17/2019 | Grant King | Amie Marben; Gordon E. Hart *; Jill Yung *; Kira Teshima *; May Phutikanit; Richard Heyman | Alfred Fraijo Jr. *; Cody Sargeant | | 0 | RE: Relevant - Selma Wilcox: New Letter from UN4LA | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Wilcox hotel. |

* Denotes an attorney

CONFIDENTIAL

Relevant Group, LLC, et al. v. Stephan Nourmand, et al.
Plaintiff's Privilege Log

| Entry No. | Date | From/Author | To | CC | BCC | No. of Attach. | Email Subject / File Name | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 139 | 1/17/2019 | Kira Teshima * | Amie Marben; Gordon E. Hart *; Grant King; Jill Yung *; May Phutikanit; Richard Heyman | Alfred Fraijo Jr. *; Cody Sargeant | | 0 | Relevant - Selma Wilcox: New Letter from UN4LA | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Wilcox hotel. |
| 140 | 1/17/2019 | Grant King | Amie Marben; Gordon E. Hart *; Jill Yung *; Kira Teshima *; May Phutikanit; Richard Heyman | Alfred Fraijo Jr. *; Cody Sargeant | | 0 | RE: Relevant - Selma Wilcox: New Letter from UN4LA | Attorney Client Communication | Email Reflecting work product regarding CEQA litigation involving the Wilcox hotel. |
| 141 | 1/17/2019 | Grant King | Amie Marben; Gordon E. Hart *; Jill Yung *; Kira Teshima *; May Phutikanit; Richard Heyman | Alfred Fraijo Jr. *; Cody Sargeant | | 0 | RE: Relevant - Selma Wilcox: New Letter from UN4LA | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Wilcox hotel. |
| 142 | 1/17/2019 | Kira Teshima * | Amie Marben; Gordon E. Hart *; Grant King; Jill Yung *; May Phutikanit; Richard Heyman | Alfred Fraijo Jr. *; Cody Sargeant | | 0 | RE: Relevant - Selma Wilcox: New Letter from UN4LA | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Wilcox hotel. |
| 143 | 1/17/2019 | Grant King | Kira Teshima * | Alfred Fraijo Jr. *; Amie Marben; Cody Sargeant; Gordon E. Hart *; Jill Yung *; May Phutikanit; Richard Heyman | | 0 | Re: Relevant - Selma Wilcox: New Letter from UN4LA | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Wilcox hotel. |
| 144 | 1/17/2019 | Kira Teshima * | Amie Marben; Gordon E. Hart *; Grant King; Jill Yung *; May Phutikanit; Richard Heyman | Alfred Fraijo Jr. *; Cody Sargeant | | 0 | RE: Relevant - Selma Wilcox: New Letter from UN4LA | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Wilcox hotel. |
| 145 | 2/6/2019 | Alfred Fraijo Jr. * | Grant King; Richard Heyman | | | 0 | FW: United Neighborhoods for LA Asks County DA & State AG to Investigate LA City Planning re Dream, Thompson and Tommie | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Thompson and Tommie hotels. |
| 146 | 1/29/2019 | Paul Tran | Alfred Fraijo Jr. *; Amie Marben; Kira Teshima *; Lauren Chang *; May Phutikanit; Richard Heyman | Simon Ha | | 1 | RE: In-Person Meeting with Relevant Group | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Tommie and Thompson hotels. |
| 147 | 2/26/2019 | Alfred Fraijo Jr. * | Amie Marben; Arthur Friedman *; Demien Farrell; Gordon E. Hart *; Jill Yung *; May Phutikanit; Richard Heyman | Kira Teshima * | | 1 | Relevant - Selma Wilcox: Hearing CONTINUED | Attorney Client Communication | Email Reflecting legal advice regarding Selma Wilcox CEQA approval hearing. |
| 148 | 3/5/2019 | Kira Teshima * | Amie Marben; Arthur Friedman *; Demien Farrell; Gordon E. Hart *; Jill Yung *; May Phutikanit; Richard Heyman | Alfred Fraijo Jr. * | | 0 | RE: Relevant - Selma Wilcox: Hearing CONTINUED | Attorney Client Communication | Email Reflecting legal advice regarding Selma Wilcox CEQA approval hearing. |
| 149 | 3/5/2019 | Gordon E. Hart * | Alfred Fraijo Jr. *; Amie Marben; Arthur Friedman *; Demien Farrell; Jill Yung *; May Phutikanit; Richard Heyman | Kira Teshima * | | 0 | RE: Relevant - Selma Wilcox: Hearing CONTINUED | Attorney Client Communication | Email Reflecting legal advice regarding Selma Wilcox CEQA approval hearing. |
| 150 | 3/7/2019 | Laurent Opman | Richard Heyman | | | 0 | RE: Relevant - Selma Wilcox: Hearing CONTINUED | Attorney Client Communication | Email Reflecting legal advice from Sheppard Mullin regarding Selma Wilcox CEQA approval hearing. |
| 151 | 3/5/2019 | Alfred Fraijo Jr. * | Amie Marben; Arthur Friedman *; Demien Farrell; Gordon E. Hart *; Jill Yung *; May Phutikanit; Richard Heyman | Kira Teshima * | | 0 | RE: Relevant - Selma Wilcox: Hearing CONTINUED | Attorney Client Communication | Email Reflecting legal advice regarding Selma Wilcox CEQA approval hearing. |
| 152 | 3/6/2019 | Kira Teshima * | Amie Marben; Demien Farrell; Gordon E. Hart *; Jill Yung *; May Phutikanit; Richard Heyman | Alfred Fraijo Jr. *; Arthur Friedman * | | 1 | RE: Relevant - Selma Wilcox: Hearing CONTINUED | Attorney Client Communication | Email Reflecting legal advice regarding Selma Wilcox CEQA approval hearing. |
| 153 | 4/9/2019 | Kira Teshima * | Richard Heyman | Alfred Fraijo Jr. *; Nashia Lalani * | | 0 | RE: Casey Maddren - Other Case Filings | Attorney Client Communication | Email Reflecting legal advice regarding lawsuits filed by Maddren. |
| 154 | 4/11/2019 | Arthur Friedman * | Richard Heyman | | | 0 | Re: Question | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation filed by Maddren. |
| 155 | 4/10/2019 | Kira Teshima * | Richard Heyman | Alfred Fraijo Jr. *; Nashia Lalani * | | 0 | RE: Casey Maddren - Other Case Filings | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation filed by Maddren. |
| 156 | 4/11/2019 | Arthur Friedman * | Richard Heyman | | | 0 | RE: Question | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation filed by Maddren. |
| 157 | 4/10/2019 | Kira Teshima * | Richard Heyman | Alfred Fraijo Jr. *; Nashia Lalani * | | 0 | RE: Casey Maddren - Other Case Filings | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation filed by Maddren. |
| 158 | 5/28/2019 | Alex Merritt * | Richard Heyman | | | 0 | Selma Lawsuit | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation filed by Maddren. |
| 159 | 1/29/2019 | Kira Teshima * | Alfred Fraijo Jr. *; Amie Marben; Kira Teshima *; Lauren Chang *; May Phutikanit; Richard Heyman | | | 0 | In-Person Meeting with Relevant Group | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding CEQA appeals involving Selma Wilcox. |
| 160 | 7/19/2019 | Richard Heyman | Guy Maisnik * | | | 2 | Fwd: Thompson/Saeed | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Thompson hotel. |

* Denotes an attorney

CONFIDENTIAL

Relevant Group, LLC, et al. v. Stephan Nourmand, et al.
Plaintiff's Privilege Log

| Entry No. | Date | From/Author | To | CC | BCC | No. of Attach. | Email Subject / File Name | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 161 | 7/19/2019 | Richard Heyman | Richard Heyman | | | 1 | Fwd: Thompson/Saeed | Attorney Client Communication | Email Reflecting work product regarding CEQA litigation involving the Thompson hotel. |
| 162 | 7/19/2019 | Richard Heyman | Richard Heyman | | | 1 | Fwd: Thompson/Saeed | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Thompson hotel. |
| 163 | 4/25/2017 | Arthur Friedman * | Grant King | Alex Merritt *; Alfred Fraijo Jr. *; Kira Teshima *; Matt Hinks *; Richard Heyman | | 0 | Re: Sunset Landmark v. City of LA - Opposition Brief | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project |
| 164 | 4/25/2017 | Grant King | Arthur Friedman * | Alex Merritt *; Alfred Fraijo Jr. *; Kira Teshima *; Matt Hinks *; Richard Heyman | | 0 | Re: Sunset Landmark v. City of LA - Opposition Brief | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project |
| 165 | 4/25/2017 | Richard Heyman | Grant King | | | 0 | Re: Sunset Landmark v. City of LA - Opposition Brief | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project |
| 166 | 4/25/2017 | Grant King | Richard Heyman | | | 0 | Re: Sunset Landmark v. City of LA - Opposition Brief | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project |
| 167 | 4/25/2017 | Richard Heyman | Grant King | | | 0 | Re: Sunset Landmark v. City of LA - Opposition Brief | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project |
| 168 | 5/9/2017 | Richard Heyman | Andrew Shayne | | | 0 | Fwd: Outstanding Wilcox invoices - Sunset Landmark | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project |
| 169 | 6/14/2017 | Richard Heyman | Richard Heyman | | | 1 | FW: Response to Saeed Counter | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations. |
| 170 | 6/14/2017 | Richard Heyman | Richard Heyman | | | 4 | FW: docs | Work Product | Email Reflecting work product regarding the CEQA Lawsuit involving the Thompson Hotel with documents attached. |
| 171 | 6/14/2017 | Richard Heyman | Richard Heyman | | | 1 | FW: Sunset Landmark -- Settlement Correspondence Number 3 | Attorney Client Communication | Email Reflecting legal advice regarding Sunset Landmark settlement correspondence with Silverstein. |
| 172 | 7/14/2017 | Richard Heyman | Guy Maisnik * | Andrew Shayne; Grant King | | 0 | Re: Thompson - Saeed | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Thompson/Tommie Hotel |
| 173 | 7/14/2017 | Grant King | Richard Heyman | | | 0 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Thompson/Tommie Hotel |
| 174 | 7/14/2017 | Richard Heyman | Grant King | | | 0 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Thompson/Tommie Hotel |
| 175 | 7/14/2017 | Richard Heyman | Guy Maisnik * | Andrew Shayne; Grant King | | 0 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Thompson/Tommie Hotel |
| 176 | 7/14/2017 | Richard Heyman | Grant King | | | 0 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Thompson/Tommie Hotel |
| 177 | 7/14/2017 | Grant King | Richard Heyman | | | 0 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Tommie Hotel |
| 178 | 7/14/2017 | Grant King | Richard Heyman | | | 0 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Thompson/Tommie Hotel |
| 179 | 7/14/2017 | Richard Heyman | Grant King | | | 0 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Thompson/Tommie Hotel |
| 180 | 7/14/2017 | Grant King | Richard Heyman | | | 0 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Thompson/Tommie Hotel |
| 181 | 7/14/2017 | Richard Heyman | Guy Maisnik * | | | 0 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Thompson/Tommie Hotel |
| 182 | 7/14/2017 | Arthur Friedman * | Richard Heyman | Alfred Fraijo Jr. * | | 0 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Thompson/Tommie Hotel |
| 183 | 7/14/2017 | Richard Heyman | Guy Maisnik * | | | 0 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Thompson/Tommie Hotel |
| 184 | 7/14/2017 | Guy Maisnik * | Richard Heyman | | | 0 | RE: Thompson/Tommie - Saeed | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Thompson/Tommie Hotel |
| 185 | 7/14/2017 | Richard Heyman | Guy Maisnik * | | | 0 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Thompson/Tommie Hotel |
| 186 | 7/14/2017 | Guy Maisnik * | Richard Heyman | | | 0 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Thompson/Tommie Hotel with documents attached |
| 187 | 7/14/2017 | Guy Maisnik * | Richard Heyman | Andrew Shayne; Grant King | | 1 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Thompson/Tommie Hotel with documents attached |
| 188 | 7/14/2017 | Grant King | Richard Heyman | | | 0 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Thompson/Tommie Hotel |
| 189 | 7/14/2017 | Richard Heyman | Alfred Fraijo Jr. * | Arthur Friedman * | | 0 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Thompson/Tommie Hotel |
| 190 | 7/14/2017 | Alfred Fraijo Jr. * | Richard Heyman | Arthur Friedman * | | 0 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Thompson/Tommie Hotel |

* Denotes an attorney

CONFIDENTIAL

Relevant Group, LLC, et al. v. Stephan Nourmand, et al.
Plaintiffs' Privilege Log

| Entry No. | Date | From/Author | To | CC | BCC | No. of Attach. | Email Subject / File Name | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 191 | 8/23/2017 | Richard Heyman | Timothy McOsker * | | | 3 | Re: The Service Companies â€" Luxury Hospitality Services | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding settlement negotiations involving the Wilcox Hotel project. |
| 192 | 8/24/2017 | Richard Heyman | Grant King | | | 0 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA settlement involving the Thompson and Tommie Hotel project |
| 193 | 8/24/2017 | Richard Heyman | Grant King | | | 0 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA settlement involving the Thompson and Tommie Hotel project |
| 194 | 8/24/2017 | Guy Maisnik * | Richard Heyman | Andrew Shayne; Grant King | | 0 | Thompson/Tommie - Saeed | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA settlement involving the Thompson and Tommie Hotel project |
| 195 | 8/24/2017 | Richard Heyman | Grant King | | | 0 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA settlement involving the Thompson and Tommie Hotel project |
| 196 | 8/24/2017 | Grant King | Richard Heyman | | | 1 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA settlement involving the Thompson and Tommie Hotel project |
| 197 | 8/24/2017 | Richard Heyman | Grant King | | | 0 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA settlement involving the Thompson and Tommie Hotel project |
| 198 | 8/24/2017 | Richard Heyman | Grant King | | | 0 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA settlement involving the Thompson and Tommie Hotel project |
| 199 | 8/24/2017 | Grant King | Richard Heyman | | | 0 | Fwd: Thompson/Tommie - Saeed | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA settlement involving the Thompson and Tommie Hotel project |
| 200 | 8/24/2017 | Richard Heyman | Grant King | | | 0 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA settlement involving the Thompson and Tommie Hotel project |
| 201 | 9/11/2017 | Richard Heyman | Guy Maisnik * | Andrew Shayne; Jeffrey Steiner * | | 0 | Re: Draft of Settlement Agreement and Release | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding settlement negotiations involving the Wilcox Hotel project |
| 202 | 8/24/2017 | Richard Heyman | Guy Maisnik * | Andrew Shayne; Grant King | | 0 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA settlement involving the Thompson and Tommie Hotel project |
| 203 | 8/24/2017 | Richard Heyman | Guy Maisnik * | Andrew Shayne; Grant King | | 0 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA settlement involving the Thompson and Tommie Hotel project |
| 204 | 8/24/2017 | Grant King | Richard Heyman | | | 0 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA settlement involving the Thompson and Tommie Hotel project |
| 205 | 8/24/2017 | Guy Maisnik * | Grant King; Richard Heyman | Andrew Shayne | | 0 | RE: Thompson/Tommie - Saeed | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA settlement involving the Thompson and Tommie Hotel project |
| 206 | 8/24/2017 | Grant King | Richard Heyman | | | 1 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA settlement involving the Thompson and Tommie Hotel project |
| 207 | 9/7/2017 | Richard Heyman | Guy Maisnik * | | | 0 | Re: Thompson Hotel west elevation | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Thompson hotel. |
| 208 | 9/11/2017 | Richard Heyman | Guy Maisnik * | Andrew Shayne; Jeffrey Steiner * | | 0 | Re: Draft of Settlement Agreement and Release | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding settlement negotiations involving the Wilcox Hotel project. |
| 209 | 9/7/2017 | Guy Maisnik * | Richard Heyman | | | 0 | RE: Thompson Hotel west elevation | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding settlement negotiations on Thompson CEQA litigation. |
| 210 | 9/7/2017 | Richard Heyman | Guy Maisnik * | | | 0 | Re: Thompson Hotel west elevation | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding settlement negotiations on Thompson and Tommie CEQA litigation. |
| 211 | 9/11/2017 | Richard Heyman | Guy Maisnik * | Andrew Shayne; Jeffrey Steiner * | | 0 | Re: Draft of Settlement Agreement and Release | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding settlement negotiations involving the Wilcox Hotel project. |
| 212 | 8/24/2017 | Grant King | Richard Heyman | Andrew Shayne; Guy Maisnik * | | 0 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA settlement involving the Thompson and Tommie Hotel project |

Relevant Group, LLC, et al. v. Stephan Nourmand, et al.
Plaintiff's Privilege Log

| Entry No. | Date | From/Author | To | CC | BCC | No. of Attach. | Email Subject / File Name | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 213 | 8/23/2017 | Richard Heyman | Timothy McOsker * | | | 3 | Re: The Service Companies â€" Luxury Hospitality Services | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding settlement negotiations involving the Wilcox Hotel project. |
| 214 | 9/13/2017 | Richard Heyman | Alfred Fraijo Jr. * | Guy Maisnik *; Kira Teshima * | | 0 | Re: Relevant - Thompson Hotel:  Meeting with Nick Hendricks | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding settlement negotiations on Thompson CEQA litigation. |
| 215 | 9/27/2017 | Richard Heyman | Grant King | | | 0 | Fwd: Thompson/Tommie Settlement Agreements - Revised | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding settlement negotiations involving the Wilcox Hotel project. |
| 216 | 9/27/2017 | Richard Heyman | Guy Maisnik * | Andrew Shayne | | 0 | Re: Thompson/Tommie Settlement Agreements - Revised | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding settlement negotiations involving the Wilcox Hotel project. |
| 217 | 9/27/2017 | Richard Heyman | Guy Maisnik * | Andrew Shayne | | 0 | Re: Thompson/Tommie Settlement Agreements - Revised | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding settlement negotiations involving the Wilcox Hotel project.. |
| 218 | 9/25/2017 | Richard Heyman | Guy Maisnik * | Andrew Shayne | | 0 | Re: Thompson/Tommie Settlement Agreements - Revised | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding settlement negotiations involving the Wilcox Hotel project. |
| 219 | 9/12/2017 | Richard Heyman | Andrew Shayne | Grant King; Guy Maisnik *; Jeffrey Steiner * | | 1 | Re: Draft of Settlement Agreement and Release | Attorney Client Communication & Work Product | Email Providing information for or facilitating legal advice regarding settlement negotiations involving the Wilcox Hotel project with documents attached. |
| 220 | 10/11/2017 | Guy Maisnik * | Andrew Shayne; Jeff Reinstein; Richard Heyman | | | 0 | RE: Sunset Landmark | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding settlement negotiations involving the Wilcox Hotel project. |
| 221 | 10/11/2017 | Andrew Shayne | Jeff Reinstein; Richard Heyman | Guy Maisnik * | | 0 | RE: Sunset Landmark | Attorney Client Communication | Email Seeking legal advice regarding settlement negotiations involving the Wilcox Hotel project. |
| 222 | 9/25/2017 | Richard Heyman | Jeff Reinstein | | | 4 | Fwd: Thompson/Tommie Settlement Agreements - Revised | Attorney Client Communication | Email Reflecting legal advice from Guy Maisnik * regarding settlement negotiations involving Thompson and Tommie hotels, with draft agreements attached. |
| 223 | 10/26/2017 | Richard Heyman | Jeff Reinstein | | | 8 | FW: Sunset Landmark | Attorney Client Communication & Work Product | Email Forwarding information provided to counsel for the purpose of providing legal advice regarding the CEQA settlement involving the Wilcox Hotel project. |
| 224 | 3/28/2018 | Richard Heyman | Kira Teshima * | Alfred Fraijo Jr. *; Amie Marben; Grant King; Laurie Goldman; Reuben Duarte *; Scott Campbell | | 1 | Re: Selma Wilcox Hotel Hearing | Attorney Client Communication | Email Reflecting legal advice regarding Selma Wilcox Hotel hearing related to CEQA approval. |
| 225 | 3/28/2018 | Richard Heyman | Kira Teshima * | Alfred Fraijo Jr. *; Amie Marben; Grant King; Laurie Goldman; Reuben Duarte *; Scott Campbell | | 2 | Re: Selma Wilcox Hotel Hearing | Attorney Client Communication | Email Reflecting legal advice regarding Selma Wilcox Hotel hearing related to CEQA approval. |
| 226 | 4/27/2018 | Richard Heyman | Guy Maisnik * | | | 0 | Re: Tommie provisions for Citizen News? | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding the CEQA lawsuit involving the Tommie Hotel. |
| 227 | 4/27/2018 | Richard Heyman | Guy Maisnik * | Collin Beck | | 1 | Re: Tommie provisions for Citizen News? | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding the CEQA lawsuit involving the Tommie Hotel. |
| 228 | 4/25/2018 | Richard Heyman | Guy Maisnik * | | | 14 | Fwd: Tommie/Thompson Litigation - Settlement Agreements and Documents | Attorney Client Communication | Email Seeking legal advice regarding settlement agreement related to Tommie/ Thompson litigation. |
| 229 | 6/25/2018 | Richard Heyman | Grant King | Alfred Fraijo Jr. *; Kira Teshima *; Laurie Goldman | | 1 | Re: Relevant - Selma Wilcox:  Silverstein Law Firm Representation | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding analysis of legal representation by Silverstein. |
| 230 | 11/29/2018 | Kira Teshima * | Gordon E. Hart *; Jill Yung * | Alfred Fraijo Jr. *; Amie Marben; Demien Farrell; Grant King; May Phutikanit; Richard Heyman | | 0 | Relevant - Selma Wilcox:  New Letters from Sunset Landmark (Silverstein Law Firm) | Attorney Client Communication | Email Reflecting legal advice regarding update on Selma Wilcox CEQA approval process. |
| 231 | 4/9/2019 | Grant King | Amie Marben; Demien Farrell; Gordon E. Hart *; Jill Yung *; Kira Teshima *; May Phutikanit; Richard Heyman | Alex Merritt *; Alfred Fraijo Jr. *; Arthur Friedman * | | 0 | RE: Relevant - Selma Wilcox: Petitioners Sunset Landmark and Casey Maddren | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project |
| 232 | 4/8/2019 | Richard Heyman | Arthur Friedman * | | | 4 | Fwd: Relevant - Selma Wilcox: Silverstein Lawsuit | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding Selma Wilcox CEQA litigation filing. |
| 233 | 3/5/2019 | Richard Heyman | Grant King | | | 0 | Fwd: Relevant - Selma Wilcox: Hearing CONTINUED | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product from Alfred Fraijo Jr. * regarding update on Selma CEQA approval. |
| 234 | 4/8/2019 | Richard Heyman | Arthur Friedman * | | | 0 | Fwd: Casey Maddren - Other Case Filings | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project |
| 235 | 4/8/2019 | Richard Heyman | Grant King | | | 1 | Fwd: Casey Maddren - Other Case Filings | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project |

* Denotes an attorney

CONFIDENTIAL

Relevant Group, LLC, et al. v. Stephan Nourmand, et al.
Plaintiff Privilege Log

| Entry No. | Date | From/Author | To | CC | BCC | No. of Attach. | Email Subject / File Name | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 236 | 4/9/2019 | Richard Heyman | Arthur Friedman * | | | 5 | Re: Relevant - Selma Wilcox: Silverstein Lawsuit | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA Lawsuit involving the Selma Hotel with documents attached |
| 237 | 4/9/2019 | Richard Heyman | Kira Teshima * | Alfred Fraijo Jr. *; Nashia Lalani * | | 1 | Re: Casey Maddren - Other Case Filings | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project |
| 238 | 4/10/2019 | Richard Heyman | Kira Teshima * | Alfred Fraijo Jr. *; Nashia Lalani * | | 0 | Re: Casey Maddren - Other Case Filings | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project |
| 239 | 4/11/2019 | Richard Heyman | Arthur Friedman * | | | 0 | Question | Attorney Client Communication | Email Seeking legal advice regarding the Maddren litigation. |
| 240 | 4/11/2019 | Richard Heyman | Arthur Friedman * | | | 0 | Re: Question | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding the Maddren litigation. |
| 241 | 4/11/2019 | Richard Heyman | Arthur Friedman * | | | 0 | Re: Question | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding the Maddren litigation. |
| 242 | 5/28/2019 | Richard Heyman | Alex Merritt * | | | 0 | Re: Selma Lawsuit | Work Product | Email Reflecting work product regarding the Maddren litigation. |
| 243 | 4/5/2017 | Grant King | Richard Heyman | Arthur Friedman * | | 0 | Re: More Saeed request | Attorney Client Communication & Work Product | Email Reflecting request for and provision of legal advice regarding negotiations with Saeed related to settlement of the underlying CEQA action. |
| 244 | 4/5/2017 | Grant King | Richard Heyman | Arthur Friedman * | | 0 | Re: More Saeed request | Attorney Client Communication & Work Product | Email Reflecting request for and provision of legal advice regarding negotiations with Saeed related to settlement of the underlying CEQA actions. |
| 245 | 4/5/2017 | Arthur Friedman * | Grant King; Richard Heyman | | | 0 | RE: More Saeed request | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding negotiations with Saeed related to settlement of the underlying CEQA actions. |
| 246 | 4/5/2017 | Grant King | Arthur Friedman * | Richard Heyman | | 0 | Re: More Saeed request | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding negotiations with Saeed related to settlement of the underlying CEQA actions. |
| 247 | 4/25/2017 | Grant King | Arthur Friedman * | Alfred Fraijo Jr. *; Kira Teshima *; Matt Hinks *; Richard Heyman | | 0 | Re: Corrected Notice of Public Hearing | Work Product | Email Reflecting work product regarding update on Silverstein appeal to city council on permits for Thompson Hotel. |
| 248 | 4/25/2017 | Grant King | Arthur Friedman * | Alfred Fraijo Jr. *; Kira Teshima *; Matt Hinks *; Richard Heyman | | 0 | Re: Corrected Notice of Public Hearing | Work Product | Email Reflecting work product regarding update on Silverstein appeal to city council on permits for Thompson Hotel. |
| 249 | 4/3/2017 | Arthur Friedman * | Richard Heyman | Grant King | | 1 | Re: : Thoughts? | Attorney Client Communication | Email Seeking legal advice regarding discussions with Saeed related to potential settlement. |
| 250 | 4/3/2017 | Arthur Friedman * | Richard Heyman | | | 1 | Re: text to Saeed | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations with Saeed. |
| 251 | 4/4/2017 | Arthur Friedman * | Richard Heyman | | | 0 | Response | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding draft email to Saeed related to settlement of the underlying CEQA action. |
| 252 | 5/12/2017 | Matt Hinks * | Alfred Fraijo Jr. * | Arthur Friedman *; Kira Teshima *; Richard Heyman | | 2 | RE: docs | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding draft letter related to Thompson Hotel CEQA actions. |
| 253 | 5/12/2017 | Alfred Fraijo Jr. * | Arthur Friedman *; Kira Teshima *; Matt Hinks *; Richard Heyman | | | 0 | Re: docs | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding draft letter related to Thompson Hotel CEQA actions. |
| 254 | 5/12/2017 | Alfred Fraijo Jr. * | Matt Hinks * | Arthur Friedman *; Kira Teshima *; Richard Heyman | | 4 | Fwd: docs | Work Product | Email Reflecting work product regarding the CEQA lawsuit involving the Thompson Hotel. |
| 255 | 5/23/2017 | Matt Hinks * | Richard Heyman | | | 0 | RE: Saeed Game plan | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding Sunset Landmark's CEQA appeal. |
| 256 | 5/23/2017 | Matt Hinks * | Richard Heyman | | | 0 | RE: Saeed Game plan | Attorney Client Communication | Email Reflecting request for and provision of legal advice regarding Sunset Landmark's CEQA appeal. |
| 257 | 6/8/2017 | Richard Heyman | Richard Heyman | | | 0 | FW: Q Clarification | Attorney Client Communication | Email Reflecting request for and provision of legal advice regarding CEQA litigation on Wilcox Hotel. |
| 258 | 6/8/2017 | Richard Heyman | Richard Heyman | | | 0 | FW: rough draft email to Saeed | Attorney Client Communication | Email Reflecting request for legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project |
| 259 | 6/8/2017 | Laurie Goldman | Richard Heyman | | | 0 | RE: Selma Wilcox  73282-0016 | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding potential settlement of Selma Wilcox CEQA litigations. |
| 260 | 6/8/2017 | Arthur Friedman * | Richard Heyman | Alfred Fraijo Jr. * | | 0 | Re: Selma Wilcox  73282-0016 | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding potential settlement of Selma Wilcox CEQA litigations. |
| 261 | 6/8/2017 | Richard Heyman | Richard Heyman | | | 0 | FW: Wilcox | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA approval process involving the Wilcox Hotel |
| 262 | 6/8/2017 | Richard Heyman | Richard Heyman | | | 0 | FW: Wilcox | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA Lawsuit involving the Thompson Hotel |

* Denotes an attorney

CONFIDENTIAL

Relevant Group, LLC, et al. v. Stephan Nourmand, et al.
Plaintiffs' Privilege Log

| Entry No. | Date | From/Author | To | CC | BCC | No. of Attach. | Email Subject / File Name | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 263 | 6/8/2017 | Richard Heyman | Richard Heyman | | | 1 | FW: Wilcox | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA Lawsuit involving the Thompson Hotel |
| 264 | 6/8/2017 | Laurie Goldman | Alfred Fraijo Jr. *; Arthur Friedman *; Grant King; Richard Heyman | | | 0 | RE: Selma Wilcox  73282-0016 | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding potential settlement of Selma Wilcox CEQA litigations. |
| 265 | 6/8/2017 | Richard Heyman | Richard Heyman | | | 0 | FW: Appeals ATTORNEY CLIENT COMMUNICATION/ATTORNEY WORK PRODUCT | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding the CEQA Lawsuit involving the Thompson Hotel |
| 266 | 6/8/2017 | Richard Heyman | Richard Heyman | | | 2 | FW: Appeals ATTORNEY CLIENT COMMUNICATION/ATTORNEY WORK PRODUCT | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding the CEQA Lawsuit involving the Thompson Hotel with attached documents |
| 267 | 6/8/2017 | Alfred Fraijo Jr. * | Richard Heyman | Arthur Friedman * | | 1 | Re: Selma Wilcox  73282-0016 | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding potential settlement of Selma Wilcox CEQA litigations. |
| 268 | 5/3/2017 | Matt Hinks * | Richard Heyman | | | 0 | RE: Response to Saeed Counter | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding letter to Silverstein related to settlement of the underlying CEQA action. |
| 269 | 5/3/2017 | Matt Hinks * | Richard Heyman | | | 1 | RE: Response to Saeed Counter | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding letter to Silverstein related to settlement of the underlying CEQA action. |
| 270 | 4/28/2017 | Alfred Fraijo Jr. * | Amie Marben; Grant King; Richard Heyman | Kira Teshima *; Laurie Goldman | | 2 | HIRC - Tommie: Response to Appellants Letters to PLUM 042717.nrl | Work Product | Email Reflecting work product regarding the CEQA lawsuit involving the Tommie Hotel. |
| 271 | 5/2/2017 | Grant King | Alfred Fraijo Jr. *; Richard Heyman | Amie Marben | | 0 | RE: Tommie - Community Benefits | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations related to Tommie Hotel. |
| 272 | 6/21/2017 | Grant King | Catherine DeBono Holmes * | Guy Maisnik *; Richard Heyman | | 1 | FW: HIRC - Tommie: Option Memorandum | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding litigation defense related to Tommie Hotel with draft memorandum attached. |
| 273 | 6/21/2017 | Alfred Fraijo Jr. * | Grant King; Richard Heyman | Alex Merritt *; Amie Marben; Arthur Friedman *; Kira Teshima *; Laurie Goldman | | 1 | RE: HIRC - Tommie: Option Memorandum | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding litigation defense related to Tommie Hotel with draft memorandum attached. |
| 274 | 6/21/2017 | Alfred Fraijo Jr. * | Grant King; Richard Heyman | Amie Marben; Kira Teshima *; Laurie Goldman | | 1 | HIRC - Tommie: Option Memorandum | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding litigation defense related to Tommie Hotel with draft memorandum attached. |
| 275 | 6/23/2017 | Guy Maisnik * | Richard Heyman | | | 0 | Thompson/Tommie - Email to Jayesh | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding settlement negotiations involving the Thompson/ Tommie Hotel. |
| 276 | 5/24/2017 | Matt Hinks * | Richard Heyman | | | 0 | RE: APC hearing | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding draft email to Silverstein about potential settlement of CEQA litigations. |
| 277 | 5/24/2017 | Matt Hinks * | Richard Heyman | | | 0 | RE: APC hearing | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding draft email to Silverstein about potential settlement of CEQA litigations. |
| 278 | 6/14/2017 | Richard Heyman | Richard Heyman | | | 4 | FW: docs | Work Product | Email Reflecting work product regarding the CEQA lawsuit involving the Thompson Hotel. |
| 279 | 6/14/2017 | Richard Heyman | Richard Heyman | | | 1 | FW: Sunsent Landmark -- Settlement Correspondence Number 3 | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding Sunset Landmark settlement negotiations. |
| 280 | 6/14/2017 | Richard Heyman | Richard Heyman | | | 1 | FW: Response to Saeed Counter | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding letter to Silverstein related to settlement of the underlying CEQA action. |
| 281 | 7/10/2017 | Arthur Friedman * | Grant King; Richard Heyman | Alex Merritt *; Alfred Fraijo Jr. *; Laurie Goldman | | 0 | Tommie | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA settlement involving the Tommie Hotel project |
| 282 | 7/10/2017 | Grant King | Andrew Shayne; Jeff Reinstein; Richard Heyman | | | 0 | FW: Tommie | Attorney Client Communication | Email Forwarding information provided to counsel for the purpose of providing legal advice regarding the CEQA settlement involving the Tommie Hotel project |
| 283 | 7/4/2017 | Grant King | Guy Maisnik *; Richard Heyman | Andrew Shayne | | 0 | RE: Thompson/Saeed | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding settlement negotiations involving the Thompson Hotel. |
| 284 | 7/4/2017 | Guy Maisnik * | Richard Heyman | Andrew Shayne; Grant King | | 0 | Thompson/Saeed | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding settlement negotiations involving the Thompson Hotel. |
| 285 | 7/6/2017 | Guy Maisnik * | Richard Heyman | | | 0 | Email to Sayeed | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding settlement negotiations involving the Thompson Hotel. |

* Denotes an attorney

CONFIDENTIAL

Case 2:19-cv-05019-PSG-KS   Document 157-1   Filed 05/27/22   Page 98 of 111   Page ID
Relevant Group, LLC, et al. v. Stephan Nourmand, et al.
Plaintiffs' Privilege Log
#:6822

| Entry No. | Date | From/Author | To | CC | BCC | No. of Attach. | Email Subject / File Name | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 286 | 9/12/2017 | Andrew Shayne | Guy Maisnik *; Richard Heyman | Grant King; Jeffrey Steiner * | | 0 | RE: Draft of Settlement Agreement and Release | Attorney Client Communication | Email Seeking legal advice regarding settlement negotiations involving the Thompson/ Tommie projects. |
| 287 | 8/23/2017 | Timothy McOsker * | Richard Heyman | | | 0 | RE: The Service Companies â€" Luxury Hospitality Services | Attorney Client Communication | Email Prepared in anticipation of [litigation] settlement negotiations for Thompson and Tommie hotels. |
| 288 | 8/25/2017 | Guy Maisnik * | Richard Heyman | | | 1 | Re: Wilcox | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding settlement negotiations on Thompson and Tommie CEQA litigation. |
| 289 | 8/25/2017 | Guy Maisnik * | Arthur Friedman * | Alex Merritt *; Alfred Fraijo Jr. *; Andrew Shayne; Grant King; Matt Hinks *; Richard Heyman | | 0 | Re: Wilcox | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding settlement negotiations on Thompson and Tommie CEQA litigation. |
| 290 | 9/27/2017 | Guy Maisnik * | Richard Heyman | Andrew Shayne | | 1 | Re: Thompson/Tommie Settlement Agreements - Revised | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations involving Thompson and Tommie hotels. |
| 291 | 9/27/2017 | Guy Maisnik * | Richard Heyman | Andrew Shayne | | 0 | RE: Thompson/Tommie Settlement Agreements - Revised | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations involving Thompson and Tommie hotels. |
| 292 | 9/27/2017 | Guy Maisnik * | Richard Heyman | Andrew Shayne | | 0 | RE: Thompson/Tommie Settlement Agreements - Revised | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations involving Thompson and Tommie hotels. |
| 293 | 9/27/2017 | Grant King | Richard Heyman | | | 1 | Re: Thompson/Tommie Settlement Agreements - Revised | Attorney Client Communication | Email Reflecting legal advice from Guy Maisnik * regarding settlement negotiations involving Thompson and Tommie hotels. |
| 294 | 9/26/2017 | Guy Maisnik * | Andrew Shayne; Richard Heyman | | | 0 | Fwd: Thompson/Tommie Settlement Agreements - Revised | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations involving Thompson and Tommie hotels. |
| 295 | 9/12/2017 | Grant King | Andrew Shayne | Guy Maisnik *; Jeffrey Steiner *; Richard Heyman | | 1 | Re: Draft of Settlement Agreement and Release | Attorney Client Communication | Email Reflecting work product regarding settlement negotiations for Thompson and Tommie hotels. |
| 296 | 9/25/2017 | Guy Maisnik * | Richard Heyman | Andrew Shayne; Demien Farrell; Grant King | | 1 | RE: Thompson project on hold | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding the CEQA lawsuit involving the Thompson Hotel. |
| 297 | 8/24/2017 | Guy Maisnik * | Richard Heyman | | | 1 | RE: Selma Wilcox | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding Selma Wilcox settlement negotiations. |
| 298 | 9/11/2017 | Guy Maisnik * | Richard Heyman | Andrew Shayne; Jeffrey Steiner * | | 0 | RE: Draft of Settlement Agreement and Release | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations involving the Thompson/ Tommie projects. |
| 299 | 10/18/2017 | Guy Maisnik * | Richard Heyman | | | 0 | Re: Saeed | Work Product | Email Reflecting work product regarding settlement negotiations on Thompson CEQA litigation. |
| 300 | 9/12/2017 | Andrew Shayne | Richard Heyman | Grant King; Guy Maisnik *; Jeffrey Steiner * | | 0 | RE: Draft of Settlement Agreement and Release | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations involving Thompson hotel. |
| 301 | 11/14/2017 | Guy Maisnik * | Richard Heyman | | | 0 | Re: Saeed meeting | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding settlement negotiations on Thompson and Tommie CEQA litigation. |
| 302 | 11/14/2017 | Guy Maisnik * | Richard Heyman | | | 0 | Re: Saeed meeting | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding settlement negotiations on Thompson and Tommie CEQA litigation. |
| 303 | 11/27/2017 | Arthur Friedman * | Richard Heyman | | | 0 | RE: Tommie CEQA litigation-- further update | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding status update on the Tommie CEQA litigation. |
| 304 | 11/26/2017 | Arthur Friedman * | Grant King; Jeff Reinstein; Richard Heyman | Alfred Fraijo Jr. *; Andrew Shayne; Omar Palacios; Tom Gottlieb | | 0 | RE: Tommie CEQA litigation-- further update | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding status update on the Tommie CEQA litigation. |
| 305 | 11/27/2017 | Guy Maisnik * | Arthur Friedman *; Richard Heyman | | | 0 | RE: Tommie CEQA litigation-- further update | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding status update on the Tommie CEQA litigation. |
| 306 | 11/27/2017 | Guy Maisnik * | Richard Heyman | | | 0 | RE: Tommie CEQA litigation-- further update | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding status update on the Tommie CEQA litigation. |
| 307 | 12/1/2017 | Arthur Friedman * | Grant King; Jeff Reinstein; Richard Heyman | Alfred Fraijo Jr. *; Andrew Shayne; Omar Palacios; Tom Gottlieb | | 0 | RE: Tommie CEQA litigation-- agreement reached regarding schedule for briefing and trial | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding status update on the Tommie CEQA litigation. |
| #REF! | 11/17/2017 | Guy Maisnik * | Richard Heyman | Andrew Shayne | | 4 | RE: Wilcox/Tommie | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding settlement negotiations related to Tommie Hotel litigation. |
| 309 | 10/20/2017 | Andrew Shayne | Alfred Fraijo Jr. *; Grant King; Jeff Reinstein; Richard Heyman | | | 0 | RE: 6421 Selma Wilcox Hotel LLC - Notice of Public Hearing | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Selma hotel. |
| 310 | 12/5/2017 | Guy Maisnik * | Richard Heyman | Andrew Shayne | | 0 | RE: Tommie CEQA litigation-- further update | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding status update on the Tommie CEQA litigation. |

* Denotes an attorney

CONFIDENTIAL

Relevant Group, LLC, et al. v. Stephan Nourmand, et al.
Plaintiffs' Privilege Log

| Entry No. | Date | From/Author | To | CC | BCC | No. of Attach. | Email Subject / File Name | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 311 | 12/4/2017 | Guy Maisnik * | Richard Heyman | Andrew Shayne | | 2 | RE: Tommie CEQA litigation-- further update [JMBM-LA.73282.0016.FID1467691] | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Tommie hotel with attachments included |
| 312 | 12/14/2017 | Alfred Fraijo Jr. * | Richard Heyman | | | 1 | Re: Relevant Group Projects - Entitlements Update | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding status report on Tommie/ Thompson Hotel CEQA litigation |
| 313 | 12/12/2017 | Guy Maisnik * | Richard Heyman | Andrew Shayne | | 0 | FW: # 200, LASUNSET, [ BS160807, ] : OSC Hearing Re Settlement/Dismissal (Continued from 11/17, per Stip & Order dated 11/16/17) (Order dated 10/18/17) | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations involving the Tommie project. |
| 314 | 12/12/2017 | Grant King | Amie Marben | Alfred Fraijo Jr. *; Andrew Shayne; Demien Farrell; Kira Teshima *; Laurie Goldman; Richard Heyman | | 1 | Re: Relevant Group Projects - Entitlements Update | Work Product | Email Reflecting work product regarding status report on Tommie/ Thompson Hotel CEQA litigation. |
| 315 | 12/12/2017 | Amie Marben | Andrew Shayne; Demien Farrell; Grant King; Richard Heyman | Alfred Fraijo Jr. *; Kira Teshima *; Laurie Goldman | | 2 | Relevant Group Projects - Entitlements Update | Work Product | Email Reflecting work product regarding status report on Tommie/ Thompson Hotel CEQA litigation. |
| 316 | 11/16/2017 | Arthur Friedman * | Grant King; Jeff Reinstein; Richard Heyman | Alfred Fraijo Jr. *; Andrew Shayne; Omar Palacios; Tom Gottlieb | | 0 | RE: Tommie CEQA litigation-- status update | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding status update on Tommie CEQA litigation. |
| 317 | 11/16/2017 | Grant King | Richard Heyman | | | 0 | Re: Wilcox/Tommie | Attorney Client Communication & Work Product | Email Reflecting legal advice from Guy Maisnik * regarding settlement negotiations involving the Thompson Hotel |
| 318 | 11/16/2017 | Guy Maisnik * | Richard Heyman | Andrew Shayne | | 0 | RE: Wilcox/Tommie | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding settlement negotiations involving the Thompson Hotel |
| 319 | 11/16/2017 | Guy Maisnik * | Richard Heyman | Andrew Shayne | | 2 | FW: Wilcox/Tommie | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations for Tommie and Thompson Hotel negotiations. |
| 320 | 12/28/2017 | Laurie Goldman | Amie Marben; Demien Farrell; Grant King; Richard Heyman; Scott Campbell | Alfred Fraijo Jr. *; Kira Teshima * | | 1 | Entitlement Call Notes | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA approval process regarding the Selma Hotel with documents attached |
| 321 | 1/7/2018 | Guy Maisnik * | Richard Heyman | Andrew Shayne | | 1 | 17_0913 - 1541 Wilcox - Plans | Attorney Client Communication | Email Reflecting legal advice regarding Wilcox Hotel settlement agreement. |
| 322 | 12/5/2017 | Guy Maisnik * | Richard Heyman | Andrew Shayne | | 0 | RE: Tommie CEQA litigation-- further update | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Tommie Hotel |
| 323 | 12/5/2017 | Guy Maisnik * | Richard Heyman | Andrew Shayne | | 0 | RE: Tommie CEQA litigation-- further update | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Tommie Hotel |
| 324 | 4/23/2020 | Richard Heyman | Grant King | | | 0 | Fwd: Relevant - Schrader and Selma Wilcox: Change of Use to Residential | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding CEQA approval for the Wilcox Hotel project |
| 325 | 7/14/2021 | Richard Heyman | Richard Heyman | | | 0 | Fwd: Thompson/Saeed | Attorney Client Communication | Email Reflecting legal advice regarding Settlement negotiations involving the Thompson Hotel |
| 326 | 7/14/2021 | Richard Heyman | Richard Heyman | | | 0 | Fwd: For Saeed | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations involving the Thompson Hotel |
| 327 | 7/14/2021 | Richard Heyman | Richard Heyman | | | 2 | Fwd: Response to Saeed Counter | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding settlement negotiations involving the Thompson Hotel |
| 328 | 12/11/2020 | Arthur Friedman * | Richard Heyman | | | 1 | Selma Wilcox - record evidence responding to piecemealing | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding CEQA lawsuit involving Selma hotel. |
| 329 | 4/16/2020 | Alfred Fraijo Jr. * | Richard Heyman | May Phutikanit | | 0 | RE: httpsplanning.lacity.orgpdiscaseinfoHomeGetDocumentMjRmMzhlZDctYjQ1ZS00NjhlLWIzNGMtN2Y0YrnlyNzExNjNl0 | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding CEQA approval for the Wilcox Hotel project |
| 330 | 7/19/2019 | Richard Heyman | Guy Maisnik * | | | 6 | Fwd: Untitled.PDF - Adobe Acrobat.pdf | Attorney Client Communication | Email Seeking legal advice regarding CEQA lawsuit involving Selma hotel. |
| 331 | 4/3/2017 | Richard Heyman | Arthur Friedman * | | | 0 | Fwd: text to Saeed | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations involving the Thompson Hotel involving the Thompson Hotel |
| 332 | 4/4/2017 | Richard Heyman | Grant King | | | 0 | Fwd: Response | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations involving the Thompson Hotel |
| 333 | 4/5/2017 | Richard Heyman | Grant King | | | 0 | Updated Proposal | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations involving the Thompson Hotel |
| 334 | 4/5/2017 | Richard Heyman | Grant King | Arthur Friedman * | | 0 | Re: More Saeed request | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations involving the Thompson Hotel |
| 335 | 4/5/2017 | Richard Heyman | Arthur Friedman *; Grant King | | | 1 | More Saeed request | Attorney Client Communication | Email Seeking legal advice regarding settlement negotiations with Saeed. |
| 336 | 5/12/2017 | Richard Heyman | Grant King | | | 6 | Fwd: docs | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Thompson hotel |

* Denotes an attorney

CONFIDENTIAL

Relevant Group, LLC, et al. v. Stephan Nourmand, et al.
Plaintiff's Privilege Log

| Entry No. | Date | From/Author | To | CC | BCC | No. of Attach. | Email Subject / File Name | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 337 | 5/12/2017 | Richard Heyman | Alfred Fraijo Jr. * | Alfred Fraijo Jr. *; Kira Teshima * | | 0 | Re: docs | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Thompson Hotel |
| 338 | 5/3/2017 | Richard Heyman | Arthur Friedman *; Matt Hinks * | | | 0 | Response to Saeed Counter | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations involving the Thompson Hotel |
| 339 | 5/12/2017 | Richard Heyman | Alfred Fraijo Jr. *; Arthur Friedman *; Kira Teshima *; Matt Hinks * | | | 6 | Fwd: docs | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Thompson hotel  with attachments included |
| 340 | 5/11/2017 | Richard Heyman | Alfred Fraijo Jr. * | | | 0 | Fwd: Thompson - Design Change Exhibit | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Thompson Hotel |
| 341 | 5/11/2017 | Richard Heyman | Alfred Fraijo Jr. * | | | 0 | Re: Thompson - Design Change Exhibit | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Thompson Hotel |
| 342 | 5/11/2017 | Richard Heyman | Arthur Friedman * | Matt Hinks * | | 0 | Re: Thompson - Design Change Exhibit | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Thompson Hotel |
| 343 | 5/11/2017 | Richard Heyman | Alfred Fraijo Jr. * | | | 1 | Re: Thompson - Design Change Exhibit | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Thompson Hotel |
| 344 | 5/11/2017 | Richard Heyman | Matt Hinks * | Arthur Friedman * | | 0 | Re: Thompson - Design Change Exhibit | Attorney Client Communication | Document Reflecting legal advice regarding the CEQA lawsuit involving the Thompson Hotel |
| 345 | 5/11/2017 | Richard Heyman | Arthur Friedman * | Matt Hinks * | | 0 | Re: Thompson - Design Change Exhibit | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Thompson Hotel |
| 346 | 5/2/2017 | Richard Heyman | Alfred Fraijo Jr. * | Amie Marben; Grant King | | 0 | Re: Tommie - Community Benefits | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Tommie Hotel |
| 347 | 5/3/2017 | Richard Heyman | Matt Hinks * | | | 1 | Re: Response to Saeed Counter | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations involving the Thompson Hotel |
| 348 | 5/5/2017 | Richard Heyman | Matt Hinks * | | | 0 | Re: Patel | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Thompson Hotel |
| 349 | 5/5/2017 | Richard Heyman | Matt Hinks * | | | 1 | Re: Patel | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Thompson Hotel with documents attached |
| 350 | 5/5/2017 | Richard Heyman | Grant King | | | 0 | Fwd: Patel | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Thompson Hotel |
| 351 | 5/23/2017 | Richard Heyman | Matt Hinks * | | | 0 | Saeed Game plan | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Thompson Hotel |
| 352 | 5/23/2017 | Richard Heyman | Matt Hinks * | | | 0 | Re: Saeed Game plan | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Thompson Hotel |
| 353 | 5/24/2017 | Richard Heyman | Matt Hinks * | | | 0 | Re: APC hearing | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Thompson Hotel |
| 354 | 6/8/2017 | Richard Heyman | Alfred Fraijo Jr. *; Arthur Friedman * | | | 0 | Fwd: Selma Wilcox  73282-0016 | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Thompson Hotel |
| 355 | 6/8/2017 | Richard Heyman | Laurie Goldman | | | 1 | Re: Selma Wilcox  73282-0016 | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Thompson Hotel with documents attached |
| 356 | 6/15/2017 | Richard Heyman | Arthur Friedman * | | | 0 | Re: Fix the City Takes LA to Court Over K-Town Catalina Tower â€¦ Planned for 27 Stories in a 3-4-5 Story Neighborhood | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Thompson Hotel |
| 357 | 6/14/2017 | Richard Heyman | Richard Heyman | | | 1 | FW: Response to Saeed Counter | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding settlement negotiations involving the Thompson Hotel with documents attached |
| 358 | 6/14/2017 | Richard Heyman | Richard Heyman | | | 1 | FW: Sunsent Landmark -- Settlement Correspondence Number 3 | Attorney Client Communication | Email Reflecting legal advice regarding Sunset Landmark settlement negotiations. |
| 359 | 6/14/2017 | Richard Heyman | Richard Heyman | | | 4 | FW: docs | Work Product | Email Reflecting work product regarding the CEQA lawsuit involving the Thompson Hotel. |
| 360 | 6/21/2017 | Richard Heyman | Jeff Reinstein | | | 1 | Fwd: HIRC - Tommie - Option Memorandum | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product from Sheppard Mullin regarding the CEQA lawsuit involving the Tommie Hotel |
| 361 | 6/20/2017 | Richard Heyman | Alfred Fraijo Jr. * | | | 0 | Re: Continental | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations involving the Thompson Hotel |
| 362 | 6/29/2017 | Richard Heyman | Grant King; Laurie Goldman | Alfred Fraijo Jr. * | | 0 | Re: Guy's meeting with the Saeed folks | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations involving the Thompson Hotel |
| 363 | 6/29/2017 | Richard Heyman | Grant King; Laurie Goldman | Alfred Fraijo Jr. * | | 0 | Re: Guy's meeting with the Saeed folks | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations regarding the Thompson Hotel |
| 364 | 7/4/2017 | Richard Heyman | Guy Maisnik * | Andrew Shayne; Grant King | | 0 | Re: Thompson/Saeed | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations involving the Thompson Hotel |
| 365 | 8/25/2017 | Richard Heyman | Guy Maisnik * | | | 0 | Re: Wilcox | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations involving the Thompson/Tommie Hotel |
| 366 | 8/25/2017 | Richard Heyman | Guy Maisnik * | | | 0 | Re: Wilcox | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations involving the Thompson/Tommie Hotel |

* Denotes an attorney

CONFIDENTIAL

Relevant Group, LLC, et al. v. Stephan Nourmand, et al.
Plaintiff's Privilege Log

| Entry No. | Date | From/Author | To | CC | BCC | No. of Attach. | Email Subject / File Name | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 367 | 9/11/2017 | Richard Heyman | Guy Maisnik * | Andrew Shayne; Jeffrey Steiner * | | 0 | Re: Draft of Settlement Agreement and Release | Attorney Client Communication | Email Reflecting request for and provision of legal advice regarding settlement negotiations involving the Thompson/Tommie projects. |
| 368 | 9/11/2017 | Richard Heyman | Guy Maisnik * | Andrew Shayne; Jeffrey Steiner * | | 0 | Re: Draft of Settlement Agreement and Release | Attorney Client Communication | Email Reflecting request for and provision of legal advice regarding settlement negotiations involving the Thompson/Tommie projects. |
| 369 | 9/11/2017 | Richard Heyman | Guy Maisnik * | Andrew Shayne; Jeffrey Steiner * | | 0 | Re: Draft of Settlement Agreement and Release | Attorney Client Communication | Email Reflecting request for and provision of legal advice regarding settlement negotiations involving the Thompson/Tommie projects. |
| 370 | 9/7/2017 | Richard Heyman | Guy Maisnik * | | | 0 | Re: Thompson Hotel west elevation | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations involving the Thompson |
| 371 | 9/7/2017 | Richard Heyman | Guy Maisnik * | | | 0 | Re: Thompson Hotel west elevation | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations involving the Thompson/Tommie Hotel |
| 372 | 9/27/2017 | Richard Heyman | Grant King | | | 0 | Fwd: Thompson/Tommie Settlement Agreements - Revised | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations involving Thompson and Tommie hotels. |
| 373 | 9/27/2017 | Richard Heyman | Guy Maisnik * | Andrew Shayne | | 0 | Re: Thompson/Tommie Settlement Agreements - Revised | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations involving Thompson and Tommie hotels. |
| 374 | 9/27/2017 | Richard Heyman | Guy Maisnik * | Andrew Shayne | | 0 | Re: Thompson/Tommie Settlement Agreements - Revised | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations involving Thompson and Tommie hotels. |
| 375 | 9/25/2017 | Richard Heyman | Guy Maisnik * | Andrew Shayne | | 0 | Re: Thompson/Tommie Settlement Agreements - Revised | Attorney Client Communication | Email Seeking legal advice regarding settlement negotiations involving Thompson and Tommie hotels. |
| 376 | 9/13/2017 | Richard Heyman | Alfred Fraijo Jr. * | Guy Maisnik *; Kira Teshima * | | 0 | Re: Relevant - Thompson Hotel:  Meeting with Nick Hendricks | Attorney Client Communication | Email Reflecting request for and provision of legal advice regarding CEQA approval process involving the Thompson Hotel. |
| 377 | 9/12/2017 | Richard Heyman | Andrew Shayne | Grant King; Guy Maisnik *; Jeffrey Steiner * | | 1 | Re: Draft of Settlement Agreement and Release | Attorney Client Communication | Email Reflecting request for and provision of legal advice regarding settlement negotiations involving Thompson and Tommie hotels. |
| 378 | 10/18/2017 | Richard Heyman | Guy Maisnik * | | | 0 | Saeed | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations involving the Thompson Hotel |
| 379 | 11/27/2017 | Richard Heyman | Arthur Friedman *; Guy Maisnik * | | | 0 | Re: Tommie CEQA litigation-- further update | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Tommie Hotel |
| 380 | 11/26/2017 | Richard Heyman | Guy Maisnik * | | | 0 | Fwd: Tommie CEQA litigation-- further update | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Tommie Hotel |
| 381 | 11/14/2017 | Richard Heyman | Guy Maisnik * | | | 0 | Saeed meeting | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations involving the Thompson Hotel |
| 382 | 11/16/2017 | Richard Heyman | Guy Maisnik * | Andrew Shayne | | 0 | Re: Wilcox/Tommie | Attorney Client Communication & Work Product | Email Reflecting legal advice regarding settlement negotiations involving the Thompson Hotel |
| 383 | 11/16/2017 | Richard Heyman | Grant King | | | 0 | Re: Wilcox/Tommie | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding settlement negotiations involving the Thompson Hotel |
| 384 | 11/16/2017 | Richard Heyman | Andrew Shayne; Jeff Reinstein | | | 6 | Fwd: Wilcox/Tommie | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding Wilcox/Tommie settlement agreement. |
| 385 | 12/14/2017 | Richard Heyman | Alfred Fraijo Jr. * | | | 0 | Re: Relevant Group Projects - Entitlements Update | Attorney Client Communication | Document Reflecting legal advice regarding the CEQA approval process regarding the Selma Hotel |
| 386 | 12/5/2017 | Richard Heyman | Guy Maisnik * | Andrew Shayne | | 0 | Re: Tommie CEQA litigation-- further update | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Tommie Hotel |
| 387 | 12/5/2017 | Richard Heyman | Guy Maisnik * | | | 0 | Re: Tommie CEQA litigation-- further update | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Tommie Hotel |
| 388 | 3/28/2018 | Richard Heyman | Kira Teshima * | Alfred Fraijo Jr. *; Amie Marben; Grant King; Laurie Goldman; Reuben Duarte *; Scott Campbell | | 1 | Re: Selma Wilcox Hotel Hearing | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA approval process regarding the Selma Hotel with documents attached |
| 389 | 3/28/2018 | Richard Heyman | Laurie Goldman | Alfred Fraijo Jr. *; Amie Marben; Grant King; Kira Teshima *; Scott Campbell | | 2 | Re: Selma Wilcox Hotel Hearing | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA approval process regarding the Selma Hotel with documents attached |
| 390 | 3/28/2018 | Richard Heyman | Kira Teshima * | Alfred Fraijo Jr. *; Amie Marben; Grant King; Laurie Goldman; Reuben Duarte *; Scott Campbell | | 2 | Re: Selma Wilcox Hotel Hearing | Attorney Client Communication | Document Reflecting legal advice regarding the CEQA approval process regarding the Selma Hotel with documents attached |
| 391 | 4/13/2018 | Richard Heyman | Amie Marben; Farhad Novian * | | | 0 | Selma Wilcox Silverstein Letter | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA Lawsuit involving the Selma Hotel |
| 392 | 4/11/2018 | Richard Heyman | Sam Alavi * | | | 0 | Ceqa litigator | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA Lawsuit involving the Tommie Hotel |
| 393 | 4/12/2018 | Richard Heyman | Sam Alavi * | Gordon E. Hart *; Jeffrey S. Haber *; Philip N. Feder | | 1 | Re: Ceqa litigator | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA Lawsuit involving the Tommie Hotel with documents attached |
| 394 | 4/17/2018 | Richard Heyman | Amie Marben; Sam Alavi * | | | 0 | Selma Wilcox Hotel | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA Lawsuit involving the Selma Hotel |

* Denotes an attorney

CONFIDENTIAL

Relevant Group, LLC, et al. v. Stephan Nourmand, et al.
Plaintiffs' Privilege Log

| Entry No. | Date | From/Author | To | CC | BCC | No. of Attach. | Email Subject / File Name | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 395 | 4/23/2018 | Richard Heyman | Sam Alavi * | Gordon E. Hart *; Jeffrey S. Haber *; Philip N. Feder | | 2 | Re: Selma Wilcox Hotel | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Selma Hotel with documents attached |
| 396 | 4/27/2018 | Richard Heyman | Guy Maisnik * | Collin Beck | | 1 | Re: Tommie provisions for Citizen News? | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding the CEQA lawsuit involving the Tommie Hotel. |
| 397 | 4/27/2018 | Richard Heyman | Guy Maisnik * | | | 0 | Re: Tommie provisions for Citizen News? | Work Product | Email Reflecting work product regarding the CEQA lawsuit involving the Tommie Hotel. |
| 398 | 4/24/2018 | Richard Heyman | Farhad Novian * | | | 0 | Fwd: 6421-6429 ½ West Selma Avenue | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Selma Hotel. |
| 399 | 4/23/2018 | Richard Heyman | Sam Alavi * | Gordon E. Hart *; Jeffrey S. Haber * | | 2 | Re: Selma Wilcox Hotel | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project |
| 400 | 4/25/2018 | Richard Heyman | Farhad Novian * | | | 7 | Re: 6421-6429 ½ West Selma Avenue | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Selma Hotel with documents attached |
| 401 | 6/25/2018 | Richard Heyman | Grant King | Alfred Fraijo Jr. *; Kira Teshima *; Laurie Goldman | | 1 | Re: Relevant - Selma Wilcox:  Silverstein Law Firm Representation | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA litigation involving the Selma Hotel with documents attached |
| 402 | 7/14/2021 | Richard Heyman | Richard Heyman | | | 0 | Fwd: Thompson/Saeed | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations involving the Thompson Hotel |
| 403 | 7/14/2021 | Richard Heyman | Richard Heyman | | | 0 | Fwd: For Saeed | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations involving the Thompson Hotel |
| 404 | 7/14/2021 | Richard Heyman | Richard Heyman | | | 2 | Fwd: Response to Saeed Counter | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding settlement negotiations involving the Thompson Hotel with documents attached |
| 405 | 8/2/2021 | Kira T. Conlon * | Grant King | Alex Merritt *; Andrew Shayne; Arthur Friedman * | | 2 | RE: Selma Wilcox Hotel -- Compliance with Interlocutory Remand -- Joint Defense Privileged | Attorney Client Communication | Email Reflecting legal advice and/or work product regarding the CEQA lawsuit involving the Selma Hotel with documents attached |
| 406 | 8/5/2021 | Kira T. Conlon * | Grant King | Alex Merritt *; Andrew Shayne; Arthur Friedman * | | 2 | Selma Wilcox Hotel -- Compliance with Interlocutory Remand -- Joint Defense Privileged | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Selma Hotel with documents attached |
| 407 | 7/20/2018 | Guy Maisnik * | Ronald Richards * | Grant King | | 2 | RE: patel email, request for settlement agreement, time sensitive | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding Tommie and Wilcox Hotel settlement agreements |
| 408 | 7/21/2018 | Alfred Fraijo Jr. * | Grant King | | | 0 | Messaging for Presentation | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding CEQA approval for the Wilcox Hotel project |
| 409 | 7/3/2018 | Alfred Fraijo Jr. * | Grant King | Kira Teshima *; Laurie Goldman | | 1 | Relevant - Selma Wilcox: Remarks | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding CEQA approval for the Wilcox Hotel project |
| 410 | 7/8/2018 | Amie Marben | Chris Joseph; Grant King; Intern; Karen Filippe; Kira Teshima *; Laurie Goldman; Liz Culhane; Scott Campbell; Seth Wulkan | | | 0 | Re: Relevant - Selma Wilcox:  CPC Hearing Status Update | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA approval process involving the Selma Hotel |
| 411 | 7/8/2018 | Kira Teshima * | Amie Marben; Chris Joseph; Grant King; Intern; Karen Filippe; Laurie Goldman; Liz Culhane; Scott Campbell; Seth Wulkan | Alfred Fraijo Jr. *; Reuben Duarte * | | 0 | RE: Relevant - Selma Wilcox:  CPC Hearing Status Update | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA approval process involving the Selma Hotel |
| 412 | 7/9/2018 | Amie Marben | Chris Joseph; Grant King; Intern; Karen Filippe; Kira Teshima *; Laurie Goldman; Liz Culhane; Scott Campbell; Seth Wulkan | Alfred Fraijo Jr. *; Reuben Duarte * | | 0 | Re: Relevant - Selma Wilcox:  CPC Hearing Status Update | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA approval process involving the Selma Hotel |
| 413 | 7/9/2018 | Laurie Goldman | Grant King | Alfred Fraijo Jr. *; Amie Marben; Kira Teshima *; Reuben Duarte *; Scott Campbell | | 0 | RE: Relevant - Selma Wilcox:  CPC Hearing Status Update | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations involving the Thompson Hotel |
| 414 | 7/8/2018 | Laurie Goldman | Amie Marben; Chris Joseph; Grant King; Intern; Karen Filippe; Kira Teshima *; Liz Culhane; Scott Campbell; Seth Wulkan | Alfred Fraijo Jr. *; Reuben Duarte * | | 0 | RE: Relevant - Selma Wilcox:  CPC Hearing Status Update | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations involving the Thompson Hotel |
| 415 | 7/9/2018 | Kira Teshima * | Amie Marben; Chris Joseph; Grant King; Intern; Karen Filippe; Kira Teshima *; Liz Culhane; Scott Campbell; Seth Wulkan | Alfred Fraijo Jr. *; Reuben Duarte * | | 0 | RE: Relevant - Selma Wilcox:  CPC Hearing Status Update | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA approval process involving the Selma Hotel |
| 416 | 7/9/2018 | Laurie Goldman | Grant King | Alfred Fraijo Jr. *; Amie Marben; Kira Teshima *; Reuben Duarte *; Scott Campbell | | 0 | RE: Relevant - Selma Wilcox:  CPC Hearing Status Update | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations involving the Thompson Hotel |
| 417 | 7/9/2018 | Laurie Goldman | Amie Marben; Chris Joseph; Grant King; Intern; Karen Filippe; Kira Teshima *; Liz Culhane; Scott Campbell; Seth Wulkan | Alfred Fraijo Jr. *; Reuben Duarte * | | 0 | RE: Relevant - Selma Wilcox:  CPC Hearing Status Update | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA approval process involving the Selma Hotel |

* Denotes an attorney

CONFIDENTIAL

Relevant Group, LLC, et al. v. Stephan Nourmand, et al.
Plaintiff's Privilege Log

| Entry No. | Date | From/Author | To | CC | BCC | No. of Attach. | Email Subject / File Name | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 418 | 7/9/2018 | Laurie Goldman | Amie Marben; Grant King; Kira Teshima * | Alfred Fraijo Jr. *; Reuben Duarte *; Scott Campbell | | 0 | RE: Relevant - Selma Wilcox:  CPC Hearing Status Update | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA approval process involving the Selma Hotel |
| 419 | 7/9/2018 | Demien Farrell | Amie Marben; Paul Tran | Grant King; Laurie Goldman | | 1 | Re: Relevant - Selma Wilcox:  CPC Hearing Status Update | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations involving the Thompson Hotel with documents attached |
| 420 | 7/9/2018 | Seth Wulkan | Amie Marben; Chris Joseph; Grant King; Intern; Karen Filippe; Kira Teshima *; Laurie Goldman; Liz Culhane; Reuben Duarte *; Scott Campbell | Alfred Fraijo Jr. * | | 0 | Re: Relevant - Selma Wilcox:  CPC Hearing Status Update | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA approval process involving the Selma Hotel |
| 421 | 7/9/2018 | Reuben Duarte * | Amie Marben; Chris Joseph; Grant King; Intern; Karen Filippe; Kira Teshima *; Laurie Goldman; Liz Culhane; Scott Campbell; Seth Wulkan | Alfred Fraijo Jr. * | | 1 | RE: Relevant - Selma Wilcox:  CPC Hearing Status Update | Attorney Client Communication | Email Reflecting legal advice regarding Selma Wilcox CEQA approval hearing status update. |
| 422 | 7/8/2018 | Kira Teshima * | Amie Marben; Chris Joseph; Grant King; Intern; Karen Filippe; Kira Goldman; Liz Culhane; Scott Campbell; Seth Wulkan | Alfred Fraijo Jr. *; Reuben Duarte * | | 2 | Relevant - Selma Wilcox:  CPC Hearing Status Update | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA approval process involving the Selma Hotel with documents attached |
| 423 | 7/9/2018 | Amie Marben | Demien Farrell; Grant King | Laurie Goldman | | 2 | FW: Relevant - Selma Wilcox:  CPC Hearing Status Update | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA approval process involving the Selma Hotel |
| 424 | 7/11/2018 | Kira Teshima * | | Alfred Fraijo Jr. *; Amie Marben; Laurie Goldman; Reuben Duarte *; Scott Campbell | | 1 | RE: S-W CPC | Attorney Client Communication | Email Reflecting work product regarding Selma Wilcox Hotel CEQA approval hearing. |
| 425 | 7/12/2018 | Scott Campbell | Grant King; Kira Teshima * | Alfred Fraijo Jr. *; Amie Marben; Laurie Goldman; Reuben Duarte * | | 0 | RE: S-W CPC | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project |
| 426 | 7/10/2018 | Amie Marben | Chris Joseph; Grant King; Intern; Karen Filippe; Kira Teshima *; Laurie Goldman; Liz Culhane; Reuben Duarte *; Scott Campbell; Seth Wulkan | Alfred Fraijo Jr. * | | 2 | RE: Relevant - Selma Wilcox:  CPC Hearing Status Update | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding Seeking CEQA approval involving the Selma hotel |
| 427 | 6/25/2018 | Richard Heyman | Grant King | Alfred Fraijo Jr. *; Kira Teshima *; Laurie Goldman | | 1 | Re: Relevant - Selma Wilcox:  Silverstein Law Firm Representation | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding Seeking CEQA approval involving the Selma hotel |
| 428 | 6/25/2018 | Alfred Fraijo Jr. * | Grant King | Kira Teshima *; Laurie Goldman | | 0 | Relevant - Selma Wilcox:  Silverstein Law Firm Representation | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding Seeking CEQA approval involving the Selma hotel |
| 429 | 11/16/2017 | Richard Heyman | Grant King | | | 0 | Re: Wilcox/Tommie | Attorney Client Communication | Email Reflecting legal advice and/or work product regarding settlement negotiations involving the Thompson and Tommie Hotel |
| 430 | 12/1/2017 | Andrew Shayne | Arthur Friedman *; Grant King; Jeff Reinstein; Richard Heyman | Alfred Fraijo Jr. * | | 0 | RE: Tommie CEQA litigation-- agreement reached regarding schedule for briefing and trial | Attorney Client Communication & Work Product | Email Reflecting request for and provision of legal advice regarding the CEQA lawsuit involving the Tommie Hotel |
| 431 | 9/27/2017 | Richard Heyman | Grant King | | | 0 | Fwd: Thompson/Tommie Settlement Agreements - Revised | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations involving the Thompson-Tommie Hotel |
| 432 | 8/24/2017 | Richard Heyman | Guy Maisnik * | Andrew Shayne; Grant King | | 0 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA settlement involving the Thompson and Tommie Hotel project |
| 433 | 8/24/2017 | Richard Heyman | Grant King | | | 0 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA settlement involving the Thompson and Tommie Hotel project |
| 434 | 8/24/2017 | Richard Heyman | Grant King | | | 0 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA settlement involving the Thompson and Tommie Hotel project |
| 435 | 8/24/2017 | Richard Heyman | Grant King | | | 0 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA settlement involving the Thompson and Tommie Hotel project |
| 436 | 9/12/2017 | Richard Heyman | Andrew Shayne | Grant King; Guy Maisnik *; Jeffrey Steiner * | | 1 | Re: Draft of Settlement Agreement and Release | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations involving the Thompson Hotel with documents attached |
| 437 | 9/12/2017 | Andrew Shayne | Grant King | | | 0 | RE: Draft of Settlement Agreement and Release | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations involving the Thompson Hotel |
| 438 | 7/14/2017 | Richard Heyman | Guy Maisnik * | Andrew Shayne; Grant King | | 0 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA settlement involving the Thompson and Tommie Hotel project |

* Denotes an attorney

CONFIDENTIAL

Relevant Group, LLC, et al. v. Stephan Nourmand, et al.
Plaintiffs' Privilege Log

| Entry No. | Date | From/Author | To | CC | BCC | No. of Attach. | Email Subject / File Name | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 439 | 7/14/2017 | Richard Heyman | Grant King | | | 0 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA settlement involving the Thompson and Tommie Hotel project |
| 440 | 7/14/2017 | Richard Heyman | Grant King | | | 0 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA settlement involving the Thompson and Tommie Hotel project |
| 441 | 7/14/2017 | Richard Heyman | Grant King | | | 0 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA settlement involving the Thompson and Tommie Hotel project |
| 442 | 7/14/2017 | Richard Heyman | Alfred Fraijo Jr. *; Grant King; Guy Maisnik * | | | 8 | Thompson-Tommie Roof Top Hours | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations involving the Thompson-Tommie Hotel with documents attached |
| 443 | 6/29/2017 | Richard Heyman | Grant King; Laurie Goldman | Alfred Fraijo Jr. * | | 0 | Re: Guy's meeting with the Saeed folks | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Tommie Hotel |
| 444 | 6/29/2017 | Richard Heyman | Grant King; Laurie Goldman | Alfred Fraijo Jr. * | | 0 | Re: Guy's meeting with the Saeed folks | Attorney Client Communication | Email Seeking legal advice regarding the CEQA lawsuit involving the Tommie Hotel. |
| 445 | 7/4/2017 | Richard Heyman | Guy Maisnik * | Andrew Shayne; Grant King | | 0 | Re: Thompson/Saeed | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding the CEQA lawsuit involving the Thompson Hotel |
| 446 | 7/5/2017 | Laurie Goldman | Grant King | | | 0 | RE: Thompson/Saeed | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product from Guy Maisnik * regarding the CEQA lawsuit involving the Thompson Hotel |
| 447 | 5/9/2017 | Arthur Friedman * | Alfred Fraijo Jr. *; Andrew Shayne; Grant King; Richard Heyman | | | 0 | Fwd: Outstanding Wilcox invoices - Sunset Landmark | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA Lawsuit involving the Thompson Hotel |
| 448 | 5/9/2017 | Grant King | Arthur Friedman * | Alfred Fraijo Jr. *; Andrew Shayne; Grant King; Richard Heyman | | 1 | Re: Outstanding Wilcox invoices - Sunset Landmark | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA Lawsuit involving the Thompson Hotel with documents attached |
| 449 | 5/12/2017 | Richard Heyman | Grant King | | | 6 | Fwd: docs | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations involving the Thompson Hotel with documents attached |
| 450 | 4/25/2017 | Richard Heyman | Grant King | | | 0 | Re: Sunset Landmark v. City of LA - Opposition Brief | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Thompson Hotel |
| 451 | 4/25/2017 | Richard Heyman | Grant King | | | 0 | Re: Sunset Landmark v. City of LA - Opposition Brief | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Thompson Hotel |
| 452 | 5/2/2017 | Richard Heyman | Alfred Fraijo Jr. * | Amie Marben; Grant King | | 0 | Re: Tommie - Community Benefits | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding settlement negotiations relating to Tommie Hotel. |
| 453 | 4/4/2017 | Richard Heyman | Grant King | | | 0 | Fwd: Response | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding seeking CEQA approval regarding Tommie Hotel |
| 454 | 4/5/2017 | Richard Heyman | Grant King | | | 0 | Updated Proposal | Attorney Client Communication | Email Providing infomration for or facilitating legal advice regarding settlement negotiations. |
| 455 | 4/5/2017 | Richard Heyman | Grant King | Arthur Friedman * | | 0 | Re: More Saeed request | Attorney Client Communication & Work Product | Email Seeking legal advice regarding seeking CEQA approval regarding Tommie Hotel |
| 456 | 4/5/2017 | Richard Heyman | Arthur Friedman *; Grant King | | | 1 | More Saeed request | Attorney Client Communication | Email Seeking legal advice regarding settlement negotiations. |
| 457 | 5/15/2021 | Amie Marben | Grant King; Laurie Goldman | | | 2 | Fwd: Relevant-Thompson: Draft letter to City Council for May 19th Meeting | Attorney Client Communication & Work Product | Email Forwarding information provided to counsel for the purpose of providing legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project |
| 458 | 5/26/2021 | Alison Martinez * | Amie Marben | Alfred Fraijo Jr. *; Grant King; Lauren Chang *; Laurie Goldman | | 1 | RE: Relevant-Thompson: Draft letter to City Council for June 2nd Meeting | Attorney Client Communication & Work Product | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Thompson Hotel project |
| 459 | 5/26/2021 | Amie Marben | Alison Martinez * | Alfred Fraijo Jr. *; Grant King; Lauren Chang *; Laurie Goldman | | 1 | RE: Relevant-Thompson: Draft letter to City Council for June 2nd Meeting | Attorney Client Communication & Work Product | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project |
| 460 | 4/23/2020 | Richard Heyman | Grant King | | | 0 | Fwd: Relevant - Schrader and Selma Wilcox: Change of Use to Residential | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding CEQA approval for the Wilcox Hotel project |
| 461 | 10/5/2021 | Amie Marben | Grant King | Alex Merritt *; Andrew Shayne; Arthur Friedman *; Jay Santos; Kira T. Conlon * | | 1 | Re: Selma Wilcox Hotel -- Compliance with Interlocutory Remand -- Joint Defense Privileged | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding the CEQA lawsuit involving the Selma Hotel |
| 462 | 4/8/2019 | Grant King | Laurie Goldman | | | 0 | FW: Casey Maddren - Other Case Filings | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project |
| 463 | 4/8/2019 | Grant King | Richard Heyman | | | 0 | RE: Casey Maddren - Other Case Filings | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project |

* Denotes an attorney

CONFIDENTIAL

Relevant Group, LLC, et al. v. Stephan Nourmand, et al.
Plaintiffs' Privilege Log

| Entry No. | Date | From/Author | To | CC | BCC | No. of Attach. | Email Subject / File Name | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 464 | 4/8/2019 | Grant King | Mark McGregor | | | 0 | FW: Casey Maddren - Other Case Filings | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project |
| 465 | 4/8/2019 | Grant King | Laurie Goldman | | | 0 | Re: Casey Maddren - Other Case Filings | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project |
| 466 | 4/8/2019 | Grant King | Laurie Goldman | | | 1 | Re: Casey Maddren - Other Case Filings | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project |
| 467 | 4/9/2019 | Grant King | Amie Marben; Demien Farrell; Gordon E. Hart *; Jill Yung *; Kira Teshima *; May Phutikanit; Richard Heyman | Alex Merritt *; Alfred Fraijo Jr. *; Arthur Friedman * | | 0 | RE: Relevant - Selma Wilcox: Petitioners Sunset Landmark and Casey Maddren | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project |
| 468 | 1/17/2019 | Grant King | Amie Marben; Gordon E. Hart *; Jill Yung *; Kira Teshima *; May Phutikanit; Richard Heyman | Alfred Fraijo Jr. *; Cody Sargeant | | 0 | RE: Relevant - Selma Wilcox: New Letter from UN4LA | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding Seeking CEQA approval involving the Selma hotel |
| 469 | 1/17/2019 | Grant King | Amie Marben; Gordon E. Hart *; Jill Yung *; Kira Teshima *; May Phutikanit; Richard Heyman | Alfred Fraijo Jr. *; Cody Sargeant | | 0 | RE: Relevant - Selma Wilcox: New Letter from UN4LA | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding Seeking CEQA approval involving the Selma hotel |
| 470 | 1/17/2019 | Grant King | Kira Teshima * | Alfred Fraijo Jr. *; Amie Marben; Cody Sargeant; Gordon E. Hart *; Jill Yung *; May Phutikanit; Richard Heyman | | 0 | RE: Relevant - Selma Wilcox: New Letter from UN4LA | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding Seeking CEQA approval involving the Selma hotel |
| 471 | 1/17/2019 | Grant King | Kira Teshima *; Richard Heyman | Alfred Fraijo Jr. * | | 0 | RE: Hotel Developer Keeps Asking and City Planning Keeps Giving | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding the CEQA lawsuit involving the Selma Hotel |
| 472 | 1/17/2019 | Grant King | Amie Marben; Gordon E. Hart *; Jill Yung *; Kira Teshima *; May Phutikanit; Richard Heyman | Alfred Fraijo Jr. *; Cody Sargeant | | 0 | RE: Relevant - Selma Wilcox: New Letter from UN4LA | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding Seeking CEQA approval involving the Selma hotel |
| 473 | 8/5/2021 | Grant King | Andrew Shayne | | | 2 | FW: Selma Wilcox Hotel -- Compliance with Interlocutory Remand -- Joint Defense Privileged | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding the CEQA lawsuit involving the Selma Hotel |
| 474 | 7/8/2018 | Grant King | Laurie Goldman | Alfred Fraijo Jr. *; Amie Marben; Chris Joseph; Intern; Karen Filippe; Kira Teshima *; Liz Culhane; Reuben Duarte *; Scott Campbell; Seth Wulkan | | 0 | Re: Relevant - Selma Wilcox:  CPC Hearing Status Update | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding Seeking CEQA approval involving the Selma hotel |
| 475 | 7/10/2018 | Grant King | Gordon E. Hart * | Andrew Shayne; Philip N. Feder; Richard Heyman; Rick S. Kirkbride *; Sam Alavi * | | 1 | Re: Introduction / Gordon Hart | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA Lawsuit involving the Selma Hotel with documents attached |
| 476 | 7/9/2018 | Grant King | Amie Marben | Demien Farrell; Laurie Goldman | | 1 | Re: Relevant - Selma Wilcox:  CPC Hearing Status Update | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product from Kira Teshima * regarding Seeking CEQA approval involving the Selma hotel |
| 477 | 7/9/2018 | Grant King | Laurie Goldman | Alfred Fraijo Jr. *; Amie Marben; Kira Teshima *; Reuben Duarte *; Scott Campbell | | 0 | Re: Relevant - Selma Wilcox:  CPC Hearing Status Update | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding Seeking CEQA approval involving the Selma hotel |
| 478 | 7/12/2018 | Grant King | Scott Campbell | Alfred Fraijo Jr. *; Amie Marben; Kira Teshima *; Laurie Goldman; Reuben Duarte * | | 0 | Re: S-W CPC | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project |
| 479 | 6/25/2018 | Grant King | Alfred Fraijo Jr. *; Richard Heyman | Kira Teshima *; Laurie Goldman | | 0 | RE: Relevant - Selma Wilcox:  Silverstein Law Firm Representation | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding Seeking CEQA approval involving the Selma hotel |
| 480 | 4/24/2018 | Grant King | Alfred Fraijo Jr. * | Amie Marben; Demien Farrell; Kira Teshima *; Laurie Goldman; Reuben Duarte *; Richard Heyman; Scott Campbell | | 1 | Re: 6421-6429 Â½ West Selma Avenue | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving the Selma hotel. |
| 481 | 4/24/2018 | Grant King | Alfred Fraijo Jr. *; Scott Campbell | Amie Marben; Kira Teshima *; Laurie Goldman; Reuben Duarte *; Richard Heyman | | 0 | RE: CHNC PLUM and Board Meetings - Selma-Wilcox Hotel | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding CEQA approval for the Wilcox Hotel project |
| 482 | 1/10/2018 | Grant King | Arthur Friedman * | | | 0 | RE: Alert: California Court of Appeal Affirms Case-Ending Sanction in CEQA Lawsuit | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project |
| 483 | 12/12/2017 | Grant King | Amie Marben | Richard Heyman; Andrew Shayne; Demien Farrell; Kira Teshima *; Alfred Fraijo Jr. *; Laurie Goldman | | 1 | Re: Relevant Group Projects - Entitlements Update | Attorney Client Communication | Email Reflecting legal advice and/or work product regarding the CEQA approval process involving the Selma-Wilcox Hotel. |

* Denotes an attorney

CONFIDENTIAL

Relevant Group, LLC, et al. v. Stephan Nourmand, et al.
Plaintiffs' Privilege Log

| Entry No. | Date | From/Author | To | CC | BCC | No. of Attach. | Email Subject / File Name | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 484 | 11/16/2017 | Grant King | Richard Heyman | | | 0 | Re: Wilcox/Tommie | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding settlement negotiations involving the Thompson and Tommie Hotel |
| 485 | 11/29/2017 | Grant King | Andrew Shayne; Richard Heyman | | | 0 | RE: Thompson | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding the CEQA Lawsuit involving the Thompson Hotel |
| 486 | 9/27/2017 | Grant King | Richard Heyman | | | 1 | Re: Thompson/Tommie Settlement Agreements - Revised | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations involving the Thompson-Tommie Hotel with documents attached |
| 487 | 8/24/2017 | Grant King | Richard Heyman | | | 0 | Fwd: Thompson/Tommie - Saeed | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA settlement involving the Thompson and Tommie Hotel project |
| 488 | 8/24/2017 | Grant King | Richard Heyman | | | 1 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA settlement involving the Thompson and Tommie Hotel project |
| 489 | 8/24/2017 | Grant King | Richard Heyman | Andrew Shayne; Guy Maisnik * | | 0 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA settlement involving the Thompson and Tommie Hotel project |
| 490 | 8/24/2017 | Grant King | Richard Heyman | | | 0 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA settlement involving the Thompson and Tommie Hotel project |
| 491 | 9/12/2017 | Grant King | Andrew Shayne | Guy Maisnik *; Jeffrey Steiner *; Richard Heyman | | 1 | Re: Draft of Settlement Agreement and Release | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations involving the Thompson Hotel with documents attached |
| 492 | 9/12/2017 | Grant King | Andrew Shayne | | | 1 | Re: Draft of Settlement Agreement and Release | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations involving the Thompson Hotel with documents attached |
| 493 | 7/14/2017 | Grant King | Richard Heyman | | | 0 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA settlement involving the Thompson and Tommie Hotel project |
| 494 | 7/14/2017 | Grant King | Richard Heyman | | | 0 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA settlement involving the Thompson and Tommie Hotel project |
| 495 | 7/14/2017 | Grant King | Richard Heyman | | | 0 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA settlement involving the Thompson and Tommie Hotel project |
| 496 | 7/14/2017 | Grant King | Richard Heyman | | | 0 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA settlement involving the Thompson and Tommie Hotel project |
| 497 | 7/14/2017 | Grant King | Richard Heyman | | | 0 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA settlement involving the Thompson and Tommie Hotel project |
| 498 | 7/25/2017 | Grant King | Alfred Fraijo Jr. * | Laurie Goldman; Richard Heyman | | 0 | Re: Guy's meeting with the Saeed folks | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding the CEQA lawsuit involving the Thompson Hotel |
| 499 | 6/21/2017 | Grant King | Catherine DeBono Holmes * | Guy Maisnik *; Richard Heyman | | 1 | FW: HIRC - Tommie: Option Memorandum | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding the CEQA lawsuit involving the Tommie Hotel |
| 500 | 7/4/2017 | Grant King | Guy Maisnik *; Richard Heyman | Andrew Shayne | | 0 | RE: Thompson/Saeed | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding the CEQA lawsuit involving the Thompson Hotel |
| 501 | 7/5/2017 | Grant King | Laurie Goldman | | | 0 | FW: Thompson/Saeed | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product from Guy Maisnik * regarding the CEQA lawsuit involving the Thompson Hotel |
| 502 | 7/5/2017 | Grant King | Laurie Goldman | | | 0 | RE: Final Thompson Brief re: plan changes | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product from Sheppard Mullin regarding the CEQA lawsuit involving the Thompson Hotel |
| 503 | 7/5/2017 | Grant King | Laurie Goldman | | | 0 | RE: Thompson/Saeed | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product from Guy Maisnik * regarding the CEQA lawsuit involving the Thompson Hotel |
| 504 | 7/10/2017 | Grant King | Andrew Shayne; Jeff Reinstein; Richard Heyman | | | 0 | FW: Tommie | Attorney Client Communication | Email Forwarding information provided to counsel for the purpose of providing legal advice regarding the CEQA settlement involving the Tommie Hotel project |
| 505 | 5/9/2017 | Grant King | Arthur Friedman * | Alfred Fraijo Jr. *; Andrew Shayne; Grant King; Richard Heyman | | 1 | Re: Outstanding Wilcox invoices - Sunset Landmark | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA Lawsuit involving the Thompson Hotel with documents attached |

Relevant Group, LLC, et al. v. Stephan Nourmand, et al.
Plaintiffs' Privilege Log

| Entry No. | Date | From/Author | To | CC | BCC | No. of Attach. | Email Subject / File Name | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 506 | 4/25/2017 | Grant King | Richard Heyman | | | 0 | Re: Sunset Landmark v. City of LA - Opposition Brief | Attorney Client Communication & Work Product | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Thompson Hotel. |
| 507 | 4/25/2017 | Grant King | Arthur Friedman * | Alex Merritt *; Alfred Fraijo Jr. *; Kira Teshima *; Matt Hinks *; Richard Heyman | | 0 | Re: Sunset Landmark v. City of LA - Opposition Brief | Attorney Client Communication & Work Product | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Thompson Hotel. |
| 508 | 4/25/2017 | Grant King | Arthur Friedman * | Alfred Fraijo Jr. *; Kira Teshima *; Matt Hinks *; Richard Heyman | | 0 | Re: Corrected Notice of Public Hearing | Attorney Client Communication | Email Providing information for or facilitating legal advice seeking CEQA approval regarding Tommie Hotel |
| 509 | 4/25/2017 | Grant King | Arthur Friedman * | Alfred Fraijo Jr. *; Kira Teshima *; Matt Hinks *; Richard Heyman | | 0 | Re: Corrected Notice of Public Hearing | Attorney Client Communication & Work Product | Email Providing information for or facilitating legal advice seeking CEQA approval regarding Tommie Hotel |
| 510 | 5/2/2017 | Grant King | Alfred Fraijo Jr. *; Richard Heyman | Amie Marben | | 0 | RE: Tommie - Community Benefits | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding CEQA approval involving the Selma Hotel |
| 511 | 4/5/2017 | Grant King | Richard Heyman | Arthur Friedman * | | 0 | Re: More Saeed request | Attorney Client Communication | Email Seeking legal advice regarding seeking CEQA approval regarding Tommie Hotel |
| 512 | 4/5/2017 | Grant King | Richard Heyman | Arthur Friedman * | | 0 | Re: More Saeed request | Attorney Client Communication & Work Product | Email Seeking legal advice regarding seeking CEQA approval regarding Tommie Hotel |
| 513 | 4/5/2017 | Grant King | Arthur Friedman * | Richard Heyman | | 0 | Re: More Saeed request | Attorney Client Communication & Work Product | Email Seeking legal advice regarding seeking CEQA approval regarding Tommie Hotel |
| 514 | 3/29/2017 | Grant King | Arthur Friedman * | Alex Merritt *; Alfred Fraijo Jr. *; Grant King; Kira Teshima *; Matt Hinks *; Richard Heyman | | 0 | Re: Sunset Landmark Investment v. Ciy of Los Angeles | Attorney Client Communication & Work Product | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Thompson Hotel. |
| 515 | 4/8/2019 | Richard Heyman | Grant King | | | 1 | Fwd: Casey Maddren - Other Case Filings | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project |
| 516 | 4/8/2019 | Laurie Goldman | Grant King | | | 0 | RE: Casey Maddren - Other Case Filings | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project |
| 517 | 4/8/2019 | Laurie Goldman | Grant King | | | 0 | RE: Casey Maddren - Other Case Filings | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project |
| 518 | 4/8/2019 | Laurie Goldman | Grant King | | | 0 | RE: Casey Maddren - Other Case Filings | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Wilcox Hotel project |
| 519 | 3/5/2019 | Richard Heyman | Grant King | | | 0 | Fwd: Relevant - Selma Wilcox: Hearing CONTINUED | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product from Alfred Fraijo Jr. * regarding CEQA appeal involving Selma Wilcox. |
| 520 | 8/31/2021 | Alex Merritt * | Grant King | Andrew Shayne; Arthur Friedman *; Kira T. Conlon * | | 2 | RE: Selma Wilcox Hotel -- Compliance with Interlocutory Remand -- Joint Defense Privileged | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding the CEQA lawsuit involving the Selma Hotel |
| 521 | 1/17/2019 | Richard Heyman | Alfred Fraijo Jr. *; Grant King; Kira Teshima * | | | 0 | Hotel Developer Keeps Asking and City Planning Keeps Giving | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding the CEQA lawsuit involving the Selma Hotel |
| 522 | 8/5/2021 | Grant King | Andrew Shayne | | | 2 | FW: Selma Wilcox Hotel -- Compliance with Interlocutory Remand -- Joint Defense Privileged | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding the CEQA lawsuit involving the Selma Hotel |
| 523 | 12/22/2017 | Richard Heyman | Andrew Shayne; Guy Maisnik * | | | 1 | Image (429).pdf | Attorney Client Communication | Email Seeking legal advice regarding the CEQA Lawsuit |
| 524 | 1/11/2018 | Guy Maisnik * | Andrew Shayne | | | 0 | Fwd: Sunset Landmark | Attorney Client Communication & Work Product | Email Providing information for or facilitating legal advice regarding settlement negotiations involving the Tommie and Thompson Hotel. |
| 525 | 1/11/2018 | Guy Maisnik * | Andrew Shayne | | | 0 | RE: Sunset Landmark | Attorney Client Communication & Work Product | Email Providing information for or facilitating legal advice regarding settlement negotiations involving the Tommie and Thompson Hotel. |
| 526 | 1/7/2018 | Guy Maisnik * | Andrew Shayne | | | 0 | FW: apologies--correct versions | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding draft settlement agreement involving the Tommie Hotel. |
| 527 | 3/13/2018 | Guy Maisnik * | Andrew Shayne | Jay Yang | | 0 | RE: Payoff of Saeed | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations. |
| 528 | 3/13/2018 | Guy Maisnik * | Andrew Shayne | Jay Yang | | 0 | RE: Payoff of Saeed | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations. |
| 529 | 11/29/2017 | Grant King | Andrew Shayne; Richard Heyman | | | 0 | RE: Thompson | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding the CEQA Lawsuit involving the Thompson Hotel |
| 530 | 12/1/2017 | Arthur Friedman * | Andrew Shayne | Alfred Fraijo Jr. * | | 0 | RE: Tommie CEQA litigation-- agreement reached regarding schedule for briefing and trial | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding the CEQA lawsuit involving the Tommie Hotel |

* Denotes an attorney

CONFIDENTIAL

Relevant Group, LLC, et al. v. Stephan Nourmand, et al.
Plaintiff's Privilege Log

| Entry No. | Date | From/Author | To | CC | BCC | No. of Attach. | Email Subject / File Name | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 531 | 12/5/2017 | Richard Heyman | Guy Maisnik * | Andrew Shayne | | 0 | Re: Tommie CEQA litigation-- further update | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding the CEQA lawsuit involving the Tommie Hotel |
| 532 | 12/5/2017 | Richard Heyman | Guy Maisnik * | Andrew Shayne | | 0 | Re: Tommie CEQA litigation-- further update | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding the CEQA lawsuit involving the Tommie Hotel |
| 533 | 11/2/2017 | Guy Maisnik * | Richard Heyman | Andrew Shayne | | 0 | Saeed | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding settlement negotiations involving the Tommie Hotel |
| 534 | 11/2/2017 | Richard Heyman | Guy Maisnik * | Andrew Shayne | | 0 | Re: Saeed | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding settlement negotiations involving the Tommie Hotel |
| 535 | 11/7/2017 | Guy Maisnik * | Richard Heyman | Andrew Shayne | | 0 | RE: Saeed | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding settlement negotiations involving the Tommie Hotel |
| 536 | 11/8/2017 | Richard Heyman | Guy Maisnik * | Andrew Shayne | | 0 | Re: Saeed | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding settlement negotiations involving the Tommie Hotel |
| 537 | 11/8/2017 | Richard Heyman | Guy Maisnik * | Andrew Shayne | | 0 | RE: Saeed | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding settlement negotiations involving the Tommie Hotel |
| 538 | 11/10/2017 | Richard Heyman | Guy Maisnik * | Andrew Shayne | | 0 | Re: Settlement Agreement | Attorney Client Communication & Work Product | Email Providing information for or facilitating legal advice regarding settlement negotiations involving the Tommie and Thompson Hotel. |
| 539 | 11/10/2017 | Guy Maisnik * | Richard Heyman | Andrew Shayne | | 0 | Settlement Agreement | Attorney Client Communication & Work Product | Email Providing information for or facilitating legal advice regarding settlement negotiations involving the Tommie and Thompson Hotel. |
| 540 | 11/10/2017 | Guy Maisnik * | Richard Heyman | Andrew Shayne | | 0 | Re: Settlement Agreement | Attorney Client Communication & Work Product | Email Providing information for or facilitating legal advice regarding settlement negotiations involving the Tommie and Thompson Hotel. |
| 541 | 11/10/2017 | Andrew Shayne | Guy Maisnik * | Richard Heyman | | 0 | Re: Settlement Agreement | Attorney Client Communication & Work Product | Email Providing information for or facilitating legal advice regarding settlement negotiations involving the Tommie and Thompson Hotel. |
| 542 | 11/10/2017 | Andrew Shayne | Richard Heyman | Guy Maisnik * | | 0 | Re: Settlement Agreement | Attorney Client Communication & Work Product | Email Providing information for or facilitating legal advice regarding settlement negotiations involving the Tommie and Thompson Hotel. |
| 543 | 11/10/2017 | Guy Maisnik * | Andrew Shayne | Matt Hinks *; Richard Heyman | | 0 | Re: Settlement Agreement | Attorney Client Communication & Work Product | Email Providing information for or facilitating legal advice regarding settlement negotiations involving the Tommie and Thompson Hotel. |
| 544 | 11/16/2017 | Richard Heyman | Guy Maisnik * | Andrew Shayne | | 0 | Re: Wilcox/Tommie | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding settlement negotiations involving the Thompson and Tommie Hotel |
| 545 | 11/16/2017 | Richard Heyman | Andrew Shayne; Jeff Reinstein | | | 6 | Fwd: Wilcox/Tommie | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding Wilcox and Tommie Hotel settlement agreements. |
| 546 | 10/26/2017 | Richard Heyman | Guy Maisnik * | Andrew Shayne | | 0 | Re: Sunset Landmark | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding settlement negotiations involving the Thompson Hotel. |
| 547 | 9/23/2017 | Guy Maisnik * | Andrew Shayne | | | 0 | FW: Thompson/Tommie Settlement Agreements - Revised | Attorney Client Communication & Work Product | Email Providing information for or facilitating legal advice regarding settlement negotiations involving the Thompson Hotel. |
| 548 | 9/25/2017 | Richard Heyman | Guy Maisnik * | Andrew Shayne | | 0 | Re: Thompson/Tommie Settlement Agreements - Revised | Attorney Client Communication & Work Product | Email Providing information for or facilitating legal advice regarding settlement negotiations involving the Thompson and Tommie Hotel. |
| 549 | 9/27/2017 | Richard Heyman | Guy Maisnik * | Andrew Shayne | | 0 | Re: Thompson/Tommie Settlement Agreements - Revised | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding settlement negotiations involving the Thompson and Tommie Hotel. |
| 550 | 9/27/2017 | Richard Heyman | Guy Maisnik * | Andrew Shayne | | 0 | Re: Thompson/Tommie Settlement Agreements - Revised | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding settlement negotiations involving the Thompson and Tommie Hotel. |
| 551 | 9/11/2017 | Richard Heyman | Guy Maisnik * | Andrew Shayne; Jeffrey Steiner * | | 0 | Re: Draft of Settlement Agreement and Release | Attorney Client Communication & Work Product | Email Providing information for or facilitating legal advice regarding settlement negotiations involving the Thompson and Tommie Hotel. |
| 552 | 9/11/2017 | Richard Heyman | Guy Maisnik * | Andrew Shayne; Jeffrey Steiner * | | 0 | Re: Draft of Settlement Agreement and Release | Attorney Client Communication & Work Product | Email Providing information for or facilitating legal advice regarding settlement negotiations involving the Thompson Hotel |

* Denotes an attorney

CONFIDENTIAL

Relevant Group, LLC, et al. v. Stephan Nourmand, et al.
Plaintiff's Privilege Log

| Entry No. | Date | From/Author | To | CC | BCC | No. of Attach. | Email Subject / File Name | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 553 | 9/11/2017 | Richard Heyman | Guy Maisnik * | Andrew Shayne; Jeffrey Steiner * | | 0 | Re: Draft of Settlement Agreement and Release | Attorney Client Communication & Work Product | Email Providing information for or facilitating legal advice regarding settlement negotiations involving the Thompson Hotel |
| 554 | 9/12/2017 | Grant King | Andrew Shayne | | | 1 | Re: Draft of Settlement Agreement and Release | Attorney Client Communication & Work Product | Email Providing information for or facilitating legal advice regarding settlement negotiations involving the Wilcox Hotel project. |
| 555 | 7/14/2017 | Andrew Shayne | Guy Maisnik * | | | 0 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Reflecting request for and provision of legal advice regarding strategy related to Thompson/Tommie litigation. |
| 556 | 7/14/2017 | Guy Maisnik * | Andrew Shayne | | | 0 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Reflecting request for and provision of legal advice regarding strategy related to Thompson/Tommie litigation. |
| 557 | 7/14/2017 | Guy Maisnik * | Andrew Shayne | | | 0 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Reflecting request for and provision of legal advice regarding strategy related to Thompson/Tommie litigation. |
| 558 | 7/14/2017 | Andrew Shayne | Guy Maisnik * | | | 0 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Reflecting request for and provision of legal advice regarding strategy related to Thompson/Tommie litigation. |
| 559 | 2/1/2017 | Grant King | Andrew Shayne | | | 1 | FW: HIRC - Tommie Hotel: Memo re CPC and Hearing | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding seeking CEQA approval regarding Tommie Hotel |
| 560 | 12/30/2017 | Andrew Shayne | Guy Maisnik * | | | 0 | RE: Tommie/Thompson - Saeed - Title | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Tommie/ Thompson Hotel |
| 561 | 1/11/2018 | Andrew Shayne | Guy Maisnik * | | | 0 | RE: Sunset Landmark | Attorney Client Communication & Work Product | Email Providing information for or facilitating legal advice regarding settlement negotiations involving the Tommie and Thompson Hotel. |
| 562 | 1/11/2018 | Andrew Shayne | Guy Maisnik * | | | 0 | RE: Sunset Landmark | Attorney Client Communication & Work Product | Email Providing information for or facilitating legal advice regarding settlement negotiations involving the Tommie and Thompson Hotel. |
| 563 | 3/13/2018 | Andrew Shayne | Guy Maisnik * | Jay Yang | | 0 | RE: Payoff of Saeed | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations involving the Thompson Hotel |
| 564 | 3/13/2018 | Andrew Shayne | Guy Maisnik * | Jay Yang | | 0 | Payoff of Saeed | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations involving the Thompson Hotel |
| 565 | 7/9/2018 | Andrew Shayne | Gordon E. Hart *; Grant King; Richard Heyman; Sam Alavi * | Philip N. Feder; Rick S. Kirkbride * | | 0 | RE: Introduction / Gordon Hart | Attorney Client Communication & Work Product | Email Reflecting legal advice regarding the CEQA lawsuit involving the Selma Hotel. |
| 566 | 11/16/2017 | Andrew Shayne | Jeff Reinstein | | | 0 | FW: Wilcox/Tommie | Attorney Client Communication | Email Reflecting legal advice from Guy Maisnik * regarding settlement negotiations involving the Thompson Hotel |
| 567 | 11/28/2017 | Andrew Shayne | Arthur Friedman | | | 0 | RE: Tommie CEQA litigation-- further update | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA approval process involving the Tommie Hotel |
| 568 | 11/29/2017 | Andrew Shayne | Grant King; Richard Heyman | | | 1 | FW: Thompson | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Thompson Hotel with documents attached |
| 569 | 12/1/2017 | Andrew Shayne | Arthur Friedman *; Grant King; Jeff Reinstein; Richard Heyman | Alfred Fraijo Jr. * | | 0 | RE: Tommie CEQA litigation-- agreement reached regarding schedule for briefing and trial | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Tommie Hotel |
| 570 | 11/3/2017 | Andrew Shayne | Guy Maisnik * | | | 0 | RE: Saeed | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations involving the Thompson Hotel |
| 571 | 10/30/2017 | Andrew Shayne | Demien Farrell | | | 4 | FW: Thompson/Tommie Settlement Agreements - Revised | Attorney Client Communication & Work Product | Email Providing information for or facilitating legal advice regarding settlement negotiations involving the Thompson and Tommie Hotel. |
| 572 | 11/10/2017 | Andrew Shayne | Richard Heyman | Guy Maisnik * | Andrew Shayne | 0 | Re: Settlement Agreement | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding settlement negotiations involving the Thompson and Tommie Hotel. |
| 573 | 11/10/2017 | Andrew Shayne | Guy Maisnik * | Richard Heyman | Andrew Shayne | 0 | Re: Settlement Agreement | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding settlement negotiations involving the Thompson and Tommie Hotel. |
| 574 | 10/11/2017 | Andrew Shayne | Jeff Reinstein; Richard Heyman | Guy Maisnik * | | 0 | RE: Sunset Landmark | Attorney Client Communication | Email Seeking legal advice regarding Sunset Landmark settlement negotiations. |
| 575 | 10/20/2017 | Andrew Shayne | Alfred Fraijo Jr. *; Grant King; Jeff Reinstein; Richard Heyman | | | 0 | RE: 6421 Selma Wilcox Hotel LLC - Notice of Public Hearing | Attorney Client Communication | Draft report Reflecting legal advice regarding CEQA litigation involving the Selma Hotel. |
| 576 | 9/12/2017 | Andrew Shayne | Grant King | | | 0 | RE: Draft of Settlement Agreement and Release | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding settlement negotiations in connection with Thompson litigation. |
| 577 | 9/12/2017 | Andrew Shayne | Richard Heyman | Grant King; Guy Maisnik *; Jeffrey Steiner * | | 0 | RE: Draft of Settlement Agreement and Release | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding settlement negotiations in connection with Thompson litigation. |
| 578 | 7/14/2017 | Andrew Shayne | Guy Maisnik * | | Andrew Shayne | 0 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Reflecting request for and provision of legal advice regarding strategy related to Thompson/Tommie litigation. |

Relevant Group, LLC, et al. v. Stephan Nourmand, et al.
Plaintiff's Privilege Log

| Entry No. | Date | From/Author | To | CC | BCC | No. of Attach. | Email Subject / File Name | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 579 | 7/14/2017 | Andrew Shayne | Guy Maisnik * | | Andrew Shayne | 0 | Re: Thompson/Tommie - Saeed | Attorney Client Communication | Email Reflecting request for and provision of legal advice regarding strategy related to Thompson/Tommie litigation. |
| 580 | 11/5/2015 | Richard Heyman | Grant King; Michael Gonzales *; Richard Heyman | | | 0 | RE: Appeals ATTORNEY CLIENT COMMUNICATION/ATTORNEY WORK PRODUCT | Attorney Client Communication & Work Product | Email Reflecting request for and provision of legal advice regarding the CEQA appeal involving the Wilcox Hotel project. |
| 581 | 11/17/2015 | Richard Heyman | Michael Gonzales * | Grant King; Laurie Goldman | | 2 | Re: Wilcox | Attorney Client Communication | Email Reflecting request for and provision of legal advice regarding CEQA appeal involving Wilcox hotel. |
| 582 | 11/10/2015 | Richard Heyman | Michael Gonzales * | Grant King | | 0 | Re: Appeals ATTORNEY CLIENT COMMUNICATION/ATTORNEY WORK PRODUCT | Attorney Client Communication | Email Reflecting request for and provision of legal advice regarding the CEQA appeal involving the Wilcox Hotel project. |
| 583 | 6/8/2017 | Richard Heyman | Richard Heyman | | | 0 | FW: Appeals ATTORNEY CLIENT COMMUNICATION/ATTORNEY WORK PRODUCT | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA appeal involving the Wilcox Hotel project. |
| 584 | 6/8/2017 | Richard Heyman | Richard Heyman | | | 2 | FW: Appeals ATTORNEY CLIENT COMMUNICATION/ATTORNEY WORK PRODUCT | Work Product | Email Reflecting legal advice regarding the CEQA appeal involving the Wilcox Hotel project. |
| 585 | 6/8/2017 | Richard Heyman | Richard Heyman | | | 0 | FW: Wilcox | Attorney Client Communication | Email Reflecting legal advice regarding CEQA appeal involving Wilcox hotel. |
| 586 | 6/8/2017 | Richard Heyman | Richard Heyman | | | 0 | FW: Wilcox | Attorney Client Communication | Email Reflecting legal advice regarding CEQA appeal involving Wilcox hotel. |
| 587 | 6/8/2017 | Richard Heyman | Richard Heyman | | | 1 | FW: Wilcox | Attorney Client Communication | Email Reflecting legal advice regarding CEQA appeal involving Wilcox hotel. |
| 588 | 6/8/2017 | Richard Heyman | Richard Heyman | | | 0 | FW: Q Clarification | Attorney Client Communication | Email Reflecting request for and provision of legal advice regarding CEQA litigation on Wilcox Hotel. |
| 589 | 6/8/2017 | Richard Heyman | Richard Heyman | | | 0 | FW: rough draft email to Saeed | Attorney Client Communication | Email Seeking legal advice regarding draft email relating to settlement negotiations. |
| 590 | 1/26/2017 | Richard Heyman | Alfred Fraijo Jr. *; Grant King; Kira Teshima *; Laurie Goldman | Scott Campbell | | 0 | RE: Scheduling a Tommie Strategy Conference Call? | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA approval process involving the Tommie Hotel |
| 591 | 1/26/2017 | Richard Heyman | Alfred Fraijo Jr. *; Grant King; Kira Teshima *; Laurie Goldman | Scott Campbell | | 0 | RE: Scheduling a Tommie Strategy Conference Call? | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA approval process involving the Tommie Hotel |
| 592 | 1/26/2017 | Richard Heyman | Grant King; Kira Teshima * | Alfred Fraijo Jr. *; Laurie Goldman; Scott Campbell | | 0 | RE: Scheduling a Tommie Strategy Conference Call? | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA approval process involving the Tommie Hotel |
| 593 | 3/1/2017 | Richard Heyman | Alfred Fraijo Jr. * | | | 0 | Re: HIRC - Tommie Hotel: Map Hearing | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA approval process involving the Tommie Hotel |
| 594 | 11/24/2016 | Richard Heyman | Grant King | | | 2 | Fwd: HIRC-Thompson Hotel: Revised Term Sheet | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding the CEQA lawsuit involving the Thompson Hotel with documents attached |
| 595 | 12/8/2016 | Richard Heyman | Alfred Fraijo Jr. * | | | 0 | Re: 480100847_1.docx | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Thompson Hotel |
| 596 | 12/12/2016 | Richard Heyman | Alfred Fraijo Jr. * | | | 0 | Fwd: Saeed -- Richard's email | Attorney Client Communication | Email Seeking legal advice regarding settlement negotiations with Saeed. |
| 597 | 12/14/2016 | Richard Heyman | Michael Gonzales * | | | 2 | Fwd: 1541 Wilcox Hotel CONFIDENTIAL | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving Wilcox hotel. |
| 598 | 12/16/2016 | Richard Heyman | Arthur Friedman * | Alex Merritt *; Alfred Fraijo Jr. *; Grant King | | 0 | Re: Thompson Hotel  Litigation Update | Attorney Client Communication | Email Reflecting legal advice regarding the CEQA lawsuit involving the Thompson Hotel |
| 599 | 12/27/2016 | Richard Heyman | Alfred Fraijo Jr. * | | | 6 | Fwd: 1541 Wilcox ZA Hearing | Attorney Client Communication | Email Seeking legal advice regarding CEQA appeal hearing involving the Wilcox Hotel. |
| 600 | 9/28/2016 | Richard Heyman | Grant King | Arthur Friedman * | | 0 | Re: HIRC - Outstanding Invoices | Attorney Client Communication & Work Product | Email Reflecting request for and provision of legal advice regarding settlement negotiations involving the Thompson Hotel. |
| 601 | 10/6/2016 | Richard Heyman | Laurie Goldman | Alfred Fraijo Jr. *; Arthur Friedman *; Grant King | | 0 | Re: rough draft email to Saeed | Attorney Client Communication | Email Seeking legal advice regarding draft email to Saeed relating to settlement negotiations. |
| 602 | 10/6/2016 | Richard Heyman | Laurie Goldman | Grant King | | 0 | Re: rough draft email to Saeed | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding draft email to Saeed relating to settlement negotiations. |
| 603 | 10/6/2016 | Richard Heyman | Laurie Goldman | Alfred Fraijo Jr. *; Arthur Friedman *; Grant King | | 0 | Re: rough draft email to Saeed | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding draft email to Saeed relating to settlement negotiations. |
| 604 | 10/6/2016 | Richard Heyman | Richard Heyman | | | 0 | FW: rough draft email to Saeed | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding draft email to Saeed relating to settlement negotiations. |
| 605 | 10/6/2016 | Richard Heyman | Richard Heyman | Alfred Fraijo Jr. *; Arthur Friedman *; Grant King; Laurie Goldman | | 0 | FW: rough draft email to Saeed | Attorney Client Communication | Email Seeking legal advice regarding draft email to Saeed relating to settlement negotiations. |

* Denotes an attorney

CONFIDENTIAL

Relevant Group, LLC, et al. v. Stephan Nourmand, et al.
Plaintiff Privilege Log

| Entry No. | Date | From/Author | To | CC | BCC | No. of Attach. | Email Subject / File Name | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 606 | 10/6/2016 | Richard Heyman | Richard Heyman | Alfred Fraijo Jr. *; Arthur Friedman *; Grant King; Laurie Goldman | | 0 | Re: rough draft email to Saeed | Attorney Client Communication | Email Forwarding information provided to counsel for the purpose of providing legal advice regarding draft email to Saeed relating to settlement negotiations. |
| 607 | 10/10/2016 | Richard Heyman | Richard Heyman | | | 0 | Fwd: rough draft email to Saeed | Attorney Client Communication | Email Providing information for or facilitating legal advice regarding draft email to Saeed relating to settlement negotiations. |
| 608 | 10/14/2016 | Richard Heyman | Arthur Friedman * | | | 0 | RE: rough draft email to Saeed | Attorney Client Communication | Email Seeking legal advice regarding draft email to Saeed relating to settlement negotiations. |
| 609 | 10/28/2016 | Richard Heyman | Arthur Friedman * | Alfred Fraijo Jr. * | | 0 | Fwd: Urgent Team Meeting and Check-in | Attorney Client Communication | Email Reflecting legal advice regarding settlement negotiations involving the Tommie Hotel |
| 610 | 9/10/2015 | Richard Heyman | Dana Sayles | Amie Marben; Laurie Goldman; Michael Gonzales * | | 2 | Re: Form Support Letter | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving Wilcox hotel. |
| 611 | 9/9/2015 | Richard Heyman | Dana Sayles; Laurie Goldman | Amie Marben; Michael Gonzales * | | 0 | RE: Form Support Letter | Attorney Client Communication | Email Reflecting legal advice regarding CEQA litigation involving Wilcox hotel. |
| 612 | 5/20/2016 | Richard Heyman | Alfred Fraijo Jr. *; Michael LoGrande; Richard Heyman | | | 0 | RE: Q Clarification | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product regarding strategy on Silverstein CEQA lawsuit. |
| 613 | 5/23/2016 | Richard Heyman | Jay Santos | | | 0 | Fwd: Q Clarification | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product from Alfred Fraijo Jr. * regarding strategy on Silverstein CEQA lawsuit. |
| 614 | 5/23/2016 | Richard Heyman | Michael LoGrande | | | 0 | Fwd: Q Clarification | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product from Alfred Fraijo Jr. * regarding strategy on Silverstein CEQA lawsuit. |
| 615 | 5/24/2016 | Richard Heyman | Michael LoGrande | | | 0 | Re: Q Clarification | Attorney Client Communication & Work Product | Email Reflecting legal advice and/or work product from Alfred Fraijo Jr. * regarding strategy on Silverstein CEQA lawsuit. |

* Denotes an attorney

CONFIDENTIAL