UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:19-cv-05019-ODW (KSx) | Date | June 8, 2022 |
|---|---|---|---|
| Title | *Relevant Group, LLC et al v. Nourmand et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Patricia Kim | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**   **Order STRIKING Motion for Order re: Omnibus Privilege Issues [161] and DENYING AS MOOT Application to Seal [159]**

On June 3, 2022, the parties filed a Motion for Order re: Omnibus Privilege Issues ("Privilege Motion"). The Motion was filed following the parties' telephonic conference with Magistrate Judge Stevenson, which took place on May 20, 2022. (Mot. re: Informal Disc. Dispute, ECF No. 135; Mins. Telephonic Conference ("Mins."), ECF No. 136.) Judge Stevenson set an expedited briefing schedule and set a hearing on June 9, 2022. Importantly, in issuing these Orders, Judge Stevenson was merely accommodating the parties' requests and was never asked to determine whether the parties' eleventh-hour Privilege Motion conformed to the Scheduling and Case Management Order in this matter.

///

///

///

///

///

      The parties each move the Court for orders compelling the production of documents logged on their opponents' respective privilege logs and related orders. (Mot. 1, ECF No. 161.) Therefore, this is a discovery motion, the effect of which would be to require the parties to produce more material in discovery. But discovery in this matter closed on May 2, 2022 (Order Den. Mot. Dismiss 11, ECF No. 114), and the parties have not asked the Court to amend the scheduling order. (*See* Scheduling & Case Management Order §§ 5a, 5b; *see also id.* 5:27-28 (warning, in capitalized, bolded letters, that the discovery cut-off "is the date by which all discovery is to be completed")); ODW Ct. R.[1] § VII.B.3 ("All discovery motions must be heard prior to the discovery cut-off date.") The Privilege Motion is therefore untimely and is **STRICKEN**. (ECF No. 161.) The pending application to file documents under seal, filed in connection with the Privilege Motion, is correspondingly **DENIED AS MOOT**. (ECF No. 159.)

      **IT IS SO ORDERED.**

                                                                          :   00

                                        Initials of Preparer   PK

---

[1] https://www.cacd.uscourts.gov/honorable-otis-d-wright-ii