**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
SUSAN K. LEADER, State Bar No. 216743
sleader@wsgr.com
ALI R. RABBANI, State Bar No. 253730
arabbani@wsgr.com
STEPHANIE V. BALITZER, State Bar No. 316133
sbalitzer@wsgr.com
633 West Fifth Avenue, Suite 1550
Los Angeles, CA 90071-2027
Telephone:  (323) 210-2900
Facsimile:   (866) 974.7329

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
DALE R. BISH, State Bar No. 235390
dbish@wsgr.com
CHARLES A. TALPAS, State Bar No. 308505
ctalpas@wsgr.com
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

Attorneys for Plaintiffs
Relevant Group, LLC, 1541 Wilcox Hotel LLC, 6516 Tommie Hotel LLC, and 6421 Selma Wilcox Hotel LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELEVANT GROUP, LLC, a Delaware limited liability company; 1541 WILCOX HOTEL LLC, a Delaware limited liability company; 6516 TOMMIE HOTEL LLC; a Delaware limited liability company; and 6421 SELMA WILCOX HOTEL LLC, a California limited liability company,<br><br>            Plaintiffs,<br><br>v.<br><br>STEPHAN "SAEED" NOURMAND, an individual; THE SUNSET LANDMARK INVESTMENT LLC, a California limited liability company; NOURMAND & ASSOCIATES, a California corporation; and DOES 1-10,<br><br>            Defendants. | Case No.: 2:19-cv-05019-ODW(KSx)<br><br>**JOINT STATUS REPORT RE: SETTLEMENT**<br><br>Date:     August 9, 2022<br>Time:    11:30 a.m.<br>Dept:    Courtroom 5D, Fifth Floor<br>Before:  Hon. Otis D. Wright, II<br><br>Trial Date:  August 30, 2022 |

The parties participated in a full-day mediation on June 10, 2022 with Robert Fairbanks. The parties have not reached resolution on any outstanding issue but will continue to work with Mr. Fairbanks through trial.

Respectfully Submitted,

Dated: August 1, 2022    WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/ Susan K. Leader
       Susan K. Leader

*Attorneys for Plaintiffs*

Dated: August 1, 2022    NORTON ROSE FULBRIGHT US LLP

By:  /s/ James H. Turken
       James H. Turken

Attorneys for Defendants
THE SUNSET LANDMARK INVESTMENT, LLC. and STEPHAN "SAEED" NOURMAND

Dated: August 1, 2022    THE MALONEY FIRM, APC

By:  /s/ Patrick M. Maloney
       Patrick M. Maloney, Esq.

Attorneys for Defendant
NOURMAND & ASSOCIATES