**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
SUSAN K. LEADER, State Bar No. 216743
sleader@wsgr.com
ALI R. RABBANI, State Bar No. 253730
arabbani@wsgr.com
STEPHANIE V. BALITZER, State Bar No. 316133
sbalitzer@wsgr.com
633 West Fifth Avenue, Suite 1550
Los Angeles, CA 90071-2027
Telephone: (323) 210-2900
Facsimile: (866) 974.7329

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
DALE R. BISH, State Bar No. 235390
dbish@wsgr.com
CHARLES A. TALPAS, State Bar No. 308505
ctalpas@wsgr.com
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Plaintiffs
Relevant Group, LLC, 1541 Wilcox Hotel LLC, 6516 Tommie Hotel LLC, and 6421 Selma Wilcox Hotel LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

RELEVANT GROUP, LLC, a Delaware limited liability company; 1541 WILCOX HOTEL LLC, a Delaware limited liability company; 6516 TOMMIE HOTEL LLC; a Delaware limited liability company; and 6421 SELMA WILCOX HOTEL LLC, a California limited liability company,

Plaintiffs,

v.

STEPHAN "SAEED" NOURMAND, an individual; THE SUNSET LANDMARK INVESTMENT LLC, a California limited liability company; NOURMAND & ASSOCIATES, a California corporation; and DOES 1-10,

Defendants.

Case No.: 2:19-cv-05019-ODW(KSx)

**JOINT STATEMENT OF THE CASE**

Date: August 9, 2022
Time: 11:30 a.m.
Dept: Courtroom 5D, Fifth Floor
Before: Hon. Otis D. Wright, II

Trial Date: August 30, 2022

Plaintiffs in this lawsuit are Relevant Group, LLC, 1541 Wilcox Hotel LLC, 6516 Tommie Hotel LLC, and 6421 Selma Wilcox Hotel LLC. I will refer to all of the Plaintiffs together as "Plaintiffs." Defendants in this lawsuit are Stephan "Saeed" Nourmand, The Sunset Landmark Investment LLC, and Nourmand & Associates. Unless I otherwise specify, I will refer to all of the Defendants together as "Defendants."

Plaintiffs develop hotels and restaurants in the Hollywood area. Plaintiffs claim that Defendants filed sham environmental lawsuits against several of Plaintiffs' hotel projects to extort millions of dollars as well as other costly concessions. Specifically, Plaintiffs claim that Defendants filed three sham lawsuits under the California Environmental Quality Act, known as CEQA, to obstruct and delay the development of Plaintiffs' hotels and to ultimately force Plaintiffs to pay the price Defendants demanded in exchange for dropping the lawsuits. Plaintiffs contend that these settlements were part of Defendants' extortionate scheme. Plaintiffs claim that they suffered damages as a result of Defendants' wrongful conduct. Defendants deny Plaintiffs' allegations.

Defendant Sunset Landmark is a real estate company that owns the Hollywood Athletic Club building located in the same neighborhood as Plaintiffs' hotel projects. Defendant Nourmand is Sunset Landmark's principal. Defendants Nourmand and Sunset Landmark contend they had valid environmental concerns about Plaintiffs' hotel projects and exercised their right to file petitions under CEQA, and that the CEQA petitions had merit. Defendants also contend that Plaintiffs did not prevail on the merits of any of these environmental lawsuits, and instead chose to settle two of the lawsuits in exchange for a lumpsum settlement payment and certain environmental concessions, because Plaintiffs understood the lawsuits had merit. The third lawsuit is still pending.

Defendant Nourmand & Associates ("N&A") is a real estate brokerage formerly owned by Defendant Nourmand. Nourmand sold his interest in N&A more

than ten years ago. Plaintiffs contend that although Nourmand is not currently an owner of N&A, he sold his interest in N&A to his family and still has management control over N&A's employees. N&A disputes this allegation, and further contends that it was not a party to the lawsuits, settlement discussions or settlement agreements, and did not receive any benefit from the lawsuits or settlement agreements. Plaintiffs deny Defendants' allegations.

Respectfully Submitted,

Dated: August 1, 2022

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Susan K. Leader*
Susan K. Leader

*Attorneys for Plaintiffs*

Dated: August 1, 2022

NORTON ROSE FULBRIGHT US LLP

By: */s/ James H. Turken*
James H. Turken

Attorneys for Defendants
THE SUNSET LANDMARK INVESTMENT, LLC. and STEPHAN "SAEED" NOURMAND

Dated: August 1, 2022

THE MALONEY FIRM, APC

By: */s/ Patrick M. Maloney*
Patrick M. Maloney

Attorneys for Defendant
NOURMAND & ASSOCIATES