**NORTON ROSE FULBRIGHT US LLP**
JAMES H. TURKEN (BAR NO. 89618)
CHRISTOPHER K. PELHAM (BAR NO. 241068)
NEIL P. THAKOR (BAR NO. 308743)
555 South Flower Street
Forty-First Floor
Los Angeles, CA 90071
Telephone:   (213) 892-9200
Facsimile:    (213) 892-9494
james.turken@nortonrosefulbright.com
neil.thakor@nortonrosefulbright.com
christopher.pelham@nortonrosefulbright.com

Attorneys for Defendants,
STEPHAN "SAEED" NOURMAND,
and THE SUNSET LANDMARK
INVESTMENT LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELEVANT GROUP, LLC, a Delaware limited liability company; 1541 WILCOX HOTEL LLC, a Delaware limited liability company; 6516 TOMMIE HOTEL LLC, a Delaware limited liability company; and 6421 SELMA WILCOX HOTEL LLC, a California limited liability company,<br><br>              Plaintiffs,<br><br>       v.<br><br>STEPHAN "SAEED" NOURMAND, an individual; THE SUNSET LANDMARK INVESTMENT LLC, a California limited liability company; NOURMAND & ASSOCIATES, a California corporation; and DOES 1-10,<br><br>              Defendants. | Case No. 2:19-cv-05019-ODW-KSx<br>*[Assigned to the Hon. Otis D. Wright II]*<br><br>**THE SUNSET LANDMARK INVESTMENT, LLC'S [PROPOSED] VERDICT FORM**<br><br>Complaint Filed: June 10, 2019<br>TAC Filed:  September 21, 2021<br>Trial Date:  August 30, 2022 |

131271534.1

## INSTRUCTIONS

Answer "Yes" or "No" to each of the following questions. Each "Yes" answer must be based on a finding the fact was established by a preponderance of the evidence. If you do not find a "Yes" answer is supported to any question by a preponderance of the evidence, you must answer "No" to that question. Please follow the below directions carefully and answer each question in order.

QUESTION NO. 1

Do you find that Defendant THE SUNSET LANDMARK INVESTMENT, LLC conducted or participated, directly or indirectly, in the conduct of an enterprise's affairs through a pattern of racketeering activity in violation of 18 U.S.C. section 1962(c) (the RICO Act), as alleged in Plaintiff's First Claim for Relief?

\_\_\_\_\_ Yes

\_\_\_\_\_ No

*If you answered this Question "Yes," proceed to Question No. 2.*

*If you answered this Question "No," proceed to Question No. 3 and skip Question No. 2.*

QUESTION NO. 2

Do you find by a preponderance of the evidence that the pattern of racketeering activity as alleged in the First Claim for Relief included the following predicate acts:

A. Extorting Plaintiffs into settling Sunset Landmark's opposition to the Thompson and Tommie hotel in violation of the federal Hobbs Act (18 U.S.C. section 1951)

\_\_\_\_\_ Yes

\_\_\_\_\_ No

B. Attempting to extort Plaintiffs into settling Sunset Landmark's objections to the Selma Hotel, in violation of the federal Hobbs Act (18 U.S.C.

sections 1951, 2)

_____ Yes

_____ No

*If you checked "Yes" for both 2.A. and 2.B., proceed to Question No. 3.*

*If you did not check "Yes" for both A. and B, please sign the bottom of the form and answer no further questions.*

QUESTION NO. 3

Do you find that Defendant THE SUNSET LANDMARK INVESTMENT, LLC conspired with others to conduct or participate, directly or indirectly, in the conduct of an enterprise's affairs through a pattern of racketeering activity, in violation of 18 U.S.C. sections 1962(d) and 1962(c) (the RICO Act), as alleged in Plaintiff's Second Claim for Relief?

_____ Yes

_____ No

*If you answered this Question No. 1 or Question No. 3 "Yes," proceed to Question No. 4.*

*If you answered Questions No. 1 and No. 3 "No," please sign the bottom of this form and answer no further questions.*

QUESTION NO. 4

Do you find that THE SUNSET LANDMARK INVESTMENT, LLC filed lawsuits were each objectively baseless in the sense that no reasonable litigant could

expect success on the merits?

\_\_\_\_\_ Yes

\_\_\_\_\_ No

*If you answered this Question "Yes," please skip to Question No. 6.*
*If you answered this Question "No," proceed to Question No. 5.*

QUESTION NO. 5

Do you find that THE SUNSET LANDMARK INVESTMENT, LLC's filed a series of lawsuits that were brought pursuant to a policy of starting legal proceedings to injure a market rival, and not out of a genuine interest in redressing grievances?

\_\_\_\_\_ Yes

\_\_\_\_\_ No

*If you answered this Question "Yes," please proceed to Question No. 6.*
*If you answered this Question "No," please sign and date the bottom of this form and answer no further questions.*

QUESTION NO. 6

Do you find that Plaintiffs knowingly and voluntarily released the claims being asserted against THE SUNSET LANDMARK INVESTMENT, LLC?

\_\_\_\_\_ Yes

\_\_\_\_\_ No

*If you answered this Question "Yes," please sign and date the bottom of this form and answer no further questions.*

*If you answered this Question "No," please proceed to Question No. 7.*

QUESTION NO. 7

Do you find that Plaintiffs ratified the settlement agreements by retaining the consideration received in the settlement agreements after allegedly learning that the settlement agreements were voidable?

_____ Yes
_____ No

*If you answered this Question "Yes," please sign and date the bottom of this form and answer no further questions.*

*If you answered this Question "No," please proceed to Question No. 8.*

QUESTION NO. 8

Do you find that THE SUNSET LANDMARK INVESTMENT, LLC's conduct directly and proximately caused harm to any of the below Plaintiffs?

A.  Plaintiff 1951 WILCOX HOTEL LLC
_____ Yes
_____ No

B.  Plaintiff 6516 TOMMIE HOTEL LLC

_____ Yes

_____ No

C.  Plaintiff 6421 SELMA WILCOX HOTEL LLC

_____ Yes

_____ No

D.  Plaintiff RELEVANT GROUP LLC

_____ Yes

_____ No

*(If you answered "Yes" to any of the above-listed Plaintiffs, proceed to Question No. 9.)  If you did not answer "Yes" to any of the above-listed Plaintiffs, please sign and date the bottom of this form and answer no further questions.)*

<u>QUESTION NO. 9</u>

If you answered "Yes" for one or more of the Plaintiffs in Question No. 7, what amount, if any, do you award that Plaintiff as damages?

A.  Plaintiff 1951 WILCOX HOTEL LLC

$ _____

B.  Plaintiff 6516 TOMMIE HOTEL LLC

$ _____

C. Plaintiff 6421 SELMA WILCOX HOTEL LLC

$ _____

D. Plaintiff RELEVANT GROUP LLC

$ _____

_____
FOREPERSON OF THE JURY

107204278.1

DOCUMENT PREPARED
ON RECYCLED PAPER