**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
SUSAN K. LEADER, State Bar No. 216743
sleader@wsgr.com
ALI R. RABBANI, State Bar No. 253730
arabbani@wsgr.com
STEPHANIE V. BALITZER, State Bar No. 316133
sbalitzer@wsgr.com
633 West Fifth Avenue, Suite 1550
Los Angeles, CA 90071-2027
Telephone:  (323) 210-2900
Facsimile:  (866) 974.7329

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
DALE R. BISH, State Bar No. 235390
dbish@wsgr.com
CHARLES A. TALPAS, State Bar No. 308505
ctalpas@wsgr.com
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100

Attorneys for Plaintiffs
Relevant Group, LLC, 1541 Wilcox Hotel LLC, 6516 Tommie Hotel LLC, and 6421 Selma Wilcox Hotel LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELEVANT GROUP, LLC, a Delaware limited liability company; 1541 WILCOX HOTEL LLC, a Delaware limited liability company; 6516 TOMMIE HOTEL LLC; a Delaware limited liability company; and 6421 SELMA WILCOX HOTEL LLC, a California limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> STEPHAN "SAEED" NOURMAND, an individual; THE SUNSET LANDMARK INVESTMENT LLC, a California limited liability company; NOURMAND & ASSOCIATES, a California corporation; and DOES 1-10, <br><br> Defendants. | Case No.: 2:19-cv-05019-ODW(KSx) <br><br> **PLAINTIFFS' INDEX OF PROPER NAMES, ABBREVIATIONS & UNCOMMON WORDS** <br><br> Date:     August 9, 2022 <br> Time:    11:30 a.m. <br> Dept:     Courtroom 5D, Fifth Floor <br> Before:  Hon. Otis D. Wright, II <br><br> Trial Date: August 30, 2022 |

Pursuant to this Court's Scheduling and Case Management Order, Plaintiffs' submit the following index of Proper Names, Abbreviations, and Uncommon Words to be used during the Pre-Trial Conference and Trial.

1541 Wilcox LLC

6421 Selma Wilcox LLC

6516 Tommie LLC

Administrative Record ("AR")

Anastasi, Joe

Avison Young

Boulevard3 Nightclub ("Boulevard3")

Cal. Gov. Code Section 122 ("Section 1222" or "1222")

California Environmental Quality Act ("CEQA")

Campbell, Scott

Carrera, David

Chen, Vincent

Citizen News Building

City Planning Commission ("CPC")

Community Redevelopment Agency ("CRA" or "CRA")

Conditional Use Permit ("CUP")

Contreras, Carlos

Crossroads Hollywood

"D" Development Condition (a "D" limitation)

Decibel Average ("dBA")

EB-5 Immigrant Investor Program

Environmental Impact Report ("EIR")

Famulari, Peter

Farmer, Lauren "Elle"

| | |
|---|---|
| 1 | Floor Area Ratio ("FAR") |
| 2 | Form I-526 Application ("I-526") |
| 3 | Form I-924 Application ("I-924") |
| 4 | Fraijo, Alfred |
| 5 | Friedman, Arthur |
| 6 | Geolo Capital ("Geolo") |
| 7 | Goldman, Laurie |
| 8 | Gottlieb, Tom |
| 9 | Grassetti, Richard |
| 10 | Green House Gas ("GHG") |
| 11 | Harridge Development Group, LLC ("Harridge") |
| 12 | Hekman, John |
| 13 | Heyman, Richard |
| 14 | Hinks, Matt |
| 15 | Hollywood Athletic Club ("HAC") |
| 16 | Hollywood International Regional Center, LLC ("HIRC") |
| 17 | Initial Study/Mitigated Negative Declaration ("IS/MND") |
| 18 | Interlocutory Remand |
| 19 | Iravani, Mohamad |
| 20 | Jeffer Mangels Butler & Mitchell ("Jeffer Mangels") |
| 21 | King, Grant |
| 22 | KOAR Institutional Advisors, LLC ("KOAR") |
| 23 | Kracov, Gideon |
| 24 | Los Angeles Department of Building & Safety ("LADBS") |
| 25 | Maddren, Casey |
| 26 | Maisnik, Guy |
| 27 | Mama Shelter |
| 28 | |

| | |
|---|---|
| 1 | Mitigated Negative Declaration ("MND") |
| 2 | Negative Declaration ("ND") |
| 3 | Netburn, Oliver |
| 4 | Nourmand & Associates ("N&A") |
| 5 | Nourmand, Howard |
| 6 | Nourmand, Michael |
| 7 | Nourmand, Myra |
| 8 | Nourmand, Stephan "Saeed" |
| 9 | Offenhauser, Fran |
| 10 | Opman, Laurent |
| 11 | Patel, Jayesh |
| 12 | Petition for Writ of Mandamus ("Writ Petition") |
| 13 | Piecemealing |
| 14 | Planning & Land Use Management Committee (the "PLUM" Committee) |
| 15 | Pritzker, John |
| 16 | Private Placement Memorandum ("PPM") |
| 17 | Racketeer Influenced & Corrupt Organizations Act ("RICO" or the "RICO |
| 18 | Act") |
| 19 | Rae Cole, Carolyn |
| 20 | Reinstein, Jeffrey |
| 21 | Relevant Group, LLC ("Relevant") |
| 22 | Rothman, Bruce |
| 23 | Schrader Hotel |
| 24 | Schwartzman, David |
| 25 | Selma Wilcox Hotel |
| 26 | Shamooilian, Allen |
| 27 | Shayne, Andrew |
| 28 | |

| | |
|---|---|
| 1 | Sheppard, Mullin, Richter & Hampton LLP ("Sheppard Mullin") |
| 2 | Silverstein, Robert |
| 3 | Sirinopwongsagon, May |
| 4 | Tao Hotel |
| 5 | Tao Restaurant |
| 6 | The Silverstein Law Firm |
| 7 | The Sunset Landmark Investment, LLC ("Sunset Landmark") |
| 8 | Thomas, Tina |
| 9 | Thompson Hotel |
| 10 | Tommie Hotel |
| 11 | Tronson, John |
| 12 | U.S. Citizenship & Immigration Services ("USCIS") |
| 13 | Unite Here Local 11 ("Unite Here") |
| 14 | United Neighborhoods for Los Angeles ("UN4LA") |
| 15 | Wright, Daniel |
| 16 | Zoning Administrator ("ZA") |
| 17 | Zuber Lawler & Del Duca |

Respectfully Submitted,

Dated: August 1, 2022

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Susan K. Leader
    Susan K. Leader

*Attorneys for Plaintiffs*