UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:19-cv-05019-ODW (KSx) | Date | August 3, 2022 |
|---|---|---|---|
| Title | *Relevant Group, LLC et al v. Nourmand et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**   **ORDER re: Defendants' Motions in Limine; Order STRIKING Incomplete Proposed Jury Instructions [183]**

The parties have filed their pretrial documents. (*See* ECF Nos. 168–182, 184–187.) In the pretrial documents, the Sunset Defendants indicate that they intend to file five motions in limine, and N&A indicates that it intends to file four motions in limine. (Proposed Pretrial Conference Order 22–23, ECF No. 187-1.)

This Court's Scheduling and Case Management Order provides that "[e]ach side is limited to five motions in limine unless the Court orders otherwise." (Scheduling & Case Management Order 1, ECF No. 48.)

*(cont'd)*

///

///

///

///

In this context, "side" typically refers to sides of the *v.*, and this includes situations where two parties on the same side of the *v.* are not perfectly aligned. With its knowledge of the entire record of the case in mind, the Court finds that it is appropriate to allow a total of five motions in limine for all Defendants in this matter. Accordingly, Defendants are **ORDERED** to file no more than a total of five motions in limine. The Court will consider Defendants' five motions in limine and the holdings made thereupon to apply to all Defendants unless Defendants request otherwise in their moving papers.

Finally, to keep the docket of this case clean, the Court **STRIKES** the incomplete and uncorrected Plaintiff's Disputed Jury Instructions found at ECF No. 183. (ECF No. 183.)

**IT IS SO ORDERED.**

                                                                                                                                                                                                 _____ : 00

Initials of Preparer    SE