UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 2:19-cv-05019-ODW (KSx) | Date | August 4, 2022 |
|---|---|---|---|
| Title | *Relevant Group, LLC et al v. Stephan "Saeed" Nourmand et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):** **Order CONTINUING Final Pretrial Conference, Motion in Limine Dates, and Trial; ORDER re: Motions in Limine**

1. Scheduling

The Court, on its own Motion, **ORDERS** that the following dates and deadlines shall supersede any dates and deadlines previously set in this matter.

- Deadline to file Motions in Limine: **August 22, 2022**
- Deadline to file Oppositions to Motions in Limine: **September 6, 2022**
- Final Pretrial Conference <u>and</u> hearing on Motions in Limine: **Monday, October 24, 2022, at 1:30 p.m.**
- Deadline to File Final Trial Stipulation: **November 3, 2022**
- Trial: **November 8, 2022 at 9:00 a.m.**

2. Motion in Limine directives

With respect to the parties' upcoming Motions in Limine, and in addition to any orders previously made with respect to the Motions in Limine, the Court **ORDERS** as follows.

- The brief for each Motion in Limine shall be limited to **fifteen (15) pages**.

- The brief for each opposition to a Motion in Limine shall be limited to the same number of pages of briefing actually used in the brief for the corresponding Motion in Limine, rounded up to the nearest full page.
- The Sunset Defendants and N&A may elect to file a single combined opposition to each of Plaintiff's Motions in Limine, <u>or</u> they may file separate briefs. However, if the two Defendant groups file two separate briefs in response to a given Motion in Limine, the <u>total</u> number of pages, combined across the two briefs, shall be limited to the number of pages as provided in the previous bullet point. Defendants shall communicate with one another sufficiently to ensure compliance with this directive.

**IT IS SO ORDERED.**

:   00

Initials of Preparer   SE