# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Relevant Group, LLC et al., | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 19-05019-ODW(KS) |
| v. | |
| Nourmand et al., | ORDER TRANSFERRING CIVIL ACTION PURSUANT TO GENERAL ORDER 21-01 |
| DEFENDANT(S). | |

Pursuant to General Order 21-01,

IT IS HEREBY ORDERED that the above-entitled civil action be transferred to the calendar of Judge __Philip S. Gutierrez, Chief__ for all further proceedings.

September 1, 2022
Date

United States District Judge

September 2, 2022
Date

United States District Judge

## NOTICE TO COUNSEL FROM CLERK

On all documents subsequently filed in this case, please substitute the initials __PSG__ after the case number, so that the case number will read __2:19-cv-05019 PSG(KSx)__. This is very important because documents are routed to the assigned judge by means of these initials.

cc: ☐ *Previous Judge*   ☐ *Statistics Clerk*

CV-29 (03/21)   ORDER TRANSFERRING CIVIL ACTION PURSUANT TO GENERAL ORDER 21-01