UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-5019-PSG (KSx) | Date | November 30, 2022 |
|---|---|---|---|
| Title | RELEVANT GROUP, LLC ET AL V. NOURMAND ET AL | | |

| Present: The Honorable | Philip S. Gutierrez, U.S. District Judge |
|---|---|

| Wendy Hernandez | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Ali R Rabbani | Chris Pelham |
| Matthew A Macdonald | James Turken |
| Stephanie V. Balitzer | Neil Thakor |
| Susan Leader | Elizabeth Schaus |
| Kelly Davidson | |

**Proceedings:**

DEFENDANT'S' MIL 1 TO EXCLUDE OR LIMIT THE OPINIONS OF PLAINTIFFS EXPERT, TINA THOMAS [195]

PLAINTIFF'S MIL 4 TO EXCLUDE EVIDENCE AND ARGUMENT RE DEFENDANTS' SUBJECTIVE VIEW OF THE MERITS OF UNDERLYING CEQA CHALLENGES [196]

PLAINTIFFS' MIL 1 TO EXCLUDE EVIDENCE REGARDING JOBS CREATED THROUGH THE EB-5 INVESTOR VISA PROGRAM [197]

PLAINTIFF'S MIL 3 TO EXCLUDE EVIDENCE OF ALLEGED HARM TO SUNSET LANDMARK FILED BY PLAINTIFF [198]

PLAINTIFFS' MIL 5 TO EXCLUDE EVIDENCE REGARDING COMPLAINTS OR CONCERNS RELATED TO RELEVANT'S OTHER DEV [199]

DEFENDANTS' MIL 2 TO EXCLUDE OPINIONS OF RICHARD GRASSETTI [200]

DEFENDANTS' MIL 4 TO EXCLUDE OPINIONS OF JOHN HECKMAN [202]

PLAINTIFF'S MIL 2 TO EXCLUDE EVIDENCE REGARDING OTHER OBJECTORS [203]

DEFENDANTS' MIL 3 TO EXCLUDE OPINIONS OF JOSEPH ANASTASI [204]

Having considered all papers submitted in support of and in opposition to the motions referenced above and the oral argument presented today, the Court takes the motions under submission. A ruling will be issued after full consideration of the submitted pleadings.

|  | 2 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | wh | |