**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
SUSAN K. LEADER, State Bar No. 216743
sleader@wsgr.com
MATTHEW A. MACDONALD, State Bar No. 255269
matthew.macdonald@wsgr.com
ALI R. RABBANI, State Bar No. 253730
arabbani@wsgr.com
STEPHANIE V. BALITZER, State Bar No. 316133
sbalitzer@wsgr.com
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071-2027
Telephone: (323) 210-2900
Facsimile: (866) 974.7329

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
DALE R. BISH, State Bar No. 235390
dbish@wsgr.com
CHARLES A. TALPAS, State Bar No. 308505
ctalpas@wsgr.com
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Plaintiffs
Relevant Group, LLC, 1541 Wilcox Hotel LLC, 6516 Tommie Hotel LLC, and 6421 Selma Wilcox Hotel LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELEVANT GROUP, LLC, a Delaware limited liability company; 1541 WILCOX HOTEL LLC, a Delaware limited liability company; 6516 TOMMIE HOTEL LLC; a Delaware limited liability company; and 6421 SELMA WILCOX HOTEL LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHAN "SAEED" NOURMAND, an individual; THE SUNSET LANDMARK INVESTMENT LLC, a California limited liability company; NOURMAND & ASSOCIATES, a California corporation; and DOES 1-10,<br><br>Defendants. | Case No.: 2:19-cv-05019-PSG-KSx<br><br>**PLAINTIFFS' AMENDED [PROPOSED] VOIR DIRE QUESTIONS**<br><br>Date: January 6, 2023<br>Time: 2:30 p.m.<br>Dept: Courtroom 6A, Sixth Floor<br>Before: Hon. Philip S. Gutierrez<br><br>Trial Date: January 19, 2023 |

Pursuant to this Court's Order for Jury Trial (ECF No. 221 at 8-9), Plaintiffs respectfully submit the following proposed voir dire questions for the trial in this matter:

1. Do you have any knowledge of or experience with the California Environmental Quality Act, also known as CEQA? If so, please explain.

2. Do you have any knowledge of or experience with the EB-5 Immigrant Investor Program? If so, please explain.

3. Have you, a family member, or close friend ever had a dispute with a neighbor (either commercial or residential) over construction or the use of property? If so, please explain.

4. Have you ever been to any of the following establishments? If so, when and for what reason? What was your general experience?

   a. Hollywood Athletic Club
   b. Boulevard3 (when it was located on Sunset Blvd. in Hollywood)
   c. Thompson Hotel
   d. Tommie Hotel
   e. Selma Hotel
   f. Dream Hotel
   g. Tao Restaurant in Hollywood

5. Do you regularly travel for work or pleasure?

6. Do you regularly follow the news? If so, what are your preferred sources of news?

7. Have you ever been involved in any activist or advocacy organizations, trade unions, neighborhood organizations (such as a Homeowner's Association or Neighborhood Council), or environmental groups? If so, please describe.

8. In what neighborhood do you currently reside?

9. Have you ever lived in Hollywood? If so, when and where?

10. Have you ever served in law enforcement or the armed services?

11. Have you ever worked for the government? If so, what was your job?

12. Have you, a family member, or close friend ever applied for a building permit or license in the State of California? If so, when and what kind of permit? Were you successful?

13. Please list if any professional or vocational licenses or certificates earned by you, or spouse/significant other.

14. Have you, a family member, or close friend received any education, training, have knowledge of, or worked in any of the following fields? If yes to any, please explain for each of the fields below.

    a. Architecture
    b. Building Codes / Inspections
    c. Banking / Finance
    d. Commercial Lending
    e. Commercial Construction
    f. Contracts: Drafting / Negotiating
    g. Engineering
    h. Hospitality / Hotels
    i. Insurance Claims Adjusting/Underwriting
    j. Land Planning / Zoning
    k. Legal / Law Firm
    l. Real Estate

15. Do you, a family member, or close friend know any real estate agents in Los Angeles?

    a. If yes, do you know the name of the real estate company they work/worked for?
    b. If yes, do you know if they work/worked for the real estate

company Nourmand & Associates?

16. Have you, a family member, or close friend ever owned, operated, or partnered in a family run business?

17. Have you, a family member, or close friend ever sued or been sued?

18. Have you, a family member, or close friend ever made a claim against another person, company, or corporation because of wrongful conduct on the part of the person or company? If yes, would this experience prevent you from being fair to one side over the other in this case?

19. Have you, a close family member, or friend have a business deal, or contract not turn out the way you, or they wanted? Would this experience prevent you from listening to the evidence objectively and render a verdict based solely on the evidence presented?

20. In general, do you feel that the number of lawsuits filed is too high?

21. In general, do you feel that money damages awarded in lawsuits are too high?

22. Do you support legislative reforms to place caps or limits on the amount of money juries can award?

23. If the Plaintiff proves they were harmed by the Defendants, will you have any difficulty whatsoever awarding the Plaintiff monetary damages?

24. Do you have any biases, beliefs and/or life experiences that the court and parties should be aware of that would prevent you in any way from rendering a verdict based solely on the evidence presented and the law as instructed by this court?

Respectfully Submitted,

Dated: December 30, 2022

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Susan K. Leader
Susan K. Leader

*Attorneys for Plaintiffs*