UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | CV 19-5019-PSG (KSx): | Date | 01/06/23 |
|---|---|---|---|

| Title | RELEVANT GROUP, LLC ET AL V. NOURMAND ET AL |
|---|---|

| Present: The Honorable | Philip S. Gutierrez, U.S. Chief District Judge |
|---|---|

| W. Hernandez | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Susan Leader | Patrick Maloney |
| Dale Bish | Christopher Pelham |
| Ali Rabbani | Elizabeth Schaus |
| Charles Talpas | Neil Thakor |
| | James Turken |

**Proceedings:** FINAL PRETRIAL CONFERENCE

The Court, having questioned counsel, continues the trial date to January 26, 2023 and allocates a total of 17 trial hours per side. Further, a status conference is set for January 20, 2023 at 2:30 p.m.

Time: 1/02