1  Patrick M. Maloney – CSBN 197844
2  Gregory M. Smith – CSBN 259971
   Elizabeth T. Schaus – CSBN 272258
3  **THE MALONEY FIRM, APC**
4  2381 Rosecrans Avenue, Suite 405
   El Segundo, California 90245
5  T: 310-540-1505 | F: 310-540-1507
   E: pmaloney@maloneyfirm.com
6  E: gsmith@maloneyfirm.com
7  E: eschaus@maloneyfirm.com

8  Attorneys for Defendant
9  NOURMAND & ASSOCIATES

10
                    **UNITED STATES DISTRICT COURT**
11
                **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
12

13 RELEVANT GROUP, LLC, a Delaware          | Case No.:   2:19-cv-05019 PSG(KSx)
   limited liability company; 1541 WILCOX   | Judge:      Hon. Philips S. Gutierrez
14 HOTEL LLC, a Delaware limited liability  | Dept.:      Courtroom 6A, 6th Floor
   company; 6516 TOMMIE HOTEL LLC,          | Filed:      June 10, 2019
15 a Delaware limited liability company; and
16 6421 SELMA WILCOX HOTEL LLC, a
   California limited liability company,      **REQUEST FOR JUDICIAL NOTICE
17                                            IN SUPPORT OF DEFENDANT,
                                              NOURMAND & ASSOCIATES'
18            Plaintiffs,                     COURT-ORDERED
                                              SUPPLEMENTAL BRIEF RE:
19       v.                                   RECONSIDERATION OF
                                              DEFENDANTS' MOTIONS FOR
20                                            SUMMARY JUDGMENT**
21 STEPHAN "SAEED" NOURMAND, an
   individual; THE SUNSET LANDMARK
22 INVESTMENT LLC, a California limited
   liability company; NOURMAND &
23 ASSOCIATES, a California corporation;
   and DOES 1-10,
24
25            Defendants.
26

27

28
   00206227                                  1

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Evidence 201, Defendant NOURMAND & ASSOCIATES ("N&A") requests that this Court take judicial notice of the exhibits described in and attached to this Request, in support of N&A's Court-Ordered Supplemental Brief re: Reconsideration of Defendants' Motions for Summary Judgment.

## I.  DOCUMENTS S N&A REQUESTS TO BE JUDICIALLY NOTICED

1.  Attached hereto as Exhibit "1" is a true and correct copy of Sunset's Verified Petition for Writ of Mandamus against the City of Los Angeles, filed in the Los Angeles Superior Court, Case No. BS160807, challenging the City's approval of the Thompson Hotel Project ("Thompson Lawsuit").

2.  Attached hereto as Exhibit "2" is a true and correct copy of Sunset's Verified Petition for Writ of Mandamus against the City of Los Angeles, filed in the Los Angeles Superior Court, Case No. BS169821, challenging the City's approval of the Tommie Hotel Project.

3.  Attached hereto as Exhibit "3" is a true and correct copy of Lauren "Elle" Farmers' Verified Petition for Writ of Mandamus against the City of Los Angeles, filed in the Los Angeles Superior Court, Case No. BS169855, challenging the City's approval of the Tommie Hotel Project ("Farmer Tommie Lawsuit").

4.  Attached hereto as Exhibit "4" is a true and correct copy of Mama Wilcox, LLC's Verified Petition for Writ of Mandamus against the City of Los Angeles, filed in the Los Angeles Superior Court, Case No. BS169883, challenging the City's approval of the Tommie Hotel Project.

5.  Attached hereto as Exhibit "5" is a true and correct copy of the August 24, 2017 Tentative Ruling in the Thompson Lawsuit.

6.  Attached hereto as Exhibit "6" is a true and correct copy of Sunset's Verified Petition for Writ of Mandamus against the City of Los Angeles, filed in the Los Angeles Superior Court, Case No. 19STCP01027, challenging the City's approval of the Selma Hotel Project ("Selma Lawsuit").

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

7.      Attached hereto as Exhibit "7" is a true and correct copy of Casey Maddren's Verified Petition for Writ of Mandamus against the City of Los Angeles, filed in the Los Angeles Superior Court, Case No. 19STCP00988, challenging the City's approval of the Selma Hotel Project.

8.      Attached hereto as Exhibit "8" is a true and correct copy of the Los Angeles County Superior Court's February 8, 2021 Interlocutory Writ and Order of Remand ("Order"), and the January 11, 2021, Order re: Petitions for Writ of Mandate, which was incorporated by reference into the Order.

9.      Attached hereto as Exhibit "9" is a true and correct copy of the Los Angeles County Superior Court's December 19, 2018, Order/Ruling in the Farmer Tommie Lawsuit.

## II.    SPECIFIC GROUNDS

The Exhibits are all pleadings, rulings, and/or orders filed or issued in the underlying CEQA litigations. Therefore, their authenticity is not in question. Furthermore, a court may take judicial notice of and give effect to its own records in another, but interrelated, proceeding. See *Hart v. RCI Hosp. Holdings, Inc.*, 90 F. Supp. 3d 250, 277 (S.D.N.Y. 2015); See also *Freshman v. Atkins*, 269 U.S. 121, 124 (1925). Accordingly, judicial notice of these documents is appropriate.

Dated: February 23, 2023

**THE MALONEY FIRM, APC**

By:  ___/s/ Elizabeth T. Schaus___
Patrick M. Maloney, Esq.
Gregory M. Smith, Esq.
Elizabeth T. Schaus, Esq.
Attorneys for Defendant,
NOURMAND & ASSOCIATES

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT, NOURMAND & ASSOCIATES' COURT-ORDERED SUPPLEMENTAL BRIEF RE: RECONSIDERATION OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2381 Rosecrans Avenue, Suite 405, El Segundo, CA 90245.

I served true copies of the following document on the date listed below, described as **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT, NOURMAND & ASSOCIATES' COURT-ORDERED SUPPLEMENTAL BRIEF RE: RECONSIDERATION OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** on the interested parties in this action as follows:

**SEE SERVICE LIST**

☐    For Collection.  By placing a true copy(ies) thereof enclosed in a sealed envelope(s), to the address(es) listed above and by placing said sealed envelope(s) for collection and mailing on that date following ordinary business practices. I am "readily familiar" with the business practice for collection and processing of correspondence for mailing the U.S. Postal Service.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.

☐    Overnight Delivery.  By placing a true copy(ies) thereof enclosed in a sealed envelope(s) or package(s) to the address(es) listed above and placing said envelope(s) or package(s) for collection with delivery fees provided for.

☒    Electronic Service.
    ☐  Via e-mail transmission to the email address(es) listed herein.
    ☒  Electronic Service [CM/ECF].  Via electronic service to the email address(es)/registered participants with the CM/ECF System.

☐    Personal Delivery.  I caused to be served by messenger for personal delivery that same day the foregoing documents in a sealed envelope to the persons at the address(es) listed above.

☒    State.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 23, 2023, at El Segundo, California.

_____
Marilyn Vigil

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

00206227

i

**PROOF OF SERVICE**

THE MALONEY FIRM, APC
2381 ROSECRANS AVENUE, SUITE 405
EL SEGUNDO, CALIFORNIA 90245
T: (310) 540-1505 | F: (310) 540-1507

1

## SERVICE LIST

2

| | |
|---|---|
| Susan K. Leader, Esq. | Attorneys for Plaintiffs |
| Granville C. Kaufman, Esq. | RELEVANT GROUP, LLC; |
| Conor Tucker, Esq. | 1541 WILCOX HOTEL, LLC; |
| Mark Yohalem, Esq. | 6516 TOMMIE HOTEL, LLC: |
| WILSON SONSINI GOODRICH & ROSATI | 6421 SELMA WILCOX |
| Professional Corporation | HOTEL, LLC |
| 633 West Fifth Avenue, Suite 1550 | |
| Los Angeles, CA 90071-2027 | |
| T: (323) 210-2900 \| F: (866) 974.7329 | |
| E: sleader@wsgr.com | |
| E: gkaufman@wsgr.com | |
| E: ctucker@wsgr.com | |
| E: mark.yohalem@wsgr.com | |
| | |
| Dale R. Bish, Esq. | |
| Charles A. Talpa, Esq. | |
| Karen Kwok, Esq. | |
| WILSON SONSINI GOODRICH & ROSATI | |
| Professional Corporation | |
| 650 Page Mill Road | |
| Palo Alto, CA 94304-1050 | |
| T: (650) 493-9300 \| F: (650) 565-5100 | |
| E: dbish@wsgr.com | |
| E: Sctalpas@wsgr.com | |
| E: kkwok@wsgr.com | |

| | |
|---|---|
| James H. Turken, Esq. | Attorneys for Defendants |
| Neil P. Thakor, Esq. | STEPHEN "SAEED" |
| Phillip R. Di Tullio, Esq. | NOURMAND and |
| Christopher Pelham, Esq. | THE SUNSET LANDMARK |
| NORTON ROSE FULBRIGHT US LLP | INVESTMENT, LLC |
| 555 South Flower Street, Forty-First Floor | |
| Los Angeles, CA 90071 | |
| T: (213) 892-9200 \| (323) 892-9200 | |
| F: (213) 892-9494 \| (323) 892-9400 | |
| E: james.turken@nortonrosefulbright.com | |
| E: neil.thakor@nortonrosefulbright.com | |
| E: christopher.pelham@nortonrosefulbright.com | |

00206227

ii

**PROOF OF SERVICE**