**NORTON ROSE FULBRIGHT US LLP**
JAMES H. TURKEN (BAR NO. 89618)
CHRISTOPHER K. PELHAM (BAR NO. 241068)
NEIL P. THAKOR (BAR NO. 308743)
555 South Flower Street
Forty-First Floor
Los Angeles, CA 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
james.turken@nortonrosefulbright.com
neil.thakor@nortonrosefulbright.com
christopher.pelham@nortonrosefulbright.com
phillip.ditullio@nortonrosefulbright.com

Attorneys for Defendants,
STEPHAN "SAEED" NOURMAND, and THE
SUNSET LANDMARK INVESTMENT LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELEVANT GROUP, LLC, a Delaware limited liability company; 1541 WILCOX HOTEL LLC, a Delaware limited liability company; 6516 TOMMIE HOTEL LLC, a Delaware limited liability company; and 6421 SELMA WILCOX HOTEL LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN "SAEED" NOURMAND, an individual; THE SUNSET LANDMARK INVESTMENT LLC, a California limited liability company; and DOES 1-10,<br><br>Defendants. | Case No. 2:19-cv-05019-PSG-KSx<br>*[Assigned to the Hon. Philip S. Gutierrez]*<br><br>**DEFENDANTS STEPHAN "SAEED" NOURMAND AND THE SUNSET LANDMARK INVESTMENT LLC'S OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION [ECF NO. 277]**<br><br>Complaint Filed: June 10, 2019<br>TAC Filed: September 14, 2021<br>Trial Date: TBD |

Document Prepared on Recycled Paper

DEFENDANTS STEPHAN "SAEED" NOURMAND AND THE SUNSET LANDMARK INVESTMENT LLC'S OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION [ECF NO. 277]

## OPPOSITION TO EX PARTE APPLICATION

Defendants Sunset Landmark Investment, LLC and Stephan "Saeed" Nourmand (collectively "Sunset") oppose Plaintiffs' ex parte application for leave to file a single 25-page optional response brief.

The Court's January 20, 2023 Order reconsidering summary judgment stated that after the initial supplemental briefing, "each party may then file an optional response, not to exceed 15 pages[.]" ECF No. 260 at 4. This order fairly allocated the amount of briefing that each party is permitted to file. Plaintiffs complain that Defendants, as a whole, have more pages of briefing, but Plaintiffs are suing both Sunset and Nourmand & Associates, Inc. ("N&A") for hundreds of millions of dollars each.[1] As a result, Sunset and N&A should each respectively have the same amount of briefing as the Plaintiffs to explain why it is not liable for any alleged criminal predicate acts. Additionally, the fact that there are overlapping legal issues applicable to both Sunset and N&A only further indicates that the extra 10 pages requested by the Plaintiffs are unnecessary. Sunset has no objection to Plaintiffs streamlining their response within the page limits set by the January 20, 2023 Order.

For these reasons, good cause does not exist to permit Plaintiffs to file a 25-page response brief.

Dated:  February 23, 2023

**NORTON ROSE FULBRIGHT US LLP**

By  */s/ Christopher Pelham*
 CHRISTOPHER PELHAM
 Attorneys for Defendants
 THE SUNSET LANDMARK INVESTMENT, LLC, and STEPHAN "SAEED" NOURMAND

---

[1] Plaintiffs continue to incorrectly treat Sunset and N&A as one "party." It is undisputed Sunset and N&A have completely different ownership. ECF No. 148, p. 11, SSUF 41-42. Sunset and N&A are also separately represented by different counsel and have often taken different positions on issues in this trial.

- 1 -
DEFENDANTS STEPHAN "SAEED" NOURMAND AND THE SUNSET LANDMARK INVESTMENT LLC'S OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION [ECF NO. 277]

Document Prepared on Recycled Paper