1  **WILSON SONSINI GOODRICH & ROSATI**
   **Professional Corporation**
2  SUSAN K. LEADER, State Bar No. 216743
   sleader@wsgr.com
3  MARK R. YOHALEM, State Bar No. 243596
   myohalem@wsgr.com
4  MATTHEW A. MACDONALD, State Bar No. 255269
   Matthew.Macdonald@wsgr.com
5  633 West Fifth Avenue, Suite 1550
   Los Angeles, CA 90071-2027
6  Telephone: (323) 210-2900
   Facsimile: (866) 974.7329
7
   **WILSON SONSINI GOODRICH & ROSATI**
8  **Professional Corporation**
   DALE R. BISH, State Bar No. 235390
9  dbish@wsgr.com
   650 Page Mill Road
10 Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
11 Facsimile: (650) 565-5100

12 Attorneys for Plaintiffs Relevant Group, LLC,
   1541 Wilcox Hotel LLC, 6516 Tommie Hotel
13 LLC, and 6421 Selma Wilcox Hotel LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELEVANT GROUP, LLC, a Delaware limited liability company; 1541 WILCOX HOTEL LLC, a Delaware limited liability company; 6516 TOMMIE HOTEL LLC; a Delaware limited liability company; and 6421 SELMA WILCOX HOTEL LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHAN "SAEED" NOURMAND, an individual; THE SUNSET LANDMARK INVESTMENT LLC, a California limited liability company; NOURMAND & ASSOCIATES, a California corporation; and DOES 1-10,<br><br>Defendants. | Case No.: 2:19-cv-05019-PSG-KSx<br><br>**DECLARATION OF CHARLES TALPAS IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' SUPPLEMENTAL BRIEFS (ECF NOS. 270, 273)**<br><br>Date: April 27, 2023<br>Time: 1:30 p.m.<br>Dept: Courtroom 6A<br>Before: Hon. Philip S. Gutierrez |

I, Charles Talpas, declare as follows:

1. I am an attorney at law licensed in the State of California, and I am counsel in the law firm of Wilson Sonsini Goodrich & Rosati P.C. I am counsel of record for plaintiffs Relevant Group, LLC ("Relevant Group"), 1541 Wilcox Hotel LLC ("Wilcox"), 6516 Tommie Hotel LLC ("Tommie"), and 6421 Selma Wilcox Hotel LLC ("Selma") in the above-captioned matter. I have personal knowledge of the matters stated herein and, if called upon to do so, I could and would testify competently as to such matters.

2. Attached hereto as **Exhibit 100** are excerpts from a true and correct copy of the transcript of the April 15, 2022 deposition of Casey Maddren.

3. Attached hereto as **Exhibit 101** is a true and correct copy of a January 6, 2018 email from Andrew Shayne to Richard Heyman bearing Bates numbers REL116369 through REL116371, and marked as JX117.

4. Attached hereto as **Exhibit 102** is a true and correct copy of a compilation of orders from *Farmer v. City of Los Angeles*, Case No. BS169855 (Cal. Super. Ct., Los Angeles County) dated December 19, 2018, December 21, 2018, January 8, 2019, and March 22, 2019, and marked as JX242.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Palo Alto, California this 23rd day of March, 2023.

By: /s/ Charles Talpas
Charles Talpas