# EXHIBIT 101

| | |
|---|---|
| From: | Andrew Shayne </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9A8A084EBDBA40F891F65C6DCC49CFD3-ANDREW SHAY> |
| To: | Richard Heyman |
| CC: | Maisnik, M. Guy; Grant King |
| Sent: | 1/6/2018 4:26:40 AM |
| Subject: | Re: call me. |

[Redacted - Privileged]

Sent from my iPhone

On Jan 5, 2018, at 4:45 PM, Richard Heyman <richard@relevantgroup.com> wrote:

I prefer our offices

**RICHARD HEYMAN**
MANAGING PARTNER

1605 N CAHUENGA BLVD
HOLLYWOOD • CA • 90028
Office 323 466 1400
www.relevantgroup.com



On Jan 5, 2018, at 4:44 PM, Maisnik, M. Guy <MGM@JMBM.com> wrote:

We can meet and sign Monday morning either at your offices or Jayesh's offices downtown. You can decide. He still says he has adjustments. Will circulate what he sends as soon as I receive it.

---

**From:** Richard Heyman [mailto:richard@relevantgroup.com]
**Sent:** Friday, January 05, 2018 3:56 PM
**To:** Maisnik, M. Guy
**Cc:** Andrew Shayne; Grant King
**Subject:** Re: call me.

No not that I'm aware of

**RICHARD HEYMAN**
MANAGING PARTNER

1605 N CAHUENGA BLVD
HOLLYWOOD • CA • 90028
Office 323 466 1400
www.relevantgroup.com

CONFIDENTIAL



REL116369

JX117.0001

&lt;image001.jpg&gt;

On Jan 5, 2018, at 3:54 PM, Maisnik, M. Guy &lt;MGM@JMBM.com&gt; wrote:

Anyone on the Geolo side need to sign off on the documents?

On Jan 5, 2018, at 3:39 PM, Richard Heyman &lt;richard@relevantgroup.com&gt; wrote:

Btw this is by no means a closing meeting

It's a bend over extortion meeting !

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: "Maisnik, M. Guy" &lt;MGM@JMBM.com&gt;
Date: 1/5/18 3:32 PM (GMT-08:00)
To: Richard Heyman &lt;richard@relevantgroup.com&gt;
Cc: Andrew Shayne &lt;andrew@relevantgroup.com&gt;, Grant King &lt;grant@relevantgroup.com&gt;
Subject: Re: call me.

Ok - will coordinate after speaking with him.

On Jan 5, 2018, at 3:22 PM, Richard Heyman &lt;richard@relevantgroup.com&gt; wrote:

Does that mean he wants to meet and sign?

I'm ok with that I have a meeting at my office from 12-2:30

I can meet in the am anytime up to 12 or afternoon 3:30

**RICHARD HEYMAN**
MANAGING PARTNER

1605 N CAHUENGA BLVD
HOLLYWOOD • CA • 90028
Office 323 466 1400
www.relevantgroup.com

&lt;image001.jpg&gt;

On Jan 5, 2018, at 3:18 PM, Maisnik, M. Guy &lt;MGM@JMBM.com&gt; wrote:

CONFIDENTIAL                                                                                                REL116370

Begin forwarded message:

**From:** Jayesh Patel <jpatel@zuberlaw.com>
**Date:** January 5, 2018 at 3:15:31 PM PST
**To:** Guy Maisnik <gmm@jmbm.com>
**Subject: call me.**

I think we are pretty much done, but need a few dots on I's.  I have convinced Saeed to have a closing meeting here at our new digs on Monday and forego the "increase".  If that works, I am getting you redlines today, but need you to fill in a couple of blanks.

Jayesh Patel                     PLEASE NOTE NEW ADDRESS
**Zuber Lawler & Del Duca LLP**
350 S. Grand Avenue, 32nd Floor
Los Angeles, CA  90071
USA
Direct: +1 (213) 596-5623
Phone: +1 (213) 596-5620
Mobile: +1 (310) 293-0763
Direct Fax: +1 (213) 596-5621
jpatel@zuberlaw.com
www.zuberlaw.com

---

The information contained in this email message and any attachments may be confidential and privileged, and exempt from disclosure under applicable law. This email message is intended only for the exclusive use of the person or entity to whom it is addressed. If you are not the intended recipient (or someone responsible for delivering this email message to the intended recipient), please be aware that any use, distribution or copying of this communication is strictly prohibited. If you do not wish to receive messages from me, please reply to this email requesting to be removed. If you have received this communication in error, please notify the sender immediately by return email or by telephone and delete or destroy this email message and any attachments to it. This email may be an attorney advertisement. Should you not wish to receive such communication from me, please reply to this email requesting to be removed.