**NORTON ROSE FULBRIGHT US LLP**
JAMES H. TURKEN (BAR NO. 89618)
CHRISTOPHER K. PELHAM (BAR NO. 241068)
NEIL P. THAKOR (BAR NO. 308743)
555 South Flower Street
Forty-First Floor
Los Angeles, CA 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
james.turken@nortonrosefulbright.com
christopher.pelham@nortonrosefulbright.com
neil.thakor@nortonrosefulbright.com

Attorneys for Defendants,
STEPHAN "SAEED" NOURMAND, and THE SUNSET LANDMARK INVESTMENT LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELEVANT GROUP, LLC, a Delaware limited liability company; 1541 WILCOX HOTEL LLC, a Delaware limited liability company; 6516 TOMMIE HOTEL LLC, a Delaware limited liability company; and 6421 SELMA WILCOX HOTEL LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN "SAEED" NOURMAND, an individual; THE SUNSET LANDMARK INVESTMENT LLC, a California limited liability company; and DOES 1-10,<br><br>Defendants. | Case No. 2:19-cv-05019-PSG-KSx<br>*[Assigned to the Hon. Philip S. Gutierrez]*<br><br>**SUPPLEMENTAL DECLARATION OF NEIL P. THAKOR**<br><br>*[Supplemental Response Brief filed concurrently herewith]*<br><br>Date: April 27, 2023<br>Time: 1:30 pm<br>Place: Courtroom 6A<br><br>Complaint Filed: June 10, 2019<br>TAC Filed: September 14, 2021<br>Trial Date: TBD |

## SUPPLEMENTAL DECLARATION OF NEIL P. THAKOR

I, Neil P. Thakor, declare as follows:

1. I am an attorney at law duly admitted to practice before this Court. I am counsel of record for defendants Stephan "Saeed" Nourmand and The Sunset Landmark Investment LLC ("Sunset") (collectively, "S Defendants"). I have personal knowledge of the matters stated herein and if called upon to testify as a witness, I could and would competently testify thereto.

2. On March 8, 2022, Grant King appeared for a deposition. A true and correct copy of excerpts from the certified transcript of the March 8, 2022 deposition of Grant King is attached hereto as **Exhibit A**.

3. On April 19, 2022, Richard Heyman appeared for a deposition in both his individual capacity and his capacity as the 30(b)(6) of each of the Plaintiffs. A true and correct copy of excerpts from the certified transcript of the April 19, 2022 deposition of Richard Heyman is attached hereto as **Exhibit B**.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on this 23rd day of March, 2023, in Los Angeles, California.

*/s/ Neil P. Thakor*
Neil P. Thakor