# EXHIBIT A

CONFIDENTIAL

```
 1              IN THE UNITED STATES DISTRICT COURT

 2           FOR THE CENTRAL DISTRICT OF CALIFORNIA

 3

 4

 5   RELEVANT GROUP, LLC, a Delaware)

 6   limited liability company;     )

 7   et al.,   )

 8                    Plaintiffs,   )

 9       VS.                        )  NO. 2:19-CV-05019

10   STEPHEN "SAEED" NOURMAND, an   )

11   individual, et al.,            )

12                    Defendants.   )

13   _____)

14

15              C O N F I D E N T I A L

16   DEPOSITION OF:

17              GRANT KING

18              TUESDAY, MARCH 8, 2022

19              9:28 A.M.

20

21

22   REPORTED BY:

23              Sari M. Knudsen

24              CSR No. 13109

25
```

Page 1

```
 1      Q     And how did you obtain that common          2:49:28

 2    knowledge?                                           2:49:32

 3      A     Over years of, you know, doing financings,  2:49:36

 4    I would say.                                         2:49:37

 5      Q     Let's talk about the Thompson Hotel project 2:49:41

 6    in general.                                          2:49:44

 7          Did an investor say that they weren't going   2:49:46

 8    to invest in the project because of this pending    2:49:48

 9    litigation?                                          2:49:50

10      A     No.                                          2:49:53

11      Q     Never?                                       2:49:54

12      A     No.                                          2:50:01

13      Q     Did a lender say that they weren't going to 2:50:06

14    issue the loan because of this litigation?          2:50:08

15      A     No.  But we knew that would be a problem.   2:50:12

16      Q     But that's a yes to my question.  Right?    2:50:14

17      MS. LEADER:  Objection.  I think it's asked and   2:50:18

18    answered.                                            2:50:18

19      THE WITNESS:  I've already answered that.          2:50:29

20    BY MR. THAKOR:                                       2:50:29

21      Q     Was -- during the pendency of the Thompson  2:50:40

22    litigation, was there any construction being done on 2:50:45

23    the Thompson Hotel project?                          2:50:50

24      MS. LEADER:  Objection.                            2:50:51

25      THE WITNESS:  I think there was at some time.      2:50:54
```

                                                    Page 179

```
 1    BY MR. THAKOR:                                    2:50:54

 2        Q    And why was that, given the CEQA lawsuit  2:50:56

 3    was pending?                                      2:50:58

 4        MS. LEADER:  Objection.  Vague as framed.  Also 2:51:00

 5    calls for speculation.                            2:51:04

 6        THE WITNESS:  The project had had -- had a early 2:51:10

 7    start permit I assume and we got moving.          2:51:13

 8    BY MR. THAKOR:                                    2:51:13

 9        Q    Did you have the funding in place to start 2:51:17

10    that construction or how did you finance it?      2:51:20

11        A    Through equity funding.                  2:51:21

12        Q    Do you have a fiduciary duty to your     2:51:23

13    investors -- strike that.                         2:51:25

14            Does Relevant have a fiduciary duty to its 2:51:28

15    EB5 investors?                                    2:51:30

16        MS. LEADER:  Objection.  Calls for legal      2:51:31

17    conclusion and speculation from this witness.     2:51:33

18        THE WITNESS:  Yes.                            2:51:33

19    BY MR. THAKOR:                                    2:51:33

20        Q    And does Relevant have a fiduciary duty to 2:51:37

21    its lenders?                                      2:51:37

22        MS. LEADER:  Same objection.  It calls for legal 2:51:39

23    conclusion and speculation from this witness.     2:51:41

24        THE WITNESS:  Sure.                           2:51:43

25     ///                                              2:51:43
```

Page 180

CONFIDENTIAL

```
 1            I, SARI M. KNUDSEN, CSR NO. 13109, in and
 2    for the State of California, do hereby certify:
 3            I am the deposition officer that
 4    stenographically recorded the testimony in the
 5    foregoing deposition;
 6            Prior to being examined, the deponent was
 7    first duly sworn by me;
 8            The foregoing transcript is a true record of
 9    the testimony given;
10             Before completion of the deposition, review
11    of the transcript was requested.  If requested, any
12    changes made by the deponent (and provided to the
13    reporter) during the period allowed are appended
14    hereto.
15
16    Dated the 28th day of March, 2022.
17
18
19
20
21     SARI M. KNUDSEN, CSR NO. 13109
22
23
24
25
```

Page 336