# EXHIBIT B

```
 1           IN THE UNITED STATES DISTRICT COURT
 2          FOR THE CENTRAL DISTRICT OF CALIFORNIA
 3
 4
 5   RELEVANT GROUP, LLC, a Delaware )
 6   limited liability company;      )
 7   et al.,                         )
 8              Plaintiffs,          )
 9         VS.                       )  NO. 2:19-CV-05019
10   STEPHAN "SAEED" NOURMAND, an    )     ODW-Ksx
11   individual, et al.,             )
12              Defendants.          )
13   _____ )
14
15              C O N F I D E N T I A L
16
17   DEPOSITION OF 30(b)(6) of RELEVANT GROUP LLC,
18   et al.:
19              RICHARD HEYMAN
20              TUESDAY, APRIL 19, 2022
21              9:24 A.M.
22
23   REPORTED BY:
24              Sari M. Knudsen
25              CSR No. 13109
```

Page 1

| | | |
|---|---|---|
| 1 | litigation concerning the hotel was settled? | 5:35:46 |
| 2 | A    Because we as developers have never seen | 5:35:54 |
| 3 | any lender approve any loan that has any type of | 5:35:59 |
| 4 | litigation risk around it. | 5:36:04 |
| 5 | Q    Had -- so this $52.7 million, Mr. Heyman, | 5:36:11 |
| 6 | had any of that been provided to Thompson Hotel LLC | 5:36:15 |
| 7 | before the settlement of that CEQA case with | 5:36:21 |
| 8 | Mr. Nourmand? | 5:36:23 |
| 9 | A    Yes. | 5:36:24 |
| 10 | Q    Okay.  So then isn't it true that that | 5:36:28 |
| 11 | funding would have been provided during the pendency | 5:36:30 |
| 12 | of litigation concerning the hotel? | 5:36:35 |
| 13 | A    The majority of the funds that were raised | 5:36:38 |
| 14 | with our EB5 investors was prior to the litigation | 5:36:45 |
| 15 | with Saeed Nourmand and CEQA. | 5:36:50 |
| 16 | Q    So I want to be clear, Mr. Heyman.  I'm | 5:36:53 |
| 17 | only asking about the -- the lended money.  Not the | 5:36:56 |
| 18 | EB5 funding, but the lended funds. | 5:37:03 |
| 19 | Were any of the lended funds -- right? -- | 5:37:05 |
| 20 | the loan proceeds provided to Thompson Hotel LLC | 5:37:08 |
| 21 | before it signed a final settlement of its CEQA | 5:37:15 |
| 22 | action with Mr. Nourmand? | 5:37:18 |
| 23 | MS. LEADER:  So you are asking if the | 5:37:19 |
| 24 | Thompson Hotel LLC executed a loan -- a construction | 5:37:22 |
| 25 | loan prior to the date of the settlement agreement | 5:37:25 |

Page 250

1      I, SARI M. KNUDSEN, CSR NO. 13109, in and
2  for the State of California, do hereby certify:
3      I am the deposition officer that
4  stenographically recorded the testimony in the
5  foregoing deposition;
6      Prior to being examined, the deponent was
7  first duly sworn by me;
8      The foregoing transcript is a true record of
9  the testimony given;
10     Before completion of the deposition, review
11 of the transcript was not requested.  If requested,
12 any changes made by the deponent (and provided to
13 the reporter) during the period allowed are appended
14 hereto.
15
16 Dated the 26th day of April, 2022.
17
18
19
20
21
22         SARI M. KNUDSEN, CSR NO. 13109
23
24
25

Page 271