UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-5019-PSG (KSx) | Date | May 24, 2023 |
|---|---|---|---|
| Title | RELEVANT GROUP, LLC ET AL V. NOURMAND ET AL | | |

| Present: The Honorable | Philip S. Gutierrez, United States Chief District Judge |
|---|---|

| Wendy Hernandez | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Susan Leader | Patrick Maloney |
| Matt MacDonald | Christopher Pelham |
| Mark Yohalem | Elizabeth Schaus |
| | Neil Thakor |
| | James Turken |

**Proceedings:** HEARING ON RECONSIDERATION OF THE PREVIOUS SUMMARY JUDGMENT ORDER [260]

Having heard the oral argument presented today, the Court takes the motion under submission.

: 58

Initials of Preparer    wh