**KASOWITZ BENSON TORRES LLP**
Daniel A. Saunders (SBN: 161051)
DSaunders@kasowitz.com
2029 Century Park East, Suite 2000
Los Angeles, California 90067
Telephone: (424) 288-7900
Facsimile: (424) 288-7901

Attorneys for Plaintiffs Relevant Group, LLC;
1541 Wilcox Hotel LLC; 6516 Tommie Hotel
LLC; and 6421 Selma Wilcox Hotel LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RELEVANT GROUP, LLC; 1541 WILCOX HOTEL LLC; 6516 TOMMIE HOTEL LLC; and 6421 SELMA WILCOX HOTEL LLC,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHAN "SAEED" NOURMAND; THE SUNSET LANDMARK INVESTMENT LLC; NOURMAND & ASSOCIATES; and DOES 1-10,<br><br>Defendants. | Case No. 2:19-cv-05019-PSG-KSx<br><br>[Assigned to Hon. Philip S. Gutierrez]<br><br>**PLAINTIFFS' NOTICE AND CERTIFICATE THAT NO FURTHER TRANSCRIPTS WILL BE ORDERED** |

## NOTICE AND CERTIFICATE

Pursuant to Federal Rule of Appellate Procedure Rule 10(b)(1)(B) and Ninth Circuit Rule 10-3.1, Plaintiffs Relevant Group LLC, 1541 Wilcox Hotel LLC, 6516 Tommie Hotel LLC, and 6421 Selma Wilcox Hotel LLC state that, because all

- 1 –
**PLAINTIFFS' NOTICE AND CERTIFICATE THAT NO FURTHER TRANSCRIPTS WILL BE ORDERED**

transcripts in this matter have been ordered and are on file, no further transcripts will be ordered for the present appeal.

Dated: July 31, 2023

KASOWITZ BENSON TORRES LLP

By: */s/ Daniel A. Saunders*
    Daniel A. Saunders

2029 Century Park East, Suite 2000
Los Angeles, California 90067, Suite 2000
Telephone: (424) 288-7900
Facsimile: (424) 288-7901
Email: DSaunders@kasowitz.com

Attorneys for Plaintiffs Relevant Group, LLC; 1541 Wilcox Hotel LLC; 6516 Tommie Hotel LLC; and 6421 Selma Wilcox Hotel LLC